**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

**Case No.: 1:17-cv-22405-FAM**

ROLAND CORPORATION,

        Plaintiff,

vs.

INMUSIC BRANDS, INC.,

        Defendant.

_____/

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Roland Corporation ("Plaintiff" or "Roland") hereby complains of Defendant

inMusic Brands, Inc., a Florida Corporation ("Defendant") and alleges as follows:

**JURISDICTION AND VENUE**

1.      This Court has original subject matter jurisdiction over the claims in this action

pursuant to 35 U.S.C. §§ 271 and 281 and 28 U.S.C. §§ 1331 and 1338 as these claims arise under

the laws of the United States.

2.      This Court has personal jurisdiction over Defendant because Defendant has a continuous,

systematic, and substantial presence within this judicial district, including selling and offering for sale

infringing products in this judicial district, and by committing acts of infringement in this judicial

district, including but not limited to selling infringing electronic percussion instrument products directly

to consumers and/or retailers in this district and selling into the stream of commerce knowing such

products would be sold in California and this district, which acts form a substantial part of the events or

omissions giving rise to Roland's claims.

1

3.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b).

## THE PARTIES

4.      Plaintiff Roland is a Japanese corporation with its principal place of business in Hamamatsu, Japan.  Roland further maintains offices in the United States at 5100 S. Eastern Ave., Los Angeles, California 90040.

5.      Plaintiff is informed and believes, and thereon alleges, that Defendant, inMusic Brands, Inc., is a Florida Corporation, with an address of 200 Scenic View Drive, Cumberland, Rhode Island 02864, and is the last registered owner of the U.S. trademark "Alesis," under which mark the accused infringing products are marketed.

6.      Roland is informed and believes, and thereon alleges, that Defendant has committed the acts alleged herein within this judicial district.

## GENERAL ALLEGATIONS

7.      Roland is one of the world's leading musical instrument and equipment manufacturers and designers.  The company and its products, particularly in the realm of electronic instruments, are instantly and universally recognized for their innovative technology and distinctive style.  Since its founding, Roland's engineers and designers have worked continuously to bring new technology and breakthrough designs to the market.

8.      Roland has been actively engaged in the manufacture and sale of high quality electronic instruments since at least 1972.  Roland is the manufacturer and retailer of several lines of electronic instruments that have enjoyed substantial success and are protected by various intellectual property owned by Roland.

9.      On June 10, 2008, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued United States Patent No. 7,385,135 (the "135 Patent"), titled "ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS

2

THEREIN." Roland is the owner by assignment of all right, title, and interest in the 135 Patent, which is valid and enforceable. A true and correct copy of the 135 Patent is attached hereto as Exhibit A.

10.     On July 26, 2005, the USPTO duly and lawfully issued United States Patent No. 6,921,857 (the "857 Patent"), titled "ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN." Roland is the owner by assignment of all right, title, and interest in the 857 Patent, which is valid and enforceable. A true and correct copy of the 857 Patent is attached hereto as Exhibit B.

11.     On June 29, 2004, the USPTO duly and lawfully issued United States Patent No. 6,756,535 (the "'535 Patent"), titled "ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN." Roland is the owner by assignment of all right, title, and interest in the 535 Patent, which is valid and enforceable. A true and correct copy of the 535 Patent is attached hereto as Exhibit C.

12.     On August 7, 2001, the USPTO duly and lawfully issued United States Patent No. 6,271,458 (the "'458 Patent"), titled "ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN." Roland is the owner by assignment of all right, title, and interest in the 458 Patent, which is valid and enforceable. A true and correct copy of the 458 Patent is attached hereto as Exhibit D.

13.     On September 19, 2000, the USPTO duly and lawfully issued United States Patent No. 6,121,538 (the "'538 Patent"), titled "ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN." Roland is the owner by assignment of all right, title, and interest in the 538 Patent, which is valid and enforceable. A true and correct copy of the 538 Patent is attached hereto as Exhibit E.

14.     On April 19, 2005 the USPTO duly and lawfully issued United States Patent No. 6,881,885 (the "885 Patent"), titled "ELECTRONIC PAD WITH VIBRATION ISOLATION

FEATURES." Roland is the owner by assignment of all right, title, and interest in the 885 Patent, which is valid and enforceable. A true and correct copy of the 885 Patent is attached hereto as Exhibit F.

15. On October 14, 2003 the USPTO duly and lawfully issued United States Patent No. 6,632,989 (the "989 Patent"), titled "ELECTRONIC PAD WITH VIBRATION ISOLATION FEATURES." Roland is the owner by assignment of all right, title, and interest in the 989 Patent, which is valid and enforceable. A true and correct copy of the 989 Patent is attached hereto as Exhibit G.

16. On December 2, 2008, the USPTO duly and lawfully issued United States Patent No. 7,459,626 (the "626 Patent"), titled "APPARATUS AND METHOD FOR DETECTING DISPLACEMENT OF A MOVABLE MEMBER OF AN ELECTRONIC INSTRUMENT." Roland is the owner by assignment of all right, title, and interest in the 626 Patent, which is valid and enforceable. A true and correct copy of the 626 Patent is attached hereto as Exhibit H.

17. Defendant manufactures, uses, sells, offers for sale, and/or imports into the United States electronic percussion instruments that infringe Roland's intellectual property rights, including the 135 Patent, 857 Patent, 535 Patent, 458 Patent, 538 Patent, 885 Patent, 989 Patent, and the 626 Patent (the "Asserted Patents").

18. On March 11, 2011, Roland sent a letter notifying Defendant of its potentially infringing activity with respect to the 885 Patent and the 989 Patent. A true and correct copy of the March 11, 2011 letter is attached hereto as Exhibit I.

19. On February 3, 2015, Roland sent a cease and desist letter to counsel for Defendant demanding that Defendant immediately cease and desist from further infringing activity with respect to the 135 Patent, 857 Patent, 535 Patent, 458 Patent, 538 Patent, 989 Patent, and 885 Patent. A true and correct copy of the February 3, 2015 letter is attached hereto as Exhibit J. That February 3, 2015 letter put Defendant on notice of Roland's patent rights and Defendant's infringement of Roland's patents.

Despite that knowledge, Defendant continued to infringe Roland's patent rights with knowledge of an objectively high likelihood that its actions constituted infringement of valid patents. Defendant's continued infringement of Roland's patent rights after receipt of the February 3, 2015 letter constitutes an egregious case of culpable conduct.

20.     Defendant's acts complained of herein have caused Roland to suffer irreparable injury to its business. Roland will suffer substantial loss unless and until Defendant is preliminarily and permanently enjoined from its wrongful actions complained of herein.

## FIRST CAUSE OF ACTION

## PATENT INFRINGEMENT OF THE 135 PATENT, 35 U.S.C. § 271

21.     Roland repeats and re-alleges the allegations of paragraphs 1-20 of this Complaint as if set forth fully herein.

22.     This is a claim for patent infringement under 35 U.S.C. § 271.

23.     Claim 1 of the 135 Patent recites an electronic percussion instrumental system comprising a housing, a head composed of a flexible material having openings therethrough and supported by the housing to define a percussion surface, and a percussion detector having a cushioning material and a transducer for detecting a percussion impact on the percussion surface and producing an electric signal responsive to the percussion impact.

24.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 135 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 135 Patent, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *DM10 X Mesh Kit*, *12" Mesh Head Pad*, *10" Mesh Head Pad*, *8" Mesh Head Pad*, *8" Mesh Head Bass Drum Pad*, and *DM10 Studio Mesh Kit* (shown below) (collectively "135 infringing products"), which were sold and/or offered for sale on the website www.alesis.com by Defendant. Specifically,

5

the 135 infringing products all have a housing, a head made of a flexible material with openings which is supported by the housing, and a percussion detector with a cushioning material and a transducer that produces an electronic signal in response to percussion impact.

25.     Defendant has been and is currently infringing the 135 Patent by making, using, selling, offering for sale, and/or importing into the United States, electronic percussion instrument products.

26.     Defendant's acts of infringement of the 135 Patent were undertaken without permission or license from Roland. Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 135 Patent and Defendant's infringement of the 135 Patent since at least February 3, 2015, on which a letter identifying the 135 Patent was sent to Defendant. Accordingly, Defendant's actions constitute willful and intentional infringement of the 135 Patent. Defendant infringed the 135 Patent with reckless disregard of Roland's patent rights. Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the 135 Patent.

27.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 135 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 135 Patent, including, for example, Defendant's *DM10 Studio Mesh Kit* as shown below, which was sold and/or offered for sale on the website www.alesis.com by Defendant.



28.     Under 35 U.S.C. § 271(g), it is an act of infringement to import into the United States, or to sell, offer to sell, or use within the United States a product made by a patented process, unless the product of that process has been materially changed by subsequent processes or becomes a trivial and nonessential component of another product.

29.     Defendant is liable for infringement of at least Claim 28 of the 135 Patent under 35 U.S.C. § 271(g).  Upon information and belief, Defendant contracts with a foreign third party to make the accused 135 Infringing Products.  Defendant then imports and sells, and offers to sell within the United States the 135 Infringing Products, which are made by a process claimed in at least Claim 28 of the 135 Patent.  Defendant does not materially change the imported products and the products are not a trivial and nonessential component of another product..

## <u>SECOND CAUSE OF ACTION</u>

## **PATENT INFRINGEMENT OF THE 857 PATENT**

30.     Roland repeats and re-alleges the allegations of paragraphs 1-29 of this Complaint as if set forth fully herein.

31.     Claim 1 of the 857 Patent recites an electronic percussion instrumental system comprising a barrel section having a generally hollow interior and a first end open to the generally hollow interior, a head disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface, the head having a head material through which air may pass, a cushioning member in communication with the second surface of the head, while allowing air to pass through the head, and a transducer disposed in communication with the cushioning member, to receive percussion impact signals through the cushioning member in response to a percussion impact on the percussion surface of the head.

32.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 857 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 857 Patent, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *DM10 X Mesh Kit*, *12" Mesh Head Pad*, *10" Mesh Head Pad*, *8" Mesh Head Pad*, *8" Mesh Head Bass Drum Pad*, and *DM10 Studio Mesh Kit* (shown below) (collectively "857 infringing products"), which were sold and/or offered for sale on the website www.alesis.com by Defendant. Specifically, the 857 infringing products all have a barrel section with a generally hollow interior. They also have a head tensioned across the barrel section which forms a percussion surface and the head allows air to pass through it. They also have a transducer which communicates with a cushion that touches the surface of the head and the transducer receives percussion impact signals through the cushion when there is a percussion impact on the surface of the head.

8

33.      Defendant has been and is currently infringing the 857 Patent by making, using, selling, offering for sale, and/or importing into the United States, electronic percussion instrument products.

34.      Defendant's acts of infringement of the 857 Patent were undertaken without permission or license from Roland.  Upon information and belief, Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 857 Patent and Defendant's infringement of the 857 Patent since at least February 3, 2015, on which a letter identifying the 857 Patent was sent to Defendant. Accordingly, Defendant's actions constitute willful and intentional infringement of the 857 Patent. Defendant infringed the 857 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the 857 Patent.

35.      Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 857 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 857 Patent, including, for example, Defendant's *DM10 Studio Mesh Kit* as shown below, which was sold and/or offered for sale on the website www.alesis.com by Defendant.



36.     Defendant is liable for infringement of at least Claim 14 of the 857 Patent under 35 U.S.C. § 271(g).  Upon information and belief, Defendant contracts with a foreign third party to make the accused 857 Infringing Products.  Defendant then imports and sells, and offers to sell within the United States the 857 Infringing Products, which are made by a process claimed in at least Claim 14 of the 857 Patent.  Defendant does not materially change the imported products and the products are not a trivial and nonessential component of another product.

**THIRD CAUSE OF ACTION**

**PATENT INFRINGEMENT OF THE 535 PATENT**

37.     Roland repeats and re-alleges the allegations of paragraphs 1-36 of this Complaint as if set forth fully herein.

38.     Claim 1 of the 535 Patent recites an electronic percussion instrumental system comprising an electronic percussion instrumental system comprising a barrel section having a first end, a head disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface, the head having a plurality of openings through which air may pass, and a cushioning member and a transducer supported

10

within the barrel section, with the cushioning member in contact with a portion of, but less than the entire surface area of the second surface of the head, wherein a portion of the second surface of the head is out of contact with the cushioning member to allow air to pass through the openings in the head.

39.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 535 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 535 Patent, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *DM10 X Mesh Kit*, *12" Mesh Head Pad*, *10" Mesh Head Pad*, *8" Mesh Head Pad*, *8" Mesh Head Bass Drum Pad*, and *DM10 Studio Mesh Kit* (shown below) (collectively "535 infringing products), which were sold and/or offered for sale on the website www.alesis.com by Defendant.  Specifically, the 535 infringing products all have a barrel section with a head tensioned across the barrel section which forms a percussion surface.  They also have a transducer which communicates with a cushion that touches some portion of, but not all of, the surface of the head.  Some of the portion of the head not touched by the cushion allows air to pass through openings in the head.

40.     Defendant has been and is currently infringing the 535 Patent by making, using, selling, offering for sale, and/or importing into the United States, electronic percussion instrument products.

41.     Defendant's acts of infringement of the 535 Patent were undertaken without permission or license from Roland.  Upon information and belief, Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 535 Patent, and Defendant's infringement of the 535 Patent since at least February 3, 2015, on which a letter identifying the 535 Patent was sent to Defendant. Accordingly, Defendant's actions constitute willful and intentional infringement of the 535 Patent. Defendant infringed the 535 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the 535

11

Patent.

42.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 535 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 535 Patent, including, for example, Defendant's *DM10 Studio Mesh Kit* as shown below, which was sold and/or offered for sale on the website www.alesis.com by Defendant.



43.     Defendant is liable for infringement of at least Claim 7 of the 535 Patent under 35 U.S.C. § 271(g). Upon information and belief, Defendant contracts with a foreign third party to make the accused 535 Infringing Products. Defendant then imports and sells, and offers to sell within the United States the 535 Infringing Products, which are made by a process claimed in at least Claim 7 of the 535 Patent. Defendant does not materially change the imported products and the products are not a trivial and

12

nonessential component of another product.

## FOURTH CAUSE OF ACTION

### PATENT INFRINGEMENT OF THE 458 PATENT

44.     Roland repeats and re-alleges the allegations of paragraphs 1-43 of this Complaint as if set forth fully herein.

45.     Claim 6 of the 458 Patent recites an electronic percussion instrument comprising a generally hollow body having an opening into a body interior, a generally flexible, net-like material disposed in a tensioned state across the opening of the generally hollow body, the net-like material defining a percussion surface for receiving a percussion impact, the net-like material also having openings of a size sufficient to allow air to pass therethrough, upon receiving a percussion impact on the percussion surface, and   a sensor supported by said generally hollow body, for providing an electronic signal in response to a percussion impact on the percussion surface of the generally flexible, net-like material.

46.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 458 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 6 of the 458 Patent, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *DM10 X Mesh Kit*, *12" Mesh Head Pad*, *10" Mesh Head Pad*, *8" Mesh Head Pad*, *8"Mesh Head Bass Drum Pad*, and *DM10 Studio Mesh Kit* (shown below) (collectively "458 infringing products"), which were sold and/or offered for sale on the website www.alesis.com by Defendant.  Specifically, the 458 infringing products all have a generally hollow body with a flexible, net-like material tensioned across the opening of the body.  The net-like material defines a percussion surface and has openings to allow air to pass through.  When a percussion impact is received in the percussion surface, a sensor supported by the body, provides an electronic signal in response to the percussion impact.

47.     Defendant has been and is currently infringing the 458 Patent by making, using,

selling, offering for sale, and/or importing into the United States, electronic percussion instrument products.

48.     Defendant's acts of infringement of the 458 Patent were undertaken without permission or license from Roland.  Upon information and belief, Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 458 Patent and Defendant's infringement of the 458 Patent since at least February 3, 2015, on which a letter identifying the 458 Patent was sent to Defendant. Accordingly, Defendant's actions constitute willful and intentional infringement of the 458 Patent. Defendant infringed the 458 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the 458 Patent.

49.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 458 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 6 of the 458 Patent, including, for example, Defendant's *DM10 Studio Mesh Kit* as shown below, which was sold and/or offered for sale on the website www.alesis.com by Defendant.



50.     Defendant is liable for infringement of at least Claim 11 of the 458 Patent under 35

U.S.C. § 271(g).  Upon information and belief, Defendant contracts with a foreign third party to make the

accused 458 Infringing Products.  Defendant then imports and sells, and offers to sell within the United

States the 458 Infringing Products, which are made by a process claimed in at least Claim 11 of the 458

Patent.  Defendant does not materially change the imported products and the products are not a trivial and

nonessential component of another product.

**FIFTH CAUSE OF ACTION**

**PATENT INFRINGEMENT OF THE 538 PATENT**

51.     Roland repeats and re-alleges the allegations of paragraphs 1-50 of this Complaint as if set

forth fully herein.

52.     Claim 1 of the 538 Patent recites an electronic percussion instrument system comprising a

drum head, a barrel section equipped with a plurality of engaging pins which provide a tension on said

drum head, a supporting material disposed within the barrel section, adjacent, but spaced, from said head, a

cushioning member composed of an elastic material disposed in contact with said head, and a transducer

15

for transducing percussion upon said head to electric signal, the transducer being supported by the supporting material within the barrel section, with the transducer located between the head and the supporting material, and the cushioning member located between the head and the transducer.

53.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 538 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 538 Patent, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *DM10 X Mesh Kit*, *12" Mesh Head Pad*, *10" Mesh Head Pad*, *8" Mesh Head Pad*, *8"Mesh Head Bass Drum Pad*, and *DM10 Studio Mesh Kit* (shown below) (collectively the "538 infringing products"), which were sold and/or offered for sale on the website www.alesis.com by Defendant.  Specifically, the 538 infringing products all have a drum head, and a barrel section with engaging pins that tension the drum head.  They also have a supporting material in the barrel section, adjacent but spaced from the head, and a cushioning member made of elastic material that touches the head.  They also have a transducer that transduces percussions on the head, supported by the supporting material.  The transducer is located between the head and the supporting material, while the cushioning member is located between the head and the transducer.

54.     Defendant has been and is currently infringing the 538 Patent by making, using, selling, offering for sale, and/or importing into the United States, electronic percussion instrument products.

55.     Defendant's acts of infringement of the 538 Patent were undertaken without permission or license from Roland.  Upon information and belief, Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 538 Patent, and Defendant's infringement of the 538 Patent since at least February 3, 2015, on which a letter identifying the 538 Patent was sent to Defendant.  Accordingly, Defendant's actions constitute willful and intentional infringement of the 538 Patent.  Defendant infringed the 538 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or

16

it was so obvious that Defendant should have known, that its actions constituted infringement of the 538 Patent.

56.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 538 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 538 Patent, including, for example, Defendant's *DM10 Studio Mesh Kit* as shown below, which was sold and/or offered for sale on the website www.alesis.com by Defendant.



57.     Defendant is liable for infringement of at least Claim 29 of the 538 Patent under 35 U.S.C. § 271(g).  Upon information and belief, Defendant contracts with a foreign third party to make the accused 538 Infringing Products.  Defendant then imports and sells, and offers to sell within the United States the 538 Infringing Products, which are made by a process claimed in at least Claim 29 of the 538 Patent.  Defendant does not materially change the imported products and the products are not a trivial and nonessential component of another product.

## SIXTH CAUSE OF ACTION

### PATENT INFRINGEMENT OF THE 885 PATENT

58.     Roland repeats and re-alleges the allegations of paragraphs 1-57 of this Complaint as if set forth fully herein.

59.     Claim 30 of the 885 Patent recites an electronic pad for mounting on a stand, receiving a strike, detecting the strike and outputting a signal representative of the strike, the electronic pad comprising a frame having an upper surface with an outer peripheral edge, a cover over the upper surface of the frame and defining a striking surface for receiving a strike, a striking sensor supported on the frame for providing an electronic signal corresponding to a strike on the striking surface, a support structure to pivotally support the frame on a stand for pivotal motion of the frame relative to the stand, and a rotation stopper operatively coupled to the frame, for inhibiting rotation of the frame relative to the stand, when the frame is mounted on the stand for pivotal motion.

60.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 885 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 30 of the 885 Patent, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *Forge Kit*, *Nitro Kit*, *DM10 X Mesh Kit*, *DM10 X Kit*, *DM10 Studio Kit*, *DM8 Pro*

*Kit*, *DM8 USB Kit*, *DM 7X Kit*, *DM7X Session Kit*, *DM6 USB Kit*, *Pro X Hi-Hat*, *DMPad 12" Hi-Hat*, *DMPad 16" 3- Zone Ride*, *DMPad 14" 3-Zone Ride*, *DMPad 12" Cymbal*, and *DM10 Studio Mesh Kit* (shown below) (collectively the "885 infringing products"), which were sold and/or offered for sale on the website www.alesis.com by Defendant.  Specifically, the 885 infringing products all have an electronic pad for mounting on a stand, receiving a strike,  detecting the strike and outputting a signal representative of the strike.  The electronic pad  has an upper surface with an outer peripheral edge, a cover over the upper surface of the  frame and defines a striking surface for receiving a strike.  They also have a striking sensor supported on the frame for providing an electronic signal corresponding to a strike  on the striking surface, a support structure to pivotally support the frame on a stand for pivotal motion of the frame relative to the stand, and a rotation stopper operatively coupled to the frame, for inhibiting rotation of the frame relative to the stand, when the  frame is mounted on the stand for pivotal motion.

61.    Defendant has been and is currently infringing the 885 Patent by making,  using, selling, offering for sale, and/or importing into the United States, electronic  percussion instrument products.

62.    Defendant's acts of infringement of the 885 Patent were undertaken without permission or license from Roland.  Upon information and belief, Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 885 Patent, and Defendant's infringement of the 885 Patent since at least March 11, 2011, on which a letter identifying the 885 Patent was sent to Defendant. Accordingly, Defendant's actions constitute willful and intentional infringement of the 885 Patent.  Defendant infringed the 885 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the 885 Patent.

63.    Defendant, through its agents, employees, and servants has, and continues to,

19

knowingly, intentionally, and willfully infringe the 885 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 30 of the 885 Patent, including, for example, Defendant's *DM10 Studio Mesh Kit* as shown below, which was sold and/or offered for sale on the website www.alesis.com by Defendant.



The '989 Patent

64.     Liability for inducing infringement of a patent under 35 U.S.C. § 271(b) requires a showing of: (1) knowledge of the existence of the patent; (2) direct infringement by another; (3) specific intent to induce the infringement; and (4) culpable conduct directed to encouraging the infringement.

65.     Defendant was aware of the existence of the 885 Patent and Defendant's infringement of the 885 Patent no later than its receipt of Roland's February 3, 2015 letter informing Defendant of its infringement of the 885 Patent.

66.     Claim 43 of the 885 Patent is a method claim that recites:

A process for mounting an electronic pad on a stand, the process comprising:

providing a frame having an upper surface with an outer peripheral edge;

disposing a cover over the upper surface of the frame and defining a striking surface on the cover for receiving a strike;

supporting a striking sensor on the frame for providing an electronic signal corresponding to a strike on the striking surface

providing a support structure to pivotally support the frame on a stand for pivotal motion of the frame relative to the stand; and

coupling a rotation stopper to the frame, for inhibiting rotation of the frame relative to the stand, when the frame is mounted on the stand for pivotal motion.

67.    When Defendant's customers assemble the components of Defendant's *Crimson Mesh Kit* product, Defendant's customers directly infringe the 885 Patent.

68.    Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully induce infringement of at least claim 43 of the 885 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 30 of the 885 Patent and providing instructions on how to assemble the products, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *Forge Kit*, *Nitro Kit*,  *DM10 X Mesh Kit*, *DM10 X Kit*, *DM10 Studio Kit*, *DM8 Pro Kit*, *DM8 USB Kit*, *DM 7X Kit*,  *DM7X Session Kit*, *DM6 USB Kit*, *Pro X Hi-Hat*, *DMPad 12" Hi-Hat*, *DMPad 16" 3- Zone Ride*, *DMPad 14" 3-Zone Ride*, *DMPad 12" Cymbal*, and *DM10 Studio Mesh Kit* products.

69.    Defendant has been and is currently inducing infringement of the 885 Patent by making,  using, selling, offering for sale, and/or importing into the United States, electronic  percussion instrument products and providing instructions to customers on how to assemble products provided in disassembled form, that when assembled, infringe the 885

Patent.  Defendant's instructions to customers on how to assemble the *Crimson Mesh Kit*, made with knowledge of Defendant's infringement of the 885 Patent constitutes specific intent to induce the infringement culpable conduct directed to encouraging the infringement.

70.     Defendant's acts of infringement of the 885 Patent were undertaken without permission or license from Roland.  Upon information and belief, Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 885 Patent, and Defendant's infringement of the 885 Patent since at least February 3, 2015, on which a letter identifying the 885 Patent was sent to Defendant. Accordingly, Defendant's actions constitute willful and intentional infringement of the 885 Patent.  Defendant infringed the 885 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or it was so obvious that Defendant should have known,  that its actions constituted inducing infringement of the 885 Patent.

71.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully induce infringement of the 885 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 43 of the 885 Patent, including, for example, Defendant's *Command Kit*, which was sold and/or offered for sale on the website www.alesis.com by Defendant.

72.     Liability for contributory infringement of a patent under 35 U.S.C. § 271(c) requires a showing of: (1) knowledge of the existence of the patent; (2) direct infringement by another; (3) there has been an offer to sell or sale within the United States or importation into the United States of a component of a patented machine; (4) the component constitutes a material part of the invention; (5) knowledge that the component is especially made or

especially adapted for use in an infringement of the patent; and (6) the component is not a staple article or commodity of commerce suitable for substantial non-infringing use.

73.     Claim 31 of the 885 Patent recites: An electronic pad according to claim 30, wherein the rotation stopper comprises a first member on the frame and a second member for fixing to a stand, the first member being pivotal relative to the second member.

74.     Defendant's customers directly infringe Claim 31 of the 885 Patent when they install Defendant's products such as the *DM Pad 12" Cymbal, DMPad 12" Hi-Hat, DMPad 14" 3-Zone Ride, DMPad 16" 3-Zone Ride, Pro X Hi-Hat* on an existing drum stand, and Defendant contributorily infringes the 885 Patent.

75.     Defendant offered to sell and sold within the United States the *DM Pad 12" Cymbal*, which is a component of a patented machine that infringes the 885 Patent.  The *DM Pad 12" Cymbal* is a component of a patented machine, and the *DM Pad 12" Cymbal* constitutes a material part of the patented machine, because when it is installed to create a patented machine, the *DM Pad 12" Cymbal* provides a cymbal used by drummers to create a cymbal sound.

76.     Defendant has and had knowledge at least as of February 3, 2015, and later but prior to the filing of this Amended Complaint, that the *DM Pad 12" Cymbal*  is especially made or especially adapted for use in an infringement of the 885 Patent.

77.     The *DM Pad 12" Cymbal* is not a staple article or commodity of commerce suitable for substantial non-infringing use, as it is especially designed to be used on drum stands and mounted with a second member for fixing to a stand, so as to make the first member pivotal relative to the second member.  Accordingly, Defendant contributorily infringed Claim 31 of the 885 Patent.

4818-1329-6461.1

## SEVENTH CAUSE OF ACTION

**PATENT INFRINGEMENT OF THE 989 PATENT**

78.     Roland repeats and re-alleges the allegations of paragraphs 1-77 of this Complaint as if set forth fully herein.

79.     Claim 1 of the 989 Patent recites an electronic pad receiving a strike, detecting the strike and outputting a signal representative of the strike comprising a first frame, a striking sensor detecting the strike transmitted to said first frame, a second frame supporting said first frame from below, having an attachment hole with a pivotal joint, and a rotation stopper member coupled to the second frame for preventing said first frame from circumferentially rotating about a pole of a stand, said pole being inserted into said attachment hole, said attachment hole located in said rotation stopper member, said pivotal joint being rockably fitted into said rotation stopper member with resulting play.

80.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 989 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 989 Patent, including for example, Defendant's *Crimson Mesh Kit*, *Command Kit*, *Forge Kit*, *Nitro Kit*, *DM10 X Mesh Kit*, *DM10 X Kit*, *DM10 Studio Kit*, *DM8 Pro Kit*, *DM8 USB Kit*, *DM 7X Kit*, *DM7X Session Kit*, *DM6 USB Kit*, *Pro X Hi-Hat*, *DMPad 12" Hi-Hat*, *DMPad 16" 3- Zone Ride*, *DMPad 14" 3-Zone Ride*, *DMPad 12" Cymbal*, and *DM10 Studio Mesh Kit* (shown below) (collectively, the "989 infringing products"), which were sold and/or offered for sale on the website www.alesis.com by Defendant.  Specifically, the 989 infringing products all have an electronic pad for receiving a strike, detecting the strike and outputting a signal

5

representative of the strike.  The electronic pad has a first frame, a striking sensor for detecting the strike transmitted to said first frame, and a second frame that supports the first frame from below.  They also have an attachment hole with a pivotal joint, and a rotation stopper member coupled to the second frame for preventing the first frame from circumferentially rotating about a pole of a stand.  The pole is inserted into the attachment hole, and the attachment hole is located in the rotation stopper member, with the pivotal joint being rockably fitted into the rotation stopper member with resulting play.

81.     Defendant has been and is currently infringing the 989 Patent by making, using, selling, offering for sale, and/or importing into the United States, electronic percussion instrument products.

82.     Defendant's acts of infringement of the 989 Patent were undertaken without permission or license from Roland.  Upon information and belief, Defendant had actual, pre-suit knowledge of Roland's rights in the inventive concept claimed in the 989 Patent and Defendant's infringement of the 989 Patent since at least March 11, 2011, on which a letter identifying the 989 Patent was sent to Defendant. Accordingly, Defendant's actions constitute willful and intentional infringement of the 989 Patent.  Defendant infringed the 989 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the 989 Patent.

83.     Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 989 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 1 of the 989 Patent, including, for example, Defendant's *DM10 Studio Mesh Kit* as shown below, which was sold and/or offered for sale on the

6

website www.alesis.com by Defendant.



84.     Liability for contributory infringement of a patent under 35 U.S.C. § 271(c) requires a showing of: (1) knowledge of the existence of the patent; (2) direct infringement by another; (3) there has been an offer to sell or sale within the United States or importation into the United States of a component of a patented machine; (4) the component constitutes a material part of the invention; (5) knowledge that the component is especially made or especially adapted for use in an infringement of the patent; and (6) the component is not a staple article or commodity of commerce suitable for substantial non-infringing use.

85.     Defendant's customers directly infringe Claim 1 of the 989 Patent when they install Defendant's products such as the *DM Pad 12" Cymbal, DMPad 12" Hi-Hat, DMPad 14" 3-Zone Ride, DMPad 16" 3-Zone Ride, Pro X Hi-Hat* on an existing drum stand, and

7

Defendant contributorily infringes the 989 Patent.

86.     Defendant offered to sell and sold within the United States the *DM Pad 12"
Cymbal*, which is a component of a patented machine that infringes the 989 Patent.  The *DM
Pad 12" Cymbal* is a component of a patented machine, and the *DM Pad 12" Cymbal*
constitutes a material part of the patented machine, because when it is installed to create a
patented machine, the *DM Pad 12" Cymbal* provides a cymbal used by drummers to create a
cymbal sound.

87.     Defendant has and had knowledge at least as of February 3, 2015, and later but
prior to the filing of this Amended Complaint, that the *DM Pad 12" Cymbal*  is especially
made or especially adapted for use in an infringement of the 885 Patent.

88.     The *DM Pad 12" Cymbal* is not a staple article or commodity of commerce
suitable for substantial non-infringing use, as it is especially designed to be used on drum
stands and mounted with a second member for fixing to a stand, so as to make the first
member pivotal relative to the second member.  Accordingly, Defendant contributorily
infringed Claim 1 of the 989 Patent.

## **EIGHTH CAUSE OF ACTION**

## **PATENT INFRINGEMENT OF THE 626 PATENT**

89.     Roland repeats and re-alleges the allegations of paragraphs 1-88 of this
Complaint as if set forth fully herein.

90.     Claim 3 of the 626 Patent recites a sensor device for detecting displacement of a
movable object, with a member providing a detectable electrical characteristic that  has a value;
and

8

a spring that, upon displacement of the movable object, is compressed and acts with the member providing the detectable electrical characteristic; wherein action between the spring and the member providing the detectable electrical characteristic causes the value of the electrical characteristic to change.

91.    Defendant, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the 626 Patent by making, using, selling, offering for sale, and/or importing electronic percussion instrument products having features that are recited by at least claim 3 of the 626 Patent, including for example, Defendant's *Pro X Hi-Hat Cymbal* (shown below) (the "626 infringing products"), which were sold and/or offered for sale on the website www.alesis.com by Defendant.  Specifically, the 626 infringing products have a moveable object and a sensor device for detecting displacement of the moveable object.  The sensor device includes a spring and a member that provides a detectable electrical characteristic.  When the movable object is displaced, the spring compresses and acts with the member, providing a detectable electrical characteristic that has a value that changes with the action between the spring and the member.

92.    Defendant has been and is currently infringing the 626 Patent by making, using, selling, offering for sale, and/or importing into the United States, electronic percussion instrument products.

93.    Defendant's acts of infringement of the 626 Patent were undertaken without permission or license from Roland. Defendant's actions constitute willful and intentional infringement of the 626 Patent.  Defendant infringed the 626 Patent with reckless disregard of Roland's patent rights.  Defendant knew, or it was so obvious that Defendant should have known, that its actions constituted infringement of the 626 Patent.

9



94.     Defendant is liable for infringement of at least Claim 20 of the 626 Patent under 35 U.S.C. § 271(g).  Upon information and belief, Defendant contracts with a foreign third party to make the accused 626 Infringing Products.  Defendant then imports and sells, and offers to sell within the United States the 626 Infringing Products, which are made by a process claimed in at least Claim 20 of the 626 Patent.  Defendant does not materially change the imported products and the products are not a trivial and nonessential component of another product..

95.     Roland has, at all times, complied with 35 U.S.C. § 287(a) for all of the Asserted Patents.

96.     As a direct and proximate result of Defendant's acts of infringement, Defendant has derived and received gains, profits, and advantages in an amount that is not presently known to Roland.

10

97.     Pursuant to 35 U.S.C. § 284, Roland is entitled to damages for Defendant's infringing acts and treble damages together with interests and costs as fixed by this Court.

98.     Pursuant to 35 U.S.C. § 285, Roland is entitled to reasonable attorney's fees for the necessity of bringing these claims.

99.     Due to the aforesaid infringing acts, Roland has suffered great and irreparable injury, for which Roland has no adequate remedy at law.

100.    Defendant will continue to infringe Roland's patent rights to the great and irreparable injury of Roland, unless enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Roland prays for judgment in its favor against Defendant for the following relief:

A.      An Order adjudging Defendant to have willfully infringed the Asserted Patents under 35 U.S.C. § 271;

B.      Preliminary and permanent injunctions enjoining Defendant, its respective officers, directors, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendant, from infringing the Asserted Patents in violation of 35 U.S.C. § 271;

C.      That Defendant be ordered to recall all infringing products from all distribution channels, including all retailers;

D.      That Roland recover compensatory damages for Defendant's infringement in an amount to be proven at trial, and in no event less than a reasonable royalty, together with prejudgment interest at the maximum legal rate;

E.      An Order adjudging that this is an exceptional case, and an Order for a trebling

11

of damages and/or exemplary damages because of Defendant's willful conduct pursuant to 35 U.S.C. § 284;

F.      An award to Roland of the attorney fees, expenses, and costs incurred by Roland in connection with this action pursuant to 35 U.S.C. § 285;

G.      An award of pre-judgment and post-judgment interest and costs of this action against Defendant; and

H.      Such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues triable by jury.

Date: November 2, 2018          Respectfully submitted,

*/s/ Victor de Gyarfas*
Laura Ganoza, Esq.
Florida Bar No. 118532
FOLEY & LARDNER LLP
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 482-8400
(305) 482-8600 (fax)
lganoza@foley.com

Victor de Gyarfas, pro hac vice
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 972-4500
(213) 486-0065 (fax)
vdegyarfas@foley.com

*Attorneys for Roland Corporation*

4818-1329-6461.1

# EXHIBIT A

US007385135B2

(12) **United States Patent**
Yoshino et al.

(10) Patent No.: **US 7,385,135 B2**
(45) Date of Patent: **Jun. 10, 2008**

(54) **ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN**

(75) Inventors: **Kiyoshi Yoshino**, Osaka (JP); **Kenji Hirano**, Osaka (JP); **Masato Katsuda**, Osaka (JP)

(73) Assignee: **Roland Corporation**, Hamamatsu (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/145,584**

(22) Filed: **Jun. 6, 2005**

(65) **Prior Publication Data**

US 2005/0223880 A1     Oct. 13, 2005

**Related U.S. Application Data**

(60) Continuation of application No. 10/627,493, filed on Jul. 25, 2003, now Pat. No. 6,921,857, which is a continuation of application No. 09/845,368, filed on Apr. 30, 2001, now Pat. No. 6,756,535, which is a continuation of application No. 09/401,459, filed on Sep. 22, 1999, now Pat. No. 6,271,458, which is a continuation of application No. 09/243,698, filed on Feb. 3, 1999, now Pat. No. 6,121,538, which is a division of application No. 08/886,180, filed on Jul. 1, 1997, now Pat. No. 5,920,026.

(30) **Foreign Application Priority Data**

| Jul. 4, 1996 | (JP) | ................................. 8-193986 |
| Jan. 13, 1997 | (JP) | ................................. 9-15846 |
| Jan. 13, 1997 | (JP) | ................................. 9-15847 |

(51) **Int. Cl.**
*G01D 13/32*     (2006.01)

(52) **U.S. Cl.** ......................................... **84/738**; 84/414

(58) **Field of Classification Search** ................. 84/414, 84/416, 452 P, 454, 723, 737, 738, 743
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

729,936 A     6/1903 Heybeck

(Continued)

FOREIGN PATENT DOCUMENTS

DE     19625570.8-51     6/1996

(Continued)

OTHER PUBLICATIONS

Thirteen (13) Photographs of Syndrum product.

*Primary Examiner*—Jeffrey Donels
(74) *Attorney, Agent, or Firm*—Foley & Lardner LLP

(57) **ABSTRACT**

An object of the present invention is to provide a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system. The percussion detecting apparatus is provided with a head prepared from a net-like raw material composed of a first net and a second net, the net-like raw material being obtained by such a manner that both the nets having been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated in such a way that the weave pattern directions thereof intersect obliquely with each other; and a head sensor which is in contact with the center position of the under side in the head and detects percussion with respect to the head as electric signal.

**35 Claims, 23 Drawing Sheets**



**US 7,385,135 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,748,367 A | | 7/1973 | Lamme et al. |
| 4,226,156 A | | 10/1980 | Hyakutake |
| 4,279,188 A | | 7/1981 | Scott |
| 4,362,081 A | * | 12/1982 | Hartry ........................ 84/414 |
| 4,581,973 A | | 4/1986 | Hoshino |
| 4,714,002 A | | 12/1987 | Cleland |
| 4,798,121 A | | 1/1989 | Donohoe |
| 4,828,907 A | * | 5/1989 | Hayashi ..................... 442/217 |
| 4,947,725 A | | 8/1990 | Nomura |
| 5,042,356 A | * | 8/1991 | Karch ........................ 84/725 |
| 5,159,139 A | * | 10/1992 | Beals et al. ................... 84/414 |
| 5,449,964 A | | 9/1995 | Snyder |
| 5,533,405 A | | 7/1996 | Hoshino |
| 5,583,307 A | * | 12/1996 | Tobia, Jr. ................. 84/411 R |
| 5,585,581 A | | 12/1996 | Rogers |
| 5,633,473 A | | 5/1997 | Mori et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2-117569 | 9/1990 |

* cited by examiner

U.S. Patent

Jun. 10, 2008

Sheet 1 of 23

US 7,385,135 B2

*FIG. 1*



# FIG. 2





FIG. 3

FIG. 4



FIG. 5



# FIG. 6



——————— FIRST NET

- - - - - - - SECOND NET

*FIG. 7 (a)*

*FIG. 7 (b)*

*FIG. 7 (c)*

*FIG. 8*



*FIG. 9*



F/G. 10



FIG. 11





*FIG. 12*

DSP PERCUSSION SIGNAL PROCESSING ROUTINE

# FIG. 13 (b)

(b) OUTPUT WAVEFORM OF HEAD SENSOR.

POSITION OF PERCUSSION POINT A



POSITION OF PERCUSSION POINT B



POSITION OF PERCUSSION POINT C



# FIG. 13 (a)

(a) POSITION OF PERCUSSION POINT

POSITION OF PERCUSSION POINT A

POSITION OF PERCUSSION POINT B

POSITION OF PERCUSSION POINT C

1 2  HEAD



PERIOD OF TIME FOR FIRST HALF-WAVE VARIES
DEPENDING ON POSITION OF PERCUSSION POINT

U.S. Patent

Jun. 10, 2008

Sheet 12 of 23

US 7,385,135 B2

*FIG. 14*



*FIG. 15*



*FIG. 16*



# FIG. 17

TUNING PROCESSING ROUTINE



U.S. Patent

Jun. 10, 2008

Sheet 15 of 23

US 7,385,135 B2

# FIG. 18 (a)



DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

2/SNARE   RIM     CENTER

32

TUNING REFERENCE MARK CORRESPONDING TO PERCUSSION
POINT POSITIONAL MARK IN HEAD

U.S. Patent

Jun. 10, 2008

Sheet 16 of 23

US 7,385,135 B2

*FIG. 18 (b)*





FIG. 18 (c)

*FIG. 19*

NORMAL PERFORMANCE PROCESSING ROUTINE



# FIG. 20



FIG. 21



OPERATIONAL PROCEDURE FOR TUNING OPERATION IN HEAD

*FIG. 22*



*FIG. 23*



## FIG. 24 (a)



## FIG. 24 (b)







*FIG. 25*

US 7,385,135 B2

**1**

ELECTRONIC PERCUSSION
INSTRUMENTAL SYSTEM AND
PERCUSSION DETECTING APPARATUS
THEREIN

This is a Continuation Application and claims priority to application No. 10/627,493 filed Jul. 25, 2003, now U.S. Pat. No 6,921,857 which in turn is a continuation application No. 09/845,368 filed Apr. 30, 2001, now U.S. Pat. No. 6,756,535 which in turn is a continuation of application No. 09/401, 459 filed Sep. 22. 1999, now U.S. Pat. No. 6,271,458, which in turn is a continuation of application No. 09/243,698 filed Feb. 3, 1999 now U.S. Pat. No. 6,121,538, which in turn is a divisional of application No. 08/886,180 filed Jul. 1, 1997, now U.S. Pat. No. 5,920,026, which is based on Japanese Application No. 9-15846 filed Jan. 13, 1997, Japanese Application No. 9-15847 filed Jan. 13, 1997 and Japanese Application No. 8-193986 filed Jul. 4, 1996.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an electronic percussion instrumental system and a percussion detecting apparatus in the electronic percussion instrumental system, and more particularly to an electronic percussion instrumental system which simulates a percussion instrument such as acoustic drum sounding musical tone as a result of percussing it with sticks or the like by a player and a percussion detecting apparatus in the electronic percussion instrumental system.

2. Description of the Related Art

Heretofore, in an electronic percussion instrumental system such as electronic drum simulating acoustic drum, a percussion detecting apparatus provided with a surface to be percussed being generally called by the name of "percussion pad" is utilized as a means for detecting percussion.

As such a percussion detecting means as described above, for example, the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996 has been known. In the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996, the percussion surface is formed by covering a plate-like case with a material of a soft high-molecular compound.

However, in such percussion detecting apparatus wherein the percussion surface is formed by covering the plate-like case with a soft high-molecular compound material, there is such a problem that repulsive feeling at the time of percussing the percussion surface is remarkable, so that good percussion feeling cannot be obtained. In addition, the above described percussion detecting apparatus involves also such a problem that there is a fear of disturbing the performance by the percussion sound, because the percussion sound generated at the time when the percussion surface is percussed is significant.

On one hand, it has been proposed to utilize, as a percussion detecting means, a percussion surface, the tension of which can be adjusted and is called by the name of "head" in acoustic drum, which is further provided with a sensor for detecting percussion.

In the present specification, adjustment for tension of a percussion surface which is adjustable as in the head of acoustic drum will be called by the term "tuning".

In the case when the head of acoustic drum is served for a percussion detecting means as described above, there is such a problem that although percussion feeling is excellent

**2**

in this case because the head for the acoustic drum is utilized as it is, the percussion sound becomes remarkable so that it disturbs the performance.

OBJECTS AND SUMMARY OF THE
INVENTION

The present invention has been made in view of the problems as described above involved in the prior art. Accordingly, an object of the present invention is to provide a percussion detecting apparatus provided with a head as the percussion surface which is excellent in percussion feeling and in which the percussion sound is extremely quiet in an electronic percussion instrumental system.

Furthermore, another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be easily capable of correct tuning of the head in the case when the head is tuned on the basis of an indication which is suitably given and corresponding to a position of percussion in the head.

Moreover, still another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be capable of detecting a correct position in percussion by correcting variations in tension of the head as a result of tuning of the same.

An yet further object of the present invention is to provide an electronic percussion instrumental system which is adapted to make clear a position of percussion in the head in case of tuning operation to display the tuning state, whereby the tuning operation can be carried out while confirming the state, so that anybody can easily conduct such tuning operation without requiring any sense of skilled user.

In order to achieve the above described objects, the present invention is characterized by a percussion detecting apparatus in electronic percussion instrumental system comprising a head the percussion surface of which is composed of a net-like raw material; and a percussion detecting means being in contact with the center position of the aforesaid head and detecting percussion with respect to the aforesaid head as electric signal.

Therefore, in accordance with the present invention, since the percussion surface of the head is composed of a net-like raw material, extremely good percussion feeling can be obtained because of the elasticity of the net-like raw material. Besides, since air passes through the openings of stitches in the net-like raw material, percussion sound in case of percussing the head becomes extremely small.

Furthermore, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a head the percussion surface of which to be percussed is tunable; a percussion detecting means for detecting percussion upon the aforesaid head as electric signal; a means for detecting a position of percussion point for performing arithmetic computations by inputting the electric signal detected by means of the aforesaid percussion detecting means to detect percussion point positional information; and a display means for effecting a display corresponding to the percussion point positional information detected by the aforesaid means for detecting a position of percussion point.

Therefore, in accordance with the present invention, since a display corresponding to the percussion point positional information is effected by means of the display means, the head can be tuned while observing visually the resulting display, so that correct tuning of the head can easily be realized.

US 7,385,135 B2

3

Moreover, the present invention is characterized by an electronic percussion instrumental system comprising further an arithmetic computation compensating means for compensating the arithmetic computations in the aforesaid means for detecting the position of percussion point in response to a tuning state of the aforesaid head.

Therefore, in accordance with the present invention, the arithmetic computations for detecting the percussion point positional information in response to tuning of the head are compensated, the position of percussion point is also compensated in response to tuning of the head, whereby it becomes possible to display the correct position of percussion point.

Still further, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a tunable head; a means for detecting a position of percussion point for detecting the position of percussion point upon the aforesaid head; and a display means for effecting a display in response to the results detected by the aforesaid means for detecting the position of percussion point; a percussion point positional mark for tuning being provided on the aforesaid head.

Therefore, in accordance with the present invention, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the position of percussion point detecting means is confirmed while watching the display means, tuning operation can simply be carried out without relying upon user's sense.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinafter and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

FIG. **1** is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention;

FIG. **2** is a perspective view showing a percussion detecting apparatus;

FIG. **3** is a sectional view taken along the line III-III of FIG. **2**;

FIG. **4** is a perspective view showing a head;

FIG. **5** is a perspectively exploded view of the head;

FIG. **6** is an explanatory view showing a case where directions in weave patterns of a first net and a second net intersect obliquely;

FIGS. **7**(a), **7**(b), and **7**(c) are explanatory views wherein FIG. **7**(a) is a fragmentary view taken in the direction of the arrow A of FIG. **7**(b), FIG. **7**(b) is a front view, and FIG. **7**(c) is a fragmentary view taken in the direction of the arrow C of FIG. **7**(b), respectively;

FIG. **8** is a sectional view corresponding to FIG. **3** in the case when the head is percussed with a stick;

FIG. **9** is a sectional view corresponding to FIG. **3** in the case when the rim is percussed with a stick;

FIG. **10** is a sectional view corresponding to FIG. **3** in the case when the head is either brushed or percussed with a brush;

FIG. **11** is a flowchart of the main routine executed by a CPU;

4

FIG. **12** is a flowchart of a DSP percussion signal processing routine executed by the DSP;

FIGS. **13**(a) and **13**(b) are explanatory views for characteristic properties of a head composed of a net-like raw material wherein FIG. **13**(a) shows the positions of percussion point, and FIG. **13**(b) shows the output waveforms, respectively;

FIG. **14** is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP in a normal performance mode;

FIG. **15** is an explanatory diagram showing the characteristic properties of table **1**;

FIG. **16** is an explanatory diagram showing the characteristic properties of table **2**;

FIG. **17** is a flowchart of a tuning processing routine executed by the CPU;

FIGS. **18**(a), **18**(b), and **18**(c) are explanatory diagrams showing examples of display mode in percussion point positional information AP by means of a display unit wherein FIG. **18**(a) shows the first displaying example, FIG. **18**(b) shows the second displaying example, and FIG. **18**(c) shows figures indicating a variety of the percussion point positional information AP in the display column for the percussion point positional information AP in FIG. **18**(b), respectively;

FIG. **19** is a flowchart of a normal performance processing routine executed by the CPU;

FIG. **20** is a schematic top view of a percussion detecting apparatus showing an example of percussion point positional mark displayed on the top of a head;

FIG. **21** is a flowchart showing a typical operational procedure for the tuning operation of a head;

FIG. **22** is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. **2**;

FIG. **23** is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. **2**;

FIGS. **24**(a) and **24**(b) are schematic top views of a percussion detecting apparatuses each showing an example of percussion point positional mark displayed on the top of the head wherein FIGS. **24**(a) and **24**(b) show different examples from each other; and

FIG. **25** is an explanatory view showing another example of display mode in the percussion point positional information AP by means of a display unit.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An example of manner of practice of the electronic percussion instrumental system and the percussion detecting apparatus in the electronic percussion instrumental system according to the present invention will be described in detail hereinafter in conjunction with the accompanying drawings.

FIG. **1** is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention wherein the electronic percussion instrumental system comprises a percussion detecting apparatus **10** provided with a head sensor **14** functioning as a percussion detecting means for detecting percussion applied to a head **12** the surface of which is composed of a net-like raw material which will be described hereunder, and a rim-shot sensor **18** for detecting percussion applied to a rim **16**; an analog-to-digital (A/D) converter **20** which performs analog-to-digital conversion of the detected signals output from the head sensor **14** and the

5

rim-shot sensor **18** in time-sharing manner and inputs the converted signals to a DSP **22** which will be mentioned hereinafter; the DSP **22** which detects the percussion applied to the head **12**, the intensity thereof, the position of percussion from the detected signals which are derived from the head sensor **14** and which were input from the analog-to-digital converter **20** as well as performance by means of a brush, and in addition, the DSP detecting also the percussion applied to the rim **16** and the intensity thereof from the detected signals which are derived from the rim-shot sensor **18** and which were input from the analog-to-digital converter **20** to supply the results thus detected to a CPU **24** which will be described hereunder; the CPU **24** which supplies the output from the DSP **22** to a sound source IC **34**, which will be undermentioned, wherein the output is converted into required performance information, as well as detects operations of a group of operation keys **30** which will be mentioned hereinafter, and controls the DSP **22**; a read only memory (ROM) **26** storing a program or the like which is to be executed by the CPU **24**, a random access memory (RAM) **28** functioning as a working area required for executing the program by means of the CPU **24**; the group of operation keys **30** including mode selecting keys for setting normal performance mode, brush performance mode or tuning mode, keys for selecting tone color or setting level or the like, and the like keys; a display unit **32** for displaying an operation mode selected by a key in the group of operation keys **30**, tone colors required for the tone color selection, and a tuning state in case of tuning mode; the sound source IC **34** which reads a waveform memory **36** which will be undermentioned on the basis of performance information from the CPU **24** to form digital musical tone signals and outputs the signals thus formed to a digital-to-analog (I/A) converter **38** which will be described hereunder; the waveform memory **36** storing sampling waveform data for forming the musical tone signals; and the digital-to-analog converter **38** for converting digital musical tone signals supplied from the sound source IC **34** into analog musical tone signals to output the signals thus converted to a sound system composed of an amplifier, a speaker and the like.

Then, the constitution of the percussion detecting apparatus **10** will be described by referring to FIG. **2** being a perspective view showing the percussion detecting apparatus **10** and FIG. **3** being a sectional view taken along the line III-III of FIG. **2**.

The percussion detecting apparatus **10** contains a cylindrical barrel section **50**, and around the outer circumference of the barrel section **50** are formed protrusively engaging portions **52** each having a tapped hole (not shown) provided with a thread groove (not shown) with a prescribed interval along the diametrical direction of the barrel section. Into the engaging portion **52** is screwed an engaging pin **54** on which is formed a thread ridge to be combined with the thread groove formed on the engaging portion **52**, so that the head **12** and the rim **16** are fixed to the barrel section **50** through the engaging pin **54**. Furthermore, a locking projection **54a** for locking the rim **16** is formed on the engaging pin **54**.

The head **12** is prepared as shown in FIGS. **4** and **5** in such a manner that a net-like raw material composed of a first net **56** and a second net **58**, each of which is woven in accordance with plane weave wherein the longitudinal and transverse fibers cross at right angles, are laminated to one another so as to cross obliquely their longitudinal and transverse weave pattern directions, and the net-like raw material thus arranged is bonded to a frame **60**. It is to be noted herein that the expression "the weave pattern direction

6

of the first net **56** crosses obliquely that of the second net **58**" means that when the first net **56** wherein the longitudinal and transverse fibers cross at right angles is superposed on the second net **58** wherein the longitudinal and transverse fibers cross at right angles, adjacent fibers in the first net **56** and the second net **58** thus superposed intersect with each other at an angle α which is smaller than 90 degrees as shown in FIG. **6**.

Moreover, on the top of the head **12** is provided a percussion point positional mark M which is formed with a circular contour by means of printing as shown in FIG. **20** and which is used in case of tuning operation.

Furthermore, the rim **16** is prepared by integrally molding a metallic material and is composed of a flange portion **66** which is positioned around the outer circumference of the rim and has hole potions **64** into each of which an engaging pin **54** can be inserted, and a rim percussion portion **68** which is ascendingly formed and extended from the flange portion **66** around the inner circumference thereof. The top of the rim percussion portion **68** is covered with a covering member **70** made from an elastic material such as rubber, sponge and the like.

A manner for fixing the head **12** and the rim **16** to the barrel section **50** each of them having the structure described above is such that the head **12** is first put on the barrel section **50**, then, the rim **16** is put on the head **12**, and the positions of them are adjusted in such a way that each hole portion **64** of the rim **16** communicates with each tapped hole defined on each engaging portion **52** of the barrel section **50**. Thereafter, each engaging pin **54** is inserted into each hole portion **64** of the rim **16** as well as into each tapped hole defined on each engaging portion **52** of the barrel section **50**, and the thread ridge of each engaging pin **54** is threadedly combined with the thread groove in each engaging portion **52** of the barrel section **52**, so that the head **12** and the rim **16** are forcedly fixed to the barrel section **50** by means of the locking projection **54a** of each engaging pin **54**.

More specifically, with the progress of screwing each engaging pin **54** in the tapped hole in each engaging portion **52** of the barrel section **50**, the flange portion **66** of the rim **16** is pressed downwards in FIG. **3** by means of each locking projection **54a**, so that the frame **60** of the head **12** is also pressed downwards through the flange portion **66**. As a result, the first net **56** and the second net **58** the downward movement of which are restricted by an upper end portion **50a** of the barrel section **50**, respectively, are stretched over the barrel section **50** with a prescribed tension. Thus, when an amount of screwing each engaging pin **54** in each tapped hole defined on each engaging portion **52** of the barrel section **50** is adjusted, the tension of the first net **56** and the second net **58** can be arbitrarily controlled, whereby tuning of the head **12** can be carried out.

Furthermore, a head sensor supporting material **72** is placed in the barrel section **50** in such that the head sensor supporting material **72** intersects the position of the axial center of the barrel section **50**. A head sensor **14** is bonded to the top of the head sensor supporting material **72** at the central portion thereof by means of a cushioning double-coated tape **78** which will be described hereinafter so as to be in contact with the second net **58**. In other words, the head sensor **14** is disposed on the under surface of the net-like raw material composed of the first net **56** and the second net **58** in the head **12** at the center thereof in contact therewith.

As shown in FIGS. **7**(a), **7**(b), and **7**(c), the head sensor **14** is provided with a disc-shaped piezoelectric element **76** containing wires for output signal **74**, and to the under surface of the piezoelectric element **76** is bonded the cush-

7

ioning double-coated tape **78**. A diameter of the cushioning double-coated tape **78** is made to coincide with an node diameter of the piezoelectric element **76**.

Furthermore, to the top of the piezoelectric element **76** is bonded a frustoconical cushioning member **80** made from an elastic material such as rubber, sponge and the like. The cushioning member **80** has a bottom surface of a larger diameter than that of the piezoelectric element **76**, the cross section of which tapers off upwardly, and it is in contact with the second net **58** at the extreme end of the cushioning member **80** of a thin diameter.

Moreover, in the vicinity of the rim percussion portion **68** disposed on the upper portion inside the barrel section **50** is bonded the rim-shot sensor **18** by means of the cushioning double-coated tape **78**. The rim-shot sensor **18** is provided with the disc-shaped piezoelectric element **76** containing wires for output signal **74**, and to the under surface of the piezoelectric element **76** is bonded the cushioning double-coated tape **78**. The diameter of the cushioning double-coated tape **78** is made to coincide with the node diameter of the piezoelectric element **76**.

Namely, in the electronic percussion instrumental system according to the present invention, a member obtained by removing the cushioning member **80** from the head sensor **14** is used as the rim-shot sensor **18**, whereby improvements in efficiency of parts to be used are intended.

In this electronic percussion instrumental system, a variety of heads **12** having different diameters as well as a variety of the barrel sections **50** being adapted for such various heads and the like members are prepared, whereby a size of the head **12** is suitably changed.

In the constitution as described above, when the head **12** is percussed with a stick **100** (see FIG. **8**), the head sensor **14** detects the percussion, while when the rim **16** is percussed with the stick **100** (see FIG. **9**, but it is to be noted that both the head **12** and the rim **16** are percussed with the stick **100** in FIG. **9**), the rim-shot sensor **18** detects the percussion. Further, when the head **12** is brushed or percussed with a brush **102** (see FIG. **10**), the head sensor **14** detects the contact of the brush **102** with the head **12**.

In these circumstances, when the head **12** is percussed with the stick **100**, extremely good percussion feeling closely resembling the percussion feeling in the case when the head of an acoustic drum is percussed can be obtained because of the elasticity of a net-like raw material composed of the first net **56** and the second net **58**.

In addition, since the first net **56** and the second net **58** which have been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated obliquely with each other in the net-like raw material, the tension is uniformized over the whole surface of the net-like raw material, so that there is little variations in percussion feeling due to differences in the position percussed, and as a result, output waveforms from the head sensor **12** become the ones which are easily processed.

As described above, performance played by percussing the head **12** is controlled by output waveforms from the head sensor **14** being in contact with the under surface of the center in the first net **56** and the second net **58** of the head **12**. In this respect, since the head sensor **14** is positioned at the center of the first net **56** and the second net **58** of the head **12**, variations in output waveforms due to differences in the position of the head **12** percussed become concentric circular form, so that variations in tone color simulating acoustic drum are easily expressed.

8

Moreover, since the cushioning member **80** of the head sensor **14** is in contact with the under surface of the center of the second net **58** of the head **12**, oscillation of the head **12** attenuates rapidly so that the output signal attenuates also rapidly, whereby erroneous detecting operation in case of percussing the head **12** in a rapid and repeated manner is prevented.

Further, since the cushioning member **80** bonded to the top of the piezoelectric **76** of the head sensor **14** is in contact with the second net **58** of the head **12** at the site of the frustoconical extreme end portion having a thin diameter and a small area, vibrations of percussion in the head **12** are hardly transmitted directly to the piezoelectric element **76**, so that damage of the piezoelectric element **76** is suppressed.

In addition, since a diameter of the cushioning double-coated tape **78** bonded to the under surface of the piezoelectric element **76** is made to be equal to the node diameter, sensitivity of the piezoelectric element **76** increases, so that delicate variations in the oscillation due to differences in positions percussed can be more precisely detected.

Still further, since air passes through openings of stitches in the net-like raw material composed of the first net **56** and the second net **58**, percussion sound in the case when the head **12** is percussed is extremely small. Such percussion sound in case of percussing the head **12** is dependent upon a ratio of openings in the net-like raw material composed of the first net **56** and the second net **58**, and therefore, the higher ratio of openings brings about the smaller percussion sound. However, an excessive ratio of openings results in low tension of the first net **56** and the second net **58** so that the percussion feeling deteriorates. Accordingly, it is preferred to suitably keep a balance between the percussion feeling and the ratio of openings.

Yet further, since the rim **16** is covered with the covering member **70**, the percussion sound in case of percussing the rim **16** is also reduced.

In this respect, the oscillation in case of percussing the rim **16** is mostly transmitted to the barrel **50**, the performance played by percussing the rim **16** can be controlled in accordance with output waveforms in the rim-shot sensor **18** attached to the barrel **50**.

In the following, electrical processing contents in the electronic percussion instrumental system according to the present invention will be described by referring to the accompanying flowcharts.

FIG. **11** is a flowchart of the main routine executed by the CPU **24** wherein when the power is turned on, first, memories, registers and the like are initialized (step S**802**).

Then, it is judged which operational mode has been set, i.e., it is judged whether a tuning mode which changes percussion feeling of the head **12** by adjusting tension in the net-like raw material of the head **12**, or a normal performance mode which sounds percussion instrumental sounds by detecting percussion upon the head **12** and percussion upon the rim **16**, or a brushing performance mode which sounds percussion instrumental sounds by detecting either brushing or percussing the head **12** with the brush **102** has been established (step S**804**) by supervising an operational state of mode selecting keys of the group of operation keys **30**.

As a result, when it has been judged that the tuning mode had been set in the step S**804**, the DSP **22** is set to the tuning mode, whereby the DSP **22** is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. **12** (step S**806**). Thereafter, the tuning processing routine executed by the CPU **24** shown in FIG. **17** is executed (step S**808**), then, processing for stopping the

US 7,385,135 B2

9

tuning mode by means of the DSP **22** is conducted (step S**810**), and the procedure returns to the step S**804**.

On one hand, when it has been judged that the normal performance mode had been set in the step S**804**, the DSP **22** is set to the normal performance mode, whereby the DSP **22** is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. **12** (step S**812**). Thereafter, the normal performance processing routine by the CPU **24** shown in FIG. **19** is executed (step S**814**), then, processing for stopping the normal performance mode in the DSP **22** is conducted (step S**816**), and the procedure returns to the step S**804**.

On the other hand, when it has been judged that the brushing performance mode had been set in the step S**804**, the DSP **22** is set to the brushing performance mode (step S**818**). Thereafter, the brushing performance processing routine by the CPU **24** is executed, then, processing for stopping the brushing performance mode in the DSP **22** is conducted (step S**816**), and the procedure returns to the step S**804**. It is to be noted that since the processing for brushing performance mode is not related to the subject matter of the present invention, the detailed description therefor will be omitted.

In the following, the DSP percussion signal processing routine executed by the DSP **22** shown in FIG. **12** will be described, and the this processing is based on the following characteristic features.

Namely, when detection signal of the head sensor **14** in the case when the head **12** composed of a net-like raw material is percussed is observed, there is such a characteristic that a first half-wave time changes dependent on a position of percussion point in a certain frequency band. More specifically, as shown in FIGS. **13**(a) and **13**(b), when the first half-wave time in the case where the center of the head **12** is percussed (position of percussion point A), the first half-wave time in the case where the outer circumference of the head **12** is percussed (position of percussion point C), and the first half-wave time in the case where the intermediate point defined between the center and the outer circumference of the head **12** is percussed (position of percussion point B) are represented by $T_A$, $T_C$, and $T_B$, respectively, the relationship between them is expressed as follows.

$$T_A > T_B > T_C.$$

As described above, when the head **12** composed of a net-like raw material is percussed, with the movement of position of the percussion point from the center to the outer circumference, a first half-wave time shortens gradually.

On one hand, when tuning of the head **12** is made high, i.e., tension of the head **12** is increased, the first half-wave times $T_A$, $T_B$, and $T_C$ shorten, respectively, while maintaining the relationship "$T_A > T_B > T_C$". On the other hand, when tuning of the head **12** is made low, i.e., tension of the head **12** is decreased, the first half-wave times $T_A$, $T_B$, and $T_C$ lengthen, respectively, while maintaining the relationship "$T_A > T_B > T_C$".

FIG. **14** is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP **22**. The outline of DSP percussion signal processing routine will be described by referring to FIG. **14**. A detection signal detected by the head sensor **14** is subjected to analog-to-digital conversion by means of the analog-to-digital converter **20**, and the signal thus converted is input to a DC cut filter. The DC cut filter means a high pass filter for removing DC component. The DC component of the detection signal thus input to the DC cut filter is

10

removed, and is input to a low pass filter (LP filter) removing unnecessary high pass component. Then, the detection signal from which unnecessary high pass component has been removed is input to a first half-wave detection circuit. The first half-wave detection circuit detects the leading edge of waveform of the detection signal thus input and the first zero cross, whereby the first half-wave is detected. A counter operates for counting during only a period wherein the first half-wave detection circuit detects first half-wave, and an arithmetic circuit calculates the position of percussion point from the count value of the counter. The position of percussion point thus calculated is input to the CPU **24** as percussion point positional information in head.

The DSP percussion signal processing routine will be described herein in detail by referring to FIG. **12** wherein this DSP percussion signal processing routine is executed repeatedly in every sampling periods of the analog-to-digital converter **12**.

It is to be noted that since the above described functional block diagram shown in FIG. **14** indicates only the function for detecting percussion point positional information in head, a function for detecting percussion force information shown in FIG. **12** has been omitted. Furthermore, the functions for DC cut filter and LP filter shown in FIG. **14** are considered in FIG. **12** to be included in the processing for inputting sampling data S (step S**902**), so that the clear indication thereof is omitted for simplifying the flowchart.

In the DSP percussion signal processing routine, the sampling data S is first input (step S**902**), and it is judged whether the leading edge has been detected or not (step S**904**). In the case where it was judged that the leading edge had been detected, a timer T is reset (step S**906**), then, a first count flag cf is turned ON (step S**908**), and a maximum value detection flag mf is turned ON (step S**910**).

The detection of leading edge in the step S**904** may be conducted specifically by either a manner wherein a difference between the present sampling data S and the preceding sampling data is determined; and if the difference is higher than the prescribed value which has been previously set, it is judged that there was a leading edge, or a well-known manner for detecting leading edge of input signal.

Furthermore, the timer T is a means for measuring a prescribed period of time for detecting the maximum value of detection signal wherein the prescribed period of time is decided by a register time for storing the time which has been previously set.

The first half-wave count flag cf is a flag representing whether counting processing for the first half-wave counter ct is to be made or not. When the first half-wave count flag cf has been turned ON, the counting processing for the first half-wave counter ct is made, while the counting processing for the first half-wave counter ct is not made in the case when the first half-wave count flag cf has been turned OFF.

A maximum value detection flag mf is a flag representing whether detection processing for the maximum value of input data is to be made or not. When the maximum value detection flag mf has been turned ON, the detection processing for the maximum value is made, while the detection processing for the maximum value is not made, in the case when the maximum value detection flag mf has been turned OFF.

In either case where the processing in step S**910** has been completed or the case where it has been judged that the leading edge had not been detected in the step S**904**, the procedure proceeds to step S**912** wherein it is judged whether or not the first half-wave count flag has been turned ON.

US 7,385,135 B2

**11**

It is to be noted herein that the step S912, step S914, step S916, and step S918 relate to first half-wave count processing. In other words, the first half-wave count flag cf is turned ON from the step S912, and the first half-wave counter ct is incremental until the first half-wave is completed.

More specifically, when it is judged that the first half-wave count flag has not been turned ON, i.e., the first half-wave count flag has been turned OFF, the procedure jumps to step S920 without accompanying the processing in the step S914, the step S916, and the step S918.

On the other hand, when it is judged that the first half-wave count flag has been turned ON in the step S912, it is judged whether or not the first half-wave has been completed (step S914). Then, when it is judged that the first half-wave has not been completed, the first half-wave counter ct is made incremental (step S916), while when it is judged that the first half wave has been completed, the first half-wave count flag cf is turned ON (step S918), and the procedure proceeds to the step S920.

The completion of the first half-wave in the step S914 corresponds to a point of time where the sampling data cross 0 (zero). Judgment whether the sampling data have crossed 0 (zero) or not may be made at the point of time when sign of the sampling data S turns, the contents of the judgment being such that the sampling data have crossed 0 (zero).

In the step S920, it is judged whether the maximum value detection flag mf has been turned ON or not, and as a result, when it is judged that the maximum value detection flag mf has not been turned ON, i.e., it is judged that the maximum value detection flag mf has not been turned OFF, the DSP percussion signal processing routine is completed without taking a further step any more.

On the other hand, when it is judged that the maximum value detection flag mf has been turned ON, it is further judged whether or not a timer T is larger than the register time (step S922).

As a result, when the timer T is equal to or less than the register time, in other words, during a period where the maximum value detection flag mf has been turned ON and the timer T is equal to or less than the register time in the step S922, the maximum value detection processing is executed in step S924 and step S926.

More specifically, the timer T is made incremental (step S924), the maximum value max is compared with the absolute value of the sample data S to rewrite the larger value into the maximum value max (step S916), and the DSP percussion signal processing routine is completed.

Therefore, the maximum value max corresponds to the maximum value of a percussion signal within a prescribed time and decided by the register time.

Furthermore, when the maximum value detection processing is completed as a result of such judgment that the timer T is larger than the register time in the step S922, the maximum value detection flag mf is turned OFF (step S928).

Then, the first half-wave counter ct is converted into a percussion point positional information AP by employing table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP (step S930).

It is to be noted herein that the table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP is selected in accordance with head type or tuning type.

The head type is decided in response to a size of the head 12 so that TOM 1, TOM 2, and SNARE are established in

**12**

the present electronic percussion instrumental system. On one hand, the tuning type is decided in accordance with a tuning state of the head 12, i.e., in response to tension of the head 12 so that "loose", "medium" and "tight" are established in the present electronic percussion instrumental system.

As described above, since three kinds of the head type and three kinds of the tuning type have been established in the present electronic percussion instrumental system, so that the table 1 of total nine kinds is provided.

In FIG. 15, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 1. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

When completed the processing in the step 930, the procedure proceeds to step S932 wherein the percussion point positional information AP is converted into a percussion force correcting coefficient K by employing a table 2 which is a percussion force correcting table for converting the percussion positional information AP obtained in the step S930 into the percussion force correcting coefficient K (step S932).

It is to be noted herein that the table 2 which is the percussion force correcting table for converting the percussion positional information AP is selected in response to head type and tuning type as in the case of the table 1.

As described above, since three kinds of the head type, i.e., TOM 1, TOM 2, and SNARE as well as three kinds of the tuning type, i.e., "loose", "medium, and "tight" have been established in the present electronic percussion instrumental system, so that the table 2 of total nine kinds is provided.

In FIG. 16, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 2. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

For instance, in the example shown in FIG. 16, when the tuning type is loose, "K=1" in the position of percussion point A (center), "K=4/3" in the position of percussion point B (intermediate), and "K=3" in the position of percussion point C (outer circumference).

These head types and tuning types may be represented by numerical values, and further the table 1 as well as the table 2 are not limited to the nine kinds, respectively.

When the processing in the step S932 is completed, the procedure proceeds to step S934 wherein compensation arithmetic processing in which the maximum value max is multiplied by the percussion force correcting coefficient K is conducted to calculate compensated percussion force information V.

When completed the step S934, the procedure proceeds to step S936 wherein a sounding flag gf in the CPU 24 is turned ON, the percussion point positional information AP and the percussion force information V are set in the CPU 24, and the DSP percussion signal processing routine is completed.

Then, the tuning processing routine executed by the CPU in the step S808 will be described by referring to FIG. 17.

US 7,385,135 B2

**13**

In this tuning processing routine, it is judged whether or not there was an indication of change in a head type or a tuning type by operating a head type setting operation key (key for setting the head type) or a tuning type setting operation key (key for setting the tuning type) contained in the group of operation keys **30** (step S**1402**). At the time of turning on the power, a register head storing a head type and a register tuning storing a tuning type are also set in response to the initialized state of the head type setting operation key and the tuning type setting operation key in accordance with the processing of initialization in the step S**802**, respectively.

After such judgment that change of head type or tuning type had been indicated by the operation of the head type setting key or the tuning type setting key of the group of operation keys **30** in the step S**1402**, it is judged whether or not the change of head type has been indicated (step S**1404**).

When it was judged that the change of head type had been indicated, stored contents of the register head are changed in accordance with this indication of change (step S**1406**).

In either the case where the processing in step S**1406** has been completed, or the case where it was judged that the change of head type had not been indicated in the step S**1404**, it is judged whether or not the change of tuning type has been indicated (step S**1048**).

When it was judged that the change of tuning type had been indicated, the stored contents of the register tuning is changed in accordance with this indication of change (step S**1410**).

In either the case where the processing in step S**1410** has been completed, or the case where it was judged that the change of tuning type had not been indicated in the step S**1408**, the table **1** or the table **2** is selected in accordance with the stored contents of the register head or the register tuning, and it is set to the DSP **22** (step S**1412**).

As a result of conducting the procedure as described above, in either the case where the processing in step S**1412** has been completed, or the case where it was judged that both the head type setting key or the tuning type setting key in the group of operation keys **30** had not been operated so that no change of the head type and the tuning type had not been indicated, the percussion point positional information AP sent out from the DSP **22** is displayed on the display unit **32** (step S**1414**). More specifically, the percussion point positional information AP set in the CPU in the DSP percussion signal processing routine is displayed on the display unit **32**.

In FIGS. **18**(*a*), **18**(*b*) and **18**(*c*) are shown examples of manner of displaying the percussion point positional information AP displayed on the display unit **32** in the step S**1414** wherein FIG. **18**(*a*) shows a first displaying example, FIG. **18**(*b*) shows a second displaying example, and FIG. **18**(*c*) shows marks representing a variety of percussion point positional information AP being displayed in a display column for the percussion point positional information AP in FIG. **18**(*b*), respectively. In FIGS. **18**(*a*) and **18**(*b*), it is arranged in such that numbers which have been previously assigned to respective tuning types are displayed in the displaying column of tuning type.

In FIG. **18**(*a*), "CENTER" indicates the center position of the head **12**, and "RIM" indicates a position of the rim **16**. Furthermore, a black triangle is a mark indicating the percussion point positional information AP, while a white triangle is a tuning reference mark indicated in a position corresponding to the percussion point positional mark M indicated in the head **12** (see FIG. **20**).

**14**

Since a position between the center "CENTER" and the rim **16** "RIM" in the head **12** is decided by the percussion point positional information AP, the position thus decided is indicated by a black triangle.

Furthermore, the tuning reference mark represented by a white triangle shows a position corresponding to the percussion point positional mark M indicated in the head **12** shown in FIG. **20** as described above. Namely, since the percussion point positional mark M shown in FIG. **20** is indicated at the position of intermediate point between the center "CENTER" and the rim **16** (RIM) in the head **12**, the tuning reference mark represented by a white triangle is also indicated at the intermediate point between the "CENTER" and the "RIM" in FIG. **18**(*a*).

The manner for displaying the percussion point positional information AP on the display **32** is not limited to the examples shown in FIGS. **18**(*a*), **18**(*b*), and **18**(*c*), but it may be indicated by either numerical values or a bar graph as in a level indication.

When completed the processing in the step S**1414**, it is judged whether or not a termination key in the group of operation keys **30** has been operated (step S**1416**), so that if it was judged that the termination key in the group of operation keys **30** had not been operated, the procedure returns to the step S**1402**, and the processing is repeated.

On the other hand, if it was judged that the termination key in the group of operation keys **30** had been operated in the step S**1416**, the procedure returns to the main routine.

Then, a normal performance processing routine executed by the CPU **24** in the step S**814** will be described by referring to FIG. **19**.

In the normal performance processing routine, it is first judged whether or not a level key (key for setting a volume of sounding musical tone), a tone color key (key for setting tone color of sounding musical tone), or a tuning key (key for setting a pitch of sounding musical tone) contained in the group of operation keys **30** has been changed. At the time when the power is turned on, a register level for storing level, a register tone for storing tone color, and a register pitch for storing pitch are set in response to the initialized state of the level key, the tone color setting key, and the tuning key, respectively, in accordance with the initialization processing in the step S**802**.

In the step S**1602**, when it was judged that the level key, the tone color setting key, or the tuning key in the group of operation keys **30** had been changed, then, it is judged whether the level key has been changed or not (step S**1604**).

In this case, if it was judged that the level key had been changed, the stored contents in the register level are changed in accordance with the former change (step S**1606**).

In either the case where the processing in step S**1606** has been completed, or the case where it was judged that the level key had not been changed in the step S**1604**, it is judged whether or not the tone color key has been changed (step S**1608**).

In this case, when it was judged that the tone color key had been changed, stored contents of a register tone are changed in accordance with the former change, and a start address and an end address of waveform data corresponding to the stored contents of the register tone are set in the sound source IC **34** (step S**1610**).

In either the case where the processing in step S**1610** has been completed, or the case where it was judged that the tone color key had not been changed in the step S**1608**, it is judged whether or not the tuning operation key has been changed (step S**1612**).

US 7,385,135 B2

**15**

It is to be noted that the "tuning" in this step S**1612** is different from the above described tuning of the head, and it means that a pitch is adjusted with respect to sounding musical tone (sound of a percussion instrument).

In this case, when it was judged that the tuning key had been changed, stored contents of the register pitch are changed in accordance with the former change, and the pitch information corresponding to the stored contents of the register pitch are set to the sound source IC **34** (step S**1614**).

When the processing in step S**1614** has been completed as a result of conducting the procedure as described above, or it was judged that the tuning key had not been changed in the step S**1612**, or in the case where any of the level key, tone color setting key, or the tuning key in the group of operation keys **30** had not been changed, then, it is judged whether or not a sounding flag gf is turned ON (step S**1616**).

Specifically, it is judged whether or not sounding has been instructed as a result of turning ON the sounding flag gf by the CPU **24** in the step S**936** of the DSP percussion signal processing routine.

In this case, if it was judged that the sounding flag gf has been turned ON, the results of arithmetic computations of "level×V" are set to the sound source IC **34** as the level information (step S**1618**). More specifically, values stored in the register level which has been set by a level key are multiplied by percussion force information V to calculate a sounding level, and the results of this arithmetic computations are set to the sound source IC **34** as the level information.

When completed the processing in the step S**1618**, the percussion point positional information AP is converted into a filter coefficient for controlling filter characteristics, and the converted information is set in the sound source IC **34** (step S**1620**). More specifically, when the converted information is set to the IC **34** after converting the percussion point positional information AP into the filter coefficient for controlling filter characteristics, tone colors corresponding to the positions of percussion point can be obtained. It is to be noted that the processing for obtaining tone colors corresponding to the positions of percussion point is not limited to that illustrated in the step S**1620**, but the processing in the step S**1620** may be replaced by either a manner wherein waveforms are to be read out are switched or a manner wherein a mixed ratio of a plurality of waveforms is changed.

When the processing in the step S**1620** is completed, the sounding flag gf is turned OFF (step S**1622**). In other words, as a result of conducting the procedure as described above, the sounding flag is turned OFF.

In either the case where the processing in the step S**1622** has been completed, or the case where it was judged that the sounding flag gf had been turned OFF in the step S**1616**, it is judged whether or not the termination key in the group of operation keys **30** has been operated (step S**1624**), so that if it was judged that the termination key of the group of operation keys **30** had not yet been operated, the procedure returns to the step S**1602** to repeat the processing.

On the other hand, when it was judged that the termination key in the group of operation keys **30** had been operated, the procedure returns to the main routine.

The processing for sounding musical tones from the present electronic percussion instrumental system to the outside is carried out by controlling the sound source IC **34**.

In the following, a typical operational procedure for tuning operation of the head **12** will be described by referring to the flowchart shown in FIG. **21**. The flowchart of

**16**

FIG. **21** illustrates the operational procedure of the tuning operation effected by a user after selecting the tuning mode by the user.

Namely, when the user selects the tuning mode, then he or she sets first a desired head type by operating a head type setting key in the group of operation keys **30** (step S**1802**), and thereafter, he or she sets a desired tuning type by the operation of a tuning type setting key of the group of operation keys **30** (step S**1804**).

In accordance with the operations in the steps S**1802** and S**1804**, the processing specified in the respective steps S**1402**, S**1404**, S**1406**, S**1408**, S**1410**, and S**1412** contained in the tuning processing routine executed by the CPU shown in FIG. **17** is conducted.

Then, in this tuning operation, a mark M at the position of percussion point in the head **12** which is placed at a position close to the engaging pin **54** in operation is percussed (step S**1806**). It is to be noted that the procedure on and after the step S**1806** becomes actual tuning operations.

In the step S**1806**, when the mark M at the position of percussion point of the head **12** is percussed, the percussion point positional information AP sent from the DSP **22** as a result of execution of percussion signal processing routine shown in FIG. **12** is displayed on the display unit **32** in the step S**1414** contained in the tuning processing routine executed by the CPU shown in FIG. **17**.

In this case, it is confirmed that a black triangle indicating the percussion point positional information AP due to the result of the percussion in the step S**1806** has been displayed at which position by visual observation of the display unit **32** (step S**1808**).

Then, it is judged whether or not there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and a white triangle indicating the tuning reference mark (step S**1810**).

In this case, when it is judged that there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, the engaging pin **54** is adjusted so as to cancel the aforesaid misregistration, thereby carrying out tuning for adjusting tension of the head **12** (step S**1812**).

Thus, after completing the operation in the step S**1812**, the procedure returns to the step S**1806** and the operation is repeated.

On the other hand, if it was judged that there was no misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, then it is judged whether the tuning operation has been completed or not (step S**1814**). In this case, the judgment whether or not the tuning operation has been completed is specifically a judgment whether or not tuning operations of all the engaging pins **54** have been completed.

In this case, when it was judged that the tuning operations had not been completed, the procedure returns to the step S**1806** to perform tuning operations with respect to the engaging pins **54** to which have not yet been subjected the tuning operations.

On the contrary, when it was judged that the tuning operations had been completed, the procedure of the tuning operation is finished.

It is to be noted that the above described manner of practice may be modified as follows.

(1) As shown in FIG. **22**, the head **12** is fixed to either side of the opening of the barrel section **50**, while the head of an acoustic drum (cannot be found in FIG. **22**) may be fixed to

US 7,385,135 B2

**17**

the other side of the opening of the barrel section. In this case, when the head **12** is percussed, the head of acoustic drum positioned on the opposite side resonates to sound at an appropriate volume. Accordingly, when compared with the case where only the head **12** is fixed to the barrel section **50**, a player can perform the percussion instrument with much more close feeling to that of acoustic drum.

(2) As shown in FIG. **23**, to the outer circumference of the head **12** composed of the first net **56** and the second net **58** may be bonded an annular film **112**. In this case, since a ratio of opening in the first net **56** and the second net **58** of the head **12** becomes low in comparison with that of the above described manner of practice, the percussion sound becomes larger than that of the above described manner of practice. For this reason, a player can perform the resulting percussion instrument with much more close feeling to that of acoustic drum. Furthermore, when an area of the film **112** to be bonded to the first net **56** and the second net **58** in the head **12** is allowed to vary, the volume in percussion can be controlled. Moreover, stitches may be filled with an adhesive to bond the first net **56** to the second net **58** in place of bonding of the film **112**.

(3) The net-like raw material is not limited to a two-ply plane weave net, but one-ply or three- or more ply net may also be used. Furthermore, a weaving manner of net is not limited merely to plane weave. In the case where a net-like raw material is composed of a single net, it is preferred to use a triaxially woven net which balances tension not only in the crossed direction of woven fibers, but also in an oblique direction.

(4) A shape of the cushioning member **80** in the head sensor **14** is not limited to the frustoconical shape, but a truncated pyramid shape may be adopted.

(5) A constitution of the sound source is not limited to the above described wave-form read-out system, but sound sources of a variety of systems may be employed. Furthermore, a PCM sound source sounding PCM sampling sounds is not used, but a resonator composed of oscillator and the like may be used, otherwise audio signals input from the outside may also be employed.

(6) While the percussion point positional information AP has been displayed on the display **32** in the above described manner of practice, instead of the display, it may be adapted to sound such sound signal having a pitch corresponding to the percussion point positional information AP.

(7) Although the percussion point positional mark M indicated on the top of the head **12** has been configured in the circular shape as shown in FIG. **20** in the above described manner of practice, a shape of the percussion point positional mark M is not limited to the circular shape as shown in FIG. **20**, but, for example, the percussion point positional mark M may be indicated by points of a prescribed number as shown in FIG. **24**(*a*). Moreover, a region of the head **12** is classified by coloring as shown in FIG. **24**(*b*) (It is to be noted in FIG. **24**(*b*) that a shaded portion of the region of the head **12** is represented by a different color from that of the other (no shaded) portion), and the boundary portion classified by coloring may be used as the percussion point positional mark M.

(8) While it has been arranged in such that the tuning reference mark represented by white triangle shown in FIG. **18**(*a*) is indicated in response to the percussion point positional mark M of the head **12** in the above described manner of practice, the invention is not limited thereto, but, for instance, it may be arranged in such that information for position indicated by a white triangle may be stored as the tuning reference data together with the table **1** and the table

**18**

**2** which are selected in accordance with the head type or the tuning type set in the tuning processing routine executed by the CPU shown in FIG. **17**.

(9) Although the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark corresponding to the percussion point positional mark M of the head have been displayed on the display unit **32** in the above described manner of practice as shown in FIG. **18**(*a*), a displaying manner on the display unit **32** is not limited thereto, but, for example, a deviation between the above described tuning reference data and the detected percussion point positional information AP may be displayed as shown in FIG. **25**.

Specifically, the manner may be carried out in such a way that tuning reference data are read out in case of the processing for displaying the percussion point positional information AP in the step S**1414** of the tuning processing routine executed by the CPU shown in FIG. **17**, a deviation between the tuning reference data and the percussion point positional information AP is calculated, and the deviation represented by the calculated result is displayed on the display unit **32**. If it has been adapted to display "0" on the display unit **32** in case of no deviation, it means that tuning is matched in the case when indication "0" is displayed on the display unit **32**.

(10) As a displaying manner in the display unit **32**, there are a manner wherein it may notify that the tuning is matched in the case when a difference between the tuning difference data and the percussion point positional information AP reaches a prescribed value or lower, and a manner wherein a difference between the tuning reference data and the percussion point positional information AP may be displayed in accordance with cent indication as utilized in a tuning device for stringed instruments such as guitar and the like in addition to the manners described above.

Since the present invention has been constituted as described above, it provides such an excellent advantage that a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system can be realized.

Furthermore, since the indication corresponding to a percussion position of the head has been made in the present invention, such an excellent advantage that correct tuning can easily be carried out in case of tuning the head is obtained.

Moreover, since a variation in tension of the head due to tuning of the head has been compensated in the present invention, such an excellent advantage that correct percussion position can be detected is obtained.

Still further, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the detecting means for position of percussion point is confirmed while watching the display means in the present invention, such an excellent advantage that tuning operation can simply be carried out without relying upon user's sense is obtained.

It will be appreciated by those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof.

The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes

**19**

that come within the meaning and range of equivalents thereof are intended to be embraced therein.

The entire disclosure of Japanese Patent Applications No. 8-193986 filed on Jul. 4, 1996, No. 9-15846 filed on Jan. 13, 1997 and No. 9-15847 filed on Jan. 13, 1997 including specification, claims, drawings and summary are incorporated herein by reference in their entirety.

What is claimed is:

**1**. An electronic percussion instrumental system comprising:

a housing;

a head composed of a flexible material having openings therethrough and supported by the housing to define a percussion surface; and

a percussion detector having a cushioning material and a transducer for detecting a percussion impact on the percussion surface and producing an electric signal responsive to the percussion impact.

**2**. An electronic percussion instrumental system as claimed in claim **1**, wherein the flexible material comprises a net-like material.

**3**. An electronic percussion instrumental system as claimed in claim **1**, wherein the flexible material comprises a plurality of net-like materials.

**4**. An electronic percussion instrumental system as claimed in claim **1**, wherein the flexible material is supported in a tensioned state by the housing.

**5**. An electronic percussion instrumental system as claimed in claim **1**, wherein the cushioning material is arranged in contact with the flexible material of the head.

**6**. An electronic percussion instrumental system as claimed in claim **1**, wherein the flexible material of the head has a central area when supported by the housing, and wherein the cushioning material is arranged in contact with the central area of the flexible material of the head.

**7**. An electronic percussion instrumental system as claimed in claim **6**, wherein the transducer is in contact with the cushioning material.

**8**. An electronic percussion instrumental system as claimed in claim **6**, wherein the cushioning material is arranged between the transducer and the flexible material of the head.

**9**. An electronic percussion instrumental system as claimed in claim **1**, wherein the cushioning mated al is arranged in contact with the flexible material of the head to transmit an impact force from a percussion impact on the head and wherein the transducer is arranged to receive an impact force transmitted by the cushioning material.

**10**. An electronic percussion instrumental system as claimed in claim **1**, wherein the flexible material of the head has a first surface comprising the percussion surface for receiving a percussion impact, wherein the flexible material of the head has a second surface facing opposite the first surface and wherein the cushioning member is arranged in contact with the second surface.

**11**. An electronic percussion instrumental system as claimed in claim **10**, wherein the cushioning member comprises an elastic material.

**12**. An electronic percussion instrumental system as claimed in claim **10**, wherein the cushioning member comprises a material selected from the group consisting of rubber and sponge material.

**13**. An electronic percussion instrumental system as claimed in claim **1**, wherein the openings in the flexible material of the head are spaced over substantially the entire percussion surface.

**20**

**14**. An electronic percussion instrumental system as claimed in claim **1**, wherein the cushioning material is arranged in contact with the flexible material of the head and with the transducer.

**15**. An electronic percussion instrumental system comprising:

a housing having a generally hollow interior and an end open to the hollow interior;

a head composed of a flexible material having openings therethrough and supported in a tensioned state over the open end of the housing to define a percussion surface; and

a cushioning material supported adjacent to the flexible material of the head; and

a transducer, in operable communication with the flexible material of the head, for detecting a percussion impact on the percussion surface and producing an electric signal responsive to the percussion impact.

**16**. An electronic percussion instrumental system as claimed in claim **15**, wherein the flexible material comprises a net-like material.

**17**. An electronic percussion instrumental system as claimed in claim **15**, wherein the flexible material comprises a plurality of net-like materials.

**18**. An electronic percussion instrumental system as claimed in claim **15**, wherein the cushioning material is arranged in contact with the flexible material of the head.

**19**. An electronic percussion instrumental system as claimed in claim **15**, wherein the flexible material of the head has a central area when supported in the tensioned state, and wherein the cushioning material is arranged in contact with the central area of the flexible material of the head.

**20**. An electronic percussion instrumental system as claimed in claim **19**, wherein the transducer is in contact with the cushioning material.

**21**. An electronic percussion instrumental system as claimed in claim **19**, wherein the cushioning material is arranged between the transducer and the flexible material of the head.

**22**. An electronic percussion instrumental system as claimed in claim **15**, wherein the cushioning material is arranged in contact with the flexible material of the head to transmit an impact force from a percussion impact on the head and wherein the transducer is arranged to receive an impact force transmitted by the cushioning material.

**23**. An electronic percussion instrumental system as claimed in claim **15**, wherein the flexible material of the head has a first surface comprising the percussion surface for receiving a percussion impact, wherein the flexible material of the head has a second surface facing opposite the first surface and wherein the cushioning member is arranged in contact with the second surface.

**24**. An electronic percussion instrumental system as claimed in claim **23**, wherein the cushioning member comprises an elastic material.

**25**. An electronic percussion instrumental system as claimed in claim **23**, wherein the cushioning member comprises a material selected from the group consisting of rubber and sponge material.

**26**. An electronic percussion instrumental system as claimed in claim **15**, wherein the openings in the flexible material of the head are spaced over substantially the entire percussion surface.

US 7,385,135 B2

21

**27**. An electronic percussion instrumental system as claimed in claim **15**, wherein the cushioning material is arranged in contact with the flexible material of the head and with the transducer.

**28**. A method of making an electronic percussion instrumental system comprising:

providing a housing;

supporting a head having a percussion surface on the housing, the head composed of a flexible material having openings therethrough; and

supporting a percussion detector with the housing, the percussion detector having a cushioning material and a transducer for detecting a percussion impact on the percussion surface and producing an electric signal responsive to the percussion impact.

**29**. A method as claimed in claim **28**, wherein supporting a head comprises supporting a net-like material in a tensioned state on the housing.

**30**. A method as claimed in claim **28**, wherein supporting a head comprises supporting a plurality of layers of net-like material in a tensioned state on the housing.

**31**. A method as claimed in claim **28**, wherein supporting a percussion detector comprises supporting the cushioning material in contact with the flexible material of the head.

22

**32**. A method as claimed in claim **28**, wherein the flexible material of the head has a central area when supported by the housing, and wherein supporting a percussion detector comprises supporting the cushioning material in contact with the central area of the flexible material of the head.

**33**. A method as claimed in claim **28**, wherein supporting a percussion detector comprises supporting the transducer is in contact with the cushioning material.

**34**. A method as claimed in claim **32**, wherein supporting a percussion detector comprises supporting the cushioning material between the transducer and the flexible material of the head.

**35**. A method as claimed in claim **28**, wherein supporting a percussion detector comprises supporting the cushioning material in contact with the flexible material of the head to transmit an impact force from a percussion impact on the head and arranging the transducer in a location to receive an impact force transmitted by the cushioning material.

\* \* \* \* \*

# EXHIBIT B

US006921857B2

(12) **United States Patent** (10) Patent No.: **US 6,921,857 B2**

Yoshino et al. (45) Date of Patent: **Jul. 26, 2005**

(54) **ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN**

(75) Inventors: **Kiyoshi Yoshino**, Osaka (JP); **Kenji Hirano**, Osaka (JP); **Masato Katsuda**, Osaka (JP)

(73) Assignee: **Roland Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/627,493**

(22) Filed: **Jul. 25, 2003**

(65) **Prior Publication Data**

US 2004/0083873 A1 May 6, 2004

**Related U.S. Application Data**

(60) Continuation of application No. 09/845,368, filed on Apr. 30, 2001, now Pat. No. 6,756,535, which is a continuation of application No. 09/401,459, filed on Sep. 22, 1999, now Pat. No. 6,271,458, which is a continuation of application No. 09/243,698, filed on Feb. 3, 1999, now Pat. No. 6,121, 538, which is a division of application No. 08/886,180, filed on Jul. 1, 1997, now Pat. No. 5,920,026.

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Jul. 4, 1996 | (JP) | 8-193986 |
| Jan. 13, 1997 | (JP) | 9-15846 |
| Jan. 13, 1997 | (JP) | 9-15847 |

(51) **Int. Cl.**[7] ....................................... **G01D 13/32**

(52) **U.S. Cl.** ........................................ **84/738**; 84/414

(58) **Field of Search** ...................... 84/414, 416, 452 P, 84/454, 723, 737, 738, 743

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 729,936 | A | * 6/1903 | Heybeck ...................... 84/414 |

| | | | |
|---|---|---|---|
| 3,748,367 | A | 7/1973 | Lamme et al. |
| 4,226,156 | A | 10/1980 | Hyakutake |
| 4,279,188 | A | 7/1981 | Scott |
| 4,362,081 | A | 12/1982 | Harty |
| 4,581,973 | A | 4/1986 | Hoshino |
| 4,714,002 | A | 12/1987 | Cleland |
| 4,798,121 | A | 1/1989 | Donohoe |
| 4,828,907 | A | 5/1989 | Hayashi |
| 4,947,725 | A | * 8/1990 | Nomura ....................... 84/723 |
| 5,042,356 | A | 8/1991 | Karch |
| 5,449,964 | A | 9/1995 | Snyder |
| 5,533,405 | A | 7/1996 | Hoshino |
| 5,585,581 | A | 12/1996 | Rogers |
| 5,633,473 | A | 5/1997 | Mori et al. |
| 6,784,352 | B2 | * 8/2004 | Suenaga ................... 84/411 R |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19625570.8-51 | 6/1996 |
| JP | 2-117569 | 9/1990 |

OTHER PUBLICATIONS

Thirteen (13) Photographs of Syndrum product.

* cited by examiner

*Primary Examiner*—Jeffrey W Donels
(74) *Attorney, Agent, or Firm*—Foley & Lardner LLP

(57) **ABSTRACT**

An object of the present invention is to provide a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system. The percussion detecting apparatus is provided with a head prepared from a net-like raw material composed of a first net and a second net, the net-like raw material being obtained by such a manner that both the nets having been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated in such a way that the weave pattern directions thereof intersect obliquely with each other; and a head sensor which is in contact with the center position of the under side in the head and detects percussion with respect to the head as electric signal.

**24 Claims, 23 Drawing Sheets**



U.S. Patent

Jul. 26, 2005

Sheet 1 of 23

US 6,921,857 B2

## FIG. 1



# FIG. 2





## FIG. 4



## FIG. 5



# F I G. 6



——————  FIRST NET

- - - - - - - -  SECOND NET

FIG. 7 (a)

FIG. 7 (b)

FIG. 7 (c)

## FIG. 8



## FIG. 9



*FIG. 10*



# FIG. 11



FIG. 12

DSP PERCUSSION SIGNAL PROCESSING ROUTINE



U.S. Patent

Jul. 26, 2005

Sheet 11 of 23

US 6,921,857 B2

# FIG. 13 (b)

(b) OUTPUT WAVEFORM OF HEAD SENSOR.

POSITION OF PERCUSSION POINT A



POSITION OF PERCUSSION POINT B



POSITION OF PERCUSSION POINT C



# FIG. 13 (a)

(a) POSITION OF PERCUSSION POINT

POSITION OF PERCUSSION POINT A

POSITION OF PERCUSSION POINT B

POSITION OF PERCUSSION POINT C

1 2 HEAD



PERIOD OF TIME FOR FIRST HALF-WAVE VARIES
DEPENDING ON POSITION OF PERCUSSION POINT

# FIG. 14



## FIG. 15



CHARACTERISTIC DIAGRAM OF TABLE 1

## FIG. 16



CHARACTERISTIC DIAGRAM OF TABLE 2

# FIG. 17



TUNING PROCESSING ROUTINE

U.S. Patent

Jul. 26, 2005

Sheet 15 of 23

US 6,921,857 B2

# FIG. 18 (a)



DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

2/SNARE  RIM   CENTER

32

TUNING REFERENCE MARK CORRESPONDING TO PERCUSSION
POINT POSITIONAL MARK IN HEAD

# FIG. 18 (b)





FIG. 18 (c)

# FIG. 19

NORMAL PERFORMANCE PROCESSING ROUTINE



# FIG. 20



# FIG. 21



OPERATIONAL PROCEDURE FOR TUNING OPERATION IN HEAD

## FIG. 22



## FIG. 23



*FIG. 24 (a)*



*FIG. 24 (b)*







F I G. 25

US 6,921,857 B2

**1**

## ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN

This is a Continuation Application and claims priority to application Ser. No. 09/845,368 filed Apr. 30, 2001 now U.S. Pat. No. 6,756,535, which in turn is a continuation of application Ser. No. 09/401,459 filed Sep. 22, 1999, now U.S. Pat. No. 6,271,458, which in turn is a continuation of application Ser. No. 09/243,698 filed Feb. 3, 1999 now U.S. Pat. No. 6,121,538, which in turn is a divisional of application Ser. No. 08/886,180 filed Jul. 1, 1997, now U.S. Pat. No. 5,920,026, which is based on Japanese Application No. 15846 filed Jan. 13, 1997, Japanese Application No. 15847 filed Jan. 13, 1997 and Japanese Application No. 8-193986 filed Jul. 4, 1996.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an electronic percussion instrumental system and a percussion detecting apparatus in the electronic percussion instrumental system, and more particularly to an electronic percussion instrumental system which simulates a percussion instrument such as acoustic drum sounding musical tone as a result of percussing it with sticks or the like by a player and a percussion detecting apparatus in the electronic percussion instrumental system.

2. Description of the Related Art

Heretofore, in an electronic percussion instrumental system such as electronic drum simulating acoustic drum, a percussion detecting apparatus provided with a surface to be percussed being generally called by the name of "percussion pad" is utilized as a means for detecting percussion.

As such a percussion detecting means as described above, for example, the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996 has been known. In the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996, the percussion surface is formed by covering a plate-like case with a material of a soft high-molecular compound.

However, in such percussion detecting apparatus wherein the percussion surface is formed by covering the plate-like case with a soft high-molecular compound material, there is such a problem that repulsive feeling at the time of percussing the percussion surface is remarkable, so that good percussion feeling cannot be obtained. In addition, the above described percussion detecting apparatus involves also such a problem that there is a fear of disturbing the performance by the percussion sound, because the percussion sound generated at the time when the percussion surface is percussed is significant.

On one hand, it has been proposed to utilize, as a percussion detecting means, a percussion surface, the tension of which can be adjusted and is called by the name of "head" in acoustic drum, which is further provided with a sensor for detecting percussion.

In the present specification, adjustment for tension of a percussion surface which is adjustable as in the head of acoustic drum will be called by the term "tuning".

In the case when the head of acoustic drum is served for a percussion detecting means as described above, there is such a problem that although percussion feeling is excellent in this case because the head for the acoustic drum is utilized as it is, the percussion sound becomes remarkable so that it disturbs the performance.

**2**

### OBJECTS AND SUMMARY OF THE INVENTION

The present invention has been made in view of the problems as described above involved in the prior art. Accordingly, an object of the present invention is to provide a percussion detecting apparatus provided with a head as the percussion surface which is excellent in percussion feeling and in which the percussion sound is extremely quiet in an electronic percussion instrumental system.

Furthermore, another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be easily capable of correct tuning of the head in the case when the head is tuned on the basis of an indication which is suitably given and corresponding to a position of percussion in the head.

Moreover, still another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be capable of detecting a correct position in percussion by correcting variations in tension of the head as a result of tuning of the same.

An yet further object of the present invention is to provide an electronic percussion instrumental system which is adapted to make clear a position of percussion in the head in case of tuning operation to display the tuning state, whereby the tuning operation can be carried out while confirming the state, so that anybody can easily conduct such tuning operation without requiring any sense of skilled user.

In order to achieve the above described objects, the present invention is characterized by a percussion detecting apparatus in electronic percussion instrumental system comprising a head the percussion surface of which is composed of a net-like raw material; and a percussion detecting means being in contact with the center position of the aforesaid head and detecting percussion with respect to the aforesaid head as electric signal.

Therefore, in accordance with the present invention, since the percussion surface of the head is composed of a net-like raw material, extremely good percussion feeling can be obtained because of the elasticity of the net-like raw material. Besides, since air passes through the openings of stitches in the net-like raw material, percussion sound in case of percussing the head becomes extremely small.

Furthermore, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a head the percussion surface of which is to be percussed is tunable; a percussion detecting means for detecting percussion upon the aforesaid head as electric signal; a means for detecting a position of percussion point for performing arithmetic computations by inputting the electric signal detected by means of the aforesaid percussion detecting means to detect percussion point positional information; and a display means for effecting a display corresponding to the percussion point positional information detected by the aforesaid means for detecting a position of percussion point.

Therefore, in accordance with the present invention, since a display corresponding to the percussion point positional information is effected by means of the display means, the head can be tuned while observing visually the resulting display, so that correct tuning of the head can easily be realized.

Moreover, the present invention is characterized by an electronic percussion instrumental system comprising further an arithmetic computation compensating means for

US 6,921,857 B2

3

compensating the arithmetic computations in the aforesaid means for detecting the position of percussion point in response to a tuning state of the aforesaid head.

Therefore, in accordance with the present invention, the arithmetic computations for detecting the percussion point positional information in response to tuning of the head are compensated, the position of percussion point is also compensated in response to tuning of the head, whereby it becomes possible to display the correct position of percussion point.

Still further, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a tunable head; a means for detecting a position of percussion point for detecting the position of percussion point upon the aforesaid head; and a display means for effecting a display in response to the results detected by the aforesaid means for detecting the position of percussion point; a percussion point positional mark for tuning being provided on the aforesaid head.

Therefore, in accordance with the present invention, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the position of percussion point detecting means is confirmed while watching the display means, tuning operation can simply be carried out without relying upon user's sense.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinafter and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

FIG. 1 is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention;

FIG. 2 is a perspective view showing a percussion detecting apparatus;

FIG. 3 is a sectional view taken along the line III—III of FIG. 2;

FIG. 4 is a perspective view showing a head;

FIG. 5 is a perspectively exploded view of the head;

FIG. 6 is an explanatory view showing a case where directions in weave patterns of a first net and a second net intersect obliquely;

FIGS. 7(a), 7(b), and 7(c) are explanatory views wherein FIG. 7(a) is a fragmentary view taken in the direction of the arrow A of FIG. 7(b), FIG. 7(b) is a front view, and FIG. 7(c) is a fragmentary view taken in the direction of the arrow C of FIG. 7(b), respectively.

FIG. 8 is a sectional view corresponding to FIG. 3 in the case when the head is percussed with a stick;

FIG. 9 is a sectional view corresponding to FIG. 3 in the case when the rim is percussed with a stick;

FIG. 10 is a sectional view corresponding to FIG. 3 in the case when the head is either brushed or percussed with a brush;

FIG. 11 is a flowchart of the main routine executed by a CPU;

FIG. 12 is a flowchart of a DSP percussion signal processing routine executed by the DSP;

4

FIGS. 13(a) and 13(b) are explanatory views for characteristic properties of a head composed of a net-like raw material wherein FIG. 13(a) shows the positions of percussion point, and FIG. 13(b) shows the output waveforms, respectively;

FIG. 14 is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP in a normal performance mode;

FIG. 15 is an explanatory diagram showing the characteristic properties of table 1;

FIG. 16 is an explanatory diagram showing the characteristic properties of table 2;

FIG. 17 is a flowchart of a tuning processing routine executed by the CPU;

FIGS. 18(a), 18(b), and 18(c) are explanatory diagrams showing examples of display mode in percussion point positional information AP by means of a display unit wherein FIG. 18(a) shows the first displaying example, FIG. 18(b) shows the second displaying example, and FIG. 18(c) shows figures indicating a variety of the percussion point positional information AP in the display column for the percussion point positional information AP in FIG. 18(b), respectively;

FIG. 19 is a flowchart of a normal performance processing routine executed by the CPU;

FIG. 20 is a schematic top view of a percussion detecting apparatus showing an example of percussion point positional mark displayed on the top of a head;

FIG. 21 is a flowchart showing a typical operational procedure for the tuning operation of a head;

FIG. 22 is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. 2;

FIG. 23 is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. 2;

FIGS. 24(a) and 24(b) are schematic top views of a percussion detecting apparatuses each showing an example of percussion point positional mark displayed on the top of the head wherein FIGS. 24(a) and 24(b) show different examples from each other; and

FIG. 25 is an explanatory view showing another example of display mode in the percussion point positional information AP by means of a display unit.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An example of manner of practice of the electronic percussion instrumental system and the percussion detecting apparatus in the electronic percussion instrumental system according to the present invention will be described in detail hereinafter in conjunction with the accompanying drawings.

FIG. 1 is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention wherein the electronic percussion instrumental system comprises a percussion detecting apparatus 10 provided with a head sensor 14 functioning as a percussion detecting means for detecting percussion applied to a head 12 the surface of which is composed of a net-like raw material which will be described hereunder, and a rim-shot sensor 18 for detecting percussion applied to a rim 16; an analog-to-digital (A/D) converter 20 which performs analog-to-digital conversion of the detected signals output from the head sensor 14 and the

**5**

rim-shot sensor **18** in time-sharing manner and inputs the converted signals to a DSP **22** which will be mentioned hereinafter; the DSP **22** which detects the percussion applied to the head **12**, the intensity thereof, the position of percussion from the detected signals which are derived from the head sensor **14** and which were input from the analog-to-digital converter **20** as well as performance by means of a brush, and in addition, the DSP detecting also the percussion applied to the rim **16** and the intensity thereof from the detected signals which are derived from the rim-shot sensor **18** and which were input from the analog-to-digital converter **20** to supply the results thus detected to a CPU **24** which will be described hereunder; the CPU **24** which supplies the output from the DSP **22** to a sound source IC **34**, which will be undermentioned, wherein the output is converted into required performance information, as well as detects operations of a group of operation keys **30** which will be mentioned hereinafter, and controls the DSP **22**; a read only memory (ROM) **26** storing a program or the like which is to be executed by the CPU **24**, a random access memory (RAM) **28** functioning as a working area required for executing the program by means of the CPU **24**; the group of operation keys **30** including mode selecting keys for setting normal performance mode, brush performance mode or tuning mode, keys for selecting tone color or setting level or the like, and the like keys; a display unit **32** for displaying an operation mode selected by a key in the group of operation keys **30**, tone colors required for the tone color selection, and a tuning state in case of tuning mode; the sound source IC **34** which reads a waveform memory **36** which will be undermentioned on the basis of performance information from the CPU **24** to form digital musical tone signals and outputs the signals thus formed to a digital-to-analog (D/A) converter **38** which will be described hereunder; the waveform memory **36** storing sampling waveform data for forming the musical tone signals; and the digital-to-analog converter **38** for converting digital musical tone signals supplied from the sound source IC **34** into analog musical tone signals to output the signals thus converted to a sound system composed of an amplifier, a speaker and the like.

Then, the constitution of the percussion detecting apparatus **10** will be described by referring to FIG. **2** being a perspective view showing the percussion detecting apparatus **10** and FIG. **3** being a sectional view taken along the line III—III of FIG. **2**.

The percussion detecting apparatus **10** contains a cylindrical barrel section **50**, and around the outer circumference of the barrel section **50** are formed protrusively engaging portions **52** each having a tapped hole (not shown) provided with a thread groove (not shown) with a prescribed interval along the diametrical direction of the barrel section. Into the engaging portion **52** is screwed an engaging pin **54** on which is formed a thread ridge to be combined with the thread groove formed on the engaging portion **52**, so that the head **12** and the rim **16** are fixed to the barrel section **50** through the engaging pin **54**. Furthermore, a locking projection **54**$a$ for locking the rim **16** is formed on the engaging pin **54**.

The head **12** is prepared as shown in FIGS. **4** and **5** in such a manner that a net-like raw material composed of a first net **56** and a second net **58**, each of which is woven in accordance with plane weave wherein the longitudinal and transverse fibers cross at right angles, are laminated to one another so as to cross obliquely their longitudinal and transverse weave pattern directions, and the net-like raw **65** material thus arranged is bonded to a frame **60**. It is to be noted herein that the expression "the weave pattern direction

**6**

of the first net **56** crosses obliquely that of the second net **58**" means that when the first net **56** wherein the longitudinal and transverse fibers cross at right angles is superposed on the second net **58** wherein the longitudinal and transverse fibers cross at right angles, adjacent fibers in the first net **56** and the second net **58** thus superposed intersect with each other at an angle α which is smaller than 90 degrees as shown in FIG. **6**.

Moreover, on the top of the head **12** is provided a percussion point positional mark M which is formed with a circular contour by means of printing as shown in FIG. **20** and which is used in case of tuning operation.

Furthermore, the rim **16** is prepared by integrally molding a metallic material and is composed of a flange portion **66** which is positioned around the outer circumference of the rim and has hole potions **64** into each of which an engaging pin **54** can be inserted, and a rim percussion portion **68** which is ascendingly formed and extended from the flange portion **66** around the inner circumference thereof. The top of the rim percussion portion **68** is covered with a covering member **70** made from an elastic material such as rubber, sponge and the like.

A manner for fixing the head **12** and the rim **16** to the barrel section **50** each of them having the structure described above is such that the head **12** is first put on the barrel section **50**, then, the rim **16** is put on the head **12**, and the positions of them are adjusted in such a way that each hole portion **64** of the rim **16** communicates with each tapped hole defined on each engaging portion **52** of the barrel section **50**. Thereafter, each engaging pin **54** is inserted into each hole portion **64** of the rim **16** as well as into each tapped hole defined on each engaging portion **52** of the barrel section **50**, and the thread ridge of each engaging pin **54** is threadedly combined with the thread groove in each engaging portion **52** of the barrel section **52**, so that the head **12** and the rim **16** are forcedly fixed to the barrel section **50** by means of the locking projection **54**$a$ of each engaging pin **54**.

More specifically, with the progress of screwing each engaging pin **54** in the tapped hole in each engaging portion **52** of the barrel section **50**, the flange portion **66** of the rim **16** is pressed downwards in FIG. **3** by means of each locking projection **54**$a$, so that the frame **60** of the head **12** is also pressed downwards through the flange portion **66**. As a result, the first net **56** and the second net **58** the downward movement of which are restricted by an upper end portion **50**$a$ of the barrel section **50**, respectively, are stretched over the barrel section **50** with a prescribed tension. Thus, when an amount of screwing each engaging pin **54** in each tapped hole defined on each engaging portion **52** of the barrel section **50** is adjusted, the tension of the first net **56** and the second net **58** can be arbitrarily controlled, whereby tuning of the head **12** can be carried out.

Furthermore, a head sensor supporting material **72** is placed in the barrel section **50** in such that the head sensor supporting material **72** intersects the position of the axial center of the barrel section **50**. A head sensor **14** is bonded to the top of the head sensor supporting material **72** at the central portion thereof by means of a cushioning double-coated tape **78** which will be described hereinafter so as to be in contact with the second net **58**. In other words, the head sensor **14** is disposed on the under surface of the net-like raw material composed of the first net **56** and the second net **58** in the head **12** at the center thereof in contact therewith.

As shown in FIGS. **7**($a$), **7**($b$), and **7**($c$), the head sensor **14** is provided with a disc-shaped piezoelectric element **76** containing wires for output signal **74**, and to the under

US 6,921,857 B2

**7**

surface of the piezoelectric element **76** is bonded the cushioning double-coated tape **78**. A diameter of the cushioning double-coated tape **78** is made to coincide with a node diameter of the piezoelectric element **76**.

Furthermore, to the top of the piezoelectric element **76** is bonded a frustoconical cushioning member **80** made from an elastic material such as rubber, sponge and the like. The cushioning member **80** has a bottom surface of a larger diameter than that of the piezoelectric element **76**, the cross section of which tapers off upwardly, and it is in contact with the second net **58** at the extreme end of the cushioning member **80** of a thin diameter.

Moreover, in the vicinity of the rim percussion portion **68** disposed on the upper portion inside the barrel section **50** is bonded the rim-shot sensor **18** by means of the cushioning double-coated tape **78**. The rim-shot sensor **18** is provided with the disc-shaped piezoelectric element **76** containing wires for output signal **74**, and to the under surface of the piezoelectric element **76** is bonded the cushioning double-coated tape **78**. The diameter of the cushioning double-coated tape **78** is made to coincide with the node diameter of the piezoelectric element **76**.

Namely, in the electronic percussion instrumental system according to the present invention, a member obtained by removing the cushioning member **80** from the head sensor **14** is used as the rim-shot sensor **18**, whereby improvements in efficiency of parts to be used are intended.

In this electronic percussion instrumental system, a variety of heads **12** having different diameters as well as a variety of the barrel sections **50** being adapted for such various heads and the like members are prepared, whereby a size of the head **12** is suitably changed.

In the constitution as described above, when the head **12** is percussed with a stick **100** (see FIG. **8**), the head sensor **14** detects the percussion, while when the rim **16** is percussed with the stick **100** (see FIG. **9**, but it is to be noted that both the head **12** and the rim **16** are percussed with the stick **100** in FIG. **9**), the rim-shot sensor **18** detects the percussion. Further, when the head **12** is brushed or percussed with a brush **102** (see FIG. **10**), the head sensor **14** detects the contact of the brush **102** with the head **12**.

In these circumstances, when the head **12** is percussed with the stick **100**, extremely good percussion feeling closely resembling the percussion feeling in the case when the head of an acoustic drum is percussed can be obtained because of the elasticity of a net-like raw material composed of the first net **56** and the second net **58**.

In addition, since the first net **56** and the second net **58** which have been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated obliquely with each other in the net-like raw material, the tension is uniformized over the whole surface of the net-like raw material, so that there is little variations in percussion feeling due to differences in the position percussed, and as a result, output waveforms from the head sensor **12** become the ones which are easily processed.

As described above, performance played by percussing the head **12** is controlled by output waveforms from the head sensor **14** being in contact with the under surface of the center in the first net **56** and the second net **58** of the head **12**. In this respect, since the head sensor **14** is positioned at the center of the first net **56** and the second net **58** of the head **12**, variations in output waveforms due to differences in the position of the head **12** percussed become concentric circular form, so that variations in tone color simulating acoustic drum are easily expressed.

**8**

Moreover, since the cushioning member **80** of the head sensor **14** is in contact with the under surface of the center of the second net **58** of the head **12**, oscillation of the head **12** attenuates rapidly so that the output signal attenuates also rapidly, whereby erroneous detecting operation in case of percussing the head **12** in a rapid and repeated manner is prevented.

Further, since the cushioning member **80** bonded to the top of the piezoelectric **76** of the head sensor **14** is in contact with the second net **58** of the head **12** at the site of the frustoconical extreme end portion having a thin diameter and a small area, vibrations of percussion in the head **12** are hardly transmitted directly to the piezoelectric element **76**, so that damage of the piezoelectric element **76** is suppressed.

In addition, since a diameter of the cushioning double-coated tape **78** bonded to the under surface of the piezoelectric element **76** is made to be equal to the node diameter, sensitivity of the piezoelectric element **76** increases, so that delicate variations in the oscillation due to differences in positions percussed can be more precisely detected.

Still further, since air passes through openings of stitches in the net-like raw material composed of the first net **56** and the second net **58**, percussion sound in the case when the head **12** is percussed is extremely small. Such percussion sound in case of percussing the head **12** is dependent upon a ratio of openings in the net-like-raw material composed of the first net **56** and the second net **58**, and therefore, the higher ratio of openings brings about the smaller percussion sound. However, an excessive ratio of openings results in low tension of the first net **56** and the second net **58** so that the percussion feeling deteriorates. Accordingly, it is preferred to suitably keep a balance between the percussion feeling and the ratio of openings.

Yet further, since the rim **16** is covered with the covering member **70**, the percussion sound in case of percussing the rim **16** is also reduced.

In this respect, the oscillation in case of percussing the rim **16** is mostly transmitted to the barrel **50**, the performance played by percussing the rim **16** can be controlled in accordance with output waveforms in the rim-shot sensor **18** attached to the barrel **50**.

In the following, electrical processing contents in the electronic percussion instrumental system according to the present invention will be described by referring to the accompanying flowcharts.

FIG. **11** is a flowchart of the main routine executed by the CPU **24** wherein when the power is turned on, first, memories, registers and the like are initialized (step S**802**).

Then, it is judged which operational mode has been set, i.e., it is judged whether a tuning mode which changes percussion feeling of the head **12** by adjusting tension in the net-like raw material of the head **12**, or a normal performance mode which sounds percussion instrumental sounds by detecting percussion upon the head **12** and percussion upon the rim **16**, or a brushing performance mode which sounds percussion instrumental sounds by detecting either brushing or percussing the head **12** with the brush **102** has been established (step S**804**) by supervising an operational state of mode selecting keys of the group of operation keys **30**.

As a result, when it has been judged that the tuning mode had been set in the step S**804**, the DSP **22** is set to the tuning mode, whereby the DSP **22** is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. **12** (step S**806**). Thereafter, the tuning processing routine executed by the CPU **24** shown in FIG. **17** is

US 6,921,857 B2

9

executed (step S808), then, processing for stopping the tuning mode by means of the DSP 22 is conducted (step S810), and the procedure returns to the step S804.

On one hand, when it has been judged that the normal performance mode had been set in the step S804, the DSP 22 is set to the norms performance mode, whereby the DSP 22 is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. 12 (step S812). Thereafter, the normal performance processing routine by the CPU 24 shown in FIG. 19 is executed (step S814), then, processing for stopping the normal performance mode in the DSP 22 is conducted (step S816), and the procedure returns to the step S804.

On the other hand, when it has been judged that the brushing performance mode had been set in the step S804, the DSP 22 is set to the brushing performance mode (step S818). Thereafter, the brushing performance processing routine by the CPU 24 is executed, then, processing for stopping the brushing performance mode in the DSP 22 is conducted (step S816), and the procedure returns to the step S804. It is to be noted that since the processing for brushing performance mode is not related to the subject matter of the present invention, the detailed description therefor will be omitted.

In the following, the DSP percussion signal processing routine executed by the DSP 22 shown in FIG. 12 will be described, and the this processing is based on the following characteristic features.

Namely, when detection signal of the head sensor 14 in the case when the head 12 composed of a net-like raw material is percussed is observed, there is such a characteristic that a first half-wave time changes dependent on a position of percussion point in a certain frequency band. More specifically, as shown in FIGS. 13(a) and 13(b), when the first half-wave time in the case where the center of the head 12 is percussed (position of percussion point A), the first half-wave time in the case where the outer circumference of the head 12 is percussed (position of percussion point C), and the first half-wave time in the case where the intermediate point defined between the center and the outer circumference of the head 12 is percussed (position of percussion point B) are represented by $T_A$, $T_C$, and $T_B$, respectively, the relationship between them is expressed as follows.

$$T_A > T_B > T_C.$$

As described above, when the head 12 composed of a net-like raw material is percussed, with the movement of position of the percussion point from the center to the outer circumference, a first half-wave time shortens gradually.

On one hand, when tuning of the head 12 is made high, i.e., tension of the head 12 is increased, the first half-wave times $T_A$, $T_B$, and $T_C$ shorten, respectively, while maintaining the relationship "$T_A > T_B > T_C$". On the other hand, when tuning of the head 12 is made low, i.e., tension of the head 12 is decreased, the first half-wave times $T_A$, $T_B$, and $T_C$ lengthen, respectively, while maintaining the relationship "$T_A > T_B > T_C$".

FIG. 14 is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP 22. The outline of DSP percussion signal processing routine will be described by referring to FIG. 14. A detection signal detected by the head sensor 14 is subjected to analog-to-digital conversion by means of the analog-to-digital converter 20, and the signal thus converted is input to a DC cut filter. The DC cut filter means a high pass

10

filter for removing DC component. The DC component of the detection signal thus input to the DC cut filter is removed, and is input to a low pass filter (LP filter) removing unnecessary high pass component. Then, the detection signal from which unnecessary high pass component has been removed is input to a first half-wave detection circuit. The first half-wave detection circuit detects the leading edge of waveform of the detection signal thus input and the first zero cross, whereby the first half-wave is detected. A counter operates for counting during only a period wherein the first half-wave detection circuit detects first half-wave, and an arithmetic circuit calculates the position of percussion point from the count value of the counter. The position of percussion point thus calculated is input to the CPU 24 as percussion point positional information in head.

The DSP percussion signal processing routine will be described herein in detail by referring to FIG. 12 wherein this DSP percussion signal processing routine is executed repeatedly in every sampling periods of the analog-to-digital converter 12.

It is to be noted that since the above described functional block diagram shown in FIG. 14 indicates only the function for detecting percussion point positional information in head, a function for detecting percussion force information shown in FIG. 12 has been omitted. Furthermore, the functions for DC cut filter and LP filter shown in FIG. 14 are considered in FIG. 12 to be included in the processing for inputting sampling data S (step S902), so that the clear indication thereof is omitted for simplifying the flowchart.

In the DSP percussion signal processing routine, the sampling data S is first input (step S902), and it is judged whether the leading edge has been detected or not (step S904). In the case where it was judged that the leading edge had been detected, a timer T is reset (step S906), then, a first count flag cf is turned ON (step S908), and a maximum value detection flag mf is turned ON (step S910).

The detection of leading edge in the step S904 may be conducted specifically by either a manner wherein a difference between the present sampling data S and the preceding sampling data is determined, and if the difference is higher than the prescribed value which has been previously set, it is judged that there was a leading edge, or a well-known manner for detecting leading edge of input signal.

Furthermore, the timer T is a means for measuring a prescribed period of time for detecting the maximum value of detection signal wherein the prescribed period of time is decided by a register time for storing the time which has been previously set.

The first half-wave count flag cf is a flag representing whether counting processing for the first half-wave counter ct is to be made or not. When the first half-wave count flag cf has been turned ON, the counting processing for the first half-wave counter ct is made, while the counting processing for the first half-wave counter ct is not made in the case when the first half-wave count flag cf has been turned OFF.

A maximum value detection flag mf is a flag representing whether detection processing for the maximum value of input data is to be made or not. When the maximum value detection flag mf has been turned ON, the detection processing for the maximum value is made, while the detection processing for the maximum value is not made, in the case when the maximum value detection flag mf has been turned OFF.

In either the case where the processing in step S910 has been completed or the case where it has been judged that the leading edge had not been detected in the step S904, the procedure proceeds to step S912 wherein it is judged whether or not the first half-wave count flag has been turned ON.

US 6,921,857 B2

**11**

It is to be noted herein that the step S912, step S914, step S916, and step S918 relate to first half-wave count processing. In other words, the first half-wave count flag cf is turned ON from the step S912, and the first half-wave counter ct is incremental until the first half-wave is completed.

More specifically, when it is judged that the first half-wave count flag has not been turned ON, i.e., the first half-wave count flag has been turned OFF, the procedure jumps to step S920 without accompanying the processing in the step S914, the step S916, and the step S918.

On the other hand, when it is judged that the first half-wave count flag has been turned ON in the step S912, it is judged whether or not the first half-wave has been completed (step S914). Then, when it is judged that the first half-wave has not been completed, the first half-wave counter ct is made incremental (step S916), while when it is judged that the first half wave has been completed, the first half-wave count flag cf is turned ON (step S918), and the procedure proceeds to the step S920.

The completion of the first half-wave in the step S914 corresponds to a point of time where the sampling data cross 0 (zero). Judgment whether the sampling data have crossed 0 (zero) or not may be made at the point of time when sign of the sampling data S turns, the contents of the judgment being such that the sampling data have crossed 0 (zero).

In the step S920, it is judged whether the maximum value detection flag mf has been turned ON or not, and as a result, when it is judged that the maximum value detection flag mf has not been turned ON, i.e., it is judged that the maximum value detection flag mf has not been turned OFF, the DSP percussion signal processing routine is completed without taking a further step any more.

On the other hand, when it is judged that the maximum value detection flag mf has been turned ON, it is further judged whether or not a timer T is larger than the register time (step S922).

As a result, when the timer T is equal to or less than the register time, in other words, during a period where the maximum value detection flag mf has been turned ON and the timer T is equal to or less than the register time in the step S922, the maximum value detection processing is executed in step S924 and step S926.

More specifically, the timer T is made incremental (step S924), the maximum value max is compared with the absolute value of the sample data S to rewrite the larger value into the maximum value max (step S916), and the DSP percussion signal processing routine is completed.

Therefore, the maximum value max corresponds to the maximum value of a percussion signal within a prescribed time and decided by the register time.

Furthermore, when the maximum value detection processing is completed as a result of such judgment that the timer T is larger than the register time in the step S922, the maximum value detection flag mf is turned OFF (step S928).

Then, the first half-wave counter ct is converted into a percussion point positional information AP by employing table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP (step S930).

It is to be noted herein that the table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP is selected in accordance with head type or tuning type.

The head type is decided in response to a size of the head 12 so that TOM 1, TOM 2, and SNARE are established in

**12**

the present electronic percussion instrumental system. On one hand, the tuning type is decided in accordance with a tuning state of the head 12, i.e., in response to tension of the head 12 so that "loose", "medium" and "tight" are established in the present electronic percussion instrumental system.

As described above, since three kinds of the head type and three kinds of the tuning type have been established in the present electronic percussion instrumental system, so that the table 1 of total nine kinds is provided. In FIG. 15, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 1. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

When completed the processing in the step 930, the procedure proceeds to step S932 wherein the percussion point positional information AP is converted into a percussion force correcting coefficient K by employing a table 2 which is a percussion force correcting table for converting the percussion positional information AP obtained in the step S930 into the percussion force correcting coefficient K (step S932).

It is to be noted herein that the table 2 which is the percussion force correcting table for converting the percussion positional information AP is selected in response to head type and tuning type as in the case of the table 1.

As described above, since three kinds of the head type, i.e., TOM 1, TOM 2, and SNARE as well as three kinds of the tuning type, i.e., "loose", "medium", and "tight" have been established in the present electronic percussion instrumental system, so that the table 2 of total nine kinds is provided.

In FIG. 16, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 2. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

For instance, in the example shown in FIG. 16, when the tuning type is loose, "K=1" in the position of percussion point A (center), "K=4/3" in the position of percussion point B (intermediate), and "K=3" in the position of percussion point C (outer circumference).

These head types and tuning types may be represented by numerical values, and further the table 1 as well as the table 2 are not limited to the nine kinds, respectively.

When the processing in the step S932 is completed, the procedure proceeds to step S934 wherein compensation arithmetic processing in which the maximum value max is multiplied by the percussion force correcting coefficient K is conducted to calculate compensated percussion force information V.

When completed the step S934, the procedure proceeds to step S936 wherein a sounding flag gf in the CPU 24 is turned ON, the percussion point positional information AP and the percussion force information V are set in the CPU 24, and the DSP percussion signal processing routine is completed.

Then, the tuning processing routine executed by the CPU in the step S808 will be described by referring to FIG. 17.

US 6,921,857 B2

**13**

In this tuning processing routine, it is judged whether or not there was an indication of change in a head type or a tuning type by operating a head type setting operation key (key for setting the head type) or a tuning type setting operation key (key for setting the tuning type) contained in the group of operation keys **30** (step S**1402**). At the time of turning on the power, a register head storing a head type and a register tuning storing a tunig type are also set in response to the initialized state of the head type setting operation key and the tunig type setting operation key in accordance with the processing of initialization in the step S**802**, respectively.

After such judgement that change of head type or tuning type had been indicated by the operation of the head type setting key or the tuning type setting key of the group of operation keys **30** in the step S**1402**, it is judged whether or not the change of head type has been indicated (step S**1404**).

When it was judged that the change of head type had been indicated, stored contents of the register head are changed in accordance with this indication of change (step S**1406**).

In either the case where the processing in step S**1406** has been completed, or the case where it was judged that the change of head type had not been indicated in the step S**1404**, it is judged whether or not the change of tuning type has been indicated (step S**1048**).

When it was judged that the change of tuning type had been indicated, the stored contents of the register tuning is changed in accordance with this indication of change (step S**1410**).

In either the case where the processing in step S**1410** has been completed, or the case where it was judged that the change of tuning type had not been indicated in the step S**1408**, the table 1 or the table 2 is selected in accordance with the stored contents of the register head or the register tuning, and it is set to the DSP **22** (step S**1412**).

As a result of conducting the procedure as described above, in either the case where the processing in step S**1412** has been completed, or the case where it was judged that both the head type setting key or the tuning type setting key in the group of operation keys **30** had not been operated so that no change of the head type and the tuning type had not been indicated, the percussion point positional information AP sent out from the DSP **22** is displayed on the display unit **32** (step S**1414**). More specifically, the percussion point positional information AP set in the CPU in the DSP percussion signal processing routine is displayed on the display unit **32**.

In FIGS. **18**(*a*), **18**(*b*) and **18**(*c*) are shown examples of manner of displaying the percussion point positional information AP displayed on the display unit **32** in the step S**1414** wherein FIG. **18**(*a*) shows a first displaying example, FIG. **18**(*b*) shows a second displaying example, and FIG. **18**(*c*) shows marks representing a variety of percussion point positional information AP being displayed in a display column for the percussion point positional information AP in FIG. **18**(*b*), respectively. In FIGS. **18**(*a*) and **18**(*b*), it is arranged in such that numbers which have been previously assigned to respective tuning types are displayed in the displaying column of tuning type.

In FIG. **18**(*a*), "CENTER" indicates the center position of the head **12**, and "RIM" indicates a position of the rim **16**. Furthermore, a black triangle is a mark indicating the percussion point positional information AP, while a white triangle is a tuning reference mark indicated in a position corresponding to the percussion point positional mark M indicated in the head **12** (see FIG. **20**).

Since a position between the center "CENTER" and the rim **16** "RIM" in the head **12** is decided by the percussion

**14**

point positional information AP, the position thus decided is indicated by a black triangle.

Furthermore, the tuning reference mark represented by a white triangle shows a position corresponding to the percussion point positional mark M indicated in the head **12** shown in FIG. **20** as described above. Namely, since the percussion point positional mark M shown in FIG. **20** is indicated at the position of intermediate point between the center "CENTER" and the rim **16** (RIM) in the head **12**, the tuning reference mark represented by a white triangle is also indicated at the intermediate point between the "CENTER" and the "RIM" in FIG. **18**(*a*).

The manner for displaying the percussion point positional information AP on the display **32** is not limited to the examples shown in FIGS. **18**(*a*), **18**(*b*), and **18**(*c*), but it may be indicated by either numerical values or a bar graph as in a level indication.

When completed the processing in the step S**1414**, it is judged whether or not a termination key in the group of operation keys **30** has been operated (step S**1416**), so that if it was judged that the termination key in the group of operation keys **30** had not been operated, the procedure returns to the step S**1402**, and the processing is repeated.

On the other hand, if it was judged that the termination key in the group of operation keys **30** had been operated in the step S**1416**, the procedure returns to the main routine.

Then, a normal performance processing routine executed by the CPU **24** in the step S**814** will be described by referring to FIG. **19**.

In the normal performance processing routine, it is first judged whether or not a level key (key for setting a volume of sounding musical tone), a tone color key (key for setting tone color of sounding musical tone), or a tuning key (key for setting a pitch of sounding musical tone) contained in the group of operation keys **30** has been changed. At the time when the power is turned on, a register level for storing level, a register tone for storing tone color, and a register pitch for storing pitch; are set in response to the initialized state of the level key, the tone color setting key, and the tuning key, respectively, in accordance with the initialization processing in the step S**802**.

In the step S**1602**, when it was judged that the level key, the tone color setting key, or the tuning key in the group of operation keys **30** had been changed, then, it is judged whether the level key has been changed or not (step S**1604**).

In this case, if it was judged that the level key had been changed, the stored contents in the register level are changed in accordance with the former change (step S**1606**).

In either the case where the processing in step S**1606** has been completed, or the case where it was judged that the level key had not been changed in the step S**1604**, it is judged whether or not the tone color key has been changed (step S**1608**).

In this case, when it was judged that the tone color key had been changed, stored contents of a register tone are changed in accordance with the former change, and a start address and an end address of waveform data corresponding to the stored contents of the register tone are set in the sound source IC **34** (step S**1610**).

In either the case where the processing in step S**1610** has been completed, or the case where it was judged that the tone color key had not been changed in the step S**1608**, it is judged whether or not the tuning operation key has been changed (step S**1612**).

It is to be noted that the "tuning" in this step S**1612** is different from the above described tuning of the head, and it means that a pitch is adjusted with respect to sounding musical tone (sound of a percussion instrument).

US 6,921,857 B2

**15**

In this case, when it was judged that the tuning key had been changed, stored contents of the register pitch are changed in accordance with the former change, and the pitch information corresponding to the stored contents of the register pitch are set to the sound source IC **34** (step S**1614**).

When the processing in step S**1614** has been completed as a result of conducting the procedure as described above, or it was judged that the tuning key had not been operated in the step S**1612**, or in the case where any of the level key, tone color setting key, or the tuning key in the group of operation keys **30** had not been changed, then, it is judged whether or not a sounding flag gf is turned ON (step S**1616**).

Specifically, it is judged whether or not sounding has been instructed as a result of turning ON the sounding flag gf of the CPU **24** in the step S**936** of the DSP percussion signal processing routine.

In this case, if it was judged that the sounding flag gf had been turned ON, the results of arithmetic computations of "level×V" are set to the sound source IC **34** as the level information (step S**1618**). More specifically, values stored in the register level which has been set by a level key are multiplied by percussion force information V to calculate a sounding level, and the results of this arithmetic computations are set to the sound source IC **34** as the level information.

When completed the processing in the step S**1618**, the percussion point positional information AP is converted into a filter coefficient for controlling filter characteristics, and the converted information is set in the sound source IC **34** (step S**1620**). More specifically, when the converted information is set to the IC **34** after converting the percussion point positional information AP into the filter coefficient for controlling filter characteristics, tone colors corresponding to the positions of percussion point can be obtained. It is to be noted that the processing for obtaining tone colors corresponding to the positions of percussion point is not limited to that illustrated in the step S**1620**, but the processing in the step S**1620** may be replaced by either a manner wherein waveforms to be read out are switched or a manner wherein a mixed ratio of a plurality of waveforms is changed.

When the processing in the step S**1620** is completed, the sounding flag gf is turned OFF (step S**1622**). In other words, as a result of conducting the procedure as described above, the sounding flag is turned OFF.

In either the case where the processing in the step S**1622** has been completed, or the case where it was judged that the sounding flag gf had been turned OFF in the step S**1616**, it is judged whether or not the termination key in the group of operation keys **30** has been operated (step S**1624**), so that if it was judged that the termination key of the group of operation keys **30** had not yet been operated, the procedure returns to the step S**1602** to repeat the processing.

On the other hand, when it was judged that the termination key in the group of operation keys **30** had been operated, the procedure returns to the main routine.

The processing for sounding musical tones from the present electronic percussion instrumental system to the outside is carried out by controlling the sound source IC **34**.

In the following, a typical operational procedure for tuning operation of the head **12** will be described by referring to the flowchart shown in FIG. **21**. The flowchart of FIG. **21** illustrates the operational procedure of the tuning operation effected by a user after selecting the tuning mode by the user.

Namely, when the user selects the tuning mode, then he or she sets first a desired head type by operating a head type

**16**

setting key in the group of operation keys **30** (step S**1802**), and thereafter, he or she sets a desired tuning type by the operation of a tuning type setting key of the group of operation keys **30** (step S**1804**).

In accordance with the operations in the steps S**1802** and S**1804**, the processing specified in the respective steps S**1402**, S**1404**, S**1406**, S**1408**, S**1410**, and S**1412** contained in the tuning processing routine executed by the CPU shown in FIG. **17** is conducted.

Then, in this tuning operation, a mark M at the position of percussion point in the head **12** which is placed at a position close to the engaging pin **54** in operation is percussed (step S**1806**). It is to be noted that the procedure on and after the step S**1806** becomes actual tuning operations.

In the step S**1806**, when the mark M at the position of percussion point of the head **12** is percussed, the percussion point positional information AP sent from the DSP **22** as a result of execution of percussion signal processing routine shown in FIG. **12** is displayed on the display unit **32** in the step S**1414** contained in the tuning processing routine executed by the CPU shown in FIG. **17**.

In this case, it is confirmed that a black triangle indicating the percussion point positional information AP due to the result of the percussion in the step S**1806** has been displayed at which position by visual observation of the display unit **32** (step S**1808**).

Then, it is judged whether or not there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and a white triangle indicating the tuning reference mark (step S**1810**).

In this case, when it is judged that there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, the engaging pin **54** is adjusted so as to cancel the aforesaid misregistration, thereby carrying out tuning for adjusting tension of the head **12** (step S**1812**).

Thus, after completing the operation in the step S**1812**, the procedure returns to the step S**1806** and the operation is repeated.

On the other hand, if it was judged that there was no misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, then it is judged whether the tuning operation has been completed or not (step S**1814**). In this case, the judgment whether or not the tuning operation has been completed is specifically a judgment whether or not tuning operations of all the engaging pins **54** have been completed.

In this case, when it is judged that the tuning operations had not been completed, the procedure returns to the step S**1806** to perform tuning operations with respect to the engaging pins **54** to which have not yet been subjected the tuning operations.

On the contrary, when it was judged that the tuning operations had been completed, the procedure of the tuning operation is finished.

It is to be noted that the above described manner of practice may be modified as follows.

(1) As shown in FIG. **22**, the head **12** is fixed to either side of the opening of the barrel section **50**, while the head of an acoustic drum (cannot be found in FIG. **22**) may be fixed to the other side of the opening of the barrel section. In this case, when the head **12** is percussed, the head of acoustic drum positioned on the opposite side resonates to sound at an appropriate volume. Accordingly, when compared with the case where only the head **12** is fixed to the barrel section

US 6,921,857 B2

17 18

**50**, a player can perform the percussion instrument with much more close feeling to that of acoustic drum.

(2) As shown in FIG. **23**, to the outer circumference of the head **12** composed of the first net **56** and the second net **58** may be bonded an annular film **112**. In this case, since a ratio of opening in the first net **56** and the second net **58** of the head **12** becomes low in comparison with that of the above described manner of practice, the percussion sound becomes larger than that of the above described manner of practice. For this reason, a player can perform the resulting percussion instrument with much more close feeling to that of acoustic drum. Furthermore, when an area of the film **112** to be bonded to the first net **56** and the second net **58** in the head **12** is allowed to vary, the volume in percussion can be controlled. Moreover, stitches may be filled with an adhesive to bond the first net **56** to the second net **58** in place of bonding of the film **112**.

(3) The net-like raw material is not limited to a two-ply plane weave net, but one-ply or three- or more ply net may also be used. Furthermore, a weaving manner of net is not limited merely to plane weave. In the case where a net-like raw material is composed of a single net, it is preferred to use a triaxially woven net which balances tension not only in the crossed direction of woven fibers, but also in an oblique direction.

(4) A shape of the cushioning member **80** in the head sensor **14** is not limited to the frustoconical shape, but a truncated pyramid shape may be adopted.

(5) A constitution of the sound source is not limited to the above described wave-form read-out system, but sound sources of a variety of systems may be employed. Furthermore, a PCM sound source sounding PCM sampling sounds is not used, but a resonator composed of oscillator and the like may be used, otherwise audio signals input from the outside may also be employed.

(6) While the percussion point positional information AP has been displayed on the display **32** in the above described manner of practice, instead of the display, it may be adapted to sound such sound signal having a pitch corresponding to the percussion point positional information AP.

(7) Although the percussion point positional mark M indicated on the top of the head **12** has been configured in the circular shape as shown in FIG. **20** in the above described manner of practice, a shape of the percussion point positional mark M is not limited to the circular shape as shown in FIG. **20**, but, for example, the percussion point positional mark M may be indicated by points of a prescribed number as shown in FIG. **24**(*a*). Moreover, a region of the head **12** is classified by coloring as shown in FIG. **24**(*b*) (It is to be noted in FIG. **24**(*b*) that a shaded portion of the region of the head **12** is represented by a different color from that of the other (no shaded) portion), and the boundary portion classified by coloring may be used as the percussion point positional mark M.

(8) While it has been arranged in such that the tuning reference mark represented by white triangle shown in FIG. **18**(*a*) is indicated in response to the percussion point positional mark M of the head **12** in the above described manner of practice, the invention is not limited thereto, but, for instance, it may be arranged in such that information for indicated position by a white triangle may be stored as the tuning reference data together with the table 1 and the table 2 which are selected in accordance with the head type or the tuning type set in the tuning processing routine executed by the CPU shown in FIG. **17**.

(9) Although the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark corresponding to the percussion point positional mark M of the head have been displayed on the display unit **32** in the above described manner of practice as shown in FIG. **18**(*a*), a displaying manner on the display unit **32** is not limited thereto, but, for example, a deviation between the above described tuning reference data and the detected percussion point positional information AP may be displayed as shown in FIG. **25**.

Specifically, the manner may be carried out in such a way that tuning reference data are read out in case of the processing for displaying the percussion point positional information AP in the step S**1414** of the tuning processing routine executed by the CPU shown in FIG. **17**, a deviation between the tuning reference data and the percussion point positional information AP is calculated, and the deviation represented by the calculated result is displayed on the display unit **32**. If it has been adapted to display "0" on the display unit **32** in case of no deviation, it means that tuning is matched in the case when indication "0" is displayed on the display unit **32**.

(10) As a displaying manner in the display unit **32**, there are a manner wherein it may notify that the tuning is matched in the case when a difference between the tuning difference data and the percussion point positional information AP reaches a prescribed value or lower, and a manner wherein a difference between the tuning reference data and the percussion point positional information AP may be displayed in accordance with cent indication as utilized in a tuning device for stringed instruments such as guitar and the like in addition to the manners described above.

Since the present invention has been constituted as described above, it provides such an excellent advantage that a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system can be realized.

Furthermore, since the indication corresponding to a percussion position of the head has been made in the present invention, such an excellent advantage that correct tuning can easily be carried out in case of tuning the head is obtained.

Moreover, since a variation in tension of the head due to tuning of the head has been compensated in the present invention, such an excellent advantage that correct percussion position can be detected is obtained.

Still further, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the detecting means for position of percussion point is confirmed while watching the display means in the present invention, such an excellent advantage that tuning operation can simply be carried out without relying upon user's sense is obtained.

It will be appreciated by those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof.

The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes that come within the meaning and range of equivalents thereof are intended to be embraced therein.

The entire disclosure of Japanese Patent Applications No. 8-193986 filed on Jul. 4, 1996, No. 9-15846 filed on Jan. 13, 1997 and No. 9-15847 filed on Jan. 13, 1997 including specification, claims, drawings and summary are incorporated herein by reference in their entirety.

US 6,921,857 B2

**19**

What is claimed is:

1. An electronic percussion instrument system comprising:

a barrel section having a generally hollow interior and a first end open to the generally hollow interior;

a head disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface, the head having a head material through which air may pass;

a cushioning member in communication with the second surface of the head, while allowing air to pass through the head;

a transducer disposed in communication with the cushioning member, to receive percussion impact signals through the cushioning member in response to a percussion impact on the percussion surface of the head.

2. An electronic percussion instrument system as recited in claim **1**, wherein the head material comprises a material having openings through which air may pass.

3. An electronic percussion instrument system as recited in claim **2**, wherein the head material comprises a net-like material.

4. An electronic percussion instrument system as recited in claim **1**, wherein the head material comprises multiple layers of a material having openings through which air may pass.

5. An electronic percussion instrument system as recited in claim **4**, wherein each layer of the head material comprises a net-like material.

6. An electronic percussion instrument system as recited in claim **4**, wherein the multiple layers of head material are bonded together.

7. An electronic percussion instrument system of claim **1**, wherein the barrel section has a central axis and the cushioning member is located at the central axis of the barrel section.

8. An electronic percussion instrument system of claim **1**, further comprising supporting structure for supporting the transducer and the cushioning member.

9. An electronic percussion instrument system of claim **8**, wherein the supporting structure supports the cushioning member within the generally hollow interior of the barrel section.

10. An electronic percussion instrument system of claim **8**, wherein the barrel section has a central axis and wherein the supporting structure supports the cushioning member at the central axis of the barrel section.

11. An electronic percussion instrument system of claim **10**, wherein the supporting structure supports the cushioning member within the generally hollow interior of the barrel section.

12. An electronic percussion instrument system of claim **1**, wherein the cushioning member is disposed in direct contact with the second surface of the head.

13. An electronic percussion instrument system of claim **1**, wherein the cushioning member is arranged to contact a

**20**

portion of, but less than the entire surface area of the second surface of the head.

14. A method of making an electronic percussion instrument system comprising:

providing a barrel section having a generally hollow interior and a first end open to the generally hollow interior;

providing a head having a head material through which air may pass;

tensioning the head across an end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface;

locating a cushioning member in communication with the second surface of the head, while allowing air to pass through the head material;

locating a transducer in communication with the cushioning member, to receive percussion impact signals through the cushioning member in response to a percussion impact on the percussion surface of the head.

15. A method as recited in claim **14**, wherein the head material comprises a material having openings through which air may pass.

16. A method as recited in claim **15**, wherein the head material comprises a net-like material.

17. A method as recited in claim **14**, wherein the head material comprises multiple layers of a material having openings through which air may pass.

18. A method as recited in claim **16**, further comprising bonding the multiple layers of material together.

19. A method as recited in claim **14**, wherein the barrel section has a central axis and wherein locating the cushioning member comprises securing the cushioning member at the central axis of the barrel section.

20. A method as recited in claim **14**, further comprising providing supporting structure for supporting the transducer and the cushioning member.

21. A method as recited in claim **14**, further comprising providing supporting structure for supporting the cushioning member within the generally hollow interior of the barrel section.

22. A method as recited in claim **20**, wherein the barrel section has a central axis and wherein providing supporting structure comprises providing structure that supports the cushioning member at the central axis of the barrel section.

23. A method as recited in claim **14**, wherein locating the cushioning member comprises arranging the cushioning member in direct contact with the second surface of the head.

24. A method as recited in claim **14**, wherein locating the cushioning member comprises arranging the cushioning member in contact with a portion of, but less than the entire surface area of the second surface of the head.

\*   \*   \*   \*   \*

# EXHIBIT C

US006756535B1

(12) **United States Patent**
Yoshino et al.

(10) Patent No.: **US 6,756,535 B1**
(45) Date of Patent: *****Jun. 29, 2004**

(54) **ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN**

(75) Inventors: **Kiyoshi Yoshino**, Osaka (JP); **Kenji Hirano**, Osaka (JP); **Masato Katsuda**, Osaka (JP)

(73) Assignee: **Roland Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/845,368**

(22) Filed: **Apr. 30, 2001**

**Related U.S. Application Data**

(60) Continuation of application No. 09/401,459, filed on Sep. 22, 1999, now Pat. No. 6,271,458, which is a continuation of application No. 09/243,698, filed on Feb. 3, 1999, now Pat. No. 6,121,538, which is a division of application No. 08/886,180, filed on Jul. 1, 1997, now Pat. No. 5,920,026.

(30) **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Jul. 4, 1996 | (JP) | ............................................. | 8-193986 |
| Jan. 13, 1997 | (JP) | ............................................. | 9-15846 |
| Jan. 13, 1997 | (JP) | ............................................. | 9-15847 |

(51) Int. Cl.[7] ................................................ **G01D 13/32**
(52) U.S. Cl. ............................................. **84/738**; 84/414
(58) Field of Search ...................... 84/414, 416, 452 P, 84/454, 723, 737, 738, 743

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 729,936 A | 6/1903 | Heybeck | ...................... 84/414 |
| 3,748,367 A | 7/1973 | Lamme et al. | |
| 4,226,156 A | 10/1980 | Hyakutake | ................. 84/1.14 |
| 4,279,188 A | 7/1981 | Scott | |
| 4,362,081 A | 12/1982 | Hartry | ......................... 84/414 |
| 4,581,973 A | 4/1986 | Hoshino | |
| 4,714,002 A | 12/1987 | Cleland | ........................ 84/413 |
| 4,798,121 A | 1/1989 | Donohoe | ...................... 84/414 |
| 4,828,907 A | 5/1989 | Hayashi | |
| 4,947,725 A | 8/1990 | Nomura | ....................... 84/723 |
| 5,042,356 A | 8/1991 | Karch | ......................... 84/725 |
| 5,449,964 A | 9/1995 | Snyder | ..................... 310/330 |
| 5,533,405 A | 7/1996 | Hoshino | .................... 84/104 |
| 5,585,581 A | 12/1996 | Rogers | ................... 84/723 X |
| 5,633,473 A | 5/1997 | Mori et al. | ............... 84/735 X |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19625570.8-51 | 6/1996 |
| JP | 2-117569 | 9/1990 |

OTHER PUBLICATIONS

Syndrum product sample (delivered to Examiner for review) and thirteen (13) photographs of same.
Deposition of Peter Hart, Roland Corp. vs. Hart Dynamics, Fed. Dist. Ct. for the Central Dist. of CA Mar. 3, 2003.*

* cited by examiner

*Primary Examiner*—Jeffrey Donels
(74) *Attorney, Agent, or Firm*—Foley & Lardner

(57) **ABSTRACT**

An object of the present invention is to provide a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system. The percussion detecting apparatus is provided with a head prepared from a net-like raw material composed of a first net and a second net, the net-like raw material being obtained by such a manner that both the nets having been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated in such a way that the weave pattern directions thereof intersect obliquely with each other; and a head sensor which is in contact with the center position of the under side in the head and detects percussion with respect to the head as electric signal.

**33 Claims, 23 Drawing Sheets**



U.S. Patent

Jun. 29, 2004

Sheet 1 of 23

US 6,756,535 B1

# FIG. 1



# FIG. 2





FIG. 3

# *FIG. 4*



# *FIG. 5*



# F I G. 6



——— FIRST NET

------- SECOND NET

*FIG. 7 (a)*

*FIG. 7 (b)*

*FIG. 7 (c)*

*FIG. 8*



*FIG. 9*



# FIG. 10



*FIG. 11*



**U.S. Patent**     Jun. 29, 2004     Sheet 10 of 23     **US 6,756,535 B1**

# FIG. 12

DSP PERCUSSION SIGNAL PROCESSING ROUTINE



U.S. Patent

Jun. 29, 2004

Sheet 11 of 23

US 6,756,535 B1

# FIG. 13 (b)

(b) OUTPUT WAVEFORM OF HEAD SENSOR.

POSITION OF PERCUSSION POINT A



POSITION OF PERCUSSION POINT B



POSITION OF PERCUSSION POINT C



# FIG. 13 (a)

(a) POSITION OF PERCUSSION POINT

POSITION OF PERCUSSION POINT A

POSITION OF PERCUSSION POINT B

POSITION OF PERCUSSION POINT C



1 2 HEAD

PERIOD OF TIME FOR FIRST HALF-WAVE VARIES
DEPENDING ON POSITION OF PERCUSSION POINT

U.S. Patent

Jun. 29, 2004

Sheet 12 of 23

US 6,756,535 B1

## FIG. 14



*FIG. 15*



*FIG. 16*



# FIG. 17

TUNING PROCESSING ROUTINE



U.S. Patent

Jun. 29, 2004

Sheet 15 of 23

US 6,756,535 B1

# FIG. 18 (a)



DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

2/SNARE   RIM   CENTER

32

TUNING REFERENCE MARK CORRESPONDING TO PERCUSSION
POINT POSITIONAL MARK IN HEAD

U.S. Patent

Jun. 29, 2004

Sheet 16 of 23

US 6,756,535 B1

# FIG. 18 (b)

DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP



2/SNARE



*FIG. 18 (c)*

## FIG. 19

NORMAL PERFORMANCE PROCESSING ROUTINE



*FIG. 20*



# FIG. 21



OPERATIONAL PROCEDURE FOR TUNING OPERATION IN HEAD

*FIG. 22*



*FIG. 23*



## *FIG. 24 (a)*



## *FIG. 24 (b)*







*FIG. 25*

US 6,756,535 B1

**1**

# ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN

This application is a continuation of application Ser. No. 09/401,459, filed Sep. 22, 1999 now U.S. Pat. No. 6,271, 458, which is a Continuation of application Ser. No. 09/243, 698, filed Feb. 3, 1999 (now U.S. Pat. No. 6,121,538), which his a Divisional of Application Ser. No. 08/886,180, filed Jul. 1, 1997 (now U.S. Pat. No. 5,920,026).

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an electronic percussion instrumental system and a percussion detecting apparatus in the electronic percussion instrumental system, and more particularly to an electronic percussion instrumental system which simulates a percussion instrument such as acoustic drum sounding musical tone as a result of percussing it with sticks or the like by a player and a percussion detecting apparatus in the electronic percussion instrumental system.

2. Description of the Related Art

Heretofore, in an electronic percussion instrumental system such as electronic drum simulating acoustic drum, a percussion detecting apparatus provided with a surface to be percussed being generally called by the name of "percussion pad" is utilized as a means for detecting percussion.

As such a percussion detecting means as described above, for example, the percussion detecting apparatus disclosed in Japanese Patent Laid- open No. 44357/1996 has been known. In the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996, the percussion surface is formed by covering a plate-like case with a material of a soft high-molecular compound.

However, in such percussion detecting apparatus wherein the percussion surface is formed by covering the plate-like case with a soft high-molecular compound material, there is such a problem that repulsive feeling at the time of percussing the percussion surface is remarkable, so that good percussion feeling cannot be obtained. In addition, the above described percussion detecting apparatus involves also such a problem that there is a fear of disturbing the performance by the percussion sound, because the percussion sound generated at the time when the percussion surface is percussed is significant.

On one hand, it has been proposed to utilize, as a percussion detecting means, a percussion surface, the tension of which can be adjusted and is called by the name of "head" in acoustic drum, which is further provided with a sensor for detecting percussion.

In the present specification, adjustment for tension of a percussion surface which is adjustable as in the head of acoustic drum will be called by the term of "tuning".

In the case when the head of acoustic drum is served for a percussion detecting means as described above, there is such a problem that although percussion feeling is excellent in this case because the head for the acoustic drum is utilized as it is, the percussion sound becomes remarkable so that it disturbs the performance.

## OBJECTS AND SUMMARY OF THE INVENTION

The present invention has been made in view of the problems as described above involved in the prior art

**2**

Accordingly, an object of the present invention is to provide a percussion detecting apparatus provided with a head as the percussion surface which is excellent in percussion feeling and in which the percussion sound is extremely quiet in an electronic percussion instrumental system.

Furthermore, another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be easily capable of correct tuning of the head in the case when the head is tuned on the basis of an indication which is suitably given and corresponding to a position of percussion in the head.

Moreover, still another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be capable of detecting a correct position in percussion by correcting variations in tension of the head as a result of tuning of the same.

An yet further object of the present invention is to provide an electronic percussion instrumental system which is adapted to make clear a position of percussion in the head in case of tuning operation to display the tuning state, whereby the tuning operation can be carried out while confirming the state, so that anybody can easily conduct such tuning operation without requiring any sense of skilled user.

In order to achieve the above described objects, the present invention is characterized by a percussion detecting apparatus in electronic percussion instrumental system comprising a head the percussion surface of which is composed of a net-like raw material; and a percussion detecting means being in contact with the center position of the aforesaid head and detecting percussion with respect to the aforesaid head as electric signal.

Therefore, in accordance with the present invention, since the percussion surface of the head is composed of a net-like raw material, extremely good percussion feeling can be obtained because of the elasticity of the net-like raw material. Besides, since air passes through the openings of stitches in the net-like raw material, percussion sound in case of percussing the head becomes extremely small.

Furthermore, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a head the percussion surface of which to be percussed is tunable; a percussion detecting means for detecting percussion upon the aforesaid head as electric signal; a means for detecting a position of percussion point for performing arithmetic computations by inputting the electric signal detected by means of the aforesaid percussion detecting means to detect percussion point positional information; and a display means for effecting a display corresponding to the percussion point positional information detected by the aforesaid means for detecting a position of percussion point.

Therefore, in accordance with the present invention, since a display corresponding to the percussion point positional information is effected by means of the display means, the head can be tuned while observing visually the resulting display, so that correct tuning of the head can easily be realized.

Moreover, the present invention is characterized by an electronic percussion instrumental system comprising further an arithmetic computation compensating means for compensating the arithmetic computations in the aforesaid means for detecting the position of percussion point in response to a tuning state of the aforesaid head.

Therefore, in accordance with the present invention, the arithmetic computations for detecting the percussion point

US 6,756,535 B1

**3**

positional information in response to tuning of the head are compensated, the position of percussion point is also compensated in response to tuning of the head, whereby it becomes possible to display the correct position of percussion point.

Still further, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a tunable head; a means for detecting a position of percussion point for detecting the position of percussion point upon the aforesaid head; and a display means for effecting a display in response to the results detected by the aforesaid means for detecting the position of percussion point; a percussion point positional mark for tuning being provided on the aforesaid head.

Therefore, in accordance with the present invention, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the position of percussion point detecting means is confirmed while watching the display means, tuning operation can simply be carried out without relying upon user's sense.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinafter and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

FIG. **1** is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention;

FIG. **2** is a perspective view showing a percussion detecting apparatus;

FIG. **3** is a sectional view taken along the line III—III of FIG. **2**;

FIG. **4** is a perspective view showing a head;

FIG. **5** is a perspectively exploded view of the head;

FIG. **6** is an explanatory view showing a case where directions in weave patterns of a first net and a second net intersect obliquely;

FIGS. **7**(a), **7**(b), and **7**(c) are explanatory views wherein FIG. **7**(a) is a fragmentary view taken in the direction of the arrow A of FIG. **7**(b), FIG. **7**(b) is a front view, and FIG. **7**(c) is a fragmentary view taken in the direction of the arrow C of FIG. **7**(b), respectively;

FIG. **8** is a sectional view corresponding to FIG. **3** in the case when the head is percussed with a stick;

FIG. **9** is a sectional view corresponding to FIG. **3** in the case when the rim is percussed with a stick;

FIG. **10** is a sectional view corresponding to FIG. **3** in the case when the head is either brushed or percussed with a brush;

FIG. **11** is a flowchart of the main routine executed by a CPU;

FIG. **12** is a flowchart of a DSP percussion signal processing routine executed by the DSP;

FIGS. **13**(a) and **13**(b) are explanatory views for characteristic properties of a head composed of a net-like raw material wherein FIG. **13**(a) shows the positions of percussion point, and FIG. **13**(b) shows the output waveforms, respectively;

**4**

FIG. **14** is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP in a normal performance mode;

FIG. **15** is an explanatory diagram showing the characteristic properties of table **1**;

FIG. **16** is an explanatory diagram showing the characteristic properties of table **2**;

FIG. **17** is a flowchart of a tuning processing routine executed by the CPU;

FIGS. **18**(a), **18**(b), and **18**(c) are explanatory diagrams showing examples of display mode in percussion point positional information AP by means of a display unit wherein FIG. **18**(a) shows the first displaying example, FIG. **18**(b) shows the second displaying example, and FIG. **18**(c) shows figures indicating a variety of the percussion point positional information AP in the display column for the percussion point positional information AP in FIG. **18**(b), respectively;

FIG. **19** is a flowchart of a normal performance processing routine executed by the CPU;

FIG. **20** is a schematic top view of a percussion detecting apparatus showing an example of percussion point positional mark displayed on the top of a head;

FIG. **21** is a flowchart showing a typical operational procedure for the tuning operation of a head;

FIG. **22** is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. **2**;

FIG. **23** is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. **2**;

FIGS. **24**(a) and **24**(b) are schematic top views of a percussion detecting apparatuses each showing an example of percussion point positional mark displayed on the top of the head wherein FIGS. **24**(a) and **24**(b) show different examples from each other; and

FIG. **25** is an explanatory view showing another example of display mode in the percussion point positional information AP by means of a display unit.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An example of manner of practice of the electronic percussion instrumental system and the percussion detecting apparatus in the electronic percussion instrumental system according to the present invention will be described in detail hereinafter in conjunction with the accompanying drawings.

FIG. **1** is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention wherein the electronic percussion instrumental system comprises a percussion detecting apparatus **10** provided with a head sensor **14** functioning as a percussion detecting means for detecting percussion applied to a head **12** the surface of which is composed of a net-like raw material which will be described hereunder, and a rim-shot sensor **18** for detecting percussion applied to a rim **16**; an analog-to-digital (A/D) converter **20** which performs analog-to-digital conversion of the detected signals output from the head sensor **14** and the rim-shot sensor **18** in time-sharing manner and inputs the converted signals to a DSP **22** which will be mentioned hereinafter; the DSP **22** which detects the percussion applied to the head **12**, the intensity thereof, the position of percussion from the detected signals which are derived from the head sensor **14** and which were input from the analog-to-

US 6,756,535 B1

**5**

digital converter **20** as well as performance by means of a brush, and in addition, the DSP detecting also the percussion applied to the rim **16** and the intensity thereof from the detected signals which are derived from the rim-shot sensor **18** and which were input from the analog-to-digital converter **20** to supply the results thus detected to a CPU **24** which will be described hereunder; the CPU **24** which supplies the output from the DSP **22** to a sound source IC **34**, which will be undermentioned, wherein the output is converted into required performance information, as well as detects operations of a group of operation keys **30** which will be mentioned hereinafter, and controls the DSP **22**; a read only memory (ROM) **26** storing a program or the like which is to be executed by the CPU **24**, a random access memory (RAM) **28** functioning as a working area required for executing the program by means of the CPU **24**; the group of operation keys **30** including mode selecting keys for setting normal performance mode, brush performance mode or tuning mode, keys for selecting tone color or setting level or the like, and the like keys; a display unit **32** for displaying an operation mode selected by a key in the group of operation keys **30**, tone colors required for the tone color selection, and a tuning state in case of tuning mode; the sound source IC **34** which reads a waveform memory **36** which will be undermentioned on the basis of performance information from the CPU **24** to form digital musical tone signals and outputs the signals thus formed to a digital-to-analog (D/A) converter **38** which will be described hereunder; the waveform memory **36** storing sampling waveform data for forming the musical tone signals; and the digital-to-analog converter **38** for converting digital musical tone signals supplied from the sound source IC **34** into analog musical tone signals to output the signals thus converted to a sound system composed of an amplifier, a speaker and the like.

Then, the constitution of the percussion detecting apparatus **10** will be described by referring to FIG. **2** being a perspective view showing the percussion detecting apparatus **10** and FIG. **3** being a sectional view taken along the line III—III of FIG. **2**.

The percussion detecting apparatus **10** contains a cylindrical barrel section **50**, and around the outer circumference of the barrel section **50** are formed protrusively engaging portions **52** each having a tapped hole (not shown) provided with a thread groove (not shown) with a prescribed interval along the diametrical direction of the barrel section. Into the engaging portion **52** is screwed an engaging pin **54** on which is formed a thread ridge to be combined with the thread groove formed on the engaging portion **52**, so that the head **12** and the rim **16** are fixed to the barrel section **50** through the engaging pin **54**. Furthermore, a locking projection **54a** for locking the rim **16** is a formed on the engaging pin **54**.

The head **12** is prepared as shown in FIGS. **4** and **5** in such a manner that a net-like raw material composed of a first net **56** and a second net **58**, each of which is woven in accordance with plane weave wherein the longitudinal and transverse fibers cross at right angles, are laminated to one another so as to cross obliquely their longitudinal and transverse weave pattern directions, and the net-like raw material thus arranged is bonded to a frame **60**. It is to be noted herein that the expression "the weave pattern direction of the first net **56** crosses obliquely that of the second net **58**" means that when the first net **56** wherein the longitudinal and transverse fibers cross at right angles is superposed on the second net **58** wherein the longitudinal and transverse fibers cross at right angles, adjacent fibers in the first net **56** and the second net **58** thus superposed intersect with each other at an angle α which is smaller than 90 degrees as shown in FIG. **6**.

**6**

Moreover, on the top of the head **12** is provided a percussion point positional mark M which is formed with a circular contour by means of printing as shown in FIG. **20** and which is used in case of tuning operation.

Furthermore, the rim **16** is prepared by integrally molding a metallic material and is composed of a flange portion **66** which is positioned around the outer circumference of the rim and has hole potions **64** into each of which an engaging pin **54** can be inserted, and a rim percussion portion **68** which is ascendingly formed and extended from the flange portion **66** around the inner circumference thereof The top of the rim percussion portion **68** is covered with a covering member **70** made from an elastic material such as rubber, sponge and the like.

A manner for fixing the head **12** and the rim **16** to the barrel section **50** each of them having the structure described above is such that the head **12** is first put on the barrel section **50**, then, the rim **16** is put on the head **12**, and the positions of them are adjusted in such a way that each hole portion **64** of the rim **16** communicates with each tapped hole defined on each engaging portion **52** of the barrel section **50**. Thereafter, each engaging pin **54** is inserted into each hole portion **64** of the rim **16** as well as into each tapped hole defined on each engaging portion **52** of the barrel section **50**, and the thread ridge of each engaging pin **54** is threadedly combined with the thread groove in each engaging portion **52** of the barrel section **52**, so that the head **12** and the rim **16** are forcedly fixed to the barrel section **50** by means of the locking projection **54a** of each engaging pin **54**.

More specifically, with the progress of screwing each engaging pin **54** in the tapped hole in each engaging portion **52** of the barrel section **50**, the flange portion **66** of the rim **16** is pressed downwards in FIG. **3** by means of each locking projection **54a**, so that the frame **60** of the head **12** is also pressed downwards through the flange portion **66**. As a result, the first net **56** and the second net **58** the downward movement of which are restricted by an upper end portion **50a** of the barrel section **50**, respectively, are stretched over the barrel section **50** with a prescribed tension. Thus, when an amount of screwing each engaging pin **54** in each tapped hole defined on each engaging portion **52** of the barrel section **50** is adjusted, the tension of the first net **56** and the second net **58** can be arbitrarily controlled, whereby tuning of the head **12** can be carried out.

Furthermore, a head sensor supporting material **72** is placed in the barrel section **50** in such that the head sensor supporting material **72** intersects the position of the axial center of the barrel section **50**. A head sensor **14** is bonded to the top of the head sensor supporting material **72** at the central portion thereof by means of a cushioning double-coated tape **78** which will be described hereinafter so as to be in contact with the second net **58**. In other words, the head sensor **14** is disposed on the under surface of the net-like raw material composed of the first net **56** and the second net **58** on the head **12** at the center thereof in contact therewith.

As shown in FIGS. **7**(a), **7**(b), and **7**(c), the head sensor **14** is provided with a disc-shaped piezoelectric element **76** containing wires for output signal **74**, and to the under surface of the piezoelectric element **76** is bonded the cushioning double-coated tape **78**. A diameter of the cushioning double-coated tape **78** is made to coincide with a node diameter of the piezoelectric element **76**.

Furthermore, to the top of the piezoelectric element **76** is bonded a frustoconical cushioning member **80** made from an elastic material such as rubber, sponge and the like. The cushioning member **80** has a bottom surface of a larger in

US 6,756,535 B1

7

diameter than that of the piezoelectric element **76**, the cross section of which tapers off upwardly, and it is in contact with the second net **58** at the extreme end of cushioning member **80** of a thin diameter.

Moreover, in the vicinity of the rim percussion portion **68** disposed on the upper portion inside the barrel section **50** is bonded the rim-shot sensor **18** by means of the cushioning double-coated tape **78**. The rim-shot sensor **18** is provided with the disc-shaped piezoelectric element **76** containing wires for output signal **74**, and to the under surface of the piezoelectric element **76** is bonded the cushioning double-coated tape **78**. The diameter of the cushioning double-coated tape **78** is made to coincide with the node diameter of the piezoelectric element **76**.

Namely, in the electronic percussion instrumental system according to the present invention, a member obtained by removing the cushioning member **80** from the head sensor **14** is used as the rim-shot sensor **18**, whereby improvements in efficiency of parts to be used are intended.

In this electronic percussion instrumental system, a variety of heads **12** having different diameters as well as a variety of the barrel sections **50** being adapted for such various heads and the like members are prepared, whereby a size of the head **12** is suitably changed.

In the constitution as described above, when the head **12** is percussed with a stick **100** (see FIG. **8**), the head sensor **14** detects the percussion, while when the rim **16** is percussed with the stick **100** (see FIG. **9**, but it is to be noted that both the head **12** and the rim **16** are percussed with the stick **100** in FIG. **9**), the rim-shot sensor **18** detects the percussion. Further, when the head **12** is brushed or percussed with a brush **102** (see FIG. **10**), the head sensor **14** detects the contact of the brush **102** with the head **12**.

In these circumstances, when the head **12** is percussed with the stick **100**, extremely good percussion feeling closely resembling the percussion feeling in the case when the head of an acoustic drum is percussed can be obtained because of the elasticity of a net-like raw material composed of the first net **56** and the second net **58**.

In addition, since the first net **56** and the second net **58** which have been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated obliquely with each other in the net-like raw material, the tension is uniformized over the whole surface of the net-like raw material, so that there is little variations in percussion feeling due to differences in the position percussed, and as a result, output waveforms from the head sensor **12** become the ones which are easily processed.

As described above, performance played by percussing the head **12** is controlled by output waveforms from the head sensor **14** being in contact with the under surface of the center in the first net **56** and the second net **58** of the head **12**. In this respect, since the head sensor **14** is positioned at the center of the first net **56** and the second net **58** of the head **12**, variations in output waveforms due to differences in the position of the head **12** percussed become concentric circular form, so that variations in tone color simulating acoustic drum are easily expressed.

Moreover, since the cushioning member **80** of the head sensor **14** is in contact with the under surface of the center of the second net **58** of the head **12**, oscillation of the head **12** attenuates rapidly so that the output signal attenuates also rapidly, whereby erroneous detecting operation in case of percussing the head **12** in a rapid and repeated manner is prevented.

8

Further, since the cushioning member **80** bonded to the top of the piezoelectric **76** of the head sensor **14** is in contact with the second net **58** of the head **12** at the site of the frustoconical extreme end portion having a thin diameter and a small area, vibrations of percussion in the head **12** are hardly transmitted directly to the piezoelectric element **76**, so that damage of the piezoelectric element **76** is suppressed.

In addition, since a diameter of the cushioning double-coated tape **78** bonded to the under surface of the piezo-electric element **76** is made to be equal to the node diameter, sensitivity of the piezoelectric element **76** increases, so that delicate variations in the oscillation due to differences in positions percussed can be more precisely detected.

Still further, since air passes through openings of stitches in the net-like raw material composed of the first net **56** and the second net **58**, percussion sound in the case when the head **12** is percussed is extremely small. Such percussion sound in case of percussing the head **12** is dependent upon a ratio of openings in the net-like raw material composed of the first net **56** and the second net **58**, and therefore, the higher ratio of openings brings about the smaller percussion sound. However, an excessive ratio of openings results in low tension of the first net **56** and the second net **58** so that the percussion feeling deteriorates. Accordingly, it is preferred to suitably keep a balance between the percussion feeling and the ratio of openings.

Yet further, since the rim **16** is covered with the covering member **70**, the percussion sound in case of percussing the rim **16** is also reduced.

In this respect, since the oscillation in case of percussing the rim **16** is mostly transmitted to the barrel **50**, the performance played by percussing the rim **16** can be controlled in accordance with output waveforms in the rim-shot sensor **18** attached to the barrel **50**.

In the following, electrical processing contents in the electronic percussion instrumental system according to the present invention will be described by referring to the accompanying flowcharts.

FIG. **11** is a flowchart of the main routine executed by the CPU **24** wherein when the power is turned on, first, memories, registers and the like are initialized (step S**802**).

Then, it is judged which operational mode has been set, i.e., it is judged whether a tuning mode which changes percussion feeling of the head **12** by adjusting tension in the net-like raw material of the head **12**, or a normal performance mode which sounds percussion instrumental sounds by detecting percussion upon the head **12** and percussion upon the rim **16**, or a brushing performance mode which sounds percussion instrumental sounds by detecting either brushing or percussing the head **12** with the brush **102** has been established (step S**804**) by supervising an operational state of mode selecting keys of the group of operation keys **30**.

As a result, when it has been judged that the tuning mode had been set in the step S**804**, the DSP **22** is set to the tuning mode, whereby the DSP **22** is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. **12** (step S**806**). Thereafter, the tuning processing routine executed by the CPU **24** shown L in FIG. **17** is executed (step S**808**), then, processing for stopping the tuning mode by means of the DSP **22** is conducted (step S**810**), and the procedure returns to the step S**804**.

On one hand, when it has been judged that the normal performance mode had been set in the step S**804**, the DSP **22** is set to the normal performance mode, whereby the DSP **22** is adapted to be set so as to execute the DSP percussion

US 6,756,535 B1

9

signal processing routine shown in FIG. **12** (step S**812**). Thereafter, the normal performance processing routine by the CPU **24** shown in FIG. **19** is executed (step S**814**), then, processing for stopping the normal performance mode in the DSP **22** is conducted (step S**816**), and the procedure returns to the step S**804**.

On the other hand, when it has been judged that the brushing performance mode had been set in the step S**804**, the DSP **22** is set to the brushing performance mode (step S**818**). Thereafter, the brushing performance processing routine by the CPU **24** is executed, then, processing for stopping the brushing performance mode in the DSP **22** is conducted (step S**816**), and the procedure returns to the step S**804**. It is to be noted that since the processing for brushing performance mode is not related to the subject matter of the present invention, the detailed description therefor will be omitted.

In the following, the DSP percussion signal processing routine executed by the DSP **22** shown in FIG. **12** will be described, and the this processing is based on the following characteristic features.

Namely, when detection signal of the head sensor **14** in the case when the head **12** composed of a net-like raw material is percussed is observed, there is such a characteristic that a first half-wave time changes dependent on a position of percussion point in a certain frequency band. More specifically, as shown in FIGS. **13**(*a*) and **13**(*b*), when the first half-wave time in the case where the center of the head **12** is percussed (position of percussion point A), the first half-wave time in the case where the outer circumference of the head **12** is percussed (position of percussion point C), and the first half-wave time in the case where the intermediate point defined between the center and the outer circumference of the head **12** is percussed (position of percussion point B) are represented by $T_A$, $T_C$, and $T_B$, respectively, the relationship between them is expressed as follows.

$$T_A > T_B > T_C.$$

As described above, when the head **12** composed of a net-like raw material is percussed, with the movement of position of the percussion point from the center to the outer circumference, a first half-wave time shortens gradually.

On one hand, when tuning of the head **12** is made high, i.e., tension of the head **12** is increased, the first half-wave times $T_A$, $T_B$, and $T_C$ shorten, respectively, while maintaining the relationship "$T_A > T_B > T_C$". On the other hand, when tuning of the head **12** is made low, i.e., tension of the head **12** is decreased, the first half-wave times $T_A$, $T_B$, and $T_C$ lengthen, respectively, while maintaining the relationship "$T_A > T_B > T_C$".

FIG. **14** is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP **22**. The outline of DSP percussion signal processing routine will be described by referring to FIG. **14**. A detection signal detected by the head sensor **14** is subjected to analog-to-digital conversion by means of the analog-to-digital converter **20**, and the signal thus converted is input to a DC cut filter. The DC cut filter means a high pass filter for removing DC component. The DC component of the detection signal thus input to the DC cut filter is removed, and is input to a low pass filter (LP filter) removing unnecessary high pass component. Then, the detection signal from which unnecessary high pass component has been removed is input to a first half-wave detection circuit. The first half-wave detection circuit detects the leading edge of waveform of the detection signal thus input and the first zero cross, whereby the first half-wave is detected. A counter

10

operates for counting during only a period wherein the first half-wave detection circuit detects first half-wave, and an arithmetic circuit calculates the position of percussion point from the count value of the counter. The position of percussion point thus calculated is input to the CPU **24** as percussion point positional information in head.

The DSP percussion signal processing routine will be described herein in detail by referring to FIG. **12** wherein this DSP percussion signal processing routine is executed repeatedly in every sampling periods of the analog-to-digital converter **12**.

It is to be noted that since the above described functional block diagram shown in FIG. **14** indicates only the function for detecting percussion point positional information in head, a function for detecting percussion force information shown in FIG. **12** has been omitted. Furthermore, the functions for DC cut filter and LP filter shown in FIG. **14** are considered in FIG. **12** to be included in the processing for inputting sampling data S (step S**902**), so that the clear indication thereof is omitted for simplifying the flowchart.

In the DSP percussion signal processing routine, the sampling data S is first input (step S**902**), and it is judged whether the leading edge has been detected or not (step S**904**). In the case where it was judged that the leading edge had been detected, a timer T is reset (step S**906**), then, a first count flag of is turned ON (step S**908**), and a maximum value detection flag mf is turned ON (step S**910**).

The detection of leading edge in the step S**904** may be conducted specifically by either a manner wherein a difference between the present sampling data S and the preceding sampling data is determined, and if the difference is higher than the prescribed value which has been previously set, it is judged that there was a leading edge, or a well-known manner for detecting leading edge of input signal.

Furthermore, the timer T is a means for measuring a prescribed period of time for detecting the maximum value of detection signal wherein the prescribed period of time is decided by a register time for storing the time which has been previously set.

The first half-wave count flag cf is a flag representing whether counting processing for the first half-wave counter ct is to be made or not. When the first half-wave count flag cf has been turned ON, the counting processing for the first half-wave counter ct is made, while the counting processing for the first half-wave counter ct is not made in the case when the first half-wave count flag cf has been turned OFF.

A maximum value detection flag mf is a flag representing whether detection processing for the maximum value of input data is to be made or not. When the maximum value detection flag mf has been turned ON, the detection processing for the maximum value is made, while the detection processing for the maximum value is not made, in the case when the maximum value detection flag mf has been turned OFF.

In either the case where the processing in step S**910** has been completed or the case where it has been judged that the leading edge had not been detected in the step S**904**, the procedure proceeds to step S**912** wherein it is judged whether or not the first half-wave count flag has been turned ON.

It is to be noted herein that the step S**912**, step S**914**, step S**916**, and step S**918** relate to first half-wave count processing. In other words, the first half-wave count flag cf is turned ON from the step S**912**, and the first half-wave counter ct is incremental until the first half-wave is completed.

More specifically, when it is judged that the first half-wave count flag has not been turned ON, i.e., the first

**11**

half-wave count flag has been turned OFF, the procedure jumps to step S920 without accompanying the processing in the step S914, the step S916, and the step S918.

On the other hand, when it is judged that the first half-wave count flag has been turned ON in the step S912, it is judged whether or not the first half-wave has been completed (step S914). Then, when it is judged that the first half-wave has not been completed, the first half-wave counter ct is made incremental (step S916), while when it is judged that the first half wave has been completed, the first half-wave count flag cf is turned ON (step S918), and the procedure proceeds to the step S920.

The completion of the first half-wave in the step S914 corresponds to a point of time where the sampling data cross 0 (zero). Judgment whether the sampling data have crossed 0 (zero) or not may be made at the point of time when sign of the sampling data S turns, the contents of the judgment being such that the sampling data have crossed 0 (zero).

In the step S920, it is judged whether the maximum value detection flag mf has been turned ON or not, and as a result, when it is judged that the maximum value detection flag mf has not been turned ON, i.e., it is judged that the maximum value detection flag mf has not been turned OFF, the DSP percussion signal processing routine is completed without taking a further step any more.

On the other hand, when it is judged that the maximum value detection flag mf has been turned ON, it is further judged whether or not a timer T is larger than the register time (step S922).

As a result, when the timer T is equal to or less than the register time, in other words, during a period where the maximum value detection flag mf has been turned ON and the timer T is equal to or less than the register time in the step S922, the maximum value detection processing is executed in step S924 and step S926.

More specifically, the timer T is made incremental (step S924), the maximum value max is compared with the absolute value of the sample data S to rewrite the larger value into the maximum value max (step S916), and the DSP percussion signal processing routine is completed.

Therefore, the maximum value max corresponds to the maximum value of a percussion signal within a prescribed time and decided by the register time.

Furthermore, when the maximum value detection processing is completed as a result of such judgment that the timer T is larger than the register time in the step S922, the maximum value detection flag mf is turned OFF (step S928).

Then, the first half-wave counter ct is converted into a percussion point positional information AP by employing table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP (step S930).

It is to be noted herein that the table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP is selected in accordance with head type or tuning type.

The head type is decided in response to a size of the head 12 so that TOM 1, TOM 2, and SNARE are established in the present electronic percussion instrumental system. On one hand, the tuning type is decided in accordance with a tuning state of the head 12, i.e., in response to tension of the head 12 so that "loose", "medium" and "tight" are established in the present electronic percussion instrumental system.

As described above, since three kinds of the head type and three kinds of the tuning type have been established in the

**12**

present electronic percussion instrumental system, so that the table 1 of total nine kinds is provided.

In FIG. 15, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 1. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

When completed the processing in the step 930, the procedure proceeds to step S932 wherein the percussion point positional information AIP is converted into a percussion force correcting coefficient K by employing a table 2 which is a percussion force correcting table for converting the percussion positional information AP obtained in the step S930 into the percussion force correcting coefficient K (step S932).

It is to be noted herein that the table 2 which is the percussion force correcting table for converting the percussion positional information AP is selected in response to head type and tuning type as in the case of the table 1.

As described above, since three kinds of the head type, i.e., TOM 1, TOM 2, and SNARE as well as three kinds of the tuning type, i.e., "loose", "medium", and "tight" have been established in the present electronic percussion instrumental system, so that the table 2 of total nine kinds is provided.

In FIG. 16, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 2. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

For instance, in the example shown in FIG. 16, when tuning type is loose, "K=1" in the position of percussion point A (center), "K=4/3" in the position of percussion point B (intermediate), and "K=3" in the position of percussion point C (outer circumference).

These head types and tuning types may be represented by numerical values, and further the table 1 as well as the table 2 are not limited to the nine kinds, respectively.

When the processing in the step S932 is completed, the procedure proceeds to step S934 wherein compensation arithmetic processing in which the maximum value max is multiplied by the percussion force correcting coefficient K is conducted to calculate compensated percussion force information V.

When completed the step S934, the procedure proceeds to step S936 wherein a sounding flag gf in the CPU 24 is turned ON, the percussion point positional information AP and the percussion force information V are set in the CPU 24, and the DSP percussion signal processing routine is completed.

Then, the tuning processing routine executed by the CPU in the step S808 will be described by referring to FIG. 17.

In this tuning processing routine, it is judged whether or not there was an indication of change in a head type or a tuning type by operating a head type setting operation key (key for setting the head type) or a tuning type setting operation key (key for setting the tuning type) contained in the group of operation keys 30 (step S1402). At the time of turning on the power, a register head storing a head type and a register tuning storing a tunig type are also set in response

US 6,756,535 B1

**13**

to the initialized state of the head type setting operation key and the tunig type setting operation key in accordance with the processing of initialization in the step S802, respectively.

After such judgement that change of head type or tuning type had been indicated by the operation of the head type setting key or the tuning type setting key of the group of operation keys **30** in the step S1402, it is judged whether or not the change of head type has been indicated (step S1404).

When it was judged that the change of head type had been indicated, stored contents of the register head are changed in accordance with this indication of change (step S1406).

In either the case where the processing in step S1406 has been completed, or the case where it was judged that the change of head type had not been indicated in the step S1404, it is judged whether or not the change of tuning type has been indicated (step S1048).

When it was judged that the change of tuning type had been indicated, the stored contents of the register tuning is changed in accordance with this indication of change (step S1410).

In either the case where the processing in step S1410 has been completed, or the case where it was judged that the change of tuning type had not been indicated in the step S1408, the table **1** or the table **2** is selected in accordance with the stored contents of the register head or the register tuning, and it is set to the DSP **22** (step S1412).

As a result of conducting the procedure as described above, in either the case where the processing in step S1412 has been completed, or the case where it was judged that both the head type setting key or the tuning type setting key in the group of operation keys **30** had not been operated so that no change of the head type and the tuning type had not been indicated, the percussion point positional information AP sent out from the DSP **22** is displayed on the display unit **32** (step S1414). More specifically, the percussion point positional information AP set in the CPU in the DSP percussion signal processing routine is displayed on the display unit **32**.

In FIGS. **18**(*a*), **18**(*b*) and **18**(*c*) are shown examples of manner of displaying the percussion point positional information AIP displayed on the display unit **32** in the step S1414 wherein FIG. **18**(*a*) shows a first displaying example, FIG. **18**(*b*) shows a second displaying example, and FIG. **18**(*c*) shows marks representing a variety of percussion point positional information AP being displayed in a display column for the percussion point positional information AP in FIG. **18**(*b*), respectively. In FIGS. **18**(*a*) and **18**(*b*), it is arranged in such that numbers which have been previously assigned to respective tuning types are displayed in the displaying column of tuning type.

In FIG. **18**(*a*), "CENTER" indicates the center position of the head **12**, and "RIM" indicates a position of the rim **16**. Furthermore, a black triangle is a mark indicating the percussion point positional information AP, while a white triangle is a tuning reference mark indicated in a position corresponding to the percussion point positional mark M indicated in the head **12** (see FIG. **20**).

Since a position between the center "CENTER" and the rim **16** "RIM" in the head **12** is decided by the percussion point positional information AP, the position thus decided is indicated by a black triangle.

Furthermore, the tuning reference mark represented by a white triangle shows a position corresponding to the percussion point positional mark M indicated in the head **12** shown in FIG. **20** as described above. Namely, since the percussion point positional mark M shown in FIG. **20** is indicated at the position of intermediate point between the

**14**

center "CENTER" and the rim **16** (RIM) in the head **12**, the tuning reference mark represented by a white triangle is also indicated at the intermediate point between the "CENTER" and the "RIM" in FIG. **18**(*a*).

The manner for displaying the percussion point positional information AP on the display **32** is not limited to the examples shown in FIGS. **18**(*a*), **18**(*b*), and **18**(*c*), but it may be indicated by either numerical values or a bar graph as in a level indication.

When completed the processing in the step S1414, it is judged whether or not a termination key in the group of operation keys **30** has been operated (step S1416), so that if it was judged that the termination key in the group of operation keys **30** had not been operated, the procedure returns to the step S1402, and the processing is repeated.

On the other hand, if it was judged that the termination key in the group of operation keys **30** had been operated in the step S1416, the procedure returns to the main routine.

Then, a normal performance processing routine executed by the CPU **24** in the step S814 will be described by referring to FIG. **19**.

In the normal performance processing routine, it is first judged whether or not a level key (key for setting a volume of sounding musical tone), a tone color key (key for setting tone color of sounding musical tone), or a register key (key for setting a pitch of sounding musical tone) contained in the group of operation keys **30** has been changed. At the time when the power is turned on, a register level for storing level, a register tone for storing tone color, and a register pitch for storing pitch are set in response to the initialized state of the level key, the tone color setting key, and the tuning key, respectively, in accordance with the initialization processing in the step S802.

In the step S1602, when it was judged that the level key, the tone color setting key, or the tuning key in the group of operation keys **30** had been changed, then, it is judged whether the level key has been changed or not (step S1604).

In this case, if it was judged that the level key had been changed, the stored contents in the register level are changed in accordance with the former change (step S1606).

In either the case where the processing in step S1606 has been completed, or the case where it was judged that the level key had not been changed in the step S1604, it is judged whether or not the tone color key has been changed (step S1608).

In this case, when it was judged that the tone color key had been changed, stored contents of a register tone are changed in accordance with the former change, and a start address and an end address of waveform data corresponding to the stored contents of the register tone are set in the sound source IC **34** (step S1610).

In either the case where the processing in step S1610 has been completed, or the case where it was judged that the tone color key had not been changed in the step S1608, it is judged whether or not the tuning operation key has been changed (step S1612).

It is to be noted that the "tuning" in this step S1612 is different from the above described tuning of the head, and it means that a pitch is adjusted with respect to sounding musical tone (sound of a percussion instrument).

In this case, when it was judged that the tuning key had been changed, stored contents of the register pitch are changed in accordance with the former change, and the pitch information corresponding to the stored contents of the register pitch are set to the sound source IC **34** (step S1614).

When the processing in step S1614 has been completed as a result of conducting the procedure as described above, or

US 6,756,535 B1

**15**

it was judged that the tuning key had not been operated in the step S**1612**, or in the case where any of the level key, tone color setting key, or the tuning key in the group of operation keys **30** had not been changed, then, it is judged whether or not a sounding flag gf is turned ON (step S**1616**).

Specifically, it is judged whether or not sounding has been instructed as a result of turning ON the sounding flag gf of the CPU **24** in the step S**936** of the DSP percussion signal processing routine.

In this case, if it was judged that the sounding flag gf had been turned ON, the results of arithmetic computations of "level x V" are set to the sound source IC **34** as the level information (step S**1618**). More specifically, values stored in the register level which has been set by a level key are multiplied by percussion force information V to calculate a sounding level, and the results of this arithmetic computations are set to the sound source IC **34** as the level information.

When completed the processing in the step S**1618**, the percussion point positional information AP is converted into a filter coefficient for controlling filter characteristics, and the converted information is set in the sound source IC **34** (step S**1620**). More specifically, when the converted information is set to the IC **34** after converting the percussion point positional information AP into the filter coefficient for controlling filter characteristics, tone colors corresponding to the positions of percussion point can be obtained. It is to be noted that the processing for obtaining tone colors corresponding to the positions of percussion point is not limited to that illustrated in the step S**1620**, but the processing in the step S**1620** may be replaced by either a manner wherein waveforms to be read out are switched or a manner wherein a mixed ratio of a plurality of waveforms is changed.

When the processing in the step S**1620** is completed, the sounding flag gf is turned OFF (step S**1622**). In other words, as a result of conducting the procedure as described above, the sounding flag is turned OFF.

In either the case where the processing in the step S**1622** has been completed, or the case where it was judged that the sounding flag gf had been turned OFF in the step S**1616**, it is judged whether or not the termination key in the group of operation keys **30** has been operated (step S**1624**), so that if it was judged that the termination key of the group of operation keys **30** had not yet been operated, the procedure returns to the step S**1602** to repeat the processing.

On the other hand, when it was judged that the termination key in the group of operation keys **30** had been operated, the procedure returns to the main routine.

The processing for sounding musical tones from the present electronic percussion instrumental system to the outside is carried out by controlling the sound source IC **34**.

In the following, a typical operational procedure for tuning operation of the head **12** will be described by referring to the flowchart shown in FIG. **21**. The flowchart of FIG. **21** illustrates the operational procedure of the tuning operation effected by a user after selecting the tuning mode by the user.

Namely, when the user selects the tuning mode, then he or she sets first a desired head type by operating a head type setting key in the group of operation keys **30** (step S**1802**), and thereafter, he or she sets a desired tuning type by the operation of a tuning type setting key of the group of operation keys **30** (step S**1804**).

In accordance with the operations in the steps S**1802** and S**1804**, the processing specified in the respective steps S**1402**, S**1404**, S**1406**, S**1408**, S**1410**, and S**1412** contained

**16**

in the tuning processing routine executed by the CPU shown in FIG. **17** is conducted.

Then, in this tuning operation, a mark M at the position of percussion point in the head **12** which is placed at a position close to the engaging pin **54** in operation is percussed (step S**1806**). It is to be noted that the procedure on and after the step S**1806** becomes actual tuning operations.

In the step S**1806**, when the mark M at the position of percussion point of the head **12** is percussed, the percussion point positional information AP sent from the DSP **22** as a result of execution of percussion signal processing routine shown in FIG. **12** is displayed on the display unit **32** in the step S**1414** contained in the tuning processing routine executed by the CPU shown in FIG. **17**.

In this case, it is confirmed that a black triangle indicating the percussion point positional information AP due to the result of the percussion in the step S**1806** has been displayed at which position by visual observation of the display unit **32** (step S**1808**).

Then, it is judged whether or not there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and a white triangle indicating the tuning reference mark (step S**1810**).

In this case, when it is judged that there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, the engaging pin **54** is adjusted so as to cancel the aforesaid misregistration, thereby carrying out tuning for adjusting tension of the head **12** (step S**1812**).

Thus, after completing the operation in the step S**1812**, the procedure returns to the step S**1806** and the operation is repeated.

On the other hand, if it was judged that there was no misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, then it is judged whether the tuning operation has been completed or not (step S**1814**). In this case, the judgment whether or not the tuning operation has been completed is specifically a judgment whether or not tuning operations of all the engaging pins **54** have been completed.

In this case, when it was judged that the tuning operations had not been completed, the procedure returns to the step S**1806** to perform tuning operations with respect to the engaging pins **54** to which have not yet been subjected the tuning operations.

On the contrary, when it was judged that the tuning operations had been completed, the procedure of the tuning operation is finished.

It is to be noted that the above described manner of practice may be modified as follows.

(1) As shown in FIG. **22**, the head **12** is fixed to either side of the opening of the barrel section **50**, while the head of an acoustic drum (cannot be found in FIG. **22**) may be fixed to the other side of the opening of the barrel section. In this case, when the head **12** is percussed, the head of acoustic drum positioned on the opposite side resonates to sound at an appropriate volume. Accordingly, when compared with the case where only the head **12** is fixed to the barrel section **50**, a player can perform the percussion instrument with much more close feeling to that of acoustic drum.

(2) As shown in FIG. **23**, to the outer circumference of the head **12** composed of the first net **56** and the second net **58** may be bonded an annular film **112**. In this case, since a ratio of opening in the first net **56** and the second net **58** of the head **12** becomes low in comparison with that of the above

US 6,756,535 B1

**17**

described manner of practice, the percussion sound becomes larger than that of the above described manner of practice. For this reason, a player can perform the resulting percussion instrument with much more close feeling to that of acoustic drum. Furthermore, when an area of the film **112** to be bonded to the first net **56** and the second net **58** in the head **12** is allowed to vary, the volume in percussion can be controlled. Moreover, stitches may be filled with an adhesive to bond the first net **56** to the second net **58** in place of bonding of the film **112**.

(3) The net-like raw material is not limited to a two-ply plane weave net, but one-ply or three—or more ply net may also be used. Furthermore, a weaving manner of net is not limited merely to plane weave. In the case where a net-like raw material is composed of a single net, it is preferred to use a triaxially woven net which balances tension not only in the crossed direction of woven fibers, but also in an oblique direction.

(4) A shape of the cushioning member **80** in the head sensor **14** is not limited to the frustoconical shape, but a truncated pyramid shape may be adopted.

(5) A constitution of the sound source is not limited to the above described wave-form read-out system, but sound sources of a variety of systems may be employed. Furthermore, a PCM sound source sounding PCM sampling sounds is not used, but a resonator composed of oscillator and the like may be used, otherwise audio signals input from the outside may also be employed.

(6) While the percussion point positional information AP has been displayed on the display **32** in the above described manner of practice, instead of the display, it may be adapted to sound such sound signal having a pitch corresponding to the percussion point positional information AP.

(7) Although the percussion point positional mark M indicated on the top of the head **12** has been configured in the circular shape as shown in FIG. **20** in the above described manner of practice, a shape of the percussion point positional mark M is not limited to the circular shape as shown in FIG. **20**, but, for example, the percussion point positional mark M may be indicated by points of a prescribed number as shown in FIG. **24**(*a*). Moreover, a region of the head **12** is classified by coloring as shown in FIG. **24**(*b*) (it is to be noted in FIG. **24**(*b*) that a shaded portion of the region of the head **12** is represented by a different color from that of the other (no shaded) portion), and the boundary portion classified by coloring may be used as the percussion point positional mark M.

(8) While it has been arranged in such that the tuning reference mark represented by white triangle shown in FIG. **18**(*a*) is indicated in response to the percussion point positional mark M of the head **12** in the above described manner of practice, the invention is not limited thereto, but, for instance, it may be arranged in such that information for indicated position by a white triangle may be stored as the tuning reference data together with the table **1** and the table **2** which are selected in accordance with the head type or the tuning type set in the tuning processing routine executed by the CPU shown in FIG. **17**.

(9) Although the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark corresponding to the percussion point positional mark M of the head have been displayed on the display unit **32** in the above described manner of practice as shown in FIG. **18**(*a*), a displaying manner on the display unit **32** is not limited thereto, but, for example, a deviation between the above described tuning reference data and the detected percussion point positional information AP may be displayed as shown in FIG. **25**.

**18**

Specifically, the manner may be carried out in such a way that tuning reference data are read out in case of the processing for displaying the percussion point positional information AP in the step S1414 of the tuning processing routine executed by the CPU shown in FIG. **17**, a deviation between the tuning reference data and the percussion point positional information AP is calculated, and the deviation represented by the calculated result is displayed on the display unit **32**. If it has been adapted to display "**0**" on the display unit **32** in case of no deviation, it means that tuning is matched in the case when indication "**0**" is displayed on the display unit **32**.

(10) As a displaying manner in the display unit **32**, there are a manner wherein it may notify that the tuning is matched in the case when a difference between the tuning difference data and the percussion point positional information AP reaches a prescribed value or lower, and a manner wherein a difference between the tuning reference data and the percussion point positional information AP may be displayed in accordance with cent indication as utilized in a tuning device for stringed instruments such as guitar and the like in addition to the manners described above.

Since the present invention has been constituted as described above, it provides such an excellent advantage that a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system can be realized.

Furthermore, since the indication corresponding to a percussion position of the head has been made in the present invention, such an excellent advantage that correct tuning can easily be carried out in case of tuning the head is obtained.

Moreover, since a variation in tension of the head due to tuning of the head has been compensated in the present invention, such an excellent advantage that correct percussion position can be detected is obtained.

Still further, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the detecting means for position of percussion point is confirmed while watching the display means in the present invention, such an excellent advantage that tuning operation can simply be carried out without relying upon user's sense is obtained.

It will be appreciated by those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof.

The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes that come within the meaning and range of equivalents thereof are intended to be embraced therein.

The entire disclosure of Japanese Patent Applications No. 8-193986 filed on Jul. 4, 1996, No. 9-15846 filed on Jan. 13, 1997 and No. 9-15847 filed on Jan. 13, 1997 including specification, claims, drawings and summary are incorporated herein by reference in their entirety.

What is claimed is:

**1**. An electronic percussion instrument system comprising:

a barrel section having a first end;

a head disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface

US 6,756,535 B1

19

20

facing opposite the percussion surface, the head having a plurality of openings through which air may pass; and

a cushioning member and a transducer supported within the barrel section, with the cushioning member in contact with a portion of, but less than the entire surface area of the second surface of the head, wherein a portion of the second surface of the head is out of contact with the cushioning member to allow air to pass through the openings in the head.

**2**. An electronic percussion instrument system as recited in claim **1**, wherein the head comprises a net-like material.

**3**. An electronic percussion instrument system as recited in claim **1**, wherein the head comprises multiple layers of net material.

**4**. An electronic percussion instrument system as recited in claim **3**, wherein the multiple layers of net material are bonded together.

**5**. An electronic percussion instrument system as recited in claim **1**, wherein the head comprises first and second layers of net material.

**6**. An electronic percussion instrument system as recited in claim **5**, wherein the first and second layers of net material are bonded together.

**7**. A method of making an electronic percussion instrument system comprising:

providing a barrel section;

providing a head having a plurality of openings through which air may pass;

tensioning the head across an end of the barrel section to defme a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface; and

supporting a cushioning member and a transducer within the barrel section, with the cushioning member in contact with a portion of, but less than the entire surface area of the second surface of the head, wherein a portion of the second surface of the head is out of contact with the cushioning member to allow air to pass through the openings in the head upon an impact being received on the impact surface of the head.

**8**. An electronic percussion instrument system as recited in claim **7**, wherein the head comprises a net-like material.

**9**. An electronic percussion instrument system as recited in claim **7**, wherein the head comprises multiple layers of net-like material.

**10**. An electronic percussion instrument system as recited in claim **9**, further comprising bonding the multiple layers of net-like material together.

**11**. An electronic percussion instrument system as recited in claim **7**, wherein the head comprises first and second layers of net-like material.

**12**. An electronic percussion instrument system as recited in claim **11**, further comprising bonding the first and second layers of net-like material together.

**13**. An electronic percussion instrument system comprising:

a barrel section having an open end;

a head composed of a flexible net-like material through which air may pass, the head being disposed in a tensioned state across the open end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface, the second surface defining a surface area spanning the opening on the first end of the barrel section;

a support member disposed within the barrel section; and

a head sensor comprising a cushioning member and a transducer, the head sensor supported by the support member in contact with a portion of, but not the entire, second surface of the head to allow air to pass through the head.

**14**. An electronic percussion instrument system as recited in claim **13**, wherein the transducer is supported between the support member and the cushioning member.

**15**. An electronic percussion instrument system as recited in claim **13**, wherein the head comprises multiple layers of net material.

**16**. An electronic percussion instrument system as recited in claim **15**, wherein the multiple layers of net material are bonded together.

**17**. An electronic percussion instrument system as recited in claim **15**, wherein the head comprises first and second layers of net material.

**18**. An electronic percussion instrument system as recited in claim **17**, wherein the first and second layers of net material are bonded together.

**19**. A head for a percussion instrument, the head comprising a frame and a net-like material comprising multiple net members, each net member supported by said frame, said net-like material having openings through which air may pass.

**20**. A head for a percussion instrument as recited in claim **19**, wherein the multiple net members comprise first and second net members arranged generally flat against each other.

**21**. A head as recited in claim **19**, wherein each net member comprising a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged fiber sections interwoven with the longitudinally arranged fiber sections.

**22**. A head as recited in claim **19**, wherein the multiple net members are bonded together.

**23**. A percussion instrument, comprising:

a generally hollow body having an opening into a body interior;

a generally flexible, net-like material tensioned state across the opening of the generally hollow body, the net-like material defining a percussion surface for receiving a percussion impact, the net-like material also having openings of a size sufficient to allow air to pass therethrough, upon receiving a percussion impact on the percussion surface; and

a sensor supported by said generally hollow body, for providing an electronic signal in response to a percussion impact on the percussion surface of the generally flexible, net-like material.

**24**. A percussion instrument as recited in claim **23**, wherein the net-like material comprises a plurality of net members arranged generally flat against each other.

**25**. A percussion instrument as recited in claim **24**, wherein each of the net members comprises a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged sections interwoven with the longitudinally arranged fiber sections.

**26**. A percussion instrument as recited in claim **19**, wherein the multiple net members are bonded together.

**27**. A percussion instrument as recited in claim **24**, wherein the plurality of net members comprises a pair of net members arranged adjacent each other,

with the longitudinally directed fiber sections of one net member crossing the longitudinally directed fiber sections of the other net member in an oblique angle.

US 6,756,535 B1

21

**28**. A method of making a percussion instrument having a generally hollow body with an opening, the method comprising disposing a net-like material in a tensioned state across the opening in the generally hollow body, wherein the net-like material has a percussion surface for receiving a percussion impact, the net-like material comprising a plurality of net members, each net member having a plurality of openings sufficient to allow air to pass therethrough upon the net-like material receiving a percussion impact on the percussion surface.

**29**. A method as recited in claim **28**, further comprising the step of supporting an electronic sensor in communication with the percussion surface, for providing an electronic signal in response to a percussion impact on the percussion surface.

**30**. A method as recited in claim **28**, wherein said net-like material comprises first and second net members, each net member comprising a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged fiber sections interwoven with the longitudinally arranged fiber sections.

**31**. A method as recited in claim **28**, wherein the first and second net members are bonded together.

22

**32**. An electronic percussion instrument system comprising:

a barrel section having a first end;

a head composed of a net-like material having multiple net members, said net-like material having openings through which air may pass, the net-like material disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface;

a support member disposed within the barrel section; and

a head sensor comprising a cushioning member and a transducer supported by the support member within the barrel section, with the cushioning member in contact with a portion of, but less than the entire surface area of the second surface of the net-like material and disposed in communication with the transducer, such that the transducer provides an electric signal in response to a percussion impact on the percussion surface.

**33**. An electronic percussion instrument system as recited in claim **32**, wherein said multiple net members comprise no more than two net members.

*   *   *   *   *

# EXHIBIT D

US006271458B1

(12) **United States Patent**
Yoshino et al.

(10) Patent No.: **US 6,271,458 B1**
(45) Date of Patent: **\*Aug. 7, 2001**

(54) **ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN**

(75) Inventors: **Kiyoshi Yoshino; Kenji Hirano; Masato Katsuda**, all of Osaka (JP)

(73) Assignee: **Roland Kabushiki Kaisha**, Osaka (JP)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/401,459**

(22) Filed: **Sep. 22, 1999**

**Related U.S. Application Data**

(60) Continuation of application No. 09/243,698, filed on Feb. 3, 1999, now Pat. No. 6,121,538, which is a division of application No. 08/886,180, filed on Jul. 1, 1997, now Pat. No. 5,920,026.

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Jul. 4, 1996 | (JP) | 8-193936 |
| Jan. 13, 1997 | (JP) | 9-15846 |
| Jan. 13, 1997 | (JP) | 9-15847 |

(51) Int. Cl.[7] ............................................. G01D 13/02
(52) U.S. Cl. ................................................. 84/738; 84/414
(58) Field of Search ........................... 84/414, 416, 452 P, 84/454, 723, 737, 738, 743

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 729,936 | 6/1903 | Heybeck . |
| 3,748,367 | 7/1973 | Lamme et al. . |
| 4,226,156 | 10/1980 | Hyakutake ............................ 84/1.14 |
| 4,279,188 | 7/1981 | Scott . |
| 4,362,081 | 12/1982 | Hartry . |
| 4,581,973 | 4/1986 | Hoshino . |
| 4,714,002 | 12/1987 | Cleland . |
| 4,798,121 | 1/1989 | Donohoe . |
| 4,828,907 | 5/1989 | Hayashi . |
| 4,947,725 | 8/1990 | Nomura ................................. 84/723 |
| 5,042,356 | 8/1991 | Karch . |
| 5,449,964 | 9/1995 | Snyder . |
| 5,533,405 | 7/1996 | Hoshino . |
| 5,585,581 | 12/1996 | Rogers . |
| 5,633,473 | 5/1997 | Mori et al. . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 196 25 570 | 6/1996 | (DE) . |
| 2-117569 | 9/1990 | (JP) . |

*Primary Examiner*—Jeffrey Donels
(74) *Attorney, Agent, or Firm*—Foley & Lardner

(57) **ABSTRACT**

An object of the present invention is to provide a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system. The percussion detecting apparatus is provided with a head prepared from a net-like raw material composed of a first net and a second net, the net-like raw material being obtained by such a manner that both the nets having been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated in such a way that the weave pattern directions thereof intersect obliquely with each other; and a head sensor which is in contact with the center position of the under side in the head and detects percussion with respect to the head as electric signal.

**17 Claims, 23 Drawing Sheets**



U.S. Patent

Aug. 7, 2001

Sheet 1 of 23

US 6,271,458 B1

# FIG. 1



# FIG. 2





*FIG. 4*



*FIG. 5*



# FIG. 6



——————— FIRST NET

- - - - - - - SECOND NET

FIG. 7 (a)

FIG. 7 (b)

FIG. 7 (c)

# FIG. 8



# FIG. 9



FIG. 10



## FIG. 11



# FIG. 12

DSP PERCUSSION SIGNAL PROCESSING ROUTINE



U.S. Patent

Aug. 7, 2001

Sheet 11 of 23

US 6,271,458 B1

# FIG. 13 (b)

(b) OUTPUT WAVEFORM OF HEAD SENSOR.

# FIG. 13 (a)

(a) POSITION OF PERCUSSION POINT

POSITION OF PERCUSSION POINT A



POSITION OF PERCUSSION POINT B



POSITION OF PERCUSSION POINT C



POSITION OF PERCUSSION POINT A

POSITION OF PERCUSSION POINT B

POSITION OF PERCUSSION POINT C



1 2   HEAD

PERIOD OF TIME FOR FIRST HALF-WAVE VARIES
DEPENDING ON POSITION OF PERCUSSION POINT

U.S. Patent     Aug. 7, 2001     Sheet 12 of 23     US 6,271,458 B1

# FIG. 14



## FIG. 15



## FIG. 16



# FIG. 17

TUNING PROCESSING ROUTINE



U.S. Patent

Aug. 7, 2001

Sheet 15 of 23

US 6,271,458 B1

# FIG. 18 (a)

DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

2/SNARE   RIM   CENTER

32

TUNING REFERENCE MARK CORRESPONDING TO PERCUSSION
POINT POSITIONAL MARK IN HEAD

U.S. Patent

Aug. 7, 2001

Sheet 16 of 23

US 6,271,458 B1

# F I G .   1 8   (b)



DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP

2/SNARE

Case 1:17-cv-22405-FAM   Document 154   Entered on FLSD Docket 11/02/2018   Page 159 of 275



FIG. 18 (c)

U.S. Patent          Aug. 7, 2001          Sheet 18 of 23          US 6,271,458 B1

*FIG. 19*

NORMAL PERFORMANCE PROCESSING ROUTINE



# FIG. 20



*FIG. 21*



OPERATIONAL PROCEDURE FOR TUNING OPERATION IN HEAD

# FIG. 22



# FIG. 23



# FIG. 24 (a)



# FIG. 24 (b)





FIG. 25

US 6,271,458 B1

**1**

# ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN

This application is a Continuation of application Ser. No. 09/243,698, filed Feb. 3, 1999 now U.S. Pat. No. 6,121,538, which is a Divisional of application Ser. No. 08/886,180, filed Jul. 1, 1997 now U.S. Pat. No. 5,920,026, which applications are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to an electronic percussion instrumental system and a percussion detecting apparatus in the electronic percussion instrumental system, and more particularly to an electronic percussion instrumental system which simulates a percussion instrument such as acoustic drum sounding musical tone as a result of percussing it with sticks or the like by a player and a percussion detecting apparatus in the electronic percussion instrumental system.

### 2. Description of the Related Art

Heretofore, in an electronic percussion instrumental system such as electronic drum simulating acoustic drum, a percussion detecting apparatus provided with a surface to be percussed being generally called by the name of "percussion pad" is utilized as a means for detecting percussion.

As such a percussion detecting means as described above, for example, the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996 has been known. In the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996, the percussion surface is formed by covering a plate-like case with a material of a soft high-molecular compound.

However, in such percussion detecting apparatus wherein the percussion surface is formed by covering the plate-like case with a soft high-molecular compound material, there is such a problem that repulsive feeling at the time of percussing the percussion surface is remarkable, so that good percussion feeling cannot be obtained In addition, the above described percussion detecting apparatus involves also such a problem that there is a fear of disturbing the performance by the percussion sound, because the percussion sound generated at the time when the percussion surface is percussed is significant.

On one hand, it has been proposed to utilize, as a percussion detecting means, a percussion surface, the tension of which can be adjusted and is called by the name of "head" in acoustic drum, which is further provided with a sensor for detecting percussion.

In the present specification, adjustment for tension of a percussion surface which is adjustable as in the head of acoustic drum will be called by the term "tuning".

In the case when the head of acoustic drum is served for a percussion detecting means as described above, there is such a problem that although percussion feeling is excellent in this case because the head for the acoustic drum is utilized as it is, the percussion sound becomes remarkable so that it disturbs the performance.

## OBJECTS AND SUMMARY OF THE INVENTION

The present invention has been made in view of the problems as described above involved in the prior art. Accordingly, an object of the present invention is to provide

**2**

a percussion detecting apparatus provided with a head as the percussion surface which is excellent in percussion feeling and in which the percussion sound is extremely quiet in an electronic percussion instrumental system.

Furthermore, another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be easily capable of correct tuning of the head in the case when the head is tuned on the basis of an indication which is suitably given and corresponding to a position of percussion in the head.

Moreover, still another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be capable of detecting a correct position in percussion by correcting variations in tension of the head as a result of tuning of the same.

An yet further object of the present invention is to provide an electronic percussion instrumental system which is adapted to make clear a position of percussion in the head in case of tuning operation to display the tuning state, whereby the tuning operation can be carried out while confirming the state, so that anybody can easily conduct such tuning operation without requiring any sense of skilled user.

In order to achieve the above described objects, the present invention is characterized by a percussion detecting apparatus in electronic percussion instrumental system comprising a head the percussion surface of which is composed of a net-like raw material; and a percussion detecting means being in contact with the center position of the aforesaid head and detecting percussion with respect to the aforesaid head as electric signal.

Therefore, in accordance with the present invention, since the percussion surface of the head is composed of a net-like raw material, extremely good percussion feeling can be obtained because of the elasticity of the net-like raw material. Besides, since air passes through the openings of stitches in the net-like raw material, percussion sound in case of percussing the head becomes extremely small.

Furthermore, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a head the percussion surface of which to be percussed is tunable; a percussion detecting means for detecting percussion upon the aforesaid head as electric signal; a means for detecting a position of percussion point for performing arithmetic computations by inputting the electric signal detected by means of the aforesaid percussion detecting means to detect percussion point positional information; and a display means for effecting a display corresponding to the percussion point positional information detected by the aforesaid means for detecting a position of percussion point.

Therefore, in accordance with the present invention, since a display corresponding to the percussion point positional information is effected by means of the display means, the head can be tuned while observing visually the resulting display, so that correct tuning of the head can easily be realized.

Moreover, the present invention is characterized by an electronic percussion instrumental system comprising further an arithmetic computation compensating means for compensating the arithmetic computations in the aforesaid means for detecting the position of percussion point in response to a tuning state of the aforesaid head.

Therefore, in accordance with the present invention, the arithmetic computations for detecting the percussion point positional information in response to tuning of the head are

US 6,271,458 B1

3

compensated the position of percussion point is also compensated in response to tuning of the head, whereby it becomes possible to display the correct position of percussion point.

Still further, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a tunable head; a means for detecting a position of percussion point for detecting the position of percussion point upon the aforesaid head, and a display means for effecting a display in response to the results detected by the aforesaid means for detecting the position of percussion point; a percussion point positional mark for tuning being provided on the aforesaid head.

Therefore, in accordance with the present invention, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the position of percussion point detecting means is confirmed while watching the display means, tuning operation can simply be carried out without relying upon user's sense.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinafter and the accompanying digs which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

FIG. 1 is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention;

FIG. 2 is a perspective view showing a percussion detecting apparatus;

FIG. 3 is a sectional view taken along the line III—III of FIG. 2;

FIG. 4 is a perspective view showing a head;

FIG. 5 is a perspectively exploded view of the head;

FIG. 6 is an explanatory view showing a case where directions in weave patterns of a first net and a second net intersect obliquely;

FIGS. 7(a), 7(b), and 7(c) are explanatory views wherein FIG. 7(a) is a fragmentary view taken in the direction of the arrow A of FIG. 7(b), FIG. 7(b) is a front view, and FIG. 7(c) is a fragmentary view taken in the direction of the arrow C of FIG. 7(b), respectively.

FIG. 8 is a sectional view corresponding to FIG. 3 in the case when the head is percussed with a stick;

FIG. 9 is a sectional view corresponding to FIG. 3 in the case when the rim is percussed with a stick;

FIG. 10 is a sectional view corresponding to FIG. 3 in the case when the head is either brushed or percussed with a brush;

FIG. 11 is a flowchart of the main routine executed by a CPU;

FIG. 12 is a flowchart of a DSP percussion signal processing routine executed by the DSP;

FIGS. 13(a) and 13(b) are explanatory views for characteristic properties of a head composed of a net-like raw material wherein FIG. 13(a) shows the positions of percussion point, and FIG. 13(b) shows the output waveforms, respectively;

FIG. 14 is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP in a normal performance mode;

4

FIG. 15 is an explanatory diagram showing the characteristic properties of table 1;

FIG. 16 is an explanatory diagram showing the characteristic properties of table 2;

FIG. 17 is a flowchart of a tuning processing routine executed by the CPU;

FIGS. 18(a), 18(b), and 18(c) are explanatory diagrams showing examples of display mode in percussion point positional information AP by means of a display unit wherein FIG. 18(a) shows the first displaying example, FIG. 18(b) shows the second displaying example, and FIG. 18(c) shows figures indicating a variety of the percussion point positional information AP in the display column for the percussion point positional information AP in FIG. 18(b), respectively;

FIG. 19 is a flowchart of a normal performance processing routine executed by the CPU;

FIG. 20 is a schematic top view of a percussion detecting apparatus showing an example of percussion point positional mark displayed on the top of a head;

FIG. 21 is a flowchart showing a typical operational procedure for the tuning operation of a head;

FIG. 22 is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. 2;

FIG. 23 is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. 2;

FIGS. 24(a) and 24(b) are schematic top views of a percussion detecting apparatuses each showing an example of percussion point positional mark displayed on the top of the head wherein FIGS. 24(a) and 24(b) show different examples from each other; and

FIG. 25 is an explanatory view showing another example of display mode in the percussion point positional information AP by means of a display unit.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An example of manner of practice of the electronic percussion instrumental system and the percussion detecting apparatus in the electronic percussion instrumental system according to the present invention will be described in detail hereinafter in conjunction with the accompanying drawings.

FIG. 1 is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention wherein the electronic percussion instrumental system comprises a percussion detecting apparatus 10 provided with a head sensor 14 functioning as a percussion detecting means for detecting percussion applied to a head 12 the surface of which is composed of a net-like raw material which will be described hereunder, and a rim-shot sensor 18 for detecting percussion applied to a rim 16; an analog-to-digital (A/D) converter 20 which performs analog-to-digital conversion of the detected signals output from the head sensor 14 and the rim-shot sensor 18 in time-sharing manner and inputs the converted signals to a DSP 22 which will be mentioned hereinafter; the DSP 22 which detects the percussion applied to the head 12, the intensity thereof the position of percussion from the detected signals which are derived from the head sensor 14 and which were input from the analog-to-digital converter 20 as well as performance by means of a brush, and in addition, the DSP detecting also the percussion applied to the rim 16 and the intensity thereof from the

US 6,271,458 B1

5

detected signals which are derived from the rim-shot sensor 18 and which were input from the analog-to-digital converter 20 to supply the results thus detected to a CPU 24 which will be described hereunder; the CPU 24 which supplies the output from the DSP 22 to a sound source IC 34, which will be undermentioned, wherein the output is converted into required performance information, as well as detects operations of a group of operation keys 30 which will be mentioned hereinafter, and controls the DSP 22; a read only memory (ROM 26 storing a program or the like which is to be executed by the CPU 24, a random access memory (RAM) 28 functioning as a working area required for executing the program by means of the CPU 24; the group of operation keys 30 including mode selecting keys for setting normal performance mode, brush performance mode or tuning mode, keys for selecting tone color or setting level or the like, and the like keys; a display unit 32 for displaying an operation mode selected by a key in the group of operation keys 30, tone colors required for the tone color selection, and a tuning state in case of tuning mode; the sound source IC 34 which reads a waveform memory 36 which will be undermentioned on the basis of performance information from the CPU 24 to form digital musical tone signals and outputs the signals thus formed to a digital-to-analog (D/A) converter 38 which will be described hereunder; the waveform memory 36 storing sampling waveform data for forming the musical tone signals; and the digital-to-analog converter 38 for converting digital musical tone signals supplied from the sound source IC 34 into analog musical tone signals to output the signals thus converted to a sound system composed of an amplifier, a speaker and the like.

Then, the constitution of the percussion detecting apparatus 10 will be described by referring to FIG. 2 being a perspective view showing the percussion detecting apparatus 10 and FIG. 3 being a sectional view taken along the line III—III of FIG. 2.

The percussion detecting apparatus 10 contains a cylindrical barrel section 50, and around the outer circumference of the barrel section 50 are formed protrusively engaging portions 52 each having a tapped hole (not shown) provided with a thread groove (not shown) with a prescribed interval along the diametrical direction of the barrel section. Into the engaging portion 52 is screwed an engaging pin 54 on which is formed a thread ridge to be combined with the thread groove formed on the engaging portion 52, so that the head 12 and the rim 16 are fixed to the barrel section 50 through the engaging pin 54. Furthermore, a locking projection 54a for locking the rim 16 is formed on the engaging pin 54.

The head 12 is prepared as shown in FIGS. 4 and 5 in such a manner that a net-like raw material composed of a first net 56 and a second net 58, each of which is woven in accordance with plane weave wherein the longitudinal and transverse fibers cross at right angles, are laminated to one another so as to cross obliquely their longitudinal and transverse weave pattern directions, and the net-like raw material thus arranged is bonded to a frame 60. It is to be noted herein that the expression "the weave pattern direction of the first net 56 crosses obliquely that of the second net 58" means that when the first net 56 wherein the longitudinal and transverse fibers cross at right angles is superposed on the second net 58 wherein the longitudinal and transverse fibers cross at right angles, adjacent fibers in the first net 56 and the second net 58 thus superposed intersect with each other at an angle a which is smaller than 90 degrees as shown in FIG. 6.

Moreover, on the top of the head 12 is provided a percussion point positional mark M which is formed with a

6

circular contour by means of printing as shown in FIG. 20 and which is used in case of tuning operation.

Furthermore, the rim 16 is prepared by integrally molding a metallic material and is composed of a flange portion 66 which is positioned around the outer circumference of the rim and has hole potions 64 into each of which an engaging pin 54 can be inserted, and a rim percussion portion 68 which is ascendingly formed and extended from the flange portion 66 around the inner circumference thereof. The top of the rim percussion portion 68 is covered with a covering member 70 made from an elastic material such as rubber, sponge and the like.

A manner for fixing the head 12 and the rim 16 to the barrel section 50 each of them having the structure described above is such that the head 12 is first put on the barrel section 50, then, the rim 16 is put on the head 12, and the positions of them are adjusted in such a way that each hole portion 64 of the rim 16 communicates with each tapped hole defined on each engaging portion 52 of the barrel section 50. Thereafter, each engaging pin 54 is inserted into each hole portion 64 of the rim 16 as well as into each tapped hole defined on each engaging portion 52 of the barrel section 50, and the thread ridge of each engaging pin 54 is threadedly combined with the thread groove in each engaging portion 52 of the barrel section 52, so that the head 12 and the rim 16 are forcedly fixed to the barrel section 50 by means of the locking projection 54a of each engaging pin 54.

More specifically, with the progress of screwing each engaging pin 54 in the tapped hole in each engaging portion 52 of the barrel section 50, the flange portion 66 of the rim 16 is pressed downwards in FIG. 3 by means of each locking projection 54a, so that the frame 60 of the head 12 is also pressed downwards through the flange portion 66. As a result, the first net 56 and the second net 58 the downward movement of which are restricted by an upper end portion 50a of the barrel section 50, respectively, are stretched over the barrel section 50 with a prescribed tension. Thus, when an amount of screwing each engaging pin 54 in each tapped hole defined on each engaging portion 52 of the barrel section 50 is adjusted, the tension of the first net 56 and the second net 58 can be arbitrarily controlled, whereby tuning of the head 12 can be carried out.

Furthermore, a head sensor supporting material 72 is placed in the barrel section 50 in such that the head sensor supporting material 72 intersects the position of the axial center of the barrel section 50. A head sensor 14 is bonded to the top of the head sensor supporting material 72 at the central portion thereof by means of a cushioning double-coated tape 78 which will be described hereinafter so as to be in contact with the second net 58. In other words, the head sensor 14 is disposed on the under surface of the net-like raw material composed of the first net 56 and the second net 58 in the head 12 at the center thereof in contact therewith.

As shown in FIGS. 7(a), 7(b), and 7(c), the head sensor 14 is provided with a disc-shaped piezoelectric element 76 containing wires for output signal 74, and to the under surface of the piezoelectric element 76 is bonded the cushioning double-coated tape 78. A diameter of the cushioning double-coated tape 78 is made to coincide with an node diameter of the piezoelectric element 76.

Furthermore, to the top of the piezoelectric element 76 is bonded a frustoconical cushioning member 80 made from an elastic material such as rubber, sponge and the like. The cushioning member 80 has a bottom surface of a larger diameter than that of the piezoelectric element 76, the cross section of which tapers off upwardly, and it is in contact with

US 6,271,458 B1

7

the second net **58** at the extreme end of the cushioning member **80** of a thin diameter.

Moreover, in the vicinity of the rim percussion portion **68** disposed on the upper portion inside the barrel section **50** is bonded the rim-shot sensor **18** by means of the cushioning double-coated tape **78**. The rim-shot sensor **18** is provided with the disc-shaped piezoelectric element **76** containing wires for output signal **74**, and to the under surface of the piezoelectric element **76** is bonded the cushioning double-coated tape **78**. The diameter of the cushioning double-coated tape **78** is made to coincide with the node diameter of the piezoelectric element **76**.

Namely, in the electronic percussion instrumental system according to the present invention, a member obtained by removing the cushioning member **80** from the head sensor **14** is used as the rim-shot sensor **18**, whereby improvements in efficiency of parts to be used are intended.

In this electronic percussion instrumental system, a variety of heads **12** having different diameters as well as a variety of the barrel sections **50** being adapted for such various heads and the like members are prepared, whereby a size of the head **12** is suitably changed.

In the constitution as described above, when the head **12** is percussed with a stick **100** (see FIG. 8), the head sensor **14** detects the percussion, while when the rim **16** is percussed with the stick **100** (see FIG. 9, but it is to be noted that both the head **12** and the rim **16** are percussed with the stick **100** in FIG. 9), the rim-shot sensor **18** detects the percussion. Further, when the head **12** is brushed or percussed with a brush **102** (see FIG. 10), the head sensor **14** detects the contact of the brush **102** with the head **12**.

In these circumstances, when the head **12** is percussed with the stick **100**, extremely good percussion feeling closely resembling the percussion feeling in the case when the head of an acoustic drum is percussed can be obtained because of the elasticity of a net-like raw material composed of the first net **56** and the second net **58**.

In addition, since the first net **56** and the second net **58** which have been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated obliquely with each other in the net-like raw material, the tension is uniformized over the whole surface of the net-like raw material, so that there is little variations in percussion feeling due to differences in the position percussed, and as a result, output waveforms from the head sensor **12** become the ones which are easily processed.

As described above, performance played by percussing the head **12** is controlled by output waveforms from the head sensor **14** being in contact with the under surface of the center in the first net **56** and the second net **58** of the head **12**. In this respect, since the head sensor **14** is positioned at the center of the first net **56** and the second net **58** of the head **12**, variations in output waveforms due to differences in the position of the head **12** percussed become concentric circular form, so that variations in tone color simulating acoustic drum are easily expressed.

Moreover, since the cushioning member **80** of the head sensor **14** is in contact with the under surface of the center of the second net **58** of the head **12**, oscillation of the head **12** attenuates rapidly so that the output signal attenuates also rapidly, whereby erroneous detecting operation in case of percussing the head **12** in a rapid and repeated manner is prevented.

Further, since the cushioning member **80** bonded to the top of the piezoelectric **76** of the head sensor **14** is in contact

8

with the second net **58** of the head **12** at the site of the frustoconical extreme end portion having a thin diameter and a small area, vibrations of percussion in the head **12** are hardly transmitted directly to the piezoelectric element **76**, so that damage of the piezoelectric element **76** is suppressed.

In addition, since a diameter of the cushioning double-coated tape **78** bonded to the under surface of the piezo-electric element **76** is made to be equal to the node diameter, sensitivity of the piezoelectric element **76** increases, so that delicate variations in the oscillation due to differences in positions percussed can be more precisely detected.

Still further, since air passes through openings of stitches in the net-like raw material composed of the first net **56** and the second net **58**, percussion sound in the case when the head **12** is percussed is extremely small. Such percussion sound in case of percussing the head **12** is dependent upon a ratio of openings in the net-like raw material composed of the first net **56** and the second net **58**, and therefore, the higher ratio of openings brings about the smaller percussion sound. However, an excessive ratio of openings results in low tension of the first net **56** and the second net **58** so that the percussion feeling deteriorates. Accordingly, it is preferred to suitably keep a balance between the percussion feeling and the ratio of openings.

Yet further, since the rim **16** is covered with the covering member **70**, the percussion sound in case of percussing the rim **16** is also reduced.

In this respect, the oscillation in case of percussing the rim **16** is mostly transmitted to the barrel **50**, the performance played by percussing the rim **16** can be controlled in accordance with output waveforms in the rim-shot sensor **18** attached to the barrel **50**.

In the following, electrical processing contents in the electronic percussion instrumental system according to the present invention will be described by referring to the accompanying flowcharts.

FIG. 11 is a flowchart of the main routine executed by the CPU **24** wherein when the power is turned on, first, memories, registers and the like are initialized (step S**802**).

Then, it is judged which operational mode has been set, i.e., it is judged whether a tuning mode which changes percussion feeling of the head **12** by adjusting tension in the net-like raw material of the head **12**, or a normal performance mode which sounds percussion instrumental sounds by detecting percussion upon the head **12** and percussion upon the rim **16**, or a brushing performance mode which sounds percussion instrumental sounds by detecting either brushing or percussing the head **12** with the brush **102** has been established (step S**804**) by supervising an operational state of mode selecting keys of the group of operation keys **30**.

As a result, when it has been judged that the tuning mode had been set in the step S**804**, the DSP **22** is set to the tuning mode, whereby the DSP **22** is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. 12 (step S**806**). Thereafter, the tuning processing routine executed by the CPU **24** shown in FIG. 17 is executed (step S**808**), then, processing for stopping the tuning mode by means of the DSP **22** is conducted (step S**810**), and the procedure returns to the step S**804**.

On one hand, when it has been judged that the normal performance mode had been set in the step S**804**, the DSP **22** is set to the normal performance mode, whereby the DSP **22** is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. 12 (step S**812**). Thereafter, the normal performance processing routine by

US 6,271,458 B1

9

the CPU 24 shown in FIG. 19 is executed (step S814), then, processing for stopping the normal performance mode in the DSP 22 is conducted (step S816), and the procedure returns to the step S804.

On the other hand, when it has been judged that the brushing performance mode had been set in the step S804, the DSP 22 is set to the brushing performance mode (step S818). Thereafter, the brushing performance processing routine by the CPU 24 is executed, then, processing for stopping the brushing performance mode in the DSP 22 is conducted (step S816), and the procedure returns to the step S804. It is to be noted that since the processing for brushing performance mode is not related to the subject matter of the present invention, the detailed description therefor will be omitted.

In the following, the DSP percussion signal processing routine executed by the DSP 22 shown in FIG. 12 will be described, and the this processing is based on the following characteristic features.

Namely, when detection signal of the head sensor 14 in the case when the head 12 composed of a net-like raw material is percussed is observed, there is such a characteristic that a first half-wave time changes dependent on a position of percussion point in a certain frequency band. More specifically, as shown in FIGS. 13(a) and 13(b), when the first half-wave time in the case where the center of the head 12 is percussed (position of percussion point A), the first half-wave time in the case where the outer circumference of the head 12 is percussed (position of percussion point C), and the first half-wave time in the case where the intermediate point defined between the center and the outer circumference of the head 12 is percussed (position of percussion point B) are represented by $T_A$, $T_C$, and $T_B$, respectively, the relationship between them is expressed as follows.

$$T_A > T_B > T_C.$$

As described above, when the head 12 composed of a net-like raw material is percussed, with the movement of position of the percussion point from the center to the outer circumference, a first half-wave time shortens gradually.

On one hand, when tuning of the head 12 is made high, i.e., tension of the head 12 is increased, the first half-wave times $T_A$, $T_B$, and $T_C$ shorten, respectively, while maintaining the relationship "$T_A > T_B > T_C$". On the other hand, when tuning of the head 12 is made low, i.e., tension of the head 12 is decreased, the first half-wave times $T_A$, $T_B$, and $T_C$ lengthen, respectively, while maintaining the relationship "$T_A > T_B > T_C$".

FIG. 14 is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP 22. The outline of DSP percussion signal processing routine will be described by referring to FIG. 14. A detection signal detected by the head sensor 14 is subjected to analog-to-digital conversion by means of the analog-to-digital converter 20, and the signal thus converted is input to a DC cut filter. The DC cut filter means a high pass filter for removing DC component. The DC component of the detection signal thus input to the DC cut filter is removed, and is input to a low pass filter (LP filter) removing unnecessary high pass component. Then, the detection signal from which unnecessary high pass component has been removed is input to a first half-wave detection circuit. The first half-wave detection circuit detects the leading edge of waveform of the detection signal thus input and the first zero

10

cross, whereby the first half-wave is detected. A counter operates for counting during only a period wherein the first half-wave detection circuit detects first half-wave, and an arithmetic circuit calculates the position of percussion point from the count value of the counter. The position of percussion point thus calculated is input to the CPU 24 as percussion point positional information in head.

The DSP percussion signal processing routine will be described herein in detail by referring to FIG. 12 wherein this DSP percussion signal processing routine is executed repeatedly in every sampling periods of the analog-to-digital converter 12.

It is to be noted that since the above described functional block diagram shown in FIG. 14 indicates only the function for detecting percussion point positional information in head, a function for detecting percussion force information shown in FIG. 12 has been omitted. Furthermore, the functions for DC cut filter and LP filter shown in FIG. 14 are considered in FIG. 12 to be included in the processing for inputting sampling data S (step S902), so that the clear indication thereof is omitted for simplifying the flowchart.

In the DSP percussion signal processing routine, the sampling data S is first input (step S902), and it is judged whether the leading edge has been detected or not (step S904). In the case where it was judged that the leading edge had been detected, a timer T is reset (step S906), then, a first count flag cf is turned ON (step S908), and a maximum value detection flag mf is turned ON (step S910).

The detection of leading edge in the step S904 may be conducted specifically by either a manner wherein a difference between the present sampling data S and the preceding sampling data is determined, and if the difference is higher than the prescribed value which has been previously set, it is judged that there was a leading edge, or a well-known manner for detecting leading edge of input signal.

Furthermore, the timer T is a means for measuring a prescribed period of time for detecting the maximum value of detection signal wherein the prescribed period of time is decided by a register time for storing the time which has been previously set.

The first half-wave count flag cf is a flag representing whether counting processing for the first half-wave counter ct is to be made or not. When the first half-wave count flag cf has been turned ON, the counting processing for the first half-wave counter ct is made, while the counting processing for the first half-wave counter ct is not made in the case when the first half-wave count flag cf has been turned OFF.

A maximum value detection flag mf is a flag representing whether detection processing for the maximum value of input data is to be made or not. When the maximum value detection flag mf has been turned ON, the detection processing for the maximum value is made, while the detection processing for the maximum value is not made, in the case when the maximum value detection flag mf has been turned OFF.

In either the case where the processing in step S910 has been completed or the case where it has been judged that the leading edge had not been detected in the step S904, the procedure proceeds to step S912 wherein it is judged whether or not the first half-wave count flag has been turned ON.

It is to be noted herein that the step S912, step S914, step S916, and step S918 relate to first half-wave count processing. In other words, the first half-wave count flag cf is turned ON from the step S912, and the first half-wave counter ct is incremental until the first half-wave is completed.

More specifically, when it is judged that the first half-wave count flag has not been turned ON, i.e., the first

US 6,271,458 B1

11

half-wave count flag has been turned OFF, the procedure jumps to step S920 without accompanying the processing in the step S914, the step S916, and the step S918.

On the other hand, when it is judged that the first half-wave count flag has been turned ON in the step S912, it is judged whether or not the first half-wave has been completed (step S914). Then, when it is judged that the first half-wave has not been completed, the first half-wave counter ct is made incremental (step S916), while when it is judged that the first half wave has been completed, the first half-wave count flag Cf is turned ON (step S918), and the procedure proceeds to the step S920.

The completion of the first half-wave in the step S914 corresponds to a point of time where the sampling data cross 0 (zero). Judgment whether the sampling data have crossed 0 (zero) or not may be made at the point of time when sign of the sampling data S turns, the contents of the judgment being such that the sampling data have crossed 0 (zero).

In the step S920, it is judged whether the maximum value detection flag mf has been turned ON or not, and as a result, when it is judged that the maximum value detection flag mf has not been turned ON, i.e., it is judged that the maximum value detection flag mf has not been turned OFF, the DSP percussion signal processing routine is completed without taking a further step any more.

On the other hand, when it is judged that the maximum value detection flag mf has been turned ON, it is further judged whether or not a timer T is larger than the register time (step S922).

As a result, when the timer T is equal to or less than the register time, in other words, during a period where the maximum value detection flag mf has been turned ON and the timer T is equal to or less than the register time in the step S922, the maximum value detection processing is executed in step S924 and step S926.

More specifically, the timer T is made incremental (step S924), the maximum value max is compared with the absolute value of the sample data S to rewrite the larger value into the maximum value max (step S916), and the DSP percussion signal processing routine is completed.

Therefore, the maximum value max corresponds to the maximum value of a percussion signal within a prescribed time and decided by the register time.

Furthermore, when the maximum value detection processing is completed as a result of such judgment that the timer T is larger than the register time in the step S922, the maximum value detection flag mf is turned OFF (step S928).

Then, the first half-wave counter ct is converted into a percussion point positional information AP by employing table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP (step S930).

It is to be noted herein that the table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP is selected in accordance with head type or tuning type.

The head type is decided in response to a size of the head 12 so that TOM 1, TOM 2, and SNARE are established in the present electronic percussion instrumental system. On one hand, the tuning type is decided in accordance with a tuning state of the head 12, i.e., in response to tension of the head 12 so that "loose", "medium" and "tight" are established in the present electronic percussion instrumental system.

As described above, since three kinds of the head type and three kinds of the tuning type have been established in the

12

present electronic percussion instrumental system, so that the table 1 of total nine kinds is provided.

In FIG. 15, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 1. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

When completed the processing in the step 930, the procedure proceeds to step S932 wherein the percussion point positional information AP is converted into a percussion force correcting coefficient K by employing a table 2 which is a percussion force correcting table for converting the percussion positional information AP obtained in the step S930 into the percussion force correcting coefficient K (step S932).

It is to be noted herein that the table 2 which is the percussion force correcting table for converting the percussion positional information AP is selected in response to head type and tuning type as in the case of the table 1.

As described above, since three kinds of the head type, i.e., TOM 1, TOM 2, and SNARE as well as three kinds of the tuning type, i.e., "loose", "medium", and "tight" have been established in the present electronic percussion instrumental system, so that the table 2 of total nine kinds is provided.

In FIG. 16, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 2. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

For instance, in the example shown in FIG. 16, when the tuning type is loose, "K=1" in the position of percussion point A (center), "K=4/3" in the position of percussion point B (intermediate), and "K=3" in the position of percussion point C (outer circumference).

These head types and tuning types may be represented by numerical values, and further the table 1 as well as the table 2 are not limited to the nine kinds, respectively.

When the processing in the step S932 is completed, the procedure proceeds to step S934 wherein compensation arithmetic processing in which the maximum value max is multiplied by the percussion force correcting coefficient K is conducted to calculate compensated percussion force information V.

When completed the step S934, the procedure proceeds to step S936 wherein a sounding flag gf in the CPU 24 is turned ON, the percussion point positional information AP and the percussion force information V are set in the CPU 24, and the DSP percussion signal processing routine is completed.

Then, the tuning processing routine executed by the CPU in the step S808 will be described by referring to FIG. 17.

In this tuning processing routine, it is judged whether or not there was an indication of change in a head type or a tuning type by operating a head type setting operation key (key for setting the head type) or a tuning type setting operation key (key for setting the tuning type) contained in the group of operation keys 30 (step S1402). At the time of turning on the power, a register head storing a head type and a register tuning storing a tunig type are also set in response

US 6,271,458 B1

13

to the initialized state of the head type setting operation key and the tunig type setting operation key in accordance with the processing of initialization in the step S802, respectively.

After such judgement that change of head type or tuning type had been indicated by the operation of the head type setting key or the tuning type setting key of the group of operation keys 30 in the step S1402, it is judged whether or not the change of head type has been indicated (step S1404).

When it was judged that the change of head type had been indicated, stored contents of the register head are changed in accordance with this indication of change (step S1406).

In either the case where the processing in step S1406 has been completed, or the case where it was judged that the change of head type had not been indicated in the step S1404, it is judged whether or not the change of tuning type has been indicated (step S1048).

When it was judged that the change of tuning type had been indicated, the stored contents of the register tuning is changed in accordance with this indication of change (step S1410).

In either the case where the processing in step S1410 has been completed, or the case where it was judged that the change of tuning type had not been indicated in the step S1408, the table 1 or the table 2 is selected in accordance with the stored contents of the register head or the register tuning, and it is set to the DSP 22 (step S1412).

As a result of conducting the procedure as described above, in either the case where the processing in step S1412 has been completed, or the case where it was judged that both the head type setting key or the tuning type setting key in the group of operation keys 30 had not been operated so that no change of the head type and the tuning type had not been indicated, the percussion point positional information AP sent out from the DSP 22 is displayed on the display unit 32 (step S1414). More specifically, the percussion point positional information AP set in the CPU in the DSP percussion signal processing routine is displayed on the display unit 32.

In FIGS. 18(a), 18(b) and 18(c) are shown examples of manner of displaying the percussion point positional information AP displayed on the display unit 32 in the step S1414 wherein FIG. 18(a) shows a first displaying example, FIG. 18(b) shows a second displaying example, and FIG. 18(c) shows marks representing a variety of percussion point positional information AP being displayed in a display column for the percussion point positional information AP in FIG. 18(b), respectively. In FIGS. 18(a) and 18(b), it is arranged in such that numbers which have been previously assigned to respective tuning types are displayed in the displaying column of tuning type.

In FIG. 18(a), "CENTER" indicates the center position of the head 12, and "RIM" indicates a position of the rim 16. Furthermore, a black triangle is a mark indicating the percussion point positional information AP, while a white triangle is a tuning reference mark indicated in a position corresponding to the percussion point positional mark M indicated in the head 12 (see FIG. 20).

Since a position between the center "CENTER" and the rim 16 "RIM" in the head 12 is decided by the percussion point positional information AP, the position thus decided is indicated by a black triangle.

Furthermore, the tuning reference mark represented by a white triangle shows a position corresponding to the percussion point positional mark M indicated in the head 12 shown in FIG. 20 as described above. Namely, since the percussion point positional mark M shown in FIG. 20 is indicated at the position of intermediate point between the

14

center "CENTER" and the rim 16 (RIM) in the head 12, the tuning reference mark represented by a white triangle is also indicated at the intermediate point between the "CENTER" and the "RIM" in FIG. 18(a).

The manner for displaying the percussion point positional information AP on the display 32 is not limited to the examples shown in FIGS. 18(a), 18(b), and 18(c), but it may be indicated by either numerical values or a bar graph as in a level indication.

When completed the processing in the step S1414, it is judged whether or not a termination key in the group of operation keys 30 has been operated (step S1416), so that if it was judged that the termination key in the group of operation keys 30 had not been operated, the procedure returns to the step S1402, and the processing is repeated.

On the other hand, if it was judged that the termination key in the group of operation keys 30 had been operated in the step S1416, the procedure returns to the main routine.

Then, a normal performance processing routine executed by the CPU 24 in the step S814 will be described by referring to FIG. 19.

In the normal performance processing routine, it is first judged whether or not a level key (key for setting a volume of sounding musical tone), a tone color key (key for setting tone color of sounding musical tone), or a tuning key (key for setting a pitch of sounding musical tone) contained in the group of operation keys 30 has been changed. At the time when the power is turned on, a register level for storing level, a register tone for storing tone color, and a register pitch for storing pitch are set in response to the initialized state of the level key, the tone color setting key, and the tuning key, respectively, in accordance with the initialization processing in the step S802.

In the step S1602, when it was judged that the level key, the tone color setting key, or the tuning key in the group of operation keys 30 had been changed, then, it is judged whether the level key has been changed or not (step S1604).

In this case, if it was judged that the level key had been changed, the stored contents in the register level are changed in accordance with the former change (step S1606).

In either the case where the processing in step S1606 has been completed, or the case where it was judged that the level key had not been changed in the step S1604, it is judged whether or not the tone color key has been changed (step S1608).

In this case, when it was judged that the tone color key had been changed, stored contents of a register tone are changed in accordance with the former change, and a start address and an end address of waveform data corresponding to the stored contents of the register tone are set in the sound source IC 34 (step S1610).

In either the case where the processing in step S1610 has been completed, or the case where it was judged that the tone color key had not been changed in the step S1608, it is judged whether or not the tuning operation key has been changed (step S1612).

It is to be noted that the "tuning" in this step S1612 is different from the above described tuning of the head, and it means that a pitch is adjusted with respect to sounding musical tone (sound of a percussion instrument).

In this case, when it was judged that the tuning key had been changed, stored contents of the register pitch are changed in accordance with the former change, and the pitch information corresponding to the stored contents of the register pitch are set to the sound source IC 34 (step S1614).

When the processing in step S1614 has been completed as a result of conducting the procedure as described above, or

US 6,271,458 B1

15

it was judged that the tuning key had not been operated in the step S1612, or in the case where any of the level key, tone color setting key, or the tuning key in the group of operation keys 30 had not been changed, then, it is judged whether or not a sounding flag gf is turned ON (step S1616).

Specifically, it is judged whether or not sounding has been instructed as a result of turning ON the sounding flag gf of the CPU 24 in the step S936 of the DSP percussion signal processing routine.

In this case, if it was judged that the sounding flag gf had been turned ON, the results of arithmetic computations of "level×V" are set to the sound source IC 34 as the level information (step S1618). More specifically, values stored in the register level which has been set by a level key are multiplied by percussion force information V to calculate a sounding level, and the results of this arithmetic computations are set to the sound source IC 34 as the level information.

When completed the processing in the step S1618, the percussion point positional information AP is converted into a filter coefficient for controlling filter characteristics, and the converted information is set in the sound source IC 34 (step S1620). More specifically, when the converted information is set to the IC 34 after converting the percussion point positional information AP into the filter coefficient for controlling filter characteristics, tone colors corresponding to the positions of percussion point can be obtained. It is to be noted that the processing for obtaining tone colors corresponding to the positions of percussion point is not limited to that illustrated in the step S1620, but the processing in the step S1620 may be replaced by either a manner wherein waveforms to be read out are switched or a manner wherein a mixed ratio of a plurality of waveforms is changed.

When the processing in the step S1620 is completed, the sounding flag gf is turned OFF (step S1622). In other words, as a result of conducting the procedure as described above, the sounding flag is turned OFF.

In either the case where the processing in the step S1622 has been completed, or the case where it was judged that the sounding flag gf had been turned OFF in the step S1616, it is judged whether or not the termination key in the group of operation keys 30 has been operated (step S1624), so that if it was judged that the termination key of the group of operation keys 30 had not yet been operated, the procedure returns to the step S1602 to repeat the processing.

On the other hand, when it was judged that the termination key in the group of operation keys 30 had been operated, the procedure returns to the main routine.

The processing for sounding musical tones from the present electronic percussion instrumental system to the outside is carried out by controlling the sound source IC 34.

In the following a typical operational procedure for tuning operation of the head 12 will be described by referring to the flowchart shown in FIG. 21. The flowchart of FIG. 21 illustrates the operational procedure of the tuning operation effected by a user after selecting the tuning mode by the user.

Namely, when the user selects the tuning mode, then he or she sets first a desired head type by operating a head type setting key in the group of operation keys 30 (step S1802), and thereafter, he or she sets a desired tuning type by the operation of a tuning type setting key of the group of operation keys 30 (step S1804).

In accordance with the operations in the steps S1802 and S1804, the processing specified in the respective steps S1402, S1404, S1406, S1408, S1410, and S1412 contained in the tuning processing routine executed by the CPU shown in FIG. 17 is conducted.

16

Then, in this tuning operation, a mark M at the position of percussion point in the head 12 which is placed at a position close to the engaging pin 54 in operation is percussed (step S1806). It is to be noted that the procedure on and after the step S1806 becomes actual tuning operations.

In the step S1806, when the mark M at the position of percussion point of the head 12 is percussed, the percussion point positional information AP sent from the DSP 22 as a result of execution of percussion signal processing routine shown in FIG. 12 is displayed on the display unit 32 in the step S1414 contained in the tuning processing routine executed by the CPU shown in FIG. 17.

In this case, it is confined that a black triangle indicating the percussion point positional information AP due to the result of the percussion in the step S1806 has been displayed at which position by visual observation of the display unit 32 (step S1808).

Then, it is judged whether or not there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and a white triangle indicating the tuning reference mark (step S1810).

In this case, when it is judged that there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, the engaging pin 54 is adjusted so as to cancel the aforesaid misregistration, thereby carrying out tuning for adjusting tension of the head 12 (step S1812).

Thus, after completing the operation in the step S1812, the procedure returns to the step S1806 and the operation is repeated.

On the other hand, if it was judged that there was no misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, then it is judged whether the tuning operation has been completed or not (step S1814). In this case, the judgment whether or not the tuning operation has been completed is specifically a judgment whether or not tuning operations of all the engaging pins 54 have been completed.

In this case, when it was judged that the tuning operations had not been completed, the procedure returns to the step S1806 to perform tuning operations with respect to the engaging pins 54 to which have not yet been subjected the tuning operations.

On the contrary, when it was judged that the tuning operations had been completed, the procedure of the tuning operation is finished.

It is to be noted that the above described manner of practice may be modified as follows.

(1) As shown in FIG. 22, the head 12 is fixed to either side of the opening of the barrel section 50, while the head of an acoustic drum (cannot be found in FIG. 22) may be fixed to the other side of the opening of the barrel section. In this case, when the head 12 is percussed, the head of acoustic drum positioned on the opposite side resonates to sound at an appropriate volume. Accord, when compared with the case where only the head 12 is fixed to the barrel section 50, a player can perform the percussion instrument with much more close feeling to that of acoustic drum.

(2) As shown in FIG. 23, to the outer circumference of the head 12 composed of the first net 56 and the second net 58 may be bonded an annular film 112. In this case, since a ratio of opening in the first net 56 and the second net 58 of the head 12 becomes low in comparison with that of the above described manner of practice, the percussion sound becomes larger than that of the above described manner of practice.

US 6,271,458 B1

17

18

For this reason, a player can perform the resulting percussion instrument with much more close feeling to that of acoustic drum. Furthermore, when an area of the film 112 to be bonded to the first net 56 and the second net 58 in the head 12 is allowed to vary, the volume in percussion can be controlled. Moreover, stitches may be filled with an adhesive to bond the first net 56 to the second net 58 in place of bonding of the film 112.

(3) The net-like raw material is not limited to a two-ply plane weave net, but one-ply or three- or more ply net may also be used. Furthermore, a weaving manner of net is not limited merely to plane weave. In the case where a net-like raw material is composed of a single net, it is preferred to use a triaxially woven net which balances tension not only in the crossed direction of woven fibers, but also in an oblique direction.

(4) A shape of the cushioning member 80 in the head sensor 14 is not limited to the frustoconical shape, but a truncated amid shape may be adopted

(5) A constitution of the sound source is not limited to the above described wave-form read-out system, but sound sources of a variety of systems may be employed. Furthermore, a PCM sound source sounding PCM sampling sounds is not used, but a resonator composed of oscillator and the like may be used, otherwise audio signals input from the outside may also be employed.

(6) While the percussion point positional information AP has been displayed on the display 32 in the above described manner of practice, instead of the display, it may be adapted to sound such sound signal having a pitch corresponding to the percussion point positional information AP.

(7) Although the percussion point positional mark M indicated on the top of the head 12 has been configured in the circular shape as shown in FIG. 20 in the above described manner of practice, a shape of the percussion point positional mark M is not limited to the circular shape as shown in FIG. 20, but, for example, the percussion point positional mark M may be indicated by points of a prescribed number as shown in FIG. 24(a). Moreover, a region of the head 12 is classified by coloring as shown in FIG. 24(b) (It is to be noted in FIG. 24(b) that a shaded portion of the region of the head 12 is represented by a different color from that of the other (no shaded) portion), and the boundary portion classified by coloring may be used as the percussion point positional mark M.

(8) While it has been arranged in such that the tuning reference mark represented by white triangle shown in FIG. 18(a) is indicated in response to the percussion point positional mark M of the head 12 in the above described manner of practice, the invention is not limited thereto, but, for instance, it may be arranged in such that information for indicated position by a white triangle may be stored as the tuning reference data together with the table 1 and the table 2 which are selected in accordance with the head type or the tuning type set in the tuning processing routine executed by the CPU shown in FIG. 17.

(9) Although the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark corresponding to the percussion point positional mark M of the head have been displayed on the display unit 32 in the above described manner of practice as shown in FIG. 18(a), a displaying manner on the display unit 32 is not limited thereto, but, for example, a deviation between the above described tuning reference data and the detected percussion point positional information AP may be displayed as shown in FIG. 25.

Specifically, the manner may be carried out in such a way that tuning reference data are read out in case of the processing for displaying the percussion point positional information AP in the step S1414 of the tuning processing routine executed by the CPU shown in FIG. 17, a deviation between the tuning reference data and the percussion point positional information AP is calculated, and the deviation represented by the calculated result is displayed on the display unit 32. If it has been adapted to display "0" on the display unit 32 in case of no deviation, it means that tuning is matched in the case when indication "0" is displayed on the display unit 32.

(10) As a displaying manner in the display unit 32, there are a manner wherein it may notify that the tuning is matched in the case when a difference between the tuning difference data and the percussion point positional information AP reaches a prescribed value or lower, and a maimer wherein a difference between the tuning reference data and the percussion point positional information AP may be displayed in accordance with cent indication as utilized in a tuning device for stringed instruments such as guitar and the like in addition to the manners described above.

Since the present invention has been constituted as described above, it provides such an excellent advantage that a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system can be realized.

Furthermore, since the indication corresponding to a percussion position of the head has been made in the present invention, such an excellent advantage that correct tuning can easily be carried out in case of tuning the head is obtained.

Moreover, since a variation in tension of the head due to tuning of the head has been compensated in the present invention, such an excellent advantage that correct percussion position can be detected is obtained.

Still further, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the detecting means for position of percussion point is confirmed while watching the display means in the present invention, such an excellent advantage that tuning operation can simply be carried out without relying upon user's sense is obtained,

It will be appreciated by those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof.

The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes that come within the meaning and range of equivalents thereof are intended to be embraced therein.

This disclosure relates to Japanese Patent Applications No. 8-193986 filed on Jul. 4, 1996, No. 9-15846 filed on Jan. 13, 1997 and No. 9-15847 filed on Jan. 13, 1997 from which priority is claimed.

What is claimed is:

1. A head for an electronic percussion instrument, the head comprising a frame and a net-like material comprising first and second net members, each supported by said frame, said net-like material having openings through which air may pass.

2. A head as recited in claim 1, wherein each net member comprising a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged fiber sections interwoven with the longitudinally arranged fiber sections.

US 6,271,458 B1

**19**

3. A head as recited in claim **2**, wherein the first and second net members are laminated together.

4. A head as recited in claim **2**, wherein, within each of said first and second net members, said longitudinally arranged fiber sections and said transversely arranged fiber sections are arranged substantially perpendicular to each other.

5. A head as recited in claim **4**, wherein said first and second net members are arranged adjacent each other, with said longitudinally directed fiber sections of the first net crossing the longitudinally directed fiber sections of said second net in an oblique angle.

6. An electronic percussion instrument, comprising:

a generally hollow body having an opening into a body interior;

a generally flexible, net-like material disposed in a tensioned state across the opening of the generally hollow body, the net-like material defining a percussion surface for receiving a percussion impact, the net-like material also having openings of a size sufficient to allow air to pass therethrough, upon receiving a percussion impact on the percussion surface; and

a sensor supported by said generally hollow body, for providing an electronic signal in response to a percussion impact on the percussion surface of the generally flexible, net-like material.

7. An electronic percussion instrument as recited in claim **6**, wherein said net-like material comprises first and second net members, each net member comprising a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged fiber sections interweaved with the longitudinally arranged fiber sections.

8. An electronic percussion instrument as recited in claim **7**, wherein the first and second net members are laminated together.

9. An electronic percussion instrument as recited in claim **7**, wherein, within each of said first and second net members, said longitudinally arranged fiber sections and said transversely arranged fiber sections are arranged substantially perpendicular to each other.

10. An electronic percussion instrument as recited in claim **7**, wherein said first and second net members are arranged adjacent each other, with said longitudinally directed fiber sections of the first net crossing the longitudinally directed fiber sections of said second net in an oblique angle.

11. A method of making an electronic percussion instrument having a generally hollow body with an opening, the method comprising disposing a net-like material in a ten-

**20**

sioned state across the opening in the generally hollow body, wherein the net-like material has a percussion surface for receiving a percussion impact, the net-like material comprising first and second net members, each having a plurality of openings sufficient to allow air to pass therethrough upon receiving a percussion impact on the percussion surface.

12. A method as recited in claim **11**, further comprising the step of supporting an electronic sensor in communication with the percussion surface, for providing an electronic signal in response to a percussion impact on the percussion surface.

13. A method as recited in claim **11**, wherein said net-like material comprises first and second net members, each net member comprising a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged fiber sections interweaved with the longitudinally arranged fiber sections.

14. A method as recited in claim **13**, wherein the first and second net members are laminated together.

15. A method as recited in claim **13**, wherein, within each of said first and second net members, said longitudinally arranged fiber sections and said transversely arranged fiber sections are arranged substantially perpendicular to each other.

16. A method as recited in claim **13**, wherein said first and second net members are arranged adjacent each other, with said longitudinally directed fiber sections of said first net crossing the longitudinally directed fiber sections of said second net in an oblique angle.

17. A head for connection with a body of an electronic percussion instrument of the type having a generally hollow body interior and an opening in airflow communication with the body interior, said head comprising:

a frame having a size and shape corresponding to the opening in the body and adapted to be supported on the body, adjacent the opening;

a generally flexible, net-like material supported in a generally tensioned state by the frame and having a size and shape suitable for covering at least a portion of said opening, upon the frame being supported on the body, adjacent the opening, the net-like material defining a percussion surface for receiving a percussion impact when the frame is supported on the body, the net-like material first and second net members, each having openings of a size sufficient to allow air to pass therethrough, upon receiving a percussion impact on the percussion surface.

\* \* \* \* \*

# EXHIBIT E

US006121538A

# United States Patent [19]

## Yoshino et al.

[11]  **Patent Number:**  **6,121,538**

[45]  **Date of Patent:**  **Sep. 19, 2000**

[54] **ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN**

[75] Inventors: **Kiyoshi Yoshino; Kenji Hirano; Masato Katsuda**, all of Osaka, Japan

[73] Assignee: **Roland Corporation**, Osaka, Japan

[21] Appl. No.: **09/243,698**

[22] Filed: **Feb. 3, 1999**

### Related U.S. Application Data

[62] Division of application No. 08/886,180, Jul. 1, 1997.

[30]        **Foreign Application Priority Data**

| | | | | |
|---|---|---|---|---|
| Jul. 4, 1996 | [JP] | Japan | .................................. | 8-193986 |
| Jan. 13, 1997 | [JP] | Japan | .................................. | 9-15846 |
| Jan. 13, 1997 | [JP] | Japan | .................................. | 9-15847 |

[51] **Int. Cl.**[7] ...................................... **G01D 13/02**

[52] **U.S. Cl.** ............................................ **84/738; 84/414**

[58] **Field of Search** ......................... 84/414, 416, 452 P, 84/454, 723, 737, 738, 743

[56]            **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 729,936 | 6/1903 | Heybeck | .................................. 84/414 |
| 3,748,367 | 7/1973 | Lamme et al. . | |
| 4,279,188 | 7/1981 | Scott . | |
| 4,362,081 | 12/1982 | Hartry | .................................. 84/414 |

| | | | |
|---|---|---|---|
| 4,581,973 | 4/1986 | Hoshino . | |
| 4,714,002 | 12/1987 | Cleland | .................................. 84/413 |
| 4,798,121 | 1/1989 | Donohoe | .................................. 84/414 |
| 4,828,907 | 5/1989 | Hayashi . | |
| 5,042,356 | 8/1991 | Karch | .................................. 84/725 |
| 5,449,964 | 9/1995 | Snyder | .................................. 310/330 |
| 5,533,405 | 7/1996 | Hoshino | .................................. 84/104 X |
| 5,585,581 | 12/1996 | Rogers | .................................. 84/723 X |
| 5,633,473 | 5/1997 | Mori et al. | .................................. 84/735 X |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 196 25 570 | 6/1996 | Germany . | |
| 2-117569 | 9/1990 | Japan . | |

*Primary Examiner*—Jeffrey Donels
*Attorney, Agent, or Firm*—Foley & Lardner

[57]            **ABSTRACT**

An object of the present invention is to provide a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system. The percussion detecting apparatus is provided with a head prepared from a net-like raw material composed of a first net and a second net, the net-like raw material being obtained by such a manner that both the nets having been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles with each other; and a head sensor which is in contact with the center position of the under side in the head and detects percussion with respect to the head as electric signal.

**39 Claims, 23 Drawing Sheets**



U.S. Patent

Sep. 19, 2000

Sheet 1 of 23

6,121,538

# FIG. 1



# FIG. 2





FIG. 3

*FIG. 4*



*FIG. 5*



# FIG. 6



——————— FIRST NET

- - - - - - - SECOND NET

FIG. 7 (a)

FIG. 7 (b)

FIG. 7 (c)

*FIG. 8*



*FIG. 9*



# FIG. 10





FIG. 11

## FIG. 12

DSP PERCUSSION SIGNAL PROCESSING ROUTINE



U.S. Patent

Sep. 19, 2000

Sheet 11 of 23

6,121,538

# FIG. 13 (b)

(b) OUTPUT WAVEFORM OF HEAD SENSOR

POSITION OF PERCUSSION POINT A



POSITION OF PERCUSSION POINT B



POSITION OF PERCUSSION POINT C



# FIG. 13 (a)

(a) POSITION OF PERCUSSION POINT

POSITION OF PERCUSSION POINT A

POSITION OF PERCUSSION POINT B

POSITION OF PERCUSSION POINT C



12 HEAD

PERIOD OF TIME FOR FIRST HALF-WAVE VARIES
DEPENDING ON POSITION OF PERCUSSION POINT

U.S. Patent

Sep. 19, 2000

Sheet 12 of 23

6,121,538

# FIG. 14



*FIG. 15*



*FIG. 16*



# FIG. 17

TUNING PROCESSING ROUTINE



U.S. Patent

Sep. 19, 2000

Sheet 15 of 23

6,121,538

# FIG. 18 (a)



DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

2/SNARE RIM    CENTER

32

TUNING REFERENCE MARK CORRESPONDING TO PERCUSSION
POINT POSITIONAL MARK IN HEAD

U.S. Patent

Sep. 19, 2000

Sheet 16 of 23

6,121,538

# FIG. 18 (b)



DISPLAYING COLUMN OF TUNING TYPE

DISPLAYING COLUMN OF HEAD TYPE

MARK INDICATING PERCUSSION POINT POSITIONAL INFORMATION AP

DISPLAYING COLUMN OF PERCUSSION POINT POSITIONAL INFORMATION AP

2/SNARE



FIG. 18 (c)

**U.S. Patent**    Sep. 19, 2000    Sheet 18 of 23    6,121,538

# FIG. 19

NORMAL PERFORMANCE PROCESSING ROUTINE



U.S. Patent          Sep. 19, 2000          Sheet 19 of 23          6,121,538

# FIG. 20



# FIG. 21

OPERATIONAL PROCEDURE FOR TUNING OPERATION IN HEAD



Case 1:17-cv-22405-FAM   Document 154   Entered on FLSD Docket 11/02/2018   Page 198 of 275

# FIG. 22



# FIG. 23



# F I G .  2 4  (a)



# F I G .  2 4  (b)







*FIG. 25*

6,121,538

**1**

## ELECTRONIC PERCUSSION INSTRUMENTAL SYSTEM AND PERCUSSION DETECTING APPARATUS THEREIN

### SPECIFICATION

This application is a Divisional of application Ser. No. 08/886,180, filed Jul. 1, 1997, which application is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an electronic percussion instrumental system and a percussion detecting apparatus in the electronic percussion instrumental system, and more particularly to an electronic percussion instrumental system which simulates a percussion instrument such as acoustic drum sounding musical tone as a result of percussion it with sticks or the like by a player and a percussion detecting apparatus in the electronic percussion instrumental system.

2. Description of the Related Art

Heretofore, in an electronic percussion instrumental system such as electronic drum simulating acoustic drum, a percussion detecting apparatus provided with a surface to be percussed being generally called by the name of "percussion pad" is utilized as a means for detecting percussion.

As such a percussion detecting means as described above, for example, the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996 has been known. In the percussion detecting apparatus disclosed in Japanese Patent Laid-open No. 44357/1996, the percussion surface is formed by covering a plate-like case with a material of a soft high-molecular compound.

However, in such percussion detecting apparatus wherein the percussion surface is formed by covering the plate-like case with a soft high-molecular compound material, there is such a problem that repulsive feeling at the time of percussion the percussion surface is remarkable, so that good percussion feeling cannot be obtained. In addition, the above described percussion detecting apparatus involves also such a problem that there is a fear of disturbing the performance by the percussion sound, because the percussion sound generated at the time when the percussion surface is percussed is significant.

On one hand, it has been proposed to utilize, as a percussion detecting means, a percussion surface, the tension of which can be adjusted and is called by the name of "head" in acoustic drum, which is further provided with a sensor for detecting percussion.

In the present specification, adjustment for tension of a percussion surface which is adjustable as in the head of acoustic drum will be called by the term "tuning".

In the case when the head of acoustic drum is served for a percussion detecting means as described above, there is such a problem that although percussion feeling is excellent in this case because the head for the acoustic drum is utilized as it is, the percussion sound becomes remarkable so that it disturbs the performance.

### OBJECTS AND SUMMARY OF THE INVENTION

The present invention has been made in view of the problems as described above involved in the prior art. Accordingly, an object of the present invention is to provide

**2**

a percussion detecting apparatus provided with a head as the percussion surface which is excellent in percussion feeling and in which the percussion sound is extremely quiet in an electronic percussion instrument system.

Furthermore, another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be easily capable of correct tuning of the head in the case when the head is tuned on the basis of an indication which is suitably given and corresponding to a position of percussion in the head.

Moreover, still another object of the present invention is to provide an electronic percussion instrumental system which is adapted to be capable of detecting a correct position in percussion by correcting variations in tension of the head as a result of tuning of the same.

An yet further object of the present invention is to provide an electronic percussion instrumental system which is adapted to make clear a position of percussion in the head in case of tuning operation to display the tuning state, so that anybody can easily conduct such tuning operation without requiring any sense of skilled user.

In order the achieved the above described objects, the present invention is characterized by a percussion detecting apparatus in electronic percussion instrumental system comprising a head the percussion surface of which is composed of a net-like raw material; and a percussion detecting means being in contact with the center position of the aforesaid head and detecting percussion with respect to the aforesaid head as electric signal.

Therefore, in accordance with the present invention, since the percussion surface of the head is composed of a net-like raw material, extremely good percussion feeling can be obtained because of the elasticity of the net-like raw material. Besides, since air passes through the openings of stitches in the net-like raw material, percussion sound in case of percussing the head becomes extremely small.

Furthermore, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signals and generates musical tone based on the electric signal thus detected comprising a head the percussion surface of which to be percussed is tunable; a percussion detecting means for detecting percussion upon the aforesaid head as electric signal; a means for detecting a position of percussion point for performing arithmetic computations by inputting the electric signal detected by means of the aforesaid percussion detecting means to detect percussion point positional information; and a display means for effecting a display corresponding to the percussion point positional information detected by the aforesaid means for detecting a position of percussion point.

Therefore, in accordance with the present invention, since a display corresponding to the percussion point positional information is effected by means of the display means, the head can be tuned while observing visually the resulting display, so that correct tuning of the head can easily be realized.

Moreover, the present invention is characterized by an electronic percussion instrumental system comprising further an arithmetic computation compensating means for compensating the arithmetic computations in the aforesaid means for detecting the position of percussion point in response to a tuning state of the aforesaid head.

Therefore, in accordance with the present invention, the arithmetic computations for detecting the percussion point positional information in response to tuning of the head are compensated, the position of percussion point is also com-

6,121,538

| 3 | 4 |

pensated in response to tuning of the head, whereby it becomes possible to display the correct position of percussion point.

Still further, the present invention is characterized by an electronic percussion instrumental system which detects percussion as electric signal and generates musical tone based on the electric signal thus detected comprising a tunable head; a means for detecting a position of percussion point for detecting the position of percussion point upon the aforesaid head; and a display means for effecting a display in response to the results detected by the aforesaid means for detecting the position of percussion point; a percussion point positional mark for tuning being provided on the aforesaid head.

Therefore, in accordance with the present invention, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the position of percussion point detecting means is confirmed while watching the display means, tuning operation can simply be carried out without relying upon user's sense.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinafter and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

FIG. 1 is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention;

FIG. 2 is a perspective view showing a percussion detecting apparatus;

FIG. 3 is a sectional view taken along the line III—III of FIG. 2;

FIG. 4 is a perspective view showing a head;

FIG. 5 is a perspectively exploded view of the head;

FIG. 6 is an explanatory view showing a case where directions in weave patterns of a first net and a second net intersect obliquely;

FIGS. 7(a), 7(b), and 7(c) are explanatory views wherein FIG. 7(a) is a fragmentary view taken in the direction of the arrow A of FIG. 7(b), FIG. 7(b) is a front view, and FIG. 7(c) is a fragmentary view taken in the direction of the arrow C of FIG. 7(b), respectively.

FIG. 8 is a sectional view corresponding to FIG. 3 in the case when the head is percussed with a stick;

FIG. 9 is a sectional view corresponding to FIG. 3 in the case when the rim is percussed with a stick;

FIG. 10 is a sectional view corresponding to FIG. 3 in the case when the head is either brushed or percussed with a brush;

FIG. 11 is a flowchart of the main routine executed by a CPU;

FIG. 12 is a flowchart of a DSP percussion signal processing routine executed by the DSP;

FIGS. 13(a) and 13(b) are explanatory views for characteristics properties of a head composed of a net-like raw material wherein FIG. 13(a) shows the positions of percussion point, and FIG. 13(b) shows the output waveforms, respectively;

FIG. 14 is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP in a normal performance mode;

FIG. 15 is an explanatory diagram showing the characteristic properties of table 1;

FIG. 16 is an explanatory diagram showing the characteristic properties of table 2;

FIG. 17 is a flowchart of a tuning processing routine executed by the CPU;

FIGS. 18(a), 18(b), and 18(c) are explanatory diagrams showing examples of display mode in percussion point positional information AP by means of a display unit wherein FIG. 18(a) shows the first displaying example, FIG. 18(b) shows the second displaying example, and FIG. 18(c) shows figures indicating a variety of the percussion point positional information AP in the display column for the percussion point positional information AP in FIG. 18(b), respectively;

FIG. 19 is a flowchart of a normal performance processing routine executed by the CPU;

FIG. 20 is a schematic top view of a percussion detecting apparatus showing an example of percussion point positional mark displayed on the top of a head;

FIG. 21 is a flowchart showing a typical operational procedure for the tuning operation of a head;

FIG. 22 is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. 2;

FIG. 23 is a perspective view showing a modified example of the percussion detecting apparatus corresponding to FIG. 2;

FIGS. 24(a) and 24(b) are schematic top views of a percussion detecting apparatuses each showing an example of percussion point positional mark displayed on the top of the head wherein FIGS. 24(a) and 24(b) show different examples from each other; and

FIG. 25 is an explanatory view showing another example of display mode in the percussion point positional information AP by means of a display unit.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An example of manner of practice of the electronic percussion instrumental system and the percussion detecting apparatus in the electronic percussion instrumental system according to the present invention will be described in detail hereinafter in conjunction with the accompanying drawings.

FIG. 1 is a constitutional block diagram showing an example of manner of practice of the electronic percussion instrumental system according to the present invention wherein the electronic percussion instrumental system comprises a percussion detecting apparatus 10 provided with a head sensor 14 functioning as a percussion detecting means for detecting percussion applied to a head 12 the surface of which is composed of a net-like raw material which will be described hereunder, and a rim-shot sensor 18 for detecting percussion applied to a rim 16; an analog-to-digital (A/D) converter 20 which performs analog-to-digital conversion of the detected signals output from the head sensor 14 and the rim-shot sensor 18 in time-sharing manner and inputs the converted signals to a DSP 22 which will be mentioned hereinafter; the DSP 22 which detects the percussion applied to the head 12, the intensity thereof, the position of percussion from the detected signals which are derived form the head sensor 14 and which were input from the analog-to-digital converter 20 as well as performance by means of a brush, and in addition, the DSP detecting also the percussion applied to the rim 16 and the intensity thereof from the

6,121,538

5

detected signals which are derived from the rim-shot sensor 18 and which were input from the analog-to-digital converter 20 to supply the results thus detected to a CPU 24 which will be described hereunder; the CPU 24 which supplies the output from the DSP 22 to a sound source IC 34, which will be undermentioned, wherein the output is converted into required performance information, as well as detects operations of a group of operation keys 30 which will be mentioned hereinafter, and controls the DSP 22; a read only memory (ROM) 26 storing a program or the like which is to be executed by the CPU 24, a random access memory (RAM) 28 functioning as a working area required for executing the program by means of the CPU 24; the group of operation keys 30 including mode selecting keys for setting normal performance mode, brush performance mode or tuning mode, keys for selecting tone color or setting level or the like, and the like keys; a display unit 32 for displaying an operation mode selected by a key in the group of operation keys 30, tone colors required for the tone color selection, and a tuning state in case of tuning mode; the sound source IC 34 which reads a waveform memory 36 which will be undermentioned on the basis of performance information from the CPU 24 to form digital musical tone signals and outputs the signals thus formed to a digital-to-analog (D/A) converter 38 which will be described hereunder; the waveform memory 36 storing sampling waveform data for forming the musical tone signals; and the digital-to-analog converter 38 for converting digital musical tone signals supplied from the sound source IC 34 into analog musical tone signals to output the signals thus converted to a sound system composed of an amplifier, a speaker and the like.

Then, the constitution of the percussion detecting apparatus 10 will be described by referring to FIG. 2 being a perspective view showing the percussion detecting apparatus 10 and FIG. 3 being a sectional view taken along the line III—III of FIG. 2.

The percussion detecting apparatus 10 contains a cylindrical barrel section 50, and around the outer circumference of the barrel section 50 are formed protrusively engaging portions 52 each having a tapped hole (not shown) provided with a thread groove (not shown) with a prescribed interval along the diametrical direction of the barrel section. Into the engaging portion 52 is screwed an engaging point 54 on which is formed a thread ridge to be combined with the thread groove formed on the engaging portion 52, so that the head 12 and the rim 16 are fixed to the barrel section 50 through the engaging pin 54. Furthermore, a locking projection 54a for locking the rim 16 is formed on the engaging pin 54.

The head 12 is prepared as shown in FIGS. 4 and 5 in such a manner that a net-like raw material composed of a first net 56 and a second net 58, each of which is woven in accordance with plane weave wherein the longitudinal and transverse fibers cross at right angles, are laminated to one another so as to cross obliquely their longitudinal and transverse weave pattern directions, and the net-like raw material thus arranged is bonded to a frame 60. It is to be noted herein that the expression "the weave pattern direction of the first net 56 crosses obliquely that of the second net 58" means that when the first net 56 wherein the longitudinal and transverse fibers cross at right angles is superposed on the second net 58 wherein the longitudinal and transverse fibers cross at right angles, adjacent fibers in the first net 56 and the second net 58 thus superposed intersect with each other at an angle α which is smaller than 90 degrees as shown in FIG. 6.

6

Moreover, on the top of the head 12 is provided a percussion point positional mark M which is formed with a circular contour by means of printing as shown in FIG. 20 and which is used in case of tuning operation.

Furthermore, the rim 16 is prepared by integrally molding a metallic material and is composed of a flange portion 66 which is positioned around the outer circumference of the rim and has hole potions 64 into each of which an engaging pin 54 can be inserted, and a rim percussion portion 68 which is ascendingly formed and extended from the flange portion 66 around the inner circumference thereof. The top of the rim percussion portion 68 is covered with a covering member 70 made from an elastic material such as rubber, sponge and the like.

A manner for fixing the head 12 and the rim 16 to the barrel section 50 each of them having the structure described above is such that the head 12 is first put on the barrel section 50, then, the rim 16 is put on the head 12, and the positions of them are adjusted in such a way that each hole portion 64 of the rim 16 communicates with each tapped hole defined on each engaging portion 52 of the barrel section 50. Thereafter, each engaging pin 54 is inserted into each hole portion 64 of the rim 16 as well as into each tapped hole defined on each engaging portion 52 of the barrel section 50, and the thread ridge of each engaging pin 54 is threadedly combined with the thread groove in each engaging portion 52 of the barrel section 52, so that the head 12 and the rim 16 are forcedly fixed to the barrel section 50 by means of the locking projection 54a of each engaging pin 54.

More specifically, with the progress of screwing each engaging pin 54 in the tapped hole in each engaging portion 52 of the barrel section 50, the flange portion 66 of the rim 16 is pressed downwards in FIG. 3 by means of each locking projection 54a, so that the frame 60 of the head 12 is also pressed downwards through the flange portion 66. As a result, the first net 56 and the second net 58 the downward movement of which are restricted by an upper end portion 50a of the barrel section 50, respectively, are stretched over the barrel section 50 with a prescribed tension. Thus, when an amount of screwing each engaging pin 54 in each tapped hole defined on each engaging portion 52 of the barrel section 50 is adjusted, the tension of the first net 56 and the second net 58 can be arbitrarily controlled, whereby tuning of the head 12 can be carried out.

Furthermore, a head sensor supporting material 72 is placed in the barrel section 50 in such that the head sensor supporting material 72 intersects the position of the axial center of the barrel section 50. A head sensor 14 is bonded to the top of the head sensor supporting material 72 at the central portion thereof by means of a cushioning double-coated tape 78 which will be described hereinafter so as to be in contact with the second net 58. In other words, the head sensor 14 is disposed on the under surface of the net-like raw material composed of the first net 56 and the second net 58 in the head 12 at the center thereof in contact therewith.

As shown in FIGS. 7(a), 7(b), and 7(c), the head sensor 14 is provided with a disc-shaped piezoelectric element 76 containing wires for output signal 74, and to the under surface of the piezoelectric element 76 is bonded the cushioning double-coated tape 78. A diameter of the cushioning double-coated tape 78 is made to coincide with an node diameter of the piezoelectric element 76.

Furthermore, to the top of the piezoelectric element 76 is bonded a frustoconical cushioning member 80 made from an elastic material such as rubber, sponge and the like. The cushioning member 80 has a bottom surface of a larger

6,121,538

7

diameter than that of the piezoelectric element 76, the cross section of which tapers off upwardly, and it is in contact with the second net 58 at the extreme end of the cushioning member 80 of a thin diameter.

Moreover, in the vicinity of the rim percussion portion 68 disposed on the upper portion inside the barrel section 50 is bonded the rim-shot sensor 18 by means of the cushioning double-coated tape 78. The rim-shot sensor 18 is provided with the disc-shaped piezoelectric element 76 containing wires for output signal 74, and to the under surface of the piezoelectric element 76 is bonded the cushioning double-coated tape 78. The diameter of the cushioning double-coated tape 78 is made to coincide with the node diameter of the piezoelectric element 76.

Namely, in the electronic percussion instrumental system according to the present invention, a member obtained by removing the cushioning member 80 from the head sensor 14 is used as the rim-shot sensor 18, whereby improvements in efficiency of parts to be used are intended.

In this electronic percussion instrumental system, a variety of heads 12 having different diameters as well as a variety of the barrel sections 50 being adapted for such various heads and the like members are prepared, whereby a size of the head 12 is suitably changed.

In the constitution as described above, when the head 12 is percussed with a stick 100 (see FIG. 8), the head sensor 14 detects the percussion, while when the rim 16 is percussed with the stick 100 (see FIG. 9, but it is to be noted that both the head 12 and the rim 16 are percussed with the stick 100 in FIG. 9), the rim-shot sensor 18 detects the percussion. Further, when the head 12 is brushed or percussed with a brush 102 (see FIG. 10), the head sensor 14 detects the contact of the brush 102 with the head 12.

In these circumstances, when the head 12 is percussed with the stick 100, extremely good percussion feeling closely resembling the percussion feeling in the case when the head of an acoustic drum is percussed can be obtained because of the elasticity of a net-like raw material composed of the first net 56 and the second net 58.

In addition, since the first net 56 and the second net 58 which have been woven in accordance with plane weaving manner wherein the longitudinal and transverse fibers cross at right angles are laminated obliquely with each other in the net-like raw material, the tension is uniformized over the whole surface of the net-like raw material, so that there is little variations in percussion feeling due to differences in the position percussed, and as a result, output waveforms from the head sensor 12 become the ones which are easily processed.

As described above, performance played by percussing the head 12 is controlled by output waveforms from the head sensor 14 being in contact with the under surface of the center in the first net 56 and the second net 58 of the head 12. In this respect, since the head sensor 14 is positioned at the center of the first net 56 and the second net 58 of the head 12, variations in output waveforms due to differences in the position of the head 12 percussed become concentric circular form, so that variations in tone color simulating acoustic drum are easily expressed.

Moreover, since the cushioning member 80 of the head sensor 14 is in contact with the under surface of the center of the second net 58 of the head 12, oscillation of the head 12 attenuates rapidly so that the output signal attenuates also rapidly, whereby erroneous detecting operation in case of percussing the head 12 in a rapid and repeated manner is prevented.

8

Further, since the cushioning member 80 bonded to the top of the piezoelectric 76 of the head sensor 14 is in contact with the second net 58 of the head 12 at the site of the frustoconical extreme end portion having a thin diameter and a small area, vibrations of percussion in the head 12 are hardly transmitted directly to the piezoelectric element 76, so that damage of the piezoelectric element 76 is suppressed.

In addition, since a diameter of the cushioning double-coated tape 78 bonded to the under surface of the piezoelectric element 76 is made to be equal to the node diameter, sensitivity of the piezoelectric element 76 increase, so that delicate variations in the oscillation due to differences in positions percussed can be more precisely detected.

Still further, since air passes through openings of stitches in the net-like raw material composed of the first net 56 and the second net 58, percussion sound in the case when the head 12 is percussed is extremely small. Such percussion sound in case of percussing the head 12 is dependent upon a ratio of openings in the net-like raw material composed of the first net 56 and the second net 58, and therefore, the higher ratio of openings brings about the smaller percussion sound. However, an excessive ratio of openings results in low tension of the first net 56 and the second net 58 so that the percussion feeling deteriorates. Accordingly, it is preferred to suitably keep a balance between the percussion feeling and the ratio of openings.

Yet further, since the rim 16 is covered with the covering member 70, the percussion sound in case of percussing the rim 16 is also reduced.

In this respect, the oscillation in case of percussing the rim 16 is mostly transmitted to the barrel 50, the performance played by percussing the rim 16 can be controlled in accordance with output waveforms in the rim-shot sensor 18 attached to the barrel 50.

In the following, electrical processing contents in the electronic percussion instrumental system according to the present invention will be described by referring to the accompanying flowcharts.

FIG. 11 is a flowchart of the main routine executed by the CPU 24 wherein when the power is turned on, first, memories, registers and the like are initialized (step S802).

Then, it is judged which operation mode has been set, i.e., it is judged whether a tuning mode which changes percussion feeling of the head 12 by adjusting tension in the net-like raw material of the head 12, or a normal performance mode which sounds percussion instrumental sounds by detecting percussion upon the head 12 and percussion upon the rim 16, or a brushing performance mode which sounds percussion instrumental sounds by detecting either brushing or percussing the head 12 with the brush 102 has been established (step S804) by supervising an operational state of mode selecting keys of the group of operation keys 30.

As a result, when it has been judged that the tuning mode had been set in the step S804, the DSP 22 is set to the tuning mode, whereby the DSP 22 is adapted to be set so as to execute the DSP percussion signal processing routine shown in FIG. 12 (step S806). Thereafter, the tuning processing routine executed by the CPU 24 shown in FIG. 17 is executed (step S808), then, processing for stopping the tuning mode by means of the DSP 22 is conducted (step S810), and the procedure returns to the step S804.

On one hand, when it has been judged that the normal performance mode had been set in the step S804, the DSP 22 is set to the normal performance mode, whereby the DSP 22 is adapted to be set so as to execute the DSP percussion

6,121,538

**9**

signal processing routine shown in FIG. **12** (step **S812**). Thereafter, the normal performance processing routine by the CPU **24** shown in FIG. **19** is executed (step **S814**), then, processing for stopping the normal performance mode in the DSP **22** is conducted (step **S816**), and the procedure returns to the step **S804**.

On the other hand, when it has been judged that the brushing performance mode had been set in the step **S804**, the DSP **22** is set to the brushing performance mode (step **S818**). Thereafter, the brushing performance processing routine by the CPU **24** is executed, then, processing for stopping the brushing performance mode in the DSP **22** is conducted (step **S816**), and the procedure returns to the step **S804**. It is to be noted that the processing for brushing performance mode is not related to the subject matter of the present invention, the detailed description therefore will be omitted.

In the following, the DSP percussion signal processing routine executed by the DSP **22** shown in FIG. **12** will be described, and the this processing is based on the following characteristic features.

Namely, when detection signal of the head sensor **14** in the case when the head **12** composed of a net-like raw material is percussed is observed, there is such a characteristic that a first half-wave time changes dependent on a position of percussion point in a certain frequency band. More specifically, as shown in FIGS. **13**(*a*) and **13**(*b*), when the first half-wave time in the case where the center of the head **12** is percussed (position of percussion point A), the first half-wave time in the case where the outer circumference of the head **12** is percussed (position of percussion point C), and the first half-wave time in the case where the intermediate point defined between the center and the outer circumference of the head **12** is percussed (position of percussion point B) are represented by $T_A$, $T_C$, and $T_B$, respectively, the relationship between them is expressed as follows.

$$T_A > T_B > T_C.$$

As described above, when the head **12** composed of a net-like raw material is percussed, with the movement of position of the percussion point from the center to the outer circumference, a first half-wave time shortens gradually.

On one hand, when tuning of the head **12** is made high, i.e., tension of the head **12** is increased, the first half-wave times $T_A$, $T_B$, and $T_C$ shorten, respectively, while maintaining the relationship "$T_A > T_B > T_C$". On the other hand, when tuning of the head **12** is made low, i.e., tension of the head **12** is decreased, the first half-wave times $T_A$, $T_B$, and $T_C$ lengthen, respectively, while maintaining the relationship "$T_A > T_B > T_C$".

FIG. **14** is a functional block diagram showing the constitution of a means for detecting the position of percussion point in a DSP **22**. The outline of DSP percussion signal processing routine will be described by referring to FIG. **14**. A detection signal detected by the head sensor **14** is subjected to analog-to-digital conversion by means of the analog-to-digital converter **20**, and the signal thus converted is input to a DC cut filter. The DC cut filter means a high pass filter for removing DC component. The DC component of the detection signal thus input to the DC cut filter is removed, and is input to a low pass filter (LP filter) removing unnecessary high pass component. Then, the detection signal from which unnecessary high pass component has been removed is input to a first half-wave detection circuit. The

**10**

first half-wave detection circuit detects the leading edge of waveform of the detection signal thus input and the first zero cross, whereby the first half-wave is detected. A counter operates for counting during only a period wherein the first half-wave detection circuit detects first half-wave, and an arithmetic circuit calculates the position of percussion point from the count value of the counter. The position of percussion point thus calculated is input to the CPU **24** as percussion point positional information in head.

The DSP percussion signal processing routine will be described herein in detail by referring to FIG. **12** wherein this DSP percussion signal processing routine is executed repeatedly in every sampling periods of the analog-to-digital converter **12**.

It is to be noted that since the above described functional block diagram shown in FIG. **14** indicates only the function for detecting percussion point positional information in head, a function for detecting percussion force information shown in FIG. **12** has been omitted. Furthermore, the functions for DC cut filter and LP filter shown in FIG. **14** are considered in FIG. **12** to be included in the processing for inputting sampling data S (step **S902**), so that the clear indication thereof is omitted for simplifying the flowchart.

In the DSP percussion signal processing routine, the sampling data S is first input (step **S902**), and it is judged whether the leading edge has been detected or not (step **S904**). In the case where it was judged that the leading edge had been detected, a timer T is reset (step **S906**), then, a first count flag cf is turned ON (step **S908**), and a maximum value detection flag mf is turned ON (step **S910**).

The detection of leading edge in the step **S904** may be conducted specifically by either a manner wherein a difference between the present sampling data S and the preceding sampling data is determined, and if the difference is higher than the prescribed value which has been previously set, it is judged that there was a leading edge, or a well-known manner for detecting leading edge of input signal.

Furthermore, the timer T is a means for measuring a prescribed period of time for detecting the maximum value of detection signal wherein the prescribed period of time is decided by a register time for storing the time which as been previously set.

The first half-wave count flag cf is a flag representing whether counting processing for the first half-wave counter ct is to be made or not. When the first half-wave count flat cf has been turned ON, the counting processing for the first half-wave counter ct is made, while the counting processing for the first half-wave counter ct is not made in the case when the first half-wave count flat cf has been turned OFF.

A maximum value detection flag mf is a flag representing whether detection processing for the maximum value of input data is to be made or not. When the maximum value detection flag mf has been turned ON, the detection processing for the maximum value is made, while the detection processing for the maximum value is not made, in the case when the maximum value detection flag mf has been turned OFF.

In either the case where the processing in step **S910** has been completed or the case where it has been judged that the leading edge had not been detected in the step **S904**, the procedure proceeds to step **S912** wherein it is judged whether or not the first half-wave count flag has been turned ON.

It is to be noted herein that the step **S912**, step **S914**, step **S916**, and step **S918** relate to first half-wave count processing. In other words, the first half-wave count flag cf is turned ON from the step **S912**, and the first half-wave counter ct is incremental until the first half-wave is completed.

6,121,538

<table>
<tr><td>11</td><td>12</td></tr>
</table>

More specifically, when it is judged that the first half-wave count flag has not been turned ON, i.e., the first half-wave count flag has been turned OFF, the procedure jumps to step S920 without accompanying the processing in the step S916, the step S916, and the step S918.

On the other hand, when it is judged that the first half-wave count flag has been turned ON in the step S912, it is judged whether or not the first half-wave has been completed (step S914). Then, when it is judged that the first half-wave has not been completed, the first half-wave counter ct is made incremental (step S916), while when it is judged that the first half-wave has been completed, the first half-wave count flag cf is turned ON (step S918), and the procedure proceeds to the step S920.

The completion of the first half-wave in the step S914 corresponds to a point of time where the sampling data cross **0** (zero). Judgment whether the sampling data have crossed **0** (zero) or not may be made at the point of time when sign of the sampling data S turns, the contents of the judgment being such that the sampling data have crossed **0** (zero).

In the step S920, it is judged whether the maximum value detection flag mf has been turned ON or not, and as a result, when it is judged that the maximum value detection flag mf has not been turned ON, i.e., it is judged that the maximum value detection flag mf has not been turned OFF, the DSP percussion signal processing routine is completed without taking a further step any more.

On the other hand, when it is judged that the maximum value detection flag mf has been turned ON, it is further judged whether or not a timer T is larger than the register time (step S922).

As a result, when the timer T is equal to or less then the register time, in other words, during a period where the maximum value detection flag mf has been turned ON and the time T is equal to or less than the register time in the step S922, the maximum value detection processing is executed in step S924 and step S926.

More specifically, the timer T is made incremental (step S924), the maximum value max is compared with the absolute value of the sample data S to rewrite the larger value into the maximum value max (step S916), and the DSP percussion signal processing routine is completed.

Therefore, the maximum value max corresponds to the maximum value of a percussion signal within a prescribed time and decided by the register time.

Furthermore, when the maximum value detection processing is completed as a result of such judgment that the timer T is larger than the register time in the step S922, the maximum value detection flag mf is turned OFF (step S928).

Then, the first half-wave counter ct is converted into a percussion point positional information AP by employing table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP (step S930).

It is to be noted herein that the table 1 which is a percussion point positional table for converting a first half-wave count value being a value of the first half-wave counter ct into the percussion point positional information AP is selected in accordance with head type or tuning type.

The head type is decided in response to a size of the head **12** so that TOM 1, TOM 2, and SNARE are established in the present electronic percussion instrumental system. On one hand, the tuning type is decided in accordance with a tuning state of the head **12**, i.e., in response to tension of the head **12** so that "lose", "medium" and "tight" are established in the present electronic percussion instrumental system.

As described above, since three kinds of the head type and three kinds of the tuning type have been established in the present electronic percussion instrumental system, so that the table 1 of total nine kinds is provided.

In FIG. 15, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 1. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

When completed the processing in the step 930, the procedure proceeds to step S932 wherein the percussion point positional information AP is converted into a percussion force correcting coefficient K by employing a table 2 which is a percussion force correcting table for converting the percussion positional information AP obtained in the step S930 into the percussion force correcting coefficient K (step S932).

It is to be noted herein that the table 2 which is the percussion force correcting table for converting the percussion positional information AP is selected in response to head type and tuning type as in the case of the table 1.

As described above, since three kinds of the head type, i.e., TOM 1, TOM 2, and SNARE as well as three kinds of the tuning type, i.e., "loose", "medium, and "tight" have been established in the present electronic percussion instrumental system, so that the table 2 of total nine kinds is provided.

In FIG. 16, characteristics of the respective tuning types of loose, medium, and tight are indicated in the case where the head type is SNARE in respect of the table 2. A position of percussion point A (center), a position of percussion point B (intermediate), and a position of percussion point C (outer circumference) in the percussion point positional information AP correspond to the position of percussion point A, the position of percussion point B, and the position of percussion point C in FIG. 10, respectively.

For instance, in the example shown in FIG. 16, when the tuning type is loose, "K=1" in the position of percussion point A (center), "K=4/3" in the position of percussion point B (intermediate), and "K=3" in the position of percussion point C (outer circumference).

These head types and tuning types may be represented by numerical values, and further the table 1 as well as the table 2 are not limited to the nine kinds, respectively.

When the processing in the step S932 is completed, the procedure proceeds to step S934 wherein compensation arithmetic processing in which the maximum value max is multiplied by the percussion force correcting coefficient K is conducted to calculate compensated percussion force information V.

When completed the step S934, the procedure proceeds to step S936 wherein a sounding flag gf in the CPU 24 is turned ON, the percussion point positional information AP and the percussion force information V are set in the CPU 24, and the DSP percussion signal processing routine is completed.

Then, the tuning processing routine executed by the CPU in the step S808 will be described by referring to FIG. 17.

In this tuning processing routine, it is judged whether or not there was an indication of change in a head type or a tuning type by operating a head type setting operation key (key for setting the head type) or a tuning type setting operation key (key for setting the tuning type) contained in the group of operation keys **30** (step S1402). At the time of

6,121,538

**13**

turning on the power, a register head storing a head type and a register tuning storing a tuning type are also set in response to the initialized state of the head type setting operation key and the tuning type setting operation key in accordance with the processing of initialization in the step **S802**, respectively.

After such judgment that change of head type or tuning type had been indicated by the operation of the head type setting key or the tuning type setting key of the group of operation keys **30** in the step **S1402**, it is judged whether or not the change of head type has been indicated (step **S1404**).

When it was judged that the change of head type had been indicated, stored contents of the register head are changed in accordance with this indication of change (step **S1406**).

In either the case where the processing in step **S1406** has been completed, or the case where it was judged that the change of head type had not been indicated in the step **S1404**, it is judged whether or not the change of tuning type has been indicated (step **S1048**).

When it was judged that the change of tuning type had been indicated, the stored contents of the register tuning is changed in accordance with this indication of change (step **S1410**).

In either the case where the processing in step **S1410** has been completed, or the case where it was judged that the change of tuning type had not been indicated in the step **S1408**, the table **1** or the table **2** is selected in accordance with the stored contents of the register head or the register tuning, and it is set to the DSP **22** (step **S1412**).

As a result of conducting the procedure as described above, in either the case where the processing in step **S1412** has been completed, or the case where it was judged that both the head type setting key or the tuning type setting key in the group of operation keys **30** had not been operated so that no change of the head type and the tuning type had not been indicated, the percussion point positional information AP sent out from the DSP **22** is displayed on the display unit **32** (step **S1414**). More specifically, the percussion point positional information AP set in the CPU in the DSP percussion signal processing routine is displayed on the display unit **32**.

In FIGS. **18**(*a*), **18**(*b*) and **18**(*c*) are shown examples of manner of displaying the percussion point positional information AP displayed on the display unit **32** in the step **S1414** wherein FIG. **18**(*a*) shows a first displaying example, FIG. **18**(*b*) shows a second displaying example, and FIG. **18**(*c*) shows marks representing a variety of percussion point positional information AP being displayed in a display column for the percussion point positional information AP in FIG. **18**(*b*), respectively. In FIGS. **18**(*a*) and **18**(*b*), it is arranged in such that numbers which have been previously assigned to respective tuning types are displayed in the displaying column of tuning type.

In FIG. **18**(*a*), "CENTER" indicates the center position of the head **12**, and "RIM" indicates a position of the rim **16**. Furthermore, a black triangle is a mark indicating the percussion point positional information AP, while a white triangle is a tuning reference mark indicated in a position corresponding to the percussion point positional mark M indicated in the head **12** (see FIG. **20**).

Since a position between the center "CENTER" and the rim **16** "RIM" in the head **12** is decided by the percussion point positional information AP, the position thus decided is indicated by a black triangle.

Furthermore, the tuning reference mark represented by a white triangle shows a position corresponding to the percussion point positional mark M indicated in the head **12** shown in FIG. **20** as described above. Namely, since the

**14**

percussion point positional mark M shown in FIG. **20** is indicated at the position of intermediate point between the center "CENTER" and the rim **16** (RIM) in the head **12**, the tuning reference mark represented by a white triangle is also indicated at the intermediate point between the "CENTER" and the "RIM" in FIG. **18**(*a*).

The manner for displaying the percussion point positional information AP on the display **32** is not limited to the examples shown in FIGS. **18**(*a*), **18**(*b*), and **18**(*c*), but it may be indicated by either numerical values or a bar graph as in a level indication.

When completed the processing in the step **S1414**, it is judged whether or not a termination key in the group of operation keys **30** has been operated (step **S1416**), so that if it was judged that the termination key in the group of operation keys **30** had not been operated, the procedure returns to the step **S1402**, and the processing is repeated.

On the other hand, if it was judged that the termination key in the group of operation keys **30** had been operated in the step **S1416**, the procedure returns to the main routine.

Then, a normal performance processing routine executed by the CPU **24** in the step **S814** will be described by referring to FIG. **19**.

In the normal performance processing routine, it is first judged whether or not a level key (key for setting a volume of sounding musical tone), a tone color key (key for setting tone color of sounding musical tone), or a tuning key (key for setting a pitch of sounding musical tone) contained in the group of operation keys **30** has been changed. At the time when the power is turned on, a register level for storing level, a register tone for storing tone color, and a register pitch for storing pitch are set in response to the initialized state of the level key, the tone color setting key, and the tuning key, respectively, in accordance with the initialization processing in the step **S802**.

In the step **S1602**, when it was judged that the level key, the tone color setting key, or the tuning key in the group of operation keys **30** had been changed, then, it is judged whether the level key has been changed or not (step **S1604**).

In this case, if it was judged that the level key had been changed, the stored contents in the register level are changed in accordance with the former change (step **S1606**).

In either the case where the processing in step **S1606** has been completed, or the case where it was judged that the level key had not been changed in the step **S1604**, it is judged whether or not the tone color key has been changed (step **S1608**).

In this case, when it was judged that the tone color key had been changed, stored contents of a register tone are changed in accordance with the former change, and a start address and an end address of waveform data corresponding to the stored contents of the register tone are set in the sound source IC **34** (step **S1610**).

In either the case where the processing in step **S1610** has been completed, or the case where it was judged that the tone color key had not been changed in the step **S1608**, it is judged whether or not the tuning operation key has been changed (step **S1612**).

Is is to be noted that the "tuning" in this step **S1612** is different from the above described tuning of the head, and it means that a pitch is adjusted with respect to sounding musical tone (sound of a percussion instrument).

In this case, when it was judged that the tuning key had been changed, stored contents of the register pitch are changed in accordance with the former change, and the pitch information corresponding to the stored contents of the register pitch are set to the sound source IC **34** (step **S1614**).

6,121,538

15

When the processing in step S1614 has been completed as a result of conducting the procedure as described above, or it was judged that the tuning key had not been operated in the step S1612, or in the case where any of the level key, tone color setting key, or the tuning key in the group of operation keys 30 had not been changed, then, it is judged whether or not a sounding flag gf is turned ON (step S1616).

Specifically, it is judged whether or not sounding has been instructed as a result of turning ON the sounding flag gf of the CPU 24 in the step S936 of the DSP percussion signal processing routine.

In this case, if it was judged that the sounding flag gf had been turned ON, the results of arithmetic computations of "level×V" are set to the sound source IC 34 as the level information (step S1618). More specifically, values stored in the register level which has been set by a level key are multiplied by percussion force information V to calculate a sounding level, and the results of this arithmetic computations are set to the sound source IC 34 as the level information.

When completed the processing in the step S1618, the percussion point positional information AP is converted into a filter coefficient for controlling filter characteristics, and the converted information is set in the sound source IC 34 (step S1620). More specifically, when the converted information is set to the IC 34 after converting the percussion point positional information AP into the filter coefficient for controlling filter characteristics, tone colors corresponding to the positions of percussion point can be obtained. It is to be noted that the processing for obtaining tone colors corresponding to the positions of percussion point is not limited to that illustrated in the step S1620, but the processing in the step S1620 may be replaced by either a manner wherein waveforms to be read out are switched or a manner wherein a mixed ratio of a plurality of waveforms is changed.

When the processing in the step S1620 is completed, the sounding flag gf is turned OFF (step S1622). In other words, as a result of conducting the procedure as described above, the sounding flag is turned OFF.

In either the case where the processing in the step S1622 has been completed, or the case where it was judged that the sounding flag gf had been turned OFF in the step S1616, it is judged whether or not the termination key in the group of operation keys 30 has been operated (step S1624), so that if it was judged that the termination key of the group of operation keys 30 had not yet been operated, the procedure returns to the step S1602 to repeat the processing.

On the other hand, when it was judged that the termination key in the group of operation keys 30 had been operated, the procedure returns to the main routine.

The processing for sounding musical tones from the present electronic percussion instrumental system to the outside is carried out by controlling the sound source IC 34.

In the following, a typical operational procedure for tuning operation of the head 12 will be described by referring to the flowchart shown in FIG. 21. The flowchart of FIG. 21 illustrates the operational procedure of the tuning operation effected by a user after selecting the tuning mode by the user.

Namely, when the user selects the tuning mode, then he or she sets first a desired head type by operating a head type setting key in the group of operation keys 30 (step S1802), and thereafter, he or she sets a desired tuning type by the operation of a tuning type setting key of the group of operation keys 30 (step S1804).

In accordance with the operations in the steps S1802 and S1804, the processing specified in the respective steps

16

S1402, S1404, S1406, S1408, S1410, and S1412 contained in the tuning processing routine executed by the CPU shown in FIG. 17 is conducted.

Then, in this tuning operation, a mark M at the position of percussion point in the head 12 which is placed at a position close to the engaging pin 54 in operation is percussed (step S1806). It is to be noted that the procedure on and after the step S1806 becomes actual tuning operations.

In the step S1806, when the mark M at the position of percussion point of the head 12 is percussed, the percussion point positional information AP sent from the DSP 22 as a result of execution of percussion signal processing routine shown in FIG. 12 is displayed on the display unit 32 in the step S1414 contained in the tuning processing routine executed by the CPU shown in FIG. 17.

In this case, it is confirmed that a black triangle indicating the percussion point positional information AP due to the result of the percussion in the step S1806 has been displayed at which position by visual observation of the display unit 32 (step S1808).

Then, it is judged whether or not there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and a white triangle indicating the tuning reference mark (step S1810).

In this case, when it is judged that there is a misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, the engaging pin 54 is adjusted so as to cancel the aforesaid misregistration, thereby carrying out tuning for adjusting tension of the head 12 (step S1812).

Thus, after completing the operation in the step S1812, the procedure returns to the step S1806 and the operation is repeated.

On the other hand, if it was judged that there was no misregistration between the position of the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark, then it is judged whether the tuning operation has been completed or not (step S1814). In this case, the judgment whether or not the tuning operation has been completed is specifically a judgment whether or not tuning operations of all the engaging pins 54 have been completed.

In this case, when it was judged that the tuning operations had not been completed, the procedure returns to the step S1806 to perform tuning operations with respect to the engaging pins 54 to which have not yet been subjected the tuning operations.

On the contrary, when it was judged that the tuning operations had been completed, the procedure of the tuning operation is finished.

It is to be noted that the above described manner of practice may be modified as follows.

(1) As shown in FIG. 22, the head 12 is fixed to either side of the opening of the barrel section 50, while the head of an acoustic drum (cannot be found in FIG. 22) may be fixed to the other side of the opening of the barrel section. In this case, when the head 12 is percussed, the head of acoustic drum positioned on the opposite side resonates to sound at an appropriate volume. Accordingly, when compared with the case where only the head 12 is fixed to the barrel section 50, a player can perform the percussion instrument with much more close feeling to that of acoustic drum.

(2) As shown in FIG. 23, to the outer circumference of the head 12 composed of the first net 56 and the second net 58 may be bonded an annular film 112. In this case, since a ratio of opening in the first net 56 and the second 58 of the head

6,121,538

17

12 becomes low in comparison with that of the above described manner of practice, the percussion sound becomes larger than that of the above described manner of practice. For this reason, a player can perform the resulting percussion instrument with much more close feeling to that of acoustic drum. Furthermore, when an area of the film 112 to be bonded to the first net 56 and the second net 58 in the head 12 is allowed to vary, the volume in percussion can be controlled. Moreover, stitches may be filled with an adhesive to bond the first net 56 to the second net 58 in place of bonding of the film 112.

(3) The net-like raw material is not limited to a two-ply plane weave net, but one-ply or three- or more ply net may also be used. Furthermore, a weaving manner of net is not limited merely to plane weave. In the case where a net-like raw material is composed of a single net, it is preferred to use a triaxially woven net which balances tension not only in the crossed direction of woven fibers, but also in an oblique direction.

(4) A shape of the cushioning member 80 in the head sensor 14 is not limited to the frustoconical shape, but a truncated pyramid shape may be adopted.

(5) A constitution of the sound source is not limited to the above described wave-form read-out system, but sound sources of a variety of systems may be employed. Furthermore, a PCM source sounding PCM sampling sounds is not used, but a resonator composed of oscillator and the like may be used, otherwise audio signals input from the outside may also be employed.

(6) While the percussion point positional information AP has been displayed on the display 32 in the above described manner of practice, instead of the display, it may be adapted to sound such sound signal having a pitch corresponding to the percussion point positional information AP.

(7) Although the percussion point positional mark M indicated on the top of the head 12 has been configured in the circular shape as shown in FIG. 20 in the above described manner of practice, a shape of the percussion point positional mark M is not limited to the circular shape as shown in FIG. 20, but, for example, the percussion point positional mark M may be indicated by points of a prescribed number as shown in FIG. 24(a). Moreover, a region of the head 12 is classified by coloring as shown in FIG. 24(b) (It is to be noted in FIG. 24(b) that a shaded portion of the region of the head 12 is represented by a different color from that of the other (no shaded) portion), and the boundary portion classified by coloring may be used as the percussion point positional mark M.

(8) While it has been arranged in such that the tuning reference mark represented by white triangle shown in FIG. 18(a) is indicated in response to the percussion point positional mark M of the head 12 in the above described manner of practice, the invention is not limited thereto, but, for instance, it may be arranged in such that information for indicated position by a white triangle may be stored as the tuning reference data together with the table 1 and the table 2 which are selected in accordance with the head type or the tuning type set in the tuning processing routine executed by the CPU shown in FIG. 17.

(9) Although the black triangle indicating the percussion point positional information AP and the white triangle indicating the tuning reference mark corresponding to the percussion point positional mark M of the head have been displayed on the display unit 32 in the above described manner of practice as shown in FIG. 18(a), a displaying manner on the display unit 32 is not limited thereto, but, for example, a deviation between the above described tuning

18

reference data and the detected percussion point positional information AP may be displayed as shown in FIG. 25.

Specifically, the manner may be carried out in such a way that tuning reference data are read out in case of the processing for displaying the percussion point positional information AP in the step S1414 of the tuning processing routine executed by the CPU shown in FIG. 17, a deviation between the tuning reference data and the percussion point positional information AP is calculated, and the deviation represented by the calculated result is displayed on the display unit 32. If it has been adapted to display "0" on the display unit 32 in case of no deviation, it means that tuning is matched in the case when indication "0" is displayed on the display unit 32.

(10) As a displaying manner in the display unit 32, there are a manner wherein it may notify that the tuning is matched in the case when a difference between the tuning difference data and the percussion point positional information AP reaches a prescribed value or lower, and a manner wherein a difference between the tuning reference data and the percussion point positional information AP may be displayed in accordance with cent indication as utilized in a tuning device for stringed instruments such as guitar and the like in addition to the manners described above.

Since the present invention has been constituted as described above, it provides such an excellent advantage that a percussion detecting apparatus, which is excellent in percussion feeling, and the percussion sounds of which are very small, in electronic percussion instrumental system can be realized.

Furthermore, since the indication corresponding to a percussion position of the head has been made in the present invention, such an excellent advantage that correct tuning can easily be carried out in case of tuning the head is obtained.

Moreover, since a variation in tension of the head due to tuning of the head has been compensated in the present invention, such an excellent advantage that correct percussion position can be detected is obtained.

Still further, since a tuning operation can be conducted by a user in accordance with such a manner that a place marked with a percussion point positional mark is percussed by the user, and the result detected at that time by the detecting means for position of the percussion point is confirmed while watching the display means in the present invention, such an excellent advantage that tuning operation can simply be carried out without relying upon user's sense is obtained.

It will be appreciated by those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof.

The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes that come within the meaning and range of equivalents thereof are intended to be embraced therein.

The entire disclosure of Japanese Patent Applications No. 8-193986 filed on Jul. 4, 1996, No. 9-15846 filed on Jan. 13, 1997 and No. 9-15847 filed on Jan. 13, 1997 including specification, claims, drawings and summary are incorporated herein by reference in their entirety.

What is claimed is:

1. An electronic percussion instrument system comprising:

a drum head;

a barrel section equipped with a plurality of engaging pins which provide a tension on said drum head;

6,121,538

**19**

a supporting material disposed within the barrel section, adjacent, but spaced, from said head;

a cushioning member composed of an elastic material disposed in contact with said head; and

a transducer for transducing percussion upon said head to electric signal, the transducer being supported by the supporting material within the barrel section, with the transducer located between the head and the supporting material, and the cushioning member located between the head and the transducer.

**2.** An electronic percussion instrument system and recited in claim **1**, wherein said drum head comprises a net-like material having openings through which air passes.

**3.** An electronic percussion instrument system as recited in claim **1**, wherein said transducer outputs an electric signal corresponding to a percussion point of said head.

**4.** An electronic percussion instrument system as recited in claim **1**, wherein

the barrel section and the head define a common center axis;

the supporting material is positioned to cross the common center axis; and

the cushioning member is in contact with the head at the common center axis.

**5.** An electronic percussion instrument system comprising:

a drum head;

a barrel section equipped with a plurality of engaging pins which provide a tension on said drum head;

a supporting material disposed in the barrel section, in a plane which is substantially parallel to said head;

a cushioning member composed of a frustoconical shaped elastic material disposed in contact with said head; and

a transducer for transducing percussion upon said head to electric signal, the transducer being supported by the supporting material within the barrel section, the cushioning member being arranged between the head and the transducer.

**6.** An electronic percussion instrument system comprising:

a barrel section having a first end;

a head composed of a flexible material disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact;

a support member disposed within the barrel section; and

a head sensor comprising a cushioning member and a transducer supported by the support member within the barrel section, with the transducer located between the head and the support member and with the cushioning member in contact with the flexible material and the transducer, the transducer for providing an electric signal in response to a percussion impact on the percussion surface.

**7.** An electronic percussion instrument system as recited in claim **6**, wherein:

the barrel section and the head define a common center axis;

the support member is positioned to cross the common center axis; and

the cushioning member is in contact with the head at the common center axis.

**8.** An electronic percussion instrument system as recited in claim **6**, wherein said flexible material of the head

**20**

comprises net-like material having first and second net members, each net member comprising a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged fiber sections interweaved with the longitudinally arranged fiber sections.

**9.** An electronic percussion instrument system as recited in claim **8**, wherein, within each of said first and second nets, said longitudinally arranged fiber sections and said transversely arranged fiber sections are arranged perpendicular to each other.

**10.** An electronic percussion instrument system as recited in claim **9**, wherein said first and second nets are arranged adjacent each other, with said longitudinally directed fiber sections of said first net crossing the longitudinally directed fiber sections of said second net in an oblique angle.

**11.** An electronic percussion instrument system as recited in claim **10**, wherein said first and second net members are laminated together.

**12.** An electronic percussion system as recited in claim **6**, wherein said flexible material of the head comprises a net-like material defining a plurality of air passages.

**13.** An electronic percussion instrument system as recited in claim **12**, wherein said head further comprises a annular frame to which said net-like material is bonded, and wherein said frame is disposed over the first end of the barrel section.

**14.** An electronic percussion instrument system as recited in claim **13**, further comprising a annular rim disposed over the annular frame and a plurality of tensioning pins disposed on the barrel section in engagement with the annular rim, for adjusting the tension of the net-like material.

**15.** An electronic percussion instrument system as recited in claim **6**, wherein:

said flexible material of the head comprises a net-like material;

said net-like material comprises first and second net members;

said first net member defines said percussion surface and a second surface opposite the percussion surface;

said second net member defines first and second surfaces, with the first surface of the second net member facing the second surface of the first net member; and

said cushioning member is provided in contact with the second surface of the second net member.

**16.** An electronic percussion instrument system as recited in claim **15**, wherein said first and second net members are laminated together.

**17.** An electronic percussion instrument system as recited in claim **16**, wherein:

the barrel section and the head define a common center axis;

the support member is positioned to cross the common center axis; and

the cushioning member is in contact with the head at the common center axis.

**18.** An electronic percussion instrument system, comprising:

a barrel section having a first end;

a head composed of a flexible material disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact;

a support member disposed within the barrel section; and

a head sensor comprising a cushioning member and a transducer supported by the support member within the barrel section, with the cushioning member in contact

6,121,538

21

with the flexible material, the transducer for providing an electric signal in response to a percussion impact on the percussion surface;

wherein the cushioning member defines a first surface area in contact with the flexible material and a second surface area in contact with the transistor and wherein the first surface area is smaller than the second surface area.

**19**. An electronic percussion instrument system as recited in claim **18**, wherein the cushioning member is composed of an elastic material.

**20**. An electronic percussion instrument system, comprising:

a barrel section having a first end;

a head composed of a flexible material disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact;

a support member disposed within the barrel section; and

a head sensor comprising a cushioning member and a transducer supported by the support member within the barrel section, with the cushioning member in contact with the flexible material and the transducer, the transducer for providing an electric signal in response to a percussion impact on the percussion surface;

wherein the cushioning member has a small diameter end and a large diameter end.

**21**. An electronic percussion instrument system as recited in claim **20**, wherein the cushioning member is composed of an elastic material.

**22**. An electronic percussion instrument system as recited in claim **20**, wherein the small diameter end of said cushioning member is disposed adjacent the flexible material of the head and the large diameter end of said cushioning member is disposed adjacent the transducer.

**23**. An electronic percussion instrument system as recited in claim **20**, wherein said cushioning member further comprising a first cushioning tape disposed between the small diameter end of the cushioning member and the flexible material and a second cushioning tape disposed between the large diameter end of the cushioning member and the transducer.

**24**. An electronic percussion instrument system as recited in claim **23**, wherein said transducer comprises a disc-shaped piezoelectric element defining at least one node diameter and wherein said second tape has a diameter coinciding with a node diameter of the piezoelectric element.

**25**. An electronic percussion instrument system as recited in claim **20**, wherein the cushioning member comprises a frustoconical-shaped member.

**26**. An electronic percussion instrument system comprising:

a barrel section having a first end;

a head composed of a flexible material disposed in a tensioned state across the first end of the barrel section to define a percussion surface for receiving a percussion impact;

a support member disposed within the barrel section; and

a head sensor comprising a cushioning member and a transducer supported by the support member within the barrel section, with the cushioning member in contact with the flexible material and disposed between the head and the transducer, the transducer for providing an

22

electric signal in response to a percussion impact on the percussion surface;

wherein said flexible material of the head comprises a net-like material defining a plurality of air passages;

wherein said head further comprises an annular frame to which said net-like material is bonded and wherein said frame is disposed over the first end of the barrel section;

wherein said system further comprises an annular rim disposed over the annular frame and a plurality of tensioning pins disposed on the barrel section in engagement with the annular rim, for adjusting the tension of the net-like material; and

wherein the annular rim defines a second percussion surface for receiving a percussion impact, and said system further comprises a rim-shot sensor disposed on the barrel section for providing an electric signal in response to and corresponding to a percussion impact on the annular rim.

**27**. An electronic percussion instrument system as recited in claim **26**, wherein said annular rim has a padded surface which defines the second percussion surface.

**28**. An electronic percussion instrument system as recited in claim **26**, wherein said rim-shot sensor comprises a piezoelectric element bonded to the barrel section.

**29**. A method of making an electronic percussion instrument system, comprising:

providing a flexible material in a tensioned state across the first end of a barrel section to define a percussion surface for receiving a percussion impact;

disposing a support member within the barrel section;

mounting a head sensor composed of a cushioning member and a transducer to the support member, with the transducer located between the flexible material and the support member, the transducer comprising a device for providing an electric signal in response to a percussion impact; and

contacting the cushioning member to the flexible material, to allow communication of a percussion impact on the percussion surface of the flexible material to the transducer.

**30**. A method as recited in claim **29**, wherein:

the barrel section defines a center axis;

the step of disposing a support member comprising disposing the support member in a position to cross the center axis of the barrel section; and

the step of contacting comprises providing the cushioning member in contact with the flexible material at the center axis of the barrel section.

**31**. A method as recited in claim **29**, wherein said flexible material comprises a net-like material defining a plurality of air passages.

**32**. A method as recited in claim **31**, wherein said net-like material comprises first and second net members, each net member comprising a plurality of longitudinally arranged fiber sections and a plurality of transversely arranged fiber sections interweaved with the longitudinally arranged fiber sections.

**33**. A method as recited in claim **32**, wherein said first and second net members are laminated together.

**34**. A method of making an electronic percussion instrument system, comprising:

providing a flexible material in a tensioned state across the first end of a barrel section to define a percussion surface for receiving a percussion impact

disposing a support member, within the barrel section;

6,121,538

23

mounting a head sensor composed of a cushioning member and a transducer to the support member, the transducer comprising a device for providing an electric signal in response to a percussion impact; and

contacting the cushioning member to the flexible material, to allow communication of a percussion impact on the percussion surface of the flexible material to the transducer;

wherein the cushioning member defines a first surface area in contact with the flexible material and a second surface area in contact with the transducer and wherein the first surface area is smaller than the second surface area.

**35**. A method of making an electronic percussion instrument system, comprising:

providing a flexible material in a tensioned state across the first end of a barrel section to define a percussion surface for receiving a percussion impact

disposing a support member within the barrel section;

mounting a head sensor composed of a cushioning member and a transducer to the support member, the transducer comprising a device for providing an electric signal in response to a percussion impact; and

contacting the cushioning member to the flexible material, to allow communication of a percussion impact on the percussion surface of the flexible material to the transducer;

wherein the cushioning member is composed of an elastic material.

**36**. A method of making an electronic percussion instrument system, comprising:

providing a flexible material in a tensioned state across the first end of a barrel section to define a percussion surface for receiving a percussion impact

disposing a support member within the barrel section;

mounting a head sensor composed of a cushioning member and a transducer to the support member, the trans-

24

ducer comprising a device for providing an electric signal in response to a percussion impact; and

contacting the cushioning member to the flexible material, to allow communication of a percussion impact on the percussion surface of the flexible material to the transducer;

wherein the cushioning member has a small diameter end and a large diameter end.

**37**. A method as recited in claim **36**, wherein the small diameter end of said cushioning member is disposed adjacent the flexible material and the large diameter end of said cushioning member is disposed adjacent the transducer.

**38**. A method as recited in claim **36**, wherein the cushioning member comprises a frustoconical-shaped member.

**39**. An electronic percussion instrument system comprising:

a barrel section having a first end provided with an opening;

a head composed of a flexible material disposed in a tensioned state across the opening on the first end of the barrel section to define a percussion surface for receiving a percussion impact and a second surface facing opposite the percussion surface, the second surface defining a surface area spanning the opening on the first end of the barrel section;

a support member disposed within the barrel section; and

a head sensor comprising a cushioning member and a transducer supported by the support member within the barrel section, with the cushioning member in contact with a portion of, but substantially less than the entire surface area of the second surface of the flexible material and disposed in communication with the transducer, such that the transducer provides an electric signal in response to a percussion impact on the percussion surface.

\*    \*    \*    \*    \*

# EXHIBIT F

US006881885B2

## (12) United States Patent
Yoshino et al.

(10) Patent No.: **US 6,881,885 B2**
(45) Date of Patent: **Apr. 19, 2005**

(54) **ELECTRONIC PAD WITH VIBRATION ISOLATION FEATURES**

(75) Inventors: **Kiyoshi Yoshino**, Hamamatsu (JP); **Masato Katsuda**, Hamamatsu (JP)

(73) Assignee: **Roland Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 38 days.

(21) Appl. No.: **10/623,413**

(22) Filed: **Jul. 18, 2003**

(65) **Prior Publication Data**

US 2004/0016339 A1 Jan. 29, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/935,275, filed on Aug. 22, 2001, now Pat. No. 6,632,989.

(30) **Foreign Application Priority Data**

Aug. 22, 2000 (JP) ........................................ 2000-250765
Jan. 5, 2001 (JP) ........................................ 2001-00318

(51) **Int. Cl.**[7] ............................................... G10D 13/08
(52) **U.S. Cl.** ........................................... 84/402; 84/723
(58) **Field of Search** ...................... 84/402–410, 411 R, 84/411 A, 411 M, 411 P, 412–421, 422.1–422.4, 723–746, DIG. 12, DIG. 24

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,102,235 A     7/1978   Le Masters

4,479,412 A    10/1984   Klynas
4,581,973 A     4/1986   Hoshino
5,105,710 A     4/1992   Rothmel
5,262,585 A    11/1993   Greene et al.
5,293,000 A     3/1994   Adinolfi
5,492,047 A     2/1996   Oliveri
5,493,942 A     2/1996   Wolf
5,915,289 A     6/1999   Hart
5,922,980 A     7/1999   Arteaga
6,031,176 A     2/2000   Tanaka
6,331,667 B1   12/2001   Kuppers

*Primary Examiner*—Jeffrey W Donels
(74) *Attorney, Agent, or Firm*—Foley & Lardner LLP

(57) **ABSTRACT**

The present invention is intended to provide an electronic cymbal having improved accuracy for detecting a striking force and a striking position without hampering a striking sensation and an appearance. A piezoelectric sensor **5** and a cup portion sheet sensor **8** provided on a portion of a cup portion formed into a dome shape at a center of a cover **2** on a first frame **3** having the cover **2** formed out of a soft material, the cover **2** spreading to contact with an upper surface of the first frame **3**, and an edge upper portion sheet sensor **7** and an edge lower portion sheet sensor **6** provided on an outer peripheral edge portion **3b** formed to be lowered by a step are provided, and a center of a second frame **4** is supported by a cymbal stand (shaft) **10** penetrating an opening portion at a center of the first frame **3**.

**47 Claims, 11 Drawing Sheets**





Fig.1

Case 1:17-cv-22405-FAM   Document 154   Entered on FLSD Docket 11/02/2018   Page 216 of 275



Fig.2



Fig. 3

Case 1:17-cv-22405-FAM   Document 154   Entered on FLSD Docket 11/02/2018   Page 218 of 275



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig.11

US 6,881,885 B2

1

# ELECTRONIC PAD WITH VIBRATION ISOLATION FEATURES

## RELATED APPLICATIONS

The present application is a continuation of application Ser. No 09/935,275, filed Aug. 22, 2001, now U.S. Pat. No. 6,637,989, the disclosure of which is incorporated by reference in the present application.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an electronic pad used as an electronic percussion instrument.

2. Description of Related Art

There is known hitherto a disk-shaped acoustic cymbal made of brass, phosphor bronze or the like.

FIG. 11 shows an acoustic cymbal.

This acoustic cymbal 130 has an edge portion 101 which is an outer peripheral edge portion, a bow portion 102 which is an intermediate portion and a convex cup portion 103 which is a central portion. Here, if the edge portion 101 of the acoustic cymbal is struck with a percussion member such as a stick, a tone called a crash tone having a noise component is obtained. This tone is used to put emphasis in a musical performance. Also, if the bow portion is struck, a tone so-called legato tone or ride tone is obtained. This tone is used to add rhythm to a musical performance. Further, if the cup portion 103 is struck, a tone so-called a cup tone or a bell tone having many treble components is obtained. This tone is used to add rhythm to a musical performance. In this way, different tones can be obtained from the edge portion 101, the bow portion 102 and the cup portion 103 of the acoustic cymbal 130, respectively. It is, therefore, possible to expand a performance presentation by striking the edge portion 101, the bow portion 102 and the cup portion 103 separately. However, since the acoustic cymbal of this type produces loud sound when struck with a percussion member, it is inappropriate to be used for practice in an ordinary household. Further, since the tones cannot be changed, preparation of a plurality of types (i.e., sizes, materials and shapes) of cymbals is required.

In recent years, an electronic cymbal imitating the above-stated acoustic cymbal has been widely used. This electronic cymbal detects the striking position and the striking force of a stick or the like by means of a striking sensor, controls a sound source based on the detected striking position and striking force and thereby produces a cymbal sound (electronic percussion sound). The electronic cymbal can, therefore, advantageously lower the volume of the striking sound. As the electronic cymbal of this type, there are proposed an electronic cymbal made of hard resin such as ABS and enabling a striking sound for which volume is to be lowered produced from the electronic cymbal itself and an electronic cymbal (see Japanese Patent Unexamined Application Publication No. 10-207451) made by combining two disk-shaped frames having different sizes so as to enhance a sense of performance and a performance quality. In addition, there are proposed an electronic cymbal (see Japanese Utility Model Examined Application Publication No. 4-3358) wherein a cushion material is bonded to and a striking sensor is attached to the surface of a disk-shaped metallic cymbal and a cymbal sound according to the output of the striking sensor is produced, and an electronic cymbal (see Japanese Patent Unexamined Application Publication Nos. 11-184459 and 11-272266) enabling a striking sound

(or vibration sound) for which volume is to be lowered without decreasing a striking sensation by providing many small holes bored in a disk-shaped metallic cymbal and the like.

Nevertheless, the above-stated electronic cymbal formed out of hard resin disadvantageously has a problem in that the striking sensation is different from that of an acoustic cymbal. The electronic cymbal made by a combination of two disk-shaped frames is disadvantageous visually.

Furthermore, the electronic cymbal having the cushion material bonded to the surface of the disk-shaped metallic cymbal and the striking sensor attached to the surface thereof and producing a cymbal sound has disadvantages in that, for example, it is difficult to detect a striking position (region) since a vibration wave contains many high frequency components and, therefore, tones are lacking in variation. Furthermore, since the output of the striking sensor largely differs between a case where the portion right above the sensor is struck and a case where portions other than this portion are struck, the sensitivity distribution of the striking sensor appears bad, so that it is disadvantageously difficult to detect a striking force with high accuracy.

Moreover, the electronic cymbal having many small holes bored in the disk-shaped cymbal has disadvantages in that the sensitivity distribution of the striking sound is not well improved and the detection accuracy of the striking position is low, although this electronic cymbal has an improved striking sensation.

## SUMMARY OF THE INVENTION

The first electronic pad among electronic pads according to the present invention, which has been made to solve the above problems, is an electronic pad receiving a strike on an upper surface, detecting the strike and outputting a signal representative of the strike, the electronic pad characterized by comprising:

a disk-shaped first frame;

a striking sensor detecting the strike transmitted to the first frame; and

a second frame made of a softer material than a material for the first frame, supporting the first frame from below, having an attachment hole provided at a center and vertically penetrating the second frame, and supported by a pole of a stand supporting the electronic pad by inserting the pole into the attachment hole.

Here, in the first electronic pad, it is preferable that:

the first frame has a larger opening portion than the attachment hole of the second frame, the opening portion provided on a central portion of the first frame; and

that the second frame includes a head portion having the attachment hole and inserted into the opening portion from below in an upward direction, and a shoulder portion supporting a surrounding portion of the opening portion of the first frame from below, the surrounding portion surrounding the head portion.

Further, in the first electronic pad, it is preferable mode that the second frame has a concave portion around the attachment hole on a lower surface of the second frame, the concave portion having a trough extending in a predetermined direction and hollowed into a wedge shape, an upper surface of the concave portion has an insertion hole at a center and has such a shape as to protrude in a wedge shape having a ridge extending in the predetermined direction, the pole is inserted into the insertion hole to allow the second

US 6,881,885 B2

3

frame to be supported by a rotation stopper member fixed to the pole from below.

In this case, it is preferable that the concave portion is rockably fitted into the rotation stopper member with resulting play.

Also, the second electronic pad among the electronic pads according to the present invention attaining the above object is an electronic pad receiving a strike on an upper surface, detecting the strike, and outputting a signal representative of the strike, the electronic pad characterized by comprising:

a disk-shaped first frame;

a cover covering an upper surface of the first frame, having a cup portion formed on a central portion of the cover, a space formed between the cup portion and the upper surface of the first frame, the cover excluding the cup portion spreading to contact with the first frame; and

a striking sensor detecting the strike transmitted to the first frame through the cover.

Here, in the second electronic pad, it is preferable that the cover has a dome-shaped core on the central portion, thereby forming the cup portion on the central portion, and the cover excluding the core being formed out of a softer material than a material for the first frame.

In addition, in the second electronic pad, it is a preferable mode that the first frame has an outer peripheral edge portion formed downward by an annulus step; and

that a portion covering the outer peripheral edge portion of the cover is formed to be thick so that an upper surface of the cover becomes flat by absorbing the step.

Moreover, in the second electronic pad, it is a preferable mode that the cover has such a shape as to spread outside compared with a peripheral edge of the first frame and folded toward a rear surface side of the peripheral edge of the first frame.

Further, in the second electronic pad, it is preferable that the first frame has such a shape that a peripheral edge portion of the first frame is cut off over a predetermined angle range along a peripheral edge of the first frame; and

that a portion of the cover is formed out of more material per unit length along the peripheral edge than a material for a part covering an uncut part of the peripheral edge portion, the portion covering the cut-off portion of the peripheral edge portion of the first frame.

Furthermore, in the second electronic pad, it is preferable that the striking sensor adheres to a portion of the first frame, the portion covered with the cup portion formed on central portion of the cover.

In addition, it is preferable that the second electronic pad comprises a first sheet sensor formed on the first frame, provided on a portion put between the first frame and a dome-shaped peripheral edge formed on the central portion of the cover, extending in a circumferential direction, and detecting a strike applied to the cup portion. In this case, it is also a preferable mode that the first sheet sensor extends to only a portion in a circumferential direction.

Further, it is preferable that the second electronic pad comprises a second sheet sensor provided on an upper surface of a peripheral edge portion of the first frame, and extending to only a part in a circumferential direction.

The third electronic pad among the electronic pads according to the present invention attaining the above object, is an electronic pad receiving a strike on an upper surface, detecting the strike, and outputting a signal representative of the strike, the third electronic pad characterized by comprising:

4

a disk-shaped first frame;

a striking sensor detecting the strike transmitted to the first frame; and

a third sheet sensor provided on a lower surface of a peripheral edge portion of the first frame, extending in a circumferential direction, and detecting an operation with respect to the lower surface of the peripheral edge portion.

Here, in the third electronic pad, it is preferable that the third sheet sensor extends to only a part in the circumferential direction.

Further, the fourth electronic pad among the electronic pads according to the present invention attaining the above object is an electronic pad receiving a strike on an upper surface, detecting the strike, and outputting a signal representative of the strike; the fourth electronic pad characterized by comprising:

a disk-shaped first frame;

a cover covering an upper surface of the first frame, having a cup portion formed on a central portion, a space formed between the cover and the upper surface of the first frame, the cover excluding the cup portion spreading to contact with the first frame;

a striking sensor adhering to a portion of the first frame, the portion covered with the cup portion formed on the central portion of the cover;

a first sheet sensor formed on the first frame, provided at a portion put between the first frame and a dome-shaped peripheral edge portion formed on the central portion of the cover, and detecting a strike applied to the cup portion;

a second sheet sensor provided on an upper surface of a peripheral edge portion of the first frame, and detecting a strike applied to the peripheral edge portion; and

a third sheet sensor provided on a lower surface of the peripheral edge portion of the first frame, and detecting an operation with respect to the lower surface of the peripheral edge portion.

Here, it is preferable that the fourth electronic pad comprises:

a first jack outputting signals from a channel connected to the striking sensor and from a channel connected to the first and third sheet sensors; and

a second jack outputting signals from the channel connected to the striking sensor and from a channel connected to the second sheet sensor. In this case, it is preferable that the electronic pad is rockably attached to a pole around a predetermined horizontal axis; and

that the first jack and the second jack are provided near the horizontal axis. It is also a preferable mode that the electronic pad comprises a second frame formed out of a softer material than a material for the first frame, supporting the first frame from below, and supported by the pole; and

the first jack and the second jack are fixed to the second frame.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of an electronic pad used as an electronic cymbal in the first embodiment according to the present invention;

FIG. **2** shows a part of a cover covering the upper surface of the electronic pad;

FIG. **3** is a cross-sectional view of the electronic pad, which view is taken along line A—A of FIG. **1**;

US 6,881,885 B2

5

FIG. **4** is a cross-sectional view of the electronic pad, which view is taken along line B—B of FIG. **1**;

FIG. **5** is a perspective view showing the electronic pad from obliquely downward direction;

FIG. **6** is a conceptual view showing a state in which the electronic pad is struck;

FIG. **7** is a conceptual view showing a state in which the outer peripheral edge portion of the electronic pad is nipped with fingers to perform a silencing operation;

FIG. **8** is a wiring diagram of a jack section for transmitting an output signal from each sensor to a sound source;

FIG. **9** shows a state in which an electronic pad having a tip end portion employing a sharper rotation stopper member than a rotation stopper member shown in FIG. **1** is struck and inclined;

FIG. **10** shows an electronic pad in the second embodiment according to the present invention and showing a state in which a part of the outer peripheral edge portion of a frame is cut off and that the left half of a cover covering the upper surface of this frame is cut out; and

FIG. **11** shows an acoustic cymbal.

DETAILED DESCRIPTION OF THE
INVENTION

The embodiments of the present invention will be described hereinafter.

FIG. **1** is a perspective view of an electronic pad used as an electronic cymbal in the first embodiment according to the present invention.

The electronic pad **1** shown in FIG. **1** can be divided into a cup portion **30** surrounding a central opening portion **1**a and bulging in a dome shape, an outer peripheral edge portion **32** and a bow portion **31** between the cup portion **30** and the edge portion **32**.

The upper surface of the electronic pad **1** is covered with a cover **2**. As shown in FIG. **3**, a dome-shaped core **19** is formed integrally with the central portion of the cover **2** to thereby form the cup portion **30** (see FIG. **1**). As a material for this cover, rubber elastomer having both elasticity which is an excellent feature of rubber and productivity which is an excellent feature of plastic, or the like is used.

FIG. **2** is a cross-sectional view showing a part of the cover **2** covering the upper surface of the electronic pad **1**.

Concentric irregularity processing is conducted to the upper surface of the cover **2** covering the upper surface of the electronic pad **1**. Through this processing, irregularities having, for example, a groove width of 2 mm, a pitch of 4 mm (2 mm between grooves) and a depth of 0.1 mm are formed on the upper surface of the cover **2**.

Further, a coating treatment is applied to the upper surface of the cover **2** to coat rubber primer onto the upper surface thereof by dipping, brushing, spraying or the like, whereby the surface of the cover **2** has a low friction factor and improved abrasion resistance. As a result, a stick slides on the electronic pad **1** similarly to a case where a metallic acoustic cymbal is struck with the stick and the abrasion of the rubber after the electronic pad **1** is struck with sticks for a long period of time can be decreased. This cover **2** may be formed out of a material having the same advantage as the above-stated surface treatment and softer than the first frame **3** to be described later. In addition, the surface treatment such as the coating of rubber primer stated above is applied to a sliding portion **2**b pressing an edge upper portion sheet sensor **7** and a portion supporting an edge lower portion

6

sheet sensor **6** from below on the rear surface of the outer peripheral edge portions **2**a of the cover **2** so as to prevent abrasion. By covering the first frame **3** with the cover **2**, the upper surface of the electronic pad **1** enables a stick to have good bounce.

The screw portion **10**a of a pole **10** supporting the electronic pad **1** from below, a wing nut **13** screwed with the screw portion **10**a, a metallic washer **12** and felt washer **11**, which will be described later, are shown in this order from above on the central opening portion **1**a of the electronic pad **1**.

FIG. **3** is a cross-sectional view of the electronic pad **1** shown in FIG. **1**, which view is taken along line A—A of FIG. **1**. FIG. **3**(b) is an enlarged view showing the neighborhood of the center of FIG. **3**(a) excluding the pole **10**, the wing nut **13**, the metallic washer **12** and the felt washer **11** for convenience sake. The first frame **3** is made of a hard material and has an opening portion **3**c at the center thereof. The upper surface and the lower side of the peripheral edge portions of the first frame **3** excluding the upper surface of the central opening portion **3**c are covered with the cover **2**. ABS, polycarbonate or the like is used as a material for the first frame.

The first frame **3** also has an outer peripheral edge portion **3**b having an annulus step **3**a constituting the outer periphery of the first frame **3** and formed downward. The outer peripheral edge portion **2**b of the cover **2** contacting with the outer peripheral edge portion **3**b of the first frame **3** is formed to be thicker by as much as the step **3**a, whereby the upper surface of the portion contacting with the step **3**a is formed flat. That is, the upper surface of the electronic pad **1** is formed in such a shape as not to appear as if the step **3**a is present. By thus forming the step **3**a, the first frame **3** has uniform vibration and the outer peripheral edge portion **3**b is suppressed from vibrating. Accordingly, vibration attenuates relatively promptly, so that even if this electronic pad **1** is continuously struck, it is possible to accurately detect the striking position and the striking force for each strike. Besides, the appearance of the upper surface is similar to that of the acoustic cymbal, ensuring a good striking sensation.

Further, since the outer peripheral edge portion **2**a is formed to be spread outside compared with the outer peripheral edge portion **3**b of the first frame **3**, the edge portion **32** tends to be deformed when struck. As a result, it is possible to reproduce a feeling that the edge portion of the acoustic cymbal is deformed to absorb impact.

FIG. **3**(b) shows the second frame **4**. The second frame **4** consists of a head portion **4**a protruding upward from the central opening portion **3**c of the first frame **3**, a shoulder portion **4**b supporting the lower peripheral edge of the opening portion **3**c from below and an arm portion **4**c supporting the lower surface of a region corresponding to the bow portion **31** shown in FIG. **1** from below.

An attachment hole **4**d vertically penetrating the second frame **4** is provided at the center of the head portion **4**a of the second frame **4** as shown in FIG. **3**(b). Also, a concave portion **4**e fitted into a rotation stopper member **9** to be described later and hollowed in a wedge shape with a trough extending in a predetermined direction is provided around the attachment hole **4**d. A softer material, such as rubber, than the material for the first frame **3** is used for the second frame **4**.

FIG. **3** also shows a piezoelectric sensor **5** provided on the lower surface of the first frame **3**, covered with the arm portion **4**c of the second frame **4** and contacting with a

US 6,881,885 B2

**7**

player side. This piezoelectric sensor 5 detects the struck surface of the electronic pad and a strike against the peripheral edge of the struck surface.

In this case, since the portion of the first frame 3 provided with the piezoelectric sensor 5 is covered with the dome-shaped portion of the cover 2, it is possible to prevent the portion right above the piezoelectric sensor 5 from being directly struck with a stick. Accordingly, the magnitude of a signal outputted from the piezoelectric sensor 5 is not largely changed according to the struck position and the piezoelectric sensor 5 has good sensitivity distribution characteristics, thereby further enhancing detection accuracy for a striking force and striking position.

It is assumed that this electronic pad 1 is struck only on the right half thereof. In FIG. 3, the piezoelectric sensor 5, and an edge upper portion sheet sensor 7, an edge lower portion sheet sensor 6 and a cup portion sheet sensor 8 to be described later are provided only on substantially the right half but not on the left half thereof.

To be specific, the cup portion sheet sensor 8 is provided to spread over about ⅔ of the upper surface of the peripheral edge portion of the opening of the first frame 3 covered with the cover 2 (at 120 degrees left and right relative to a player's position, respectively). The edge upper portion sheet sensor 7 and the edge lower portion sheet sensor 6 are provided to spread about ⅓ of the outer peripheral edge portion of the first frame 3 (at 60 degrees right and left relative to the player's position, respectively).

Here, the concave portion 4e of the second frame 4 and the rotation stopper member 9 are fitted into each other to prevent the rotation of the electronic pad 1, thereby making it possible to restrict a striking range.

By thus restricting the striking range, it is possible to dispense with a sensor to be provided out of the striking range and to thereby decrease manufacturing cost.

It is noted that the circumferential angle (120 degrees right and left, respectively) of the cup portion sheet sensor 8 is wider than those of the edge upper portion sheet sensor 7 and the edge lower portion sheet sensor 6. This is because the sensor must deal with a case where the electronic pad 1 is struck by a portion near the center of the stick 20 from a lateral direction in addition to a case where the electronic pad 1 is struck by the tip portion (tip end portion) of the stick 20 from longitudinal direction as shown in FIG. 6.

In this embodiment, description has been given to a case where the cup portion sheet sensor 8 is provided to spread about ⅔ of the upper surface of the peripheral portion of the opening. This is intended to reduce cost and the cup portion sheet sensor 8 may be provided on the entire periphery on the upper surface of the opening peripheral edge portion.

Here, the second frame 4 is formed out of a softer material, such as rubber, than that of the first frame 3 as already described above and structured so that the shoulder portion 4b supports the first frame 3. The second frame 4 is, therefore, fixed to the pole 10 of a stand to be described later. As a result, the first frame 3 is not fixed to the stand and vibration generated at the first frame 3 is smoothly propagated onto the first frame 3. Thus, the piezoelectric sensor 5 can accurately detect vibration generated at the first frame 3 after the surface and the peripheral edge of the surface of the electronic pad 1 are struck.

Further, the cover 2 is provided to cover even the lower side of the outer peripheral edge portion 3b of the first frame 3. The edge lower portion sheet sensor 6, which is one example of an operation sensor according to the present invention, is provided between the lower surface of the outer

**8**

peripheral edge portion 3b of the first frame 3 and the cover 2 provided on the lower side of this outer peripheral edge portion. This edge lower portion sheet sensor 6 detects pressure generated by the silencing operation of the player but does not detect a strike.

Furthermore, the edge upper portion sheet sensor 7 is provided between the upper surface of the outer peripheral edge portion 3b of the first frame 3 and the cover 2 covering the upper surface of this outer peripheral edge portion 3b. This edge upper portion sheet sensor 7 detects pressure generated by the striking of the outer peripheral edge portion 32 shown in FIG. 1 or the like. In addition, the cup portion sheet sensor 8 is provided at a position at which the bottom 30a of the cup portion 30 at the center of the electronic pad 1 is proximate to the first frame 3 to contact with the upper surface of the first frame 3.

The cup portion 30 of the electronic pad 1 shown in a dome shape in FIG. 2 is formed out of the cover 2 integrally formed with the core 19. If the cup portion 30 is struck, the peripheral edge portion of the core 19 presses the cup portion sheet sensor 8 through the inner surface of the peripheral edge portion of the cup portion 30 of the cover 2. As a result, the cup portion sheet sensor 8 detects a strike against the cup portion 30.

As already stated above, the concave portion 4e formed to be hollowed in a wedge shape and having a trough spread in a predetermined direction is formed on the central lower surface of the head portion 4a of the second frame 4. On the other hand, as shown in FIG. 3(b), the rotation stopper member 9 has a tip end portion 9a fitted into the concave portion 4e, having a ridge in a predetermined direction and protruding in a wedge shape.

Further, the rotation stopper member 9 has a penetrating hole 9b, as shown in FIG. 3(b), through which the pole 10 supporting the electronic pad 1 enters from below. This penetrating hole 9b is formed such that the diameter thereof is reduced once on the way from lower to upper directions.

Meanwhile, this pole 10 has a tip end portion 10b formed to be fitted into the penetrating hole 9b, i.e., formed to have a reduced diameter on the way to the tip end. The rotation stopper member 9 is fixed to the pole 10 by a fastener 15 shown in FIG. 3 in a state in which the tip end portion 10b of the pole 10 is penetrated into the rotation stopper member 9.

Furthermore, a screw portion 10a is provided on the very tip end of the pole 10. The screw portion 10a protrudes upward, compared with the upper surface of the head portion 4a of the second frame 4 and screwed with the wing nut 13 while the head portion 4a of the second frame 4, the felt washer 11 and the metallic washer 12 are put between the screw portion 10a and the rotation stopper member 9. The electronic pad 1 is fixed to the pole 10 by the wing nut 13.

In other words, the electronic pad 1 is supported by the pole 10 fixing the rotation stopper member 9 having the tip end portion 9a fitted into the concave portion 4e of the second frame 4, from below.

Here, since the concave portion 4e of the second frame 4 is fitted into the tip end portion 9a of the rotation stopper member 9, the rotation of the electronic pad 1 about the pole 10 as a rotary shaft is prevented. This can prevent the output cable 14 of the electronic pad 1 to be described later from being entwined about the pole 10 and being pulled by the pole 10.

FIG. 4 is a cross-sectional view of the electronic pad 1 shown in FIG. 1, which view is taken along line B—B of FIG. 1.

US 6,881,885 B2

9

FIG. 4 shows the above-stated fastener 15 for fixing the rotation stopper member 9 to the pole 10 and a screw 16 for fixing the second frame 4 to the first frame 3. In FIG. 4, the cup sheet sensor 8 is provided on each of the right and left sides of the electronic pad 1. The reason is as follows. The cross-sectional view of FIG. 4 differs from that of FIG. 3 by 90 degrees and illustrates a cross section if this electronic pad 1 is viewed from a player's position.

Further, FIG. 4 shows an output jack 18 and an output cable 14 for transmitting respective output signals from the piezoelectric sensor 5, the edge lower portion sheet sensor 6, the edge upper portion sheet sensor 7 and the cup portion sheet sensor 8 to a sound generating device which is not shown.

The output jack 18 is provided in a space between the arm portion 4c of the second frame 4 and the lower surface of the first frame 3 and fixed to the second frame 4 through an output jack holder 17. Since the second frame 4 is formed out of a softer material, such as rubber, than that of the first frame 4 as already stated above, the second frame 4 is slightly deformed by pulling the output cable 14 or by the vibration of the electronic pad 1, thereby preventing the output jack and the like from being broken. This output jack 18 consists of two jacks, i.e., the first output jack 110 and the second output jack 120 (see FIG. 8). Output signals from the respective sensors stated above are outputted from the first output jack 110 and the second output jack 120, passed through the output cable 14 and transmitted to the sound generating device which is not shown. In this embodiment, although the number of sensors differs from the number of terminals, the signals from the respective sensors can be transmitted to the sound generating device, which will be described later.

FIG. 5 is a perspective view showing the electronic pad 1 from an obliquely downward direction. FIG. 5 shows the cover 2 provided to spread over the lower side to encompass the outer peripheral edge of the first frame 3 as stated above. FIG. 5 also shows a state in which the electronic pad 1 is supported by the pole 10 to which the rotation stopper member 9 is fixed. As shown in FIG. 5, the second frame 4 is fixed to the lower surface of the first frame 3 on several portions by screws 16.

FIG. 6 is a conceptual view showing that the cup portion 30 at the center of the electronic pad 1 shown in FIG. 1, the bow portion 31 at the intermediate position thereof and the edge portion 32 on the outer peripheral edge thereof are struck with the stick 20, respectively. FIG. 7 is a conceptual view showing a state in which a silencing operation is performed by nipping the outer peripheral edge of the electronic pad 1 with fingers.

Here, if the strike or the silencing operation shown in FIGS. 6 and 7 are conducted to the electronic pad 1, the piezoelectric sensor 5, the edge lower portion sheet sensor 6, the edge upper portion sheet sensor 7 and the cup portion sheet sensor 8, shown in FIG. 3, detect vibration and pressure. Output signals from the respective sensors are combined by a circuit shown in FIG. 8, outputted from the output jack 18, i.e., the first output jack 110 and the second output jack 120, passed through the output cable 14 and transmitted to the sound generating device which is not shown.

The sound generating device stores tones imitating the typical tones of the respective regions produced from an acoustic cymbal and outputted, i.e., a so-called cup tone, a so-called bow tone and a so-called edge tone if the regions of the acoustic cymbal corresponding to the cup portion 30

10

at the center of the electronic pad 1, the bow portion 31 at the intermediate position thereof and the edge portion 32 on the outer peripheral edge thereof shown in FIG. 1 are struck. Based on the combination of the output signals transmitted through the output cable 14, the sound generating device produces tones corresponding to the struck regions or silences the tones.

Next, description will be given to the correspondence among the outputs of the respective sensors, the striking positions and the silencing operation (the choke of the edge portion). Table 1 shows the correspondence.

TABLE 1

|  | Piezoelectric sensor | Cup portion sheet sensor | Edge upper portion sheet sensor | Edge lower portion sheet sensor |
|---|---|---|---|---|
| Performance on cup portion | Output | ON | OFF | OFF |
| Performance on bow portion | Output | OFF | OFF | OFF |
| Performance on edge portion | Output | OFF | ON | OFF |
| Choke of edge portion | No output | OFF | ON | ON |

The piezoelectric sensor 5 outputs a signal if any of the cup portion 30, the bow portion 31 and the edge portion 32 shown in FIG. 1 is struck and the sensor 5 is turned off when choking the edge portion. Also, the cup portion sheet sensor 8 is turned on only when the cup portion 30 is struck. The edge upper portion sheet sensor 7 is turned off while a player is performing on the electronic pad 1 using the cup portion 30 and the bow portion 31, and the sensor 7 is turned on when striking the edge portion 32 and when choking the edge portion.

The edge lower portion sheet sensor 6 is turned on only when choking the edge portion. That is to say, the edge lower portion sheet sensor 6 does not react to strike and only detects an operation carried out to the peripheral edge portion of the electronic pad 1, i.e., the choke of the edge portion.

FIG. 8 is a wiring diagram of the jack portion for transmitting output signals from the respective sensors to a sound source.

FIG. 8 shows two terminals A1 and A2 connected to the first output jack 110 and two terminals B1 and B2 connected to the second output jack 120. Output signals from the piezoelectric sensor 5 are transmitted to both the terminal A1 and terminal B1. The edge lower portion sheet sensor 6 and the cup portion sheet sensor 8 are connected to the terminal A2. However, as shown in Table 1, there is not timing at which both the edge lower portion sheet sensor 6 and the cup portion sheet sensor 8 are turned on simultaneously. Besides, it is possible to determine which is turned on, the edge lower portion sheet sensor 6 or the cup portion sheet sensor 8, by checking the output of the piezoelectric sensor 5. Accordingly, output signals from both the edge lower portion sheet sensor 6 and the cup portion sheet sensor 8 can be outputted from the terminal A2.

Further, the edge upper portion sheet sensor 7 is connected to the terminal B2 of the second output jack 120.

Table 2 shows the correspondence between outputs from the respective terminals and assigned tones.

US 6,881,885 B2

11

TABLE 2

| Input | Terminal | Assigned tone | Sound producing condition (sensor output) | Silencing condition (sensor output) |
|---|---|---|---|---|
| First output jack | A1 | Bow tone | Piezoelectric sensor only | Edge lower portion sheet sensor only |
| | A2 | Cup tone | Piezoelectric sensor + cup portion sheet sensor | |
| Second output jack | B1 | Toneless | Piezoelectric sensor only | Edge upper portion sheet sensor only |
| | B2 | Edge tone | Piezoelectric sensor + edge upper portion sheet sensor | |

In this case, only the first output jack 110 or only the second output jack 120 can be connected to the sound generating device. If only the first output jack 110 is connected, the sound generating device produces a cup tone and a bow tone and silence tones. If only the second output jack 120 is connected, the sound generating device produces only an edge tone and silence tones.

If the output signal of the piezoelectric sensor 5 is outputted from the terminal A1 of the first output jack 110 and no signal is outputted from the terminal A2 of the first output jack 110, a bow tone is assigned as a produced tone. If signals are outputted from both the terminals A1 and A2 of the first output jack 110, a cup tone is assigned. If the output signal of the piezoelectric sensor 5 is not outputted from the terminal A1 of the first output jack 110 and outputted from the terminal A2 thereof (in this case, the edge upper portion sheet sensor 6 is turned on), then silencing operation is performed.

Further, if a signal is outputted from the terminal B1 of the second output jack 120 and no signal is outputted from the terminal B2 thereof, then none of the tones are produced and silence is maintained. If signals are outputted from both the terminals B1 and B2, an edge tone is produced. Further, if no signal is outputted from the terminal B1 and a signal is outputted from the terminal B2, i.e., the edge upper portion sheet sensor 7 is turned on, then a silencing operation is performed. At this moment, a combination of the output of the piezoelectric sensor 5 and that of the edge upper portion sensor 7 can instantly detect a silencing operation (edge choking) without using the edge lower portion sheet sensor 6. It is noted, however, that the electronic pad 1 remains as a whole, the edge lower portion sheet sensor 6 which detects the choke of the edge portion but does not detect a strike, so as to instantly detect a silencing operation (the choke of the edge portion).

As can be seen from the above, if the cup portion 30 of the electronic pad 1 shown in FIG. 1 is struck, signals are transmitted from the respective terminals of the terminals A1, A2 and B1 to the sound generating device and the sound generating device produces a cup tone. Likewise, if the intermediate bow portion 31 is struck, signals are transmitted from both the terminals A1 and B1 to the sound generating device and the sound generating device produces a bow tone. If the edge portion 32 on the outer peripheral edge of the electronic pad 1 is struck, signals are transmitted from the terminals A1, B1 and B2 to the sound generating device and the sound generating device produces an edge tone. As shown in Table 2, when an edge tone is produced, a bow tone is produced as well. The edge tone is often used

12

for emphasis and the volume thereof is set large while the bow tone is masked by the edge tone and the edge tone inherently includes the feature of the bow tone. Due to this, even if the bow tone is overlapped with the edge tone and produced, the influence is almost negligible. If the sound generating device stated above produces an edge tone, the emission of the bow tone may be controlled.

Moreover, as shown in FIG. 7, by performing an operation for nipping the peripheral edge of the struck surface of.the electronic pad 1 with fingers (the choke of the edge portion), the signals of the edge lower portion sheet sensor 6 and the edge upper portion sheet sensor 7 are transmitted from the terminals A2 and B2 to the sound generating device and the sound generating device performs a silencing operation.

Furthermore, the sound generating device monitors not only the presence and absence of the output of the piezo-electric sensor 5 but also the magnitude of the output signal of the piezoelectric sensor 5. To produce the above-stated respective tones, the sound generating device generates the respective tones with volumes according to the magnitude of the output signal of the piezoelectric sensor 5. Normally, a sheet sensor detects on/off states as in the case of a switch. Compared with a conventional method or the like for allowing a piezoelectric sensor or the like to monitor vibration resulting from a strike and to determine a striking position and then for selecting a tone, a method in which a sheet sensor is used and whether or not the sheet sensor is turned on is monitored enables faster tone selection. In this embodiment, the sheet sensors are used and, therefore, it is possible to produce tones such as a cup tone used for emphasis, i.e., tones required to be produced promptly for a musical performance, the above-stated edge, tone and the like. In this case, after the sound generating device promptly starts producing the tone with a certain volume, the sound generating device carries out an envelope processing to make the volume correspond to a striking sound.

As can be seen, in this embodiment, tones corresponding to struck regions such as the struck surface and peripheral edge of the struck surface of the electronic pad 1 are produced with a volume corresponding to a striking force, and the tone which is being produced is promptly silenced by the silencing operation shown in FIG. 7, compared with a conventional method.

Even if only the first output jack 110 out of the first output jack 110 and the second output jack 120 is connected to the sound generating device, the edge lower portion sheet sensor 6 provided at a position at which the sensor does not react to a strike may be turned on by the silencing operation. By doing so, a player can promptly silence a cup tone and a bow tone which are being produced compared with a conventional method.

FIG. 9 shows a state in which the electronic pad 1 supported by the pole 10 is struck with the stick 20 and inclined. The rotation stopper member 21 shown in FIG. 9 has a sharper wedge-shaped tip end portion 21 a than the rotation stopper member 9 shown in FIG. 3. Due to this, the wedge shape of the tip end portion 21 a of the rotation stopper member 21 is not completely fitted into the concave portion 4e of the second frame 4, i.e., there is some play. As a result, as shown in FIG. 9, when being struck, the electronic pad 1 is easily inclined.

As stated above, a plurality of types of rotation stopper members having different wedge angles are prepared and used depending on the magnitude or weight of an acoustic cymbal imitated by the electronic pad 1, whereby it is possible to adjust the degrees of vibration resulting from a

US 6,881,885 B2

**13**

strike and differing cymbals and to perform on the electronic pad similarly to the acoustic cymbal while preventing the rotation of the struck surface. Besides, it is possible to adjust the degree of vibration according to the degree at which the wing nut **13** of the screw portion **10**a of the pole **10** is fastened.

Alternatively, the rotation member is fixed to one type capable of sufficiently vibrating and a spacer, an adapter or the like is used to adjust the gap between the rotation stopper member and the concave portion **4**e of the second frame **4**. By doing so, it is possible to perform on the electronic pad **1** similarly to the acoustic cymbal which the electronic pad **1** is to imitate, while preventing the rotation of the struck surface.

In addition, the central axis of the vibration of the electronic pad **1** generated when the electronic pad **1** is struck is present in a cross section taken along line B—B as shown in FIG. **4**. In this embodiment, since the output jack **18** is arranged in the vicinity of the central axis of this vibration, the vertical movement of the output cable **14** followed by the vibration can be suppressed. Accordingly, it is possible to prevent applying overload to the output cable **14** itself caused by the weight of the output cable and to a region to which the output cable **14** is connected and to, therefore, expand the life of the electronic pad **1**.

Next, the second embodiment according to the present invention will be described.

FIG. **10** shows an electronic pad **41** used as the second embodiment according to the present invention. FIG. **10** shows a frame **43** and a cover **42** covering the upper surface of the frame **43** . The left half of the cover **42** is removed so that the characteristic portions of the frame **43** to be described later can be easily recognized. An outer peripheral edge portion **43**a similar to the electronic pad **1** is provided on the outer peripheral edge portion of the frame **43** of the electronic pad **41**. A part **43**b of the outer peripheral edge portion **43**a which part avoids a player's striking range is formed to be cut off as shown in FIG. **10**.

A part **42**b of the outer peripheral edge portion **42**a of the cover **42** is closely attached to this part **43**b. Due to this, the part **42**b of the cover **42** is formed into such a shape packed with a space corresponding to the part **43**b obtained by partially cutting off the frame **43**.

The electronic pad **41** differs from the electronic pad **1** shown in FIG. **1** only in two respects, i.e., that a part of the outer peripheral edge portion **43**a of the frame **43** is cut off as stated above and that the shape of a part of the outer peripheral edge portion **42**a of the cover **2** is changed. Accordingly, a protruding head portion **4**a of the second frame **4** at the center of the electronic pad **41**, a penetrating hole **4**d thereof and a cup portion sheet sensor **8** close to the center on the frame **43** shown in FIG. **10** as well as an edge upper portion sheet sensor **7** on the outer peripheral edge portion **43**a of the frame **43** and the like are the same in type as those used and shown in FIG. **3**. Although not shown in FIG. **10**, an edge lower portion sheet sensor **6** is provided on the lower surface of the outer peripheral edge portion **43**a of the frame **43** as in the case of the electronic pad **1** shown in FIG. **1**.

Arrows C—C and D—D shown in FIG. **10** correspond to arrows A—A and B—B shown in FIG. **1**, respectively. The edge upper portion sheet sensor **7**, the edge lower portion sheet sensor **6** which is not shown, and the cup portion sheet sensor **8** in FIG. **10** are provided in the same range as that in which the corresponding sensors of the electronic pad **1** stated above are provided. That is, these sensors are arranged

**14**

on the right half portion of FIG. **3**, i.e., the lower right half indicated by D—D of FIG. **10** and not arranged on the upper left half indicated by D—D. Thus, by providing the sensors only on the half of the electronic pad on the player side, manufacturing cost can be reduced.

Moreover, by partially cutting off the outer peripheral edge portion **43**a of the frame **43**, the shape of the frame **43** is not rotationally symmetrical and the rigidity of the frame **43** is off balance. By contrast, since the shape of the cover **2** is partially different as already stated above, the weight balance of the electronic pad **41** about the penetrating hole **4**d is maintained but the rigidity of the frame **43** is slightly off balance. Thus, acoustic resonance can be suppressed and the electronic pad **41** in the second embodiment can further suppress unnecessary vibration generated on the frame **43**.

While particular embodiments of the present invention have been shown and described, it will be obvious to those skilled in the art that the invention is not limited to the particular embodiments shown and described and that changes and modifications may be made without departing from the spirit and scope of the appended claims.

What is claimed is:

**1**. An electronic pad receiving a strike, detecting the strike and outputting a signal representative of the strike, comprising:

a first frame;

a striking sensor detecting the strike transmitted to said first frame; and

a sheet sensor provided on a lower surface of a peripheral edge portion of said first frame and detecting an operation with respect to the lower surface of the peripheral edge portion;

wherein said sheet sensor extends circumferentially along a part of said first frame around the peripheral edge, but not along all of the peripheral edge of the first frame.

**2**. The electronic pad according to claim **1**, wherein the sheet sensor detects an operation with respect to an upper surface of the peripheral edge portion.

**3**. The electronic pad according to claim **1**, where said first frame has a varying length from the center of the frame to the edge of the frame.

**4**. The electronic pad according to claim **1**, wherein the first frame is disk-shaped.

**5**. The electronic pad according to claim **4**, wherein said first frame has a varying radius.

**6**. An electronic pad comprising

a first frame having a peripheral edge portion, at least a part of the peripheral edge portion having a step formed downward; and

a sheet sensor located on the step of the peripheral edge portion of the first frame.

**7**. The electronic pad according to claim **6**, further comprising a second frame supporting the first frame.

**8**. The electronic pad according to claim **6**, wherein the first frame is disk-shaped.

**9**. The electronic pad according to claim **8**, wherein the first frame has a varying radius.

**10**. The electronic pad according to claim **6**, further comprising:

a cover covering the first frame, a peripheral edge portion of the cover contacting the peripheral edge portion of the first frame;

wherein an upper surface of the peripheral edge portion of the cover contacting the peripheral edge portion of the first frame is flat.

US 6,881,885 B2

15 16

**11**. The electronic pad of claim **6**, further comprising:

a cover covering the first frame;

wherein the cover is coated with a rubber primer.

**12**. The electronic pad according to claim **6**, further comprising:

a cover covering the first frame, a peripheral edge portion of the cover contacting the peripheral edge portion of the first frame.

**13**. The electronic pad according to claim **6**, wherein the sheet sensor extends circumferentially along a part of said first frame around the peripheral edge, but not along all of the peripheral edge of the first frame.

**14**. The electronic pad according to claim **6**, wherein the step of the peripheral edge portion of the first frame is formed integrally with the first frame.

**15**. An electronic pad for receiving a strike, detecting the strike and outputting a signal representative of the strike comprising:

a frame having an upper surface with an outer peripheral edge portion, at least a part of the outer peripheral edge portion having a step formed downward from the upper surface;

a cover covering the upper surface of the frame; and

a striking sensor for detecting the strike transmitted to the frame through the cover.

**16**. The electronic pad according to claim **15**, wherein a portion of the cover covering the outer peripheral edge portion is thicker than other portions of the cover.

**17**. The electronic pad according to claim **16**, wherein an upper surface of the cover contacting the step is flat.

**18**. The electronic pad according to claim **15**, wherein the striking sensor is disposed on the step formed on the outer peripheral edge of the frame.

**19**. The electronic pad according to claim **15**, wherein the striking sensor comprises a sheet sensor disposed on the step formed on the outer peripheral edge of the frame and wherein the sheet sensor extends around part of, but not the entire peripheral edge of the frame.

**20**. The electronic pad according to claim **15**, wherein the striking sensor comprises a sheet sensor disposed around part of, but not the entire peripheral edge of the frame.

**21**. The electronic pad according to claim **15**, wherein the frame has a generally circular outer peripheral edge and wherein the striking sensor is disposed on the frame, adjacent to the generally circular outer peripheral edge of the frame and wherein the striking sensor extends around less than the entire circumference of the generally circular outer peripheral edge of the frame.

**22**. The electronic pad according to claim **15**, wherein the cover extends over the step on the upper surface of the frame.

**23**. The electronic pad according to claim **15**, wherein the striking sensor comprises a sheet sensor and wherein the cover extends over the sheet sensor and over the step on the upper surface of the frame.

**24**. The electronic pad according to claim **15**, wherein the striking sensor comprises a sheet sensor disposed on the step on the upper surface of the frame and wherein the cover extends over the sheet sensor.

**25**. The electronic pad according to claim **24**, wherein the cover has a peripheral edge and defines a striking surface bounded by the peripheral edge, and wherein the striking surface has no downward step at its peripheral edge.

**26**. An electronic pad for receiving a strike, detecting the strike and outputting a signal representative of the strike comprising:

a first frame of a first material;

a cover covering a striking surface of the first frame;

a striking sensor for detecting a strike transmitted to the first frame through the cover;

a second frame coupled to the first frame, the second frame made of a softer material than the first material of the first frame; and

a jack affixed to the second frame for outputting signals from the striking sensor.

**27**. The electronic pad according to claim **26**, wherein the second frame supports the first frame.

**28**. An electronic pad for receiving a strike, detecting the strike and outputting a signal representative of the strike comprising:

a frame having a striking surface with a peripheral edge portion;

a cover covering the striking surface of the frame;

a striking sensor provided on a part of, but not the entire peripheral edge portion of the frame, the striking sensor for detecting the strike transmitted to the frame through the cover; and

a jack affixed to the frame and electrically coupled to the striking sensor for outputting signals from the striking sensor, the jack having an opening of a receiving space for receiving an electrical plug, the opening of the receiving space facing in a direction away from the part of the peripheral edge portion of the frame having the striking sensor.

**29**. The electronic pad according to claim **28**, wherein the striking sensor is provided on an upper surface of the peripheral edge portion of the frame.

**30**. An electronic pad for mounting on a stand, receiving a strike, detecting the strike and outputting a signal representative of the strike, the electronic pad comprising:

a frame having an upper surface with an outer peripheral edge;

a cover over the upper surface of the frame and defining a striking surface for receiving a strike;

a striking sensor supported on the frame for providing an electronic signal corresponding to a strike on the striking surface

a support structure to pivotally support the frame on a stand for pivotal motion of the frame relative to the stand; and

a rotation stopper operatively coupled to the frame, for inhibiting rotation of the frame relative to the stand, when the frame is mounted on the stand for pivotal motion.

**31**. An electronic pad according to claim **30**, wherein the rotation stopper comprises a first member on the frame and a second member for fixing to a stand, the first member being pivotal relative to the second member.

**32**. An electronic pad according to claim **31**, wherein the first and second members are arranged to abut each other and are shaped to inhibit rotation relative to each other.

**33**. An electronic pad according to claim **30**, wherein the frame has a peripheral edge and wherein the striking sensor is disposed about a portion of, but less than the entire peripheral edge of the frame.

**34**. An electronic pad according to claim **30**, wherein the frame has a generally circular outer peripheral edge and wherein the striking sensor is disposed on the frame, adjacent to the generally circular outer peripheral edge of the frame and wherein the striking sensor extends around less than the entire circumference of the generally circular outer peripheral edge of the frame.

US 6,881,885 B2

**17**

**35**. A process of making an electronic pad, comprising

providing a frame having an upper surface and an outer peripheral edge with a step formed downward from the upper surface;

disposing a cover over the upper surface of the frame;

supporting a striking sensor on the frame, the striking sensor for detecting a strike on the cover.

**36**. A process as recited in claim **35**, wherein supporting a striking sensor comprises supporting a striking sensor on the step formed on the frame.

**37**. A process as recited in claim **35**, wherein supporting a striking sensor comprises supporting a sheet sensor on the step formed on the outer peripheral edge of the frame and extending the sheet sensor around part of, but not the entire peripheral edge of the frame.

**38**. A process according to claim **35**, wherein supporting a striking sensor comprises disposing a sheet sensor around part of, but not the entire peripheral edge of the frame.

**39**. A process according to claim **35**, wherein providing a frame comprises providing a frame having a generally circular outer peripheral edge and wherein supporting a striking sensor comprises disposing a striking sensor on the frame, adjacent to the generally circular outer peripheral edge of the frame and wherein the striking sensor extends around less than the entire circumference of the generally circular outer peripheral edge of the frame.

**40**. A process according to claim **35**, wherein disposing a cover comprises disposing a cover over the step on the upper surface of the frame.

**41**. A process according to claim **35**, wherein supporting a striking sensor comprises supporting a sheet sensor on the step on the upper surface of the frame and wherein disposing a cover comprises disposing a cover over the sheet sensor.

**42**. A process according to claim **35**, wherein the cover has a peripheral edge and defines a striking surface bounded by the peripheral edge, and wherein the striking surface has no downward step at its peripheral edge.

**18**

**43**. A process for mounting an electronic pad on a stand, the process comprising:

providing a frame having an upper surface with an outer peripheral edge;

disposing a cover over the upper surface of the frame and defining a striking surface on the cover for receiving a strike;

supporting a striking sensor on the frame for providing an electronic signal corresponding to a strike on the striking surface

providing a support structure to pivotally support the frame on a stand for pivotal motion of the frame relative to the stand; and

coupling a rotation stopper to the frame, for inhibiting rotation of the frame relative to the stand, when the frame is mounted on the stand for pivotal motion.

**44**. A process according to claim **43**, wherein coupling a rotation stopper comprises providing a first member on the frame and fixing a second member to a stand, the first member being pivotal relative to the second member.

**45**. A process according to claim **44**, further comprising arranging the first and second members to abut each other, wherein the first and second members are shaped to inhibit rotation relative to each other when abutted against each other.

**46**. A process according to claim **43**, wherein the frame has a peripheral edge and wherein supporting a striking sensor comprises supporting a striking sensor about a portion of, but less then the entire peripheral edge of the frame.

**47**. A process according to claim **43**, wherein the frame has a generally circular outer peripheral edge and wherein supporting a striking sensor comprises supporting a striking sensor on the frame, adjacent to the generally circular outer peripheral edge of the frame and wherein the striking sensor extends around less than the entire circumference of the generally circular outer peripheral edge of the frame.

\* \* \* \* \*

# EXHIBIT G

US006632989B2

(12) **United States Patent**
Yoshino et al.

(10) Patent No.: **US 6,632,989 B2**
(45) Date of Patent: **Oct. 14, 2003**

(54) **ELECTRONIC PAD WITH VIBRATION ISOLATION FEATURES**

(75) Inventors: **Kiyoshi Yoshino**, Hamamatsu (JP); **Masato Katsuda**, Hamamatsu (JP)

(73) Assignee: **Roland Corporation**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/935,275**

(22) Filed: **Aug. 22, 2001**

(65) **Prior Publication Data**

US 2002/0059861 A1 May 23, 2002

(30) **Foreign Application Priority Data**

Aug. 22, 2000 (JP) ........................................ 2000-250765
Jan. 5, 2001 (JP) ........................................ 2001-000318

(51) Int. Cl.[7] .............................................. **G10D 13/08**
(52) U.S. Cl. ......................................... **84/402**; 84/723
(58) Field of Search ....................... 84/402–410, 411 R, 84/411 A, 411 M, 411 P, 412–421, 422.1, 422.2, 422.3, 422.4, 723–746, DIG. 12, DIG. 24

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,102,235 A * 7/1978 Le Masters ............... 84/411 R

4,479,412 A * 10/1984 Klynas ................. 84/DIG. 12
4,581,973 A * 4/1986 Hoshino ................. 84/DIG. 12
5,105,710 A * 4/1992 Rothmel ................. 84/DIG. 12
5,262,585 A * 11/1993 Greene et al. ......... 84/DIG. 12
5,293,000 A * 3/1994 Adinolfi ................. 84/DIG. 12
5,492,047 A * 2/1996 Oliveri .................... 84/411 M
5,493,942 A * 2/1996 Wolf ...................... 84/411 R
5,915,289 A * 6/1999 Hart ........................ 84/402 X
5,922,980 A * 7/1999 Arteaga ................. 84/411 M
6,031,176 A * 2/2000 Tanaka ........................ 84/735
6,331,667 B1 * 12/2001 Küppers ................... 84/422.3

* cited by examiner

Primary Examiner—Jeffrey Donels
(74) Attorney, Agent, or Firm—Foley & Lardner

(57) **ABSTRACT**

The present invention is intended to provide an electronic cymbal having improved accuracy for detecting a striking force and a striking position without hampering a striking sensation and an appearance. A piezoelectric sensor 5 and a cup portion sheet sensor 8 provided on a portion of a cup portion formed into a dome shape at a center of a cover 2 on a first frame 3 having the cover 2 formed out of a soft material, the cover 2 spreading to contact with an upper surface of the first frame 3, and an edge upper portion sheet sensor 7 and an edge lower portion sheet sensor 6 provided on an outer peripheral edge portion 3b formed to be lowered by a step are provided, and a center of a second frame 4 is supported by a cymbal stand (shaft) 10 penetrating an opening portion at a center of the first frame 3.

**29 Claims, 11 Drawing Sheets**





Fig.1



# Fig.2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig.11

US 6,632,989 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# ELECTRONIC PAD WITH VIBRATION ISOLATION FEATURES

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an electronic pad used as an electronic percussion instrument.

2. Description of Related Art

There is known hitherto a disk-shaped acoustic cymbal made of brass, phosphor bronze or the like.

FIG. 11 shows an acoustic cymbal.

This acoustic cymbal 130 has an edge portion 101 which is an outer peripheral edge portion, a bow portion 102 which is an intermediate portion and a convex cup portion 103 which is a central portion. Here, if the edge portion 101 of the acoustic cymbal is struck with a percussion member such as a stick, a tone called a crash tone having a noise component is obtained. This tone is used to put emphasis in a musical performance. Also, if the bow portion is struck, a tone so-called legato tone or ride tone is obtained. This tone is used to add rhythm to a musical performance. Further, if the cup portion 103 is struck, a tone so-called a cup tone or a bell tone having many treble components is obtained. This tone is used to add rhythm to a musical performance. In this way, different tones can be obtained from the edge portion 101, the bow portion 102 and the cup portion 103 of the acoustic cymbal 130, respectively. It is, therefore, possible to expand a performance presentation by striking the edge portion 101, the bow portion 102 and the cup portion 103 separately. However, since the acoustic cymbal of this type produces loud sound when struck with a percussion member, it is inappropriate to be used for practice in an ordinary household. Further, since the tones cannot be changed, preparation of a plurality of types (i.e., sizes, materials and shapes) of cymbals is required.

In recent years, an electronic cymbal imitating the above-stated acoustic cymbal has been widely used. This electronic cymbal detects the striking position and the striking force of a stick or the like by means of a striking sensor, controls a sound source based on the detected striking position and striking force and thereby produces a cymbal sound (electronic percussion sound). The electronic cymbal can, therefore, advantageously lower the volume of the striking sound. As the electronic cymbal of this type, there are proposed an electronic cymbal made of hard resin such as ABS and enabling a striking sound for which volume is to be lowered produced from the electronic cymbal itself and an electronic cymbal (see Japanese Patent Unexamined Application Publication No. 10-207451) made by combining two disk-shaped frames having different sizes so as to enhance a sense of performance and a performance quality. In addition, there are proposed an electronic cymbal (see Japanese Utility Model Examined Application Publication No. 4-3358) wherein a cushion material is bonded to and a striking sensor is attached to the surface of a disk-shaped metallic cymbal and a cymbal sound according to the output of the striking sensor is produced, and an electronic cymbal (see Japanese Patent Unexamined Application Publication Nos. 11-184459 and 11-272266) enabling a striking sound (or vibration sound) for which volume is to be lowered without decreasing a striking sensation by providing many small holes bored in a disk-shaped metallic cymbal and the like.

Nevertheless, the above-stated electronic cymbal formed out of hard resin disadvantageously has a problem in that the striking sensation is different from that of an acoustic cymbal. The electronic cymbal made by a combination of two disk-shaped frames is disadvantageous visually.

Furthermore, the electronic cymbal having the cushion material bonded to the surface of the disk-shaped metallic cymbal and the striking sensor attached to the surface thereof and producing a cymbal sound has disadvantages in that, for example, it is difficult to detect a striking position (region) since a vibration wave contains many high frequency components and, therefore, tones are lacking in variation. Furthermore, since the output of the striking sensor largely differs between a case where the portion right above the sensor is struck and a case where portions other than this portion are struck, the sensitivity distribution of the striking sensor appears bad, so that it is disadvantageously difficult to detect a striking force with high accuracy.

Moreover, the electronic cymbal having many small holes bored in the disk-shaped cymbal has disadvantages in that the sensitivity distribution of the striking sound is not well improved and the detection accuracy of the striking position is low, although this electronic cymbal has an improved striking sensation.

## SUMMARY OF THE INVENTION

The first electronic pad among electronic pads according to the present invention, which has been made to solve the above problems, is an electronic pad receiving a strike on an upper surface, detecting the strike and outputting a signal representative of the strike, the electronic pad characterized by comprising:

a disk-shaped first frame;

a striking sensor detecting the strike transmitted to the first frame; and

a second frame made of a softer material than a material for the first frame, supporting the first frame from below, having an attachment hole provided at a center and vertically penetrating the second frame, and supported by a pole of a stand supporting the electronic pad by inserting the pole into the attachment hole.

Here, in the first electronic pad, it is preferable that:

the first frame has a larger opening portion than the attachment hole of the second frame, the opening portion provided on a central portion of the first frame; and

that the second frame includes a head portion having the attachment hole and inserted into the opening portion from below in an upward direction, and a shoulder portion supporting a surrounding portion of the opening portion of the first frame from below, the surrounding portion surrounding the head portion.

Further, in the first electronic pad, it is a preferable mode that the second frame has a concave portion around the attachment hole on a lower surface of the second frame, the concave portion having a trough extending in a predetermined direction and hollowed into a wedge shape, an upper surface of the concave portion has an insertion hole at a center and has such a shape as to protrude in a wedge shape having a ridge extending in the predetermined direction, the pole is inserted into the insertion hole to allow the second frame to be supported by a rotation stopper member fixed to the pole from below.

In this case, it is preferable that the concave portion is rockably fitted into the rotation stopper member with resulting play.

Also, the second electronic pad among the electronic pads according to the present invention attaining the above object

US 6,632,989 B2

3

is an electronic pad receiving a strike on an upper surface, detecting the strike, and outputting a signal representative of the strike, the electronic pad characterized by comprising:

a disk-shaped first frame;

a cover covering an upper surface of the first frame, having a cup portion formed on a central portion of the cover, a space formed between the cup portion and the upper surface of the first frame, the cover excluding the cup portion spreading to contact with the first frame; and

a striking sensor detecting the strike transmitted to the first frame through the cover.

Here, in the second electronic pad, it is preferable that the cover has a dome-shaped core on the central portion, thereby forming the cup portion on the central portion, and the cover excluding the core being formed out of a softer material than a material for the first frame.

In addition, in the second electronic pad, it is preferable mode that the first frame has an outer peripheral edge portion formed downward by an annulus step; and

that a portion covering the outer peripheral edge portion of the cover is formed to be thick so that an upper surface of the cover becomes flat by absorbing the step.

Moreover, in the second electronic pad, it is preferable mode that the cover has such a shape as to spread outside compared with a peripheral edge of the first frame and folded toward a rear surface side of the peripheral edge of the first frame.

Further, in the second electronic pad, it is preferable that the first frame has such a shape that a peripheral edge portion of the first frame is cut off over a predetermined angle range along a peripheral edge of the first frame; and

that a portion of the cover is formed out of more material per unit length along the peripheral edge than a material for a part covering an uncut part of the peripheral edge portion, the portion covering the cut-off portion of the peripheral edge portion of the first frame.

Furthermore, in the second electronic pad, it is preferable that the striking sensor adheres to a portion of the first frame, the portion covered with the cup portion formed on central portion of the cover.

In addition, it is preferable that the second electronic pad comprises a first sheet sensor formed on the first frame, provided on a portion put between the first frame and a dome-shaped peripheral edge formed on the central portion of the cover, extending in a circumferential direction, and detecting a strike applied to the cup portion. In this case, it is also a preferable mode that the first sheet sensor extends to only a portion in a circumferential direction.

Further, it is preferable that the second electronic pad comprises a second sheet sensor provided on an upper surface of a peripheral edge portion of the first frame, and extending to only a part in a circumferential direction.

The third electronic pad among the electronic pads according to the present invention attaining the above object, is an electronic pad receiving a strike on an upper surface, detecting the strike, and outputting a signal representative of the strike, the third electronic pad characterized by comprising:

a disk-shaped first frame;

a striking sensor detecting the strike transmitted to the first frame; and

a third sheet sensor provided on a lower surface of a peripheral edge portion of the first frame, extending in a circumferential direction, and detecting an operation with respect to the lower surface of the peripheral edge portion.

4

Here, in the third electronic pad, it is preferable that the third sheet sensor extends to only a part in the circumferential direction.

Further, the fourth electronic pad among the electronic pads according to the present invention attaining the above object is an electronic pad receiving a strike on an upper surface, detecting the strike, and outputting a signal representative of the strike; the fourth electronic pad characterized by comprising:

a disk-shaped first frame;

a cover covering an upper surface of the first frame, having a cup portion formed on a central portion, a space formed between the cover and the upper surface of the first frame, the cover excluding the cup portion spreading to contact with the first frame;

a striking sensor adhering to a portion of the first frame, the portion covered with the cup portion formed on the central portion of the cover;

a first sheet sensor formed on the first frame, provided at a portion put between the first frame and a dome-shaped peripheral edge portion formed on the central portion of the cover, and detecting a strike applied to the cup portion;

a second sheet sensor provided on an upper surface of a peripheral edge portion of the first frame, and detecting a strike applied to the peripheral edge portion; and

a third sheet sensor provided on a lower surface of the peripheral edge portion of the first frame, and detecting an operation with respect to the lower surface of the peripheral edge portion.

Here, it is preferable that the fourth electronic pad comprises:

a first jack outputting signals from a channel connected to the striking sensor and from a channel connected to the first and third sheet sensors; and

a second jack outputting signals from the channel connected to the striking sensor and from a channel connected to the second sheet sensor. In this case, it is preferable that the electronic pad is rockably attached to a pole around a predetermined horizontal axis; and

that the first jack and the second jack are provided near the horizontal axis. It is also a preferable mode that the electronic pad comprises a second frame formed out of a softer material than a material for the first frame, supporting the first frame from below, and supported by the pole; and

the first jack and the second jack are fixed to the second frame.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of an electronic pad used as an electronic cymbal in the first embodiment according to the present invention;

FIG. **2** shows a part of a cover covering the upper surface of the electronic pad;

FIG. **3** is a cross-sectional view of the electronic pad, which view is taken along line A—A of FIG. **1**;

FIG. **4** is a cross-sectional view of the electronic pad, which view is taken along line B—B of FIG. **1**;

FIG. **5** is a perspective view showing the electronic pad from obliquely downward direction;

FIG. **6** is a conceptual view showing a state in which the electronic pad is struck;

FIG. **7** is a conceptual view showing a state in which the outer peripheral edge portion of the electronic pad is nipped with fingers to perform a silencing operation;

US 6,632,989 B2

5

FIG. **8** is a wiring diagram of a jack section for transmitting an output signal from each sensor to a sound source;

FIG. **9** shows a state in which an electronic pad having a tip end portion employing a sharper rotation stopper member than a rotation stopper member shown in FIG. **1** is struck and inclined;

FIG. **10** shows an electronic pad in the second embodiment according to the present invention and showing a state in which a part of the outer peripheral edge portion of a frame is cut off and that the left half of a cover covering the upper surface of this frame is cut out; and

FIG. **11** shows an acoustic cymbal.

## DETAILED DESCRIPTION OF THE INVENTION

The embodiments of the present invention will be described hereinafter.

FIG. **1** is a perspective view of an electronic pad **1** used as an electronic cymbal in the first embodiment according to the present invention.

The electronic pad **1** shown in FIG. **1** can be divided into a cup portion **30** surrounding a central opening portion **1a** and bulging in a dome shape, an outer peripheral edge portion **32** and a bow portion **31** between the cup portion **30** and the edge portion **32**.

The upper surface of the electronic pad **1** is covered with a cover **2**. As shown in FIG. **3**, a dome-shaped core **19** is formed integrally with the central portion of the cover **2** to thereby form the cup portion **30** (see FIG. **1**). As a material for this cover, rubber elastomer having both elasticity which is an excellent feature of rubber and productivity which is an excellent feature of plastic, or the like is used.

FIG. **2** is a cross-sectional view showing a part of the cover **2** covering the upper surface of the electronic pad **1**.

Concentric irregularity processing is conducted to the upper surface of the cover **2** covering the upper surface of the electronic pad **1**. Through this processing, irregularities having, for example, a groove width of 2 mm, a pitch of 4 mm (2 mm between grooves) and a depth of 0.1 mm are formed on the upper surface of the cover **2**.

Further, a coating treatment is applied to the upper surface of the cover **2** to coat rubber primer onto the upper stated surface thereof by dipping, brushing, spraying or the like, whereby the surface of the cover **2** has a low friction factor and improved abrasion resistance. As a result, a stick slides on the electronic pad **1** similarly to a case where a metallic acoustic cymbal is struck with the stick and the abrasion of the rubber after the electronic pad **1** is struck with sticks for a long period of time can be decreased. This cover **2** may be formed out of a material having the same advantage as the above-stated surface treatment and softer than the first frame **3** to be described later. In addition, the surface treatment such as the coating of rubber primer stated above is applied to a sliding portion **2b** pressing an edge upper portion sheet sensor **7** and a portion supporting an edge lower portion sheet sensor **6** from below on the rear surface of the outer peripheral edge portions **2a** of the cover **2** so as to prevent abrasion. By covering the first frame **3** with the cover **2**, the upper surface of the electronic pad **1** enables a stick to have good bounce.

The screw portion **10a** of a pole **10** supporting the electronic pad **1** from below, a wing nut **13** screwed with the screw portion **10a**, a metallic washer **12** and felt washer **11**, which will be described later, are shown in this order from above on the central opening portion **1a** of the electronic pad **1**.

6

FIG. **3** is a cross-sectional view of the electronic pad **1** shown in FIG. **1**, which view is taken along line A—A of FIG. **1**. FIG. **3**(b) is an enlarged view showing the neighborhood of the center of FIG. **3**(a) excluding the pole **10**, the wing nut **13**, the metallic washer **12** and the felt washer **11** for convenience sake. The first frame **3** is made of a hard material and has an opening portion **3c** at the center thereof. The upper surface and the lower side of the peripheral edge portions of the first frame **3** excluding the upper surface of the central opening portion **3c** are covered with the cover **2**. ABS, polycarbonate or the like is used as a material for the first frame.

The first frame **3** also has an outer peripheral edge portion **3b** having an annulus step **3a** constituting the outer periphery of the first frame **3** and formed downward. The outer peripheral edge portion **2b** of the cover **2** contacting with the outer peripheral edge portion **3b** of the first frame **3** is formed to be thicker by as much as the step **3a**, whereby the upper surface of the portion contacting with the step **3a** is formed flat. That; is, the upper surface of the electronic pad **1** is formed in such a shape as not to appear as if the step **3a** is present. By thus forming the step **3a**, the first frame **3** has uniform vibration and the outer peripheral edge portion **3b** is suppressed from vibrating. Accordingly, vibration attenuates relatively promptly, so that even if this electronic pad **1** is continuously struck, it is possible to accurately detect the striking position and the striking force for each strike. Besides, the appearance of the upper surface is similar to that of the acoustic cymbal, ensuring a good striking sensation.

Further, since the outer peripheral edge portion **2a** is formed to be spread outside compared with the outer peripheral edge portion **3b** of the first frame **3**, the edge portion **32** tends to be deformed when struck. As a result, it is possible to reproduce a feeling that the edge portion of the acoustic cymbal is deformed to absorb impact.

FIG. **3**(b) shows the second frame **4**. The second frame **4** consists of a head portion **4a** protruding upward from the central opening portion **3c** of the first frame **3**, a shoulder portion **4b** supporting the lower peripheral edge of the opening portion **3c** from below and an arm portion **4c** supporting the lower surface of a region corresponding to the bow portion **31** shown in FIG. **1** from below.

An attachment hole **4d** vertically penetrating the second frame **4** is provided at the center of the head portion **4a** of the second frame **4** as shown in FIG. **3**(b). Also, a concave portion **4e** fitted into a rotation stopper member **9** to be described later and hollowed in a wedge shape with a trough extending in a predetermined direction is provided around the attachment hole **4d**. A softer material, such as rubber, than the material for the first frame **3** is used for the second frame **4**.

FIG. **3** also shows a piezoelectric sensor **5** provided on the lower surface of the first frame **3**, covered with the arm portion **4c** of the second frame **4** and contacting with a player side. This piezoelectric sensor **5** detects the struck surface of the electronic pad and a strike against the peripheral edge of the struck surface.

In this case, since the portion of the first frame **3** provided with the piezoelectric sensor **5** is covered with the dome-shaped portion of the cover **2**, it is possible to prevent the portion right above the piezoelectric sensor **5** from being directly struck with a stick. Accordingly, the magnitude of a signal outputted from the piezoelectric sensor **5** is not largely changed according to the struck position and the piezoelectric sensor **5** has good sensitivity distribution characteristics,

US 6,632,989 B2

7                                                8

thereby further enhancing detection accuracy for a striking force and striking position.

It is assumed that this electronic pad **1** is struck only on the right half thereof. In FIG. **3**, the piezoelectric sensor **5**, and an edge upper portion sheet sensor **7**, an edge lower portion sheet sensor **6** and a cup portion sheet sensor **8** to be described later are provided only on substantially the right half but not on the left half thereof.

To be specific, the cup portion sheet sensor **8** is provided to spread over about ⅔ of the upper surface of the peripheral edge portion of the opening of the first frame **3** covered with the cover **2** (at 120 degrees left and right relative to a player's position, respectively). The edge upper portion sheet sensor **7** and the edge lower portion sheet sensor **6** are provided to spread about ⅓ of the outer peripheral edge portion of the first frame **3** (at 60 degrees right and left relative to the player's position, respectively).

Here, the concave portion **4***e* of the second frame **4** and the rotation stopper member **9** are fitted into each other to prevent the rotation of the electronic pad **1**, thereby making it possible to restrict a striking range.

By thus restricting the striking range, it is possible to dispense with a sensor to be provided out of the striking range and to thereby decrease manufacturing cost.

It is noted that the circumferential angle (120 degrees right and left, respectively) of the cup portion sheet sensor **8** is wider than those of the edge upper portion sheet sensor **7** and the edge lower portion sheet sensor **6**. This is because the sensor must deal with a case where the electronic pad **1** is struck by a portion near the center of the stick **20** from a lateral direction in addition to a case where the electronic pad **1** is struck by the tip portion (tip end portion) of the stick **20** from longitudinal direction as shown in FIG. **6**.

In this embodiment, description has been given to a case where the cup portion sheet sensor **8** is provided to spread about ⅔ of the upper surface of the peripheral portion of the opening. This is intended to reduce cost and the cup portion sheet sensor **8** may be provided on the entire periphery on the upper surface of the opening peripheral edge portion.

Here, the second frame **4** is formed out of a softer material, such as rubber, than that of the first frame **3** as already described above and structured so that the shoulder portion **4***b* supports the first frame **3**. The second frame **4** is, therefore, fixed to the pole **10** of a stand to be described later. As a result, the first frame **3** is not fixed to the stand and vibration generated at the first frame **3** is smoothly propagated onto the first frame **3**. Thus, the piezoelectric sensor **5** can accurately detect vibration generated at the first frame **3** after the surface and the peripheral edge of the surface of the electronic pad **1** are struck.

Further, the cover **2** is provided to cover even the lower side of the outer peripheral edge portion **3***b* of the first frame **3**. The edge lower portion sheet sensor **6**, which is one example of an operation sensor according to the present invention, is provided between the lower surface of the outer peripheral edge portion **3***b* of the first frame **3** and the cover **2** provided on the lower side of this outer peripheral edge portion. This edge lower portion sheet sensor **6** detects pressure generated by the silencing operation of the player but does not detect a strike.

Furthermore, the edge upper portion sheet sensor **7** is provided between the upper surface of the outer peripheral edge portion **3***b* of the first frame **3** and the cover **2** covering the upper surface of this outer peripheral edge portion **3***b*. This edge upper portion sheet sensor **7** detects pressure generated by the striking of the outer peripheral edge portion **32** shown in FIG. **1** or the like. In addition, the cup portion sheet sensor **8** is provided at a position at which the bottom **30***a* of the cup portion **30** at the center of the electronic pad **1** is proximate to the first frame **3** to contact with the upper surface of the first frame **3**.

The cup portion **30** of the electronic pad **1** shown in a dome shape in FIG. **2** is formed out of the cover **2** integrally formed with the core **19**. If the cup portion **30** is struck, the peripheral edge portion of the core **19** presses the cup portion sheet sensor **8** through the inner surface of the peripheral edge portion of the cup portion **30** of the cover **2**. As a result, this cup portion sheet sensor **8** detects a strike against the cup portion **30**.

As already stated above, the concave portion **4***e* formed to be hollowed in a wedge shape and having a trough spread in a predetermined direction is formed on the central lower surface of the head portion **4***a* of the second frame **4**. On the other hand, as shown in FIG. **3**(*b*), the rotation stopper member **9** has a tip end portion **9***a* fitted into the concave portion **4***e*, having a ridge in a predetermined direction and protruding in a wedge shape.

Further, the rotation stopper member **9** has a penetrating hole **9***b*, as shown in FIG. **3**(*b*), through which the pole **10** supporting the electronic pad **1** enters from below. This penetrating hole **9***b* is formed such that the diameter thereof is reduced once on the way from lower to upper directions.

Meanwhile, this pole **10** has a tip end portion **10***b* formed to be fitted into the penetrating hole **9***b*, i.e., formed to have a reduced diameter on the way to the tip end. The rotation stopper member **9** is fixed to the pole **10** by a fastener **15** shown in FIG. **3** in a state in which the tip end portion **10***b* of the pole **10** is penetrated into the rotation stopper member **9**.

Furthermore, a screw portion **10***a* is provided on the very tip end of the pole **10**. The screw portion **10***a* protrudes upward, compared with the upper surface of the head portion **4***a* of the second frame **4** and screwed with the wing nut **13** while the head portion **4***a* of the second frame **4**, the felt washer **11** and the metallic washer **12** are put between the screw portion **10***a* and the rotation stopper member **9**. The electronic pad **1** is fixed to the pole **10** by the wing nut **13**.

In other words, the electronic pad **1** is supported by the pole **10** fixing the rotation stopper member **9** having the tip end portion **9***a* fitted into the concave portion **4***e* of the second frame **4**, from below.

Here, since the concave portion **4***e* of the second frame **4** is fitted into the tip end portion **9***a* of the rotation stopper member **9**, the rotation of the electronic pad **1** about the pole **10** as a rotary shaft is prevented. This can prevent the output cable **14** of the electronic pad **1** to be described later from being entwined about the pole **10** and being pulled by the pole **10**.

FIG. **4** is a cross-sectional view of the electronic pad **1** shown in FIG. **1**, which view is taken along line B—B of FIG. **1**.

FIG. **4** shows the above-stated fastener **15** for fixing the rotation stopper member **9** to the pole **10** and a screw **16** for fixing the second frame **4** to the first frame **3**. In FIG. **4**, the cup sheet sensor **8** is provided on each of the right and left sides of the electronic pad **1**. The reason is as follows. The cross-sectional view of FIG. **4** differs from that of FIG. **3** by 90 degrees and illustrates a cross section if this electronic pad **1** is viewed from a player's position.

Further, FIG. **4** shows an output jack **18** and an output cable **14** for transmitting respective output signals from the

US 6,632,989 B2

| 9 | 10 |

piezoelectric sensor **5**, the edge lower portion sheet sensor **6**, the edge upper portion sheet sensor **7** and the cup portion sheet sensor **8** to a sound generating device which is not shown.

The output jack **18** is provided in a space between the arm portion **4c** of the second frame **4** and the lower surface of the first frame **3** and fixed to the second frame **4** through an output jack holder **17**. Since the second frame **4** is formed out of a softer material, such as rubber, than that of the first frame **4** as already stated above, the second frame **4** is slightly deformed by pulling the output cable **14** or by the vibration of the electronic pad **1**, thereby preventing the output jack and the like from being broken. This output jack **18** consists of two jacks, i.e., the first output jack **110** and the second output jack **120** (see FIG. **8**). Output signals from the respective sensors stated above are outputted from the first output jack **110** and the second output jack **120**, passed through the output cable **14** and transmitted to the sound generating device which is not shown. In this embodiment, although the number of sensors differs from the number of terminals, the signals from the respective sensors can be transmitted to the sound generating device, which will be described later.

FIG. **5** is a perspective view showing the electronic pad **1** from an obliquely downward direction. FIG. **5** shows the cover **2** provided to spread over the lower side to encompass the outer peripheral edge of the first frame **3** as stated above. FIG. **5** also shows a state in which the electronic pad **1** is supported by the pole **10** to which the rotation stopper member **9** is fixed. As shown in FIG. **5**, the second frame **4** is fixed to the lower surface of the first frame **3** on several portions by screws **16**.

FIG. **6** is a conceptual view showing that the cup portion **30** at the center of the electronic pad **1** shown in FIG. **1**, the bow portion **31** at the intermediate position thereof and the edge portion **32** on the outer peripheral edge thereof are struck with the stick **20**, respectively. FIG. **7** is a conceptual view showing a state in which a silencing operation is performed by nipping the outer peripheral edge of the electronic pad **1** with fingers.

Here, if the strike or the silencing operation shown in FIGS. **6** and **7** are conducted to the electronic pad **1**, the piezoelectric sensor **5**, the edge lower portion sheet sensor **6**, the edge upper portion sheet sensor **7** and the cup portion sheet sensor **8**, shown in FIG. **3**, detect vibration and pressure. Output signals from the respective sensors are combined by a circuit shown in FIG. **8**, outputted from the output jack **18**, i.e., the first output jack **110** and the second output jack **120**, passed through the output cable **14** and transmitted to the sound generating device which is not shown.

The sound generating device stores tones imitating the typical tones of the respective regions produced from an acoustic cymbal and outputted, i.e., a so-called cup tone, a so-called bow tone and a so-called edge tone if the regions of the acoustic cymbal corresponding to the cup portion **30** at the center of the electronic pad **1**, the bow portion **31** at the intermediate position thereof and the edge portion **32** on the outer peripheral edge thereof shown in FIG. **1** are struck. Based on the combination of the output signals transmitted through the output cable **14**, the sound generating device produces tones corresponding to the struck regions or silences the tones.

Next, description will be given to the correspondence among the outputs of the respective sensors, the striking positions and the silencing operation (the choke of the edge portion). Table 1 shows the correspondence.

TABLE 1

| | Piezo-electric sensor | Cup portion sheet sensor | Edge upper portion sheet sensor | Edge lower portion sheet sensor |
|---|---|---|---|---|
| Performance on cup portion | Output | ON | OFF | OFF |
| Performance on bow portion | Output | OFF | OFF | OFF |
| Performance on edge portion | Output | OFF | ON | OFF |
| Choke of edge portion | No output | OFF | ON | ON |

The piezoelectric sensor **5** outputs a signal if any of the cup portion **30**, the bow portion **31** and the edge portion **32** shown in FIG. 1 is struck and the sensor **5** is turned off when choking the edge portion. Also, the cup portion sheet sensor **8** is turned on only when the cup portion **30** is struck. The edge upper portion sheet sensor **7** is turned off while a player is performing on the electronic pad **1** using the cup portion **30** and the bow portion **31**, and the sensor **7** is turned on when striking the edge portion **32** and when choking the edge portion.

The edge lower portion sheet sensor **6** is turned on only when choking the edge portion. That is to say, the edge lower portion sheet sensor **6** does not react to strike and only detects an operation carried out to the peripheral edge portion of the electronic pad **1**, i.e., the choke of the edge portion.

FIG. **8** is a wiring diagram of the jack portion for transmitting output signals from the respective sensors to a sound source.

FIG. **8** shows two terminals A1 and A2 connected to the first output jack **110** and two terminals B1 and B2 connected to the second output jack **120**. Output signals from the piezoelectric sensor **5** are transmitted to both the terminal A1 and terminal B1. The edge lower portion sheet sensor **6** and the cup portion sheet sensor **8** are connected to the terminal A2. However, as shown in Table 1, there is not timing at which both the edge lower portion sheet sensor **6** and the cup portion sheet sensor **8** are turned on simultaneously. Besides, it is possible to determine which is turned on, the edge lower portion sheet sensor **6** or the cup portion sheet sensor **8**, by checking the output of the piezoelectric sensor **5**. Accordingly, output signals from both the edge lower portion sheet sensor **6** and the cup portion sheet sensor **8** can be outputted from the terminal A2.

Further, the edge upper portion sheet sensor **7** is connected to the terminal B2 of the second output jack **120**.

Table 2 shows the correspondence between outputs from the respective terminals and assigned tones.

TABLE 2

| Input | Terminal | Assigned tone | Sound producing condition (sensor output) | Silencing condition (sensor output) |
|---|---|---|---|---|
| First output jack | A1 | Bow tone | Piezoelectric sensor only | Edge lower portion sheet sensor only |
| | A2 | Cup tone | Piezoelectric sensor + cup | Edge lower portion sheet sensor only |

US 6,632,989 B2

11

12

TABLE 2-continued

| Input | Terminal | Assigned tone | Sound producing condition (sensor output) | Silencing condition (sensor output) |
|-------|----------|---------------|-------------------------------------------|-------------------------------------|
| Second output jack | B1 | Toneless | portion sheet sensor Piezoelectric sensor only | Edge upper portion sheet sensor only |
|  | B2 | Edge tone | Piezoelectric sensor + edge upper portion sheet sensor |  |

In this case, only the first output jack **110** or only the second output jack **120** can be connected to the sound generating device. If only the first output jack **110** is connected, the sound generating device produces a cup tone and a bow tone and silence tones. If only the second output jack **120** is connected, the sound generating device produces only an edge tone and silence tones.

If the output signal of the piezoelectric sensor **5** is outputted from the terminal A1 of the first output jack **110** and no signal is outputted from the terminal A2 of the first output jack **110**, a bow tone is assigned as a produced tone. If signals are outputted from both the terminals A1 and A2 of the first output jack **110**, a cup tone is assigned. If the output signal of the piezoelectric sensor **5** is not outputted from the terminal A1 of the first output jack **110** and outputted from the terminal A2 thereof (in this case, the edge upper portion sheet sensor **6** is turned on), then silencing operation is performed.

Further, if a signal is outputted from the terminal B1 of the second output jack **120** and no signal is outputted from the terminal B2 thereof, then none of the tones are produced and silence is maintained. If signals are outputted from both the terminals B1 and B2, an edge tone is produced. Further, if no signal is outputted from the terminal B1 and a signal is outputted from the terminal B2, i.e., the edge upper portion sheet sensor **7** is turned on, then a silencing operation is performed. At this moment, a combination of the output of the piezoelectric sensor **5** and that of the edge upper portion sensor **7** can instantly detect a silencing operation (edge choking) without using the edge lower portion sheet sensor **6**. It is noted, however, that the electronic pad **1** requires, as a whole, the edge lower portion sheet sensor **6** which detects the choke of the edge portion but does not detect a strike, so as to instantly detect a silencing operation (the choke of the edge portion).

As can be seen from the above, if the cup portion **30** of the electronic pad **1** shown in FIG. **1** is struck, signals are transmitted from the respective terminals of the terminals A1, A2 and B1 to the sound generating device and the sound generating device produces a cup tone. Likewise, if the intermediate bow portion **31** is struck, signals are transmitted from both the terminals A1 and B1 to the sound generating device and the sound generating device produces a bow tone. If the edge portion **32** on the outer peripheral edge of the electronic pad **1** is struck, signals are transmitted from the terminals A1, B1 and B2 to the sound generating device and the sound generating device produces an edge tone. As shown in Table 2, when an edge tone is produced, a bow tone is produced as well. The edge tone is often used for emphasis and the volume thereof is set large while the bow tone is masked by the edge tone and the edge tone inherently includes the feature of the bow tone. Due to this,

even if the bow tone is overlapped with the edge tone and produced, the influence is almost negligible. If the sound generating device stated above produces an edge tone, the emission of the bow tone may be controlled.

Moreover, as shown in FIG. **7**, by performing an operation for nipping the peripheral edge of the struck surface of the electronic pad **1** with fingers (the choke of the edge portion), the signals of the edge lower portion sheet sensor **6** and the edge upper portion sheet sensor **7** are transmitted from the terminals A2 and B2 to the sound generating device and the sound generating device performs a silencing operation.

Furthermore, the sound generating device monitors not only the presence and absence of the output of the piezoelectric sensor **5** but also the magnitude of the output signal of the piezoelectric sensor **5**. To produce the above-stated respective tones, the sound generating device generates the respective tones with volumes according to the magnitude of the output signal of the piezoelectric sensor **5**. Normally, a sheet sensor detects on/off states as in the case of a switch. Compared with a conventional method or the like for allowing a piezoelectric sensor or the like to monitor vibration resulting from a strike and to determine a striking position and then for selecting a tone, a method in which a sheet sensor is used and whether or not the sheet sensor is turned on is monitored enables faster tone selection. In this embodiment, the sheet sensors are used and, therefore, it is possible to produce tones such as a cup tone used for emphasis, i.e., tones required to be produced promptly for a musical performance, the above-stated edge, tone and the like. In this case, after the sound generating device promptly starts producing the tone with a certain volume, the sound generating device carries out an envelope processing to make the volume correspond to a striking sound.

As can be seen, in this embodiment, tones corresponding to struck regions such as the struck surface and peripheral edge of the struck surface of the electronic pad **1** are produced with a volume corresponding to a striking force, and the tone which is being produced is promptly silenced by the silencing operation shown in FIG. **7**, compared with a conventional method.

Even if only the first output jack **110** out of the first output jack **110** and the second output jack **120** is connected to the sound generating device, the edge lower portion sheet sensor **6** provided at a position at which the sensor does not react to a strike may be turned on by the silencing operation. By doing so, a player can promptly silence a cup tone and a bow tone which are being produced compared with a conventional method.

FIG. **9** shows a state in which the electronic pad **1** supported by the pole **10** is struck with the stick **20** and inclined. The rotation stopper member **21** shown in FIG. **9** has a sharper wedge-shaped tip end portion **21a** than the rotation stopper member **9** shown in FIG. **3**. Due to this, the wedge shape of the tip end portion **21a** of the rotation stopper member **21** is not completely fitted into the concave portion **4e** of the second frame **4**, i.e., there is some play. As a result, as shown in FIG. **9**, when being struck, the electronic pad **1** is easily inclined.

As stated above, a plurality of types of rotation stopper members having different wedge angles are prepared and used depending on the magnitude or weight of an acoustic cymbal imitated by the electronic pad **1**, whereby it is possible to adjust the degrees of vibration resulting from a strike and differing cymbals and to perform on the electronic pad similarly to the acoustic cymbal while preventing the rotation of the struck surface. Besides, it is possible to adjust

US 6,632,989 B2

13

the degree of vibration according to the degree at which the wing nut **13** of the screw portion **10***a* of the pole **10** is fastened.

Alternatively, the rotation member is fixed to one type capable of sufficiently vibrating and a spacer, an adapter or the like is used to adjust the gap between the rotation stopper member and the concave portion **4***e* of the second frame **4**. By doing so, it is possible to perform on the electronic pad **1** similarly to the acoustic cymbal which the electronic pad **1** is to imitate, while preventing the rotation of the struck surface.

In addition, the central axis of the vibration of the electronic pad **1** generated when the electronic pad **1** is struck is present in a cross section taken along line B—B as shown in FIG. **4**. In this embodiment, since the output jack **18** is arranged in the vicinity of the central axis of this vibration, the vertical movement of the output cable **14** followed by the vibration can be suppressed. Accordingly, it is possible to prevent applying overload to the output cable **14** itself caused by the weight of the output cable and to a region to which the output cable **14** is connected and to, therefore, expand the life of the electronic pad **1**.

Next, the second embodiment according to the present invention will be described.

FIG. **10** shows an electronic pad **41** used as the second embodiment according to the present invention. FIG. **10** shows a frame **43** and a cover **42** covering the upper surface of the frame **43**. The left half of the cover **42** is removed so that the characteristic portions of the frame **43** to be described later can be easily recognized. An outer peripheral edge portion **43***a* similar to the electronic pad **1** is provided on the outer peripheral edge of the frame **43** of the electronic pad **41**. A part **43***b* of the outer peripheral edge portion **43***a* which part avoids a player's striking range is formed to be cut off as shown in FIG. **10**.

A part **42***b* of the outer peripheral edge portion **42***a* of the cover **42** is closely attached to this part **43***b*. Due to this, the part **42***b* of the cover **42** is formed into such a shape packed with a space corresponding to the part **43***b* obtained by partially cutting off the frame **43**.

The electronic pad **41** differs from the electronic pad **1** shown in FIG. **1** only in two respects, i.e., that a part of the outer peripheral edge portion **43***a* of the frame **43** is cut off as stated above and that the shape of a part of the outer peripheral edge portion **42***a* of the cover **2** is changed. Accordingly, a protruding head portion **4***a* of the second frame **4** at the center of the electronic pad **41**, a penetrating hole **4***d* thereof and a cup portion sheet sensor **8** close to the center on the frame **43** shown in FIG. **10** as well as an edge upper portion sheet sensor **7** on the outer peripheral edge portion **43***a* of the frame **43** and the like are the same in type as those used and shown in FIG. **3**. Although not shown in FIG. **10**, an edge lower portion sheet sensor **6** is provided on the lower surface of the outer peripheral edge portion **43***a* of the frame **43** as in the case of the electronic pad **1** shown in FIG. **1**.

Arrows C—C and D—D shown in FIG. **10** correspond to arrows A—A and B—B shown in FIG. **1**, respectively. The edge upper portion sheet sensor **7**, the edge lower portion sheet sensor **6** which is not shown, and the cup portion sheet sensor **8** in FIG. **10** are provided in the same range as that in which the corresponding sensors of the electronic pad **1** stated above are provided. That is, these sensors are arranged on the right half portion of FIG. **3**, i.e., the lower right half indicated by D—D of FIG. **10** and not arranged on the upper left half indicated by D—D. Thus, by providing the sensors

14

only on the half of the electronic pad on the player side, manufacturing cost can be reduced.

Moreover, by partially cutting off the outer peripheral edge portion **43***a* of the frame **43**, the shape of the frame **43** is not rotationally symmetrical and the rigidity of the frame **43** is off balance. By contrast, since the shape of the cover **2** is partially different as already stated above, the weight balance of the electronic pad **41** about the penetrating hole **4***d* is maintained but the rigidity of the frame **43** is slightly off balance. Thus, acoustic resonance can be suppressed and the electronic pad **41** in the second embodiment can further suppress unnecessary vibration generated on the frame **43**.

While particular embodiments of the present invention have been shown and described, it will be obvious to those skilled in the art that the invention is not limited to the particular embodiments shown and described and that changes and modifications may be made without departing from the spirit and scope of the appended claims.

What is claimed is:

1. An electronic pad receiving a strike, detecting the strike and outputting a signal representative of the strike comprising:

a first frame;

a striking sensor detecting the strike transmitted to said first frame; and

a second frame supporting said first frame from below, having an attachment hole with a pivotal joint; and

a rotation stopper member coupled to the second frame for preventing said first frame from circumferentially rotating about a pole of a stand, said pole being inserted into said attachment hole, said attachment hole located in said rotation stopper member, said pivotal joint being rockably fitted into said rotation stopper member with resulting play.

2. The electronic pad according to claim **1**, wherein the second frame is made of a softer material than a material for said first frame.

3. The electronic pad according to claim **1**, wherein said first frame has a larger opening portion than said attachment hole of said second frame, the opening portion provided on a central portion of the first frame; and

said second frame includes a head portion having said attachment hole and inserted into said opening portion from below in an upward direction, and a shoulder portion supporting a surrounding portion of said opening portion of said first frame from below, the surrounding portion surrounding the head portion.

4. An electronic pad receiving a strike, detecting the strike and outputting a signal representative of the strike, comprising:

a first frame;

a non-resonating cover covering an upper surface of said first frame, said covering having a cup portion formed on a central portion of the cover; and

a striking sensor detecting the strike transmitted to said first frame through said cover;

wherein a space is formed between the cup portion and the upper surface of the first frame, such that the cup portion of the cover makes no contact with said first frame; and

wherein said striking sensor adheres to a portion of said first frame covered with the cup portion formed on the central portion of said cover.

5. The electronic pad according to claim **4**, wherein said cover has a dome-shaped core on the central portion, and

US 6,632,989 B2

15 16

wherein portions of the cover other than the core are formed out of a softer material than a material for said first frame.

**6**. The electronic pad according to claim **4**, wherein

said first frame has an outer peripheral edge portion formed downward by an annulus step; and

wherein a portion of the cover covering said outer peripheral edge portion is thick, whereby an upper surface of said cover contacting said step is flat.

**7**. The electronic pad according to claim **4**, wherein said cover spreads beyond a peripheral edge of said first frame and folds toward a rear surface side of the peripheral edge of the first frame.

**8**. The electronic pad according to claim **4**, wherein said cover spreads over the entire rear surface side of the first frame.

**9**. The electronic pad according to claim **4**, wherein said first frame is shaped such that a peripheral edge portion of the first frame is cut off; and

wherein a portion of said cover covering the cut off portion of the peripheral edge portion of said first frame is formed out of more material per unit length along the peripheral edge than a material for a portion of the cover covering an uncut part of the peripheral edge portion.

**10**. The electronic pad according to claim **4**, further comprising

a sheet sensor formed on said first frame, provided on a portion between the first frame and a dome-shaped peripheral edge formed on said central portion of the cover, extending in a circumferential direction, and detecting a strike applied to said cup portion.

**11**. The electronic pad according to claim **10**, wherein said sheet sensor extends to only a portion of said first frame in a circumferential direction.

**12**. The electronic pad according to claim **10**, wherein said sheet sensor extends over the entire first frame in a circumferential direction.

**13**. The electronic pad according to claim **4**, further comprising

a sheet sensor provided on an upper surface of a peripheral edge portion of said first frame, and extending along no more than a part of the peripheral edge of said first frame.

**14**. The electronic pad according to claim **4**, further comprising:

a sheet sensor provided on an upper surface of a peripheral edge portion of said first frame and extending along the entire peripheral edge of said first frame.

**15**. The electronic pad according to claim **4**, wherein said first frame has a varying length from the center of the frame to the edge of the frame.

**16**. An electronic pad receiving a strike on an upper surface, detecting the strike, and outputting a signal representative of the strike; comprising:

a disk-shaped first frame;

a cover covering an upper surface of said first frame, having a cup portion formed on a central portion of the cover, a space being formed between the cup portion and the upper surface of the first frame, such that the cup portion of the cover makes no contact with said first frame;

a striking sensor adhering to a portion of said first frame covered with the cup portion formed on the central portion of said cover;

a first sheet sensor formed on said first frame between the first frame and a dome-shaped peripheral edge portion formed on the central portion of said cover, and detecting a strike applied to said cup portion;

a second sheet sensor provided on an upper surface of a peripheral edge portion of said first frame, and detecting a strike applied to the peripheral edge portion; and

a third sheet sensor provided on a lower surface of the peripheral edge portion of said first frame, and detecting an operation with respect to the lower surface of the peripheral edge portion.

**17**. The electronic pad according to claim **16**, further comprising

a first jack outputting signals from a channel connected to said striking sensor and from a channel connected to said first and third sheet sensors; and

a second jack outputting signals from the channel connected to said striking sensor and from a channel connected to said second sheet sensor.

**18**. The electronic pad according to claim **17**, wherein the electronic pad is rockably attached to a pole around a predetermined horizontal axis; and

said first jack and said second jack are provided near said horizontal axis.

**19**. The electronic pad according to claim **17**, wherein the electronic pad comprises a second frame formed out of a softer material than a material for said first frame, supporting said first frame from below, and supported by the pole; and

said first jack and said second jack are fixed to said second frame.

**20**. The electronic pad according to claim **17**, wherein said first jack and said second jack are fixed to said first frame.

**21**. An electronic pad receiving a strike, detecting the strike, and outputting a signal representative of the strike, comprising:

a first frame;

a striking sensor detecting the strike transmitted to said first frame;

a second frame supporting said first frame from below, being rockably attached to a pole around a predetermined horizontal axis;

a rotation stopper member coupled to the second frame for preventing said first frame from circumferentially rotating about said pole, said pole being inserted into an attachment hole in said rotation stopper member; and

a jack attached to the second frame and provided in sufficiently close proximity to said horizontal axis in order to minimize the stress placed on a cord attached to the jack when the pad is rocking.

**22**. An electronic pad receiving a strike, detecting the strike, and outputting a signal representative of the strike, comprising:

a first frame;

a non-resonating cover covering an upper surface of said first frame, said covering having a cup portion formed on a central portion of the cover, a space being formed between the cup portion and the upper surface of the first frame, such that the cup portion of the cover makes no contact with said first frame; and

a sheet sensor formed on said first frame between the first frame and a dome-shaped peripheral edge portion formed on the central portion of said cover, and detecting a strike applied to said cup portion.

US 6,632,989 B2

**17**

**23**. The electronic pad according to claim **1**, wherein the first frame is disk-shaped.

**24**. The electronic pad according to claim **4**, wherein the first frame is disk-shaped.

**25**. The electronic pad according to claim **24**, further comprising

a sheet sensor provided on an upper surface of a peripheral edge portion of said first frame, and extending to only a part of said first frame in a circumferential direction.

**26**. The electronic pad according to claim **24**, further comprising

**18**

a sheet sensor provided on an upper surface of a peripheral edge portion of said first frame, and extending over the entire first frame in a circumferential direction.

**27**. The electronic pad according to claim **24**, wherein said first frame has a varying radius.

**28**. The electronic pad according to claim **21**, wherein the first frame is disk-shaped.

**29**. The electronic pad according to claim **23**, wherein the first frame is disk-shaped.

\* \* \* \* \*

# EXHIBIT H

US007459626B2

(12) **United States Patent**
Yoshino et al.

(10) Patent No.: **US 7,459,626 B2**
(45) Date of Patent: **Dec. 2, 2008**

(54) **APPARATUS AND METHOD FOR DETECTING DISPLACEMENT OF A MOVABLE MEMBER OF AN ELECTRONIC MUSICAL INSTRUMENT**

(75) Inventors: **Kiyoshi Yoshino**, Hosoe-cho (JP); **Kazuhiro Arai**, Hamamatsu (JP)

(73) Assignee: **Roland Corporation**, Hamamatsu (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 272 days.

(21) Appl. No.: **10/982,116**

(22) Filed: **Nov. 5, 2004**

(65) **Prior Publication Data**

US 2006/0096448 A1     May 11, 2006

(51) **Int. Cl.**
*G10H 3/00*     (2006.01)

(52) **U.S. Cl.** .............................. **84/723**; 84/725; 84/730; 84/733; 84/734

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,474,289 A  *  12/1995  Pilling ................... 271/265.04

| | | | | |
|---|---|---|---|---|
| 5,872,416 | A | * | 2/1999 | Nogarede .............. 310/323.03 |
| 2004/0262957 | A1* | | 12/2004 | Young et al. .............. 297/217.3 |
| 2005/0145101 | A1* | | 7/2005 | Yoshino ...................... 84/723 |
| 2005/0145102 | A1* | | 7/2005 | Susami ........................ 84/735 |
| 2005/0150349 | A1* | | 7/2005 | Susami ........................ 84/299 |
| 2006/0099559 | A1* | | 5/2006 | Kohl et al. .................. 434/265 |
| 2006/0139667 | A1* | | 6/2006 | Morimoto et al. ........... 358/1.9 |
| 2006/0156910 | A1* | | 7/2006 | Yoshino ...................... 84/723 |

FOREIGN PATENT DOCUMENTS

| JP | 04-014793 | | 1/1992 |
|---|---|---|---|
| JP | 09-097075 | | 4/1997 |
| JP | 2004-94036 | * | 3/2004 |

* cited by examiner

*Primary Examiner*—Marlon T Fletcher
(74) *Attorney, Agent, or Firm*—Foley & Lardner LLP

(57)     **ABSTRACT**

An apparatus for detecting the displacement of a movable member of an electronic musical instrument. The apparatus has superior mechanical durability compared to displacement sensors of the past and can withstand long-term use. The apparatus includes a sensor that provides a detectable electrical characteristic having a value and a spring that, when compressed upon displacement of the movable member acts with the sensor, causing the value of the electrical characteristic to change. The value of the electrical characteristic represents the amount of displacement of the movable member and is used by a controller of the electronic musical instrument.

**27 Claims, 8 Drawing Sheets**





FIG. 1A

FIG. 1B

U.S. Patent

Dec. 2, 2008

Sheet 2 of 8

US 7,459,626 B2





FIG. 3



**FIG. 4**



FIG. 5A



FIG. 5B



FIG. 6A

FIG. 6B



FIG. 7



FIG. 8

US 7,459,626 B2

**1**

## APPARATUS AND METHOD FOR DETECTING DISPLACEMENT OF A MOVABLE MEMBER OF AN ELECTRONIC MUSICAL INSTRUMENT

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates, generally, to electronic musical instruments and, in preferred embodiments, to electronic musical instruments having the capability of detecting the amount of displacement of a pedal or of other movable members.

2. Description of Related Art

In electronic musical instruments, displacement sensors are used as sensors to detect the amount of displacement of, for example, a pedal.

Examples of prior methods for the detection of the amount of displacement are described below.

Method 1: This is a method in which, for example, a displacement sensor is configured with a rubber sensor that changes shape in conformance with the amount that a pedal is stepped on and a sensor sheet that is pressed by the rubber sensor as the rubber sensor changes shape. The resistance value of the sensor sheet changes in conformance with the area of the sheet that is pressed.

Method 2: This is a method in which the resistance value of a volume control changes in conformance with the amount that a pedal is stepped on.

The determination of the amount of displacement is possible with the use of any of the methods discussed above. However, in those cases where the displacement of a pedal is detected, the displacement sensor is required to have the durability to withstand the force that is repeatedly applied from the pedal over a long period of time. Each of the methods mentioned above has problems such as those described below.

In Method 1, when the rubber sensor is used over a long period of time and its shape is repeatedly changed in conformance with the stepping operation of the pedal, the rubber sensor becomes deformed in shape such that it becomes impossible to accurately detect the amount that the pedal has been stepped on.

In Method 2, when the volume control is used for a long period of time, the mechanical sliding portion is abraded and that becomes a problem.

### SUMMARY OF THE DISCLOSURE

Therefore, it is an advantage of embodiments of the present invention to provide an apparatus and method for providing a displacement sensor that has superior mechanical durability and that can withstand use over a long period of time.

An embodiment of the present invention that achieves the object described above is characterized in that the displacement sensor is furnished with a sensor structure, such as a sensor sheet, for which the resistance value changes in conformance with the area that has been pressed and a coil spring that has a conical shape. The wider end of said conical shape is in contact with the previously mentioned sensor sheet and increases the area of pressing of said sensor sheet in proportion to the compression of the spring.

The coil spring with which an embodiment of the present invention is furnished possesses durability with respect to the compression force that is received from the object that is displaced. In addition, since the displacement sensor is furnished with a structure in which the mechanical rubbing

**2**

portion that is the cause of abrasion is excluded, the mechanical durability is superior and long-term use is possible.

In addition, it is preferable that an embodiment of the present invention be one in which the above mentioned sensor sheet is furnished with a sheet material that possesses electrical conductivity and with an electrode pattern that is disposed opposite the previously mentioned sheet material and is formed by radial segments extending between the center of the sensor sheet and its periphery.

The direction over which the cone shaped coil spring presses the sensor sheet as the spring is compressed is from the outer periphery of the sensor sheet toward the center of the sensor sheet. The degree to which the spring presses the sensor sheet is in proportion to the compression of the coil spring. Since the electrode pattern described above is formed along the direction over which the spring presses the sensor sheet, the resistance value of the above mentioned sensor sheet changes with good efficiency due to the compression of the coil spring.

As has been explained above, an embodiment of the present invention is superior in mechanical durability compared to the displacement sensors of the past and can withstand use for a long period of time.

These and other objects, features, and advantages of embodiments of the invention will be apparent to those skilled in the art from the following detailed description of embodiments of the invention, when read with the drawings and appended claims.

### BRIEF DESCRIPTION OF THE FIGURES

FIGS. **1**a and **1**b are oblique view drawings that show a first preferred embodiment of the displacement sensor of the present invention;

FIGS. **2**a and **2**b are drawings that shows the range in which, when the conical coil spring is compressed and changes shape, the printed resistor sheet is pressed and comes into contact with a substrate having a conductive pattern, such as a printed carbon substrate, due to the shape change;

FIG. **3** is a lateral drawing that shows a partial cross-section of the state in which the displacement sensor has been mounted in the pedal system of an electronic musical instrument;

FIG. **4** is a lateral drawing that shows a partial cross-section of the state in which the displacement sensor has been mounted between the upper cymbal and the lower cymbal of an electronic high hat cymbal;

FIGS. **5**a and **5**b are lateral drawings that show an enlarged cross-section of the state in which the displacement sensor is mounted between the upper cymbal and the lower cymbal;

FIGS. **6**a and **6**b are oblique view drawing that show a second preferred embodiment of the displacement sensor of the present invention;

FIGS. **7**a and **7**b are schematic drawings that show the state in which a portion of the resistive pattern of the base film has come into contact with the metal pattern on the obverse surface of the substrate; and

FIG. **8** is a drawing that shows the change in the distance between the contacted portions of the two locations shown in FIG. **7** that accompanies the increase in the portion of the conical coil spring that is pushed and impacted on by the base film.

US 7,459,626 B2

3

4

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

In the following description of preferred embodiments, reference is made to the accompanying drawings which form a part hereof, and in which is shown by way of illustration specific embodiments in which the invention may be practiced. It is to be understood that other embodiments may be utilized and structural changes may be made without departing from the scope of the preferred embodiments of the present invention.

An explanation will be given below regarding preferred embodiments of the present invention while referring to the drawings.

First, an explanation will be given regarding a first preferred embodiment of the present invention.

FIGS. 1(a) and 1(b) are oblique view drawings that show a first preferred embodiment of the displacement sensor of the present invention.

FIG. 1(a) is an exterior oblique view drawing seen from diagonally above the displacement sensor 1 and FIG. 1(b) is a disassembled oblique view drawing of the displacement sensor.

The displacement sensor 1 that is shown in FIGS. 1(a) and 1(b) comprises a conical coil spring 11, a circular cushion sheet 12, a sensor structure, such as circular sensor sheet section 13, and a fixing frame 14.

The fixing frame 14 has a cylindrical concave portion 14e.

The sensor sheet 13 is configured with resistive material, such as the circular printed resistor sheet 131, and a substrate having a conductive pattern, such as the circular printed carbon substrate 132, on which the circular printed resistor sheet is superposed. On the printed carbon substrate 132, there is a square shaped protuberant section 132c and this is arranged such that, when the printed resistor sheet 131 is superposed on the printed carbon substrate 132, the protuberant section 132c extends beyond the printed resistor sheet 131.

The printed resistor sheet 131 is made from a plastic and like materials, and a conductive ink such as carbon and the like is uniformly printed on the surface that faces the printed carbon substrate 132.

There is a spacer 131a between the printed resistor sheet 131 and the printed carbon substrate 132, and it is arranged such that, when the two are superposed and the conical coil spring 11 is not compressed, there is no direct contact. The spacer 131a is in the shape of a ring and is placed on the peripheral edge section of the printed resistor sheet 131 facing the printed carbon substrate 132. Incidentally, the spacer 131a may also be disposed in the center section in addition to the peripheral edge section of the printed resistor sheet 131.

The printed carbon substrate 132 is a printed board on which two independent electrode patterns, the inner peripheral pattern 132b and the outer peripheral pattern 132a, which are formed with copper foil or other electrically conductive material, are disposed.

The inner peripheral pattern 132b comprises a ring shaped pattern that is disposed in the center of the substrate 132 and a branch form pattern that extends in a radial shape from the outer periphery of the ring shaped pattern toward the outer periphery of the substrate 132. In addition, in the midst of the branch form pattern, a linear pattern extends from the end section of the pattern that is located closest to the previously discussed protuberant section 132c to the protuberant section 132c and becomes the electrical terminal 132e of the inner peripheral pattern.

Also, carbon or another electrically conductive material is printed on the surface of the inner peripheral pattern 132b.

The outer peripheral pattern 132a comprises a ring shaped pattern that is disposed on the outer periphery of the substrate 132 and a branch form pattern that extends from the inner circumference of the ring shaped pattern toward the center of the substrate 132. The branch form pattern of the outer peripheral pattern 132a is disposed between the branch form pattern of the inner peripheral pattern 132b such that the former branch form pattern does not come into contact with the latter branch form pattern. The ring shaped pattern of the outer peripheral pattern 132a is disconnected in one place near the protuberant section 132c such that the pattern does not intersect with the terminal 132e of the inner peripheral pattern. The linear pattern extends to the protuberant section 132c from one end of this pattern that is disconnected and becomes the electrical terminal 132d of the outer peripheral pattern. In addition, carbon or another electrically conductive material is printed on the surface of the outer peripheral pattern 132a in the same manner as the inner peripheral pattern 132b.

The printed carbon substrate 132, the printed resistor sheet 131, and the cushion sheet 12 are received in the concave portion 14e of the fixing frame 14 in that order, the printed carbon substrate 132 received first. In addition, the conical coil spring 11 is set into the concave portion 14e of the fixing frame 14, the wider end 11a of the conical coil spring 11 first, and the wider end 11a of the conical coil spring 11 is in contact with the cushion sheet 12.

With regard to the protuberant section 132c of the printed carbon substrate 132, when the substrate 132 is accommodated in the fixing frame 14, the protuberant section 132c is set into the notched section 14c that is disposed in the outer wall of the fixing frame 14, and by this means, the rotation of the substrate 132 within the fixing frame 14 is prevented.

In the displacement sensor that is shown in FIG. 1(a), the attaching hole 1a is disposed in a position that is concentric with the axis of the conical coil spring 11. This attaching hole 1a is a hole that passes through all of the components that are shown in FIG. 1(b) in their accommodated state from top to bottom from the cushion sheet 12 through the fixing frame 14.

The displacement sensor 1 is used in order to detect, for example, the displacement of a pedal. In this case, the displacement sensor 1 is mounted in a position that is between the pedal and the facing bottom plate. In addition, the bottom surface of the displacement sensor 1 is in contact with the bottom plate and the front end section of the conical coil spring 11 is in contact with the pedal. When the pedal is stepped on, the displacement sensor 1 is subjected to a compression force from the tip section 11b of the conical coil spring 11. The conical coil spring 11 is compressed and changes shape due to this compression force.

One portion of the conical coil spring that has been compressed changes shape. This portion presses and impacts on the cushion sheet 12. A portion of the printed resistor sheet 131 that is below the cushion sheet 12 is pressed onto the printed carbon substrate 132.

An advantage of using a cushion sheet 12 made of a elastic material such as rubber is, when a pressing force is applied to the surface of the cushion sheet 12 at one point, the pressing force spreads and is also transmitted to the area around the one point to which it was applied.

Since the conical coil spring 11 presses the printed resistor sheet 131 onto the printed carbon substrate 132 through the cushion sheet 12, the force of the wire material of the conical coil spring on the printed resistor sheet 131 is made more uniform than if the sheet were directly pressed by the conical coil spring 11. The pressing force that has been made uniform is transmitted to the printed carbon substrate 132.

US 7,459,626 B2

**5**

Due to the fact that a portion of the printed resistor sheet **131** is pressed onto the printed carbon substrate **132**, the conductive ink that has been printed on the surface of the printed resistor sheet **131** and the carbon that has been printed on the surface of the inner peripheral pattern **132**b and the outer peripheral pattern **132**a of the printed carbon substrate **132** come into contact.

At this time, the current that flows in the outer peripheral pattern **132**a passes through the carbon that has been printed on the surfaces of both patterns and the conductive ink that has been printed on the surface of the printed resistor sheet **131** and flows into the inner peripheral pattern **132**b. Accordingly, the carbon and the conductive ink through which the current passes become an electrical resistance between both patterns.

When the pedal is stepped on further, the compression that is applied to the displacement sensor **1** increases and the compression shape change of the conical coil spring **11** becomes greater.

When the compression shape change becomes greater, the portions of the printed resistor sheet **131** that up to that point have not been in contact with the printed carbon substrate **132**, are pressed onto the printed carbon substrate **132**. As a result, the current also flows through the portions that have newly come into contact and, since the width of the path for the current that flows from the outer peripheral pattern **132**a to the inner peripheral pattern **132**b becomes broader, the electrical resistance between the two patterns decreases. The value of the electrical resistance is transmitted to, for example, the control section of the electronic musical instrument (not shown in the drawing) and the like as the amount that the pedal has been stepped on.

FIGS. **2**a and **2**b are drawings that show the range in which, when the conical coil spring **11** is compressed and changes shape, the printed resistor sheet **131** is pressed and comes into contact with the printed carbon substrate **132** due to the compression shape change.

When the displacement sensor **1** is subjected to the compression force to the tip section **11**b of the conical coil spring **11** in a direction along the center axis of the conical coil spring **11**, the conical coil spring **11** changes shape. As the conical coil spring **11** compresses, it presses and impacts on the cushion sheet **12** that is shown in FIG. **1**.

FIG. **2**(a) is a lateral drawing that shows the shape of the conical coil spring **11** when the spring is pressed weakly by a small compression force P**0** that is applied to the tip section **11**b of the conical coil spring **11**, the shape of the conical coil spring **11** when the spring is pressed to a medium degree by a medium level compression force P**1**, and the shape of the conical coil spring **11** when the spring is pressed strongly by a large compression force P**2**.

FIG. **2**(b) is a drawing that shows the range in which the printed resistor sheet **131**, which had been isolated from the printed carbon substrate **132** by the spacer **131**a, is pressed onto and comes into contact with the printed carbon substrate **132** by the conical coil spring that is shown in FIG. **2**(a).

The S**0** that is shown in FIG. **2**(b) indicates the narrow range in which the printed resistor sheet **131** comes into contact with the printed carbon substrate **132** due to the conical coil spring **11** being pressed weakly by the small compression force P**0**. S**1** indicates the medium range in which the printed resistor sheet **131** comes into contact with the printed carbon substrate **132** due to the conical coil spring **11** being pressed at a medium level by the compression force P**1**, and S**2** indicates the wide range in which the printed resistor sheet

**6**

**131** comes into contact with the printed carbon substrate **132** due to the conical coil spring **11** being pressed strongly by the large compression force P**2**.

Next, an explanation will be given of an example in which the displacement sensor **1** is used in order to detect the displacement of a pedal in the pedal system of an electronic musical instrument as a first utilization example of the present invention.

FIG. **3** is a lateral drawing that shows a partial cross-section of the state in which the displacement sensor **1** has been mounted in the pedal system **2** of an electronic musical instrument.

The pedal **22** of the pedal system **2** that is shown in FIG. **3** is supported by the bottom plate **21** so that it can swing and, together with this, is impelled upward by the compression coil spring **26** that has been disposed between the pedal **22** and the bottom plate **21**. The upper end of the compression coil spring **26** is fixed to the back surface of the pedal **22**, and the lower end of the compression coil spring **26** is supported through the intervening support plate **27** by the butterfly nut **25** that has been screwed onto the bolt **28** that has been disposed standing on the bottom plate **21**. When the butterfly nut **25** is turned by hand, the butterfly nut **25** moves in the vertical direction and the degree of compression of the compression coil spring **26** is adjusted by means of the position of the butterfly nut **25**, adjusting the operating weight of the pedal **22**.

The lower part of the shaft that is shown in FIG. **3** passes through the pass-through hole (not shown in the drawing) that has been disposed in the shaft fixing block **210** which has been further fixed to the fixed plate **29** that has been fixed to the pedal **22**, and the tube **211** that has been fixed to the lower surface of the shaft fixing block **210** and extends between the pedal **22** and the bottom plate **21**. In addition, the upper part of the shaft **23** is linked to the controlled section of the electronic musical instrument (not shown in the drawing) that is operated by the pedal system **2**.

At this time, the displacement sensor **1** is mounted by being set in the pass-through hole **1**a in the protuberant section **21**a that has been disposed on the bottom plate **21** in a position that is opposite the plate **23**a that is attached to the lower end of the shaft **23**.

When the pedal **22** is stepped on, the plate **23**a on the lower end of the shaft **23** presses downward and pushes on the tip section **11**b of the conical coil spring **11** of the displacement sensor **1**. Since the conical coil spring **11** that is pressed by the tip section **11**b is compressed, the electrical resistance of the displacement sensor **1** changes. The value of the electrical resistance is transmitted to the control section of the electronic musical instrument (not shown in the drawing) as the amount that the pedal **22** of the pedal system **2** is stepped on.

The initial angle adjustment bolt **212** is furnished on the left part of the pedal system **2** of FIG. **3** and the fixed plate **29**, which is fixed to the pedal **22**, extends to the lower end of the initial angle adjustment bolt **212**. The height H of the pedal **22** is adjusted by turning the initial angle adjustment bolt and changing the height h of the head of the bolt.

In addition, the shaft fixing bolt **24** is furnished in the shaft fixing block **210** that is shown in FIG. **3** and presses the shaft **23** that passes through from the side fixing the shaft **23**. By changing the length L of the portion of the lower end of the shaft **23** that protrudes from the tube **211**, the amount of change in the electrical resistance of the displacement sensor **1** with respect to the change in the amount that the pedal is stepped on is adjusted.

With the displacement sensors of the past, as one example, a rubber sensor is used on the portion that is compressed by

US 7,459,626 B2

7

the plate 23a on the lower end of the shaft 23, and when used continuously for a long period of time and repeatedly compressed, there is a problem that the shape of the rubber sensor itself becomes deformed and there is a danger that it will become impossible to accurately detect the amount that the pedal has been stepped on. However, with the embodiment of the displacement sensor 1 of the present invention, since a coil spring that is durable with respect to compression and changes in shape in conformance with the degree to which it is compressed is used, the sensor can be used for a long period of time compared to the displacement sensors of the past.

Next, an explanation will be given of an example of the use of the displacement sensor 1 to detect the displacement of the cymbals of an electronic high hat cymbal as a second utilization example of the present invention.

FIG. 4 is a lateral drawing that shows a partial cross-section of the state in which the displacement sensor 1 has been mounted between, for example, the upper cymbal 37 and the lower cymbal 36 of the electronic high hat cymbal 3.

The electronic high hat cymbal 3 is configured with the upper cymbal 37, the lower cymbal 36, the extension rod 34, which is linked to the upper cymbal, the hollow shaft section 35, which is linked to the lower cymbal, the spring 38, which is set into the inside lower end of the hollow shaft section 35, the stepping type pedal 31, the joint 32, which is linked to the extension rod 34 and the pedal 31, and the legs 33, which are linked to the hollow shaft section 35.

The upper part of the extension rod 34 is linked to the upper cymbal 37, the lower part is linked to the pedal 31 through the joint 32, and connecting and detaching is repeated from the upper part of the upper cymbal 37 in conformance with the stepping operation for the pedal 31. Incidentally, the linkage of the upper cymbal 37 to the extension rod 34 will be discussed later.

The hollow shaft section 35 comprises the upper hollow shaft 351 and the lower hollow shaft 352, which has an inside diameter that is greater that the outside diameter of the upper hollow shaft 351. The upper hollow shaft 351 is inserted into the lower hollow shaft 352 and the height of the lower cymbal 36 is determined by the depth to which the upper hollow shaft 351 is inserted into the lower hollow shaft. Incidentally, the joint section 352a is disposed on the lower end of the lower hollow shaft 352. The inside diameter of the joint section 352a is made somewhat narrow and supports the spring 38 that is set inside from the bottom.

The lower section of the extension rod 34 passes through the upper hollow shaft 351 and the lower hollow shaft 352 and, together with this, also passes through the spring 38 that has been set inside the lower hollow shaft 352. Since due to the fact that the spring 38 is held between the lower surface of the joint section 34a of the extension rod 34 and the joint section 352a of the lower hollow shaft 352, the extension rod 34 is always lifted upward, and when a stepping operation of the pedal 31 is not being carried out, the upper cymbal 37 and the lower cymbal 36 are separated at a prescribed interval.

FIG. 5 is a lateral drawing that shows an enlarged cross-section of the state in which the displacement sensor 1 is mounted between the upper cymbal 37 and the lower cymbal 36.

FIG. 5(a) is a lateral drawing in which the separated state of the upper cymbal 37 and the lower cymbal 36 are shown in cross-section, and FIG. 5(b) is a lateral drawing that shows in cross-section the state in which, as a result of the upper cymbal 37 and the lower cymbal 36 having been brought into contact, the displacement sensor 1 is subjected to a compression force in the vertical direction, and the conical coil spring 11 of the displacement sensor 1 is compressed and changes

8

shape. If the two cymbals are arranged in a different configuration, then the displacement sensor 1 may be subjected to a compression force in an accordingly different direction.

The upper felt washer 40, the lower felt washer 39, the upper nut 42, the lower nut 41, the fixing component 43, and the securing bolt 44, provided in order, link the upper cymbal 37 to the extension rod 34.

The fixing component 43 is formed with the lower bolt 43a extending on the lower surface of the upper block 43b and the pass-through hole 43c is disposed in the center in order for the extension rod 34 to pass through. The upper nut 42 is screwed onto the lower bolt 43a of the fixing component 43 until the nut connects with and is stopped by the upper block 43b of the fixing component 43. The lower bolt 43a of the fixing component 43 is inserted through the pass-through holes that are disposed respectively in, from the bottom of the upper nut 42, the upper felt washer 40, the upper cymbal 37, and the lower felt washer 39. By additionally screwing the lower nut 41 onto the lower bolt 43a from the lower side of the lower felt washer 39, the upper cymbal 37 is fixed by the fixing component 43.

The tip section 351b of the upper hollow shaft 351 has the felt 45 held between the shaft bearer 351a and the lower cymbal 36 is supported from the bottom by the upper hollow shaft 351 by the insertion of the shaft into the pass-through hole that is disposed in the center of the lower cymbal 36.

The upper part of the extension rod 34 passes through center of the conical coil spring 11 of the displacement sensor 1 and the displacement sensor 1 attachment hole 1a at the upper part of the upper hollow shaft 351 that supports the lower cymbal 36 and additionally, passes through the pass-through hole 43c of the fixing component 43 with which the upper cymbal 37 is fixed. The tip section 11b of the conical coil spring 11 of the displacement sensor 1 is in contact with the tip section 351b of the upper hollow shaft 351, and the bottom surface 14d of the displacement sensor 1 is in contact with the lower end section 43d of the fixing component 43.

The upper block 43b of the fixing component 43 with which the upper cymbal 37 has been fixed is furnished with the securing bolt 44 that presses the extension rod 34 that passes through from the side and fixes the extension rod 34. The upper cymbal 37 is linked to the extension rod 34 through the fixing component 43 by means of the securing bolt 44.

When the upper cymbal 37, which is linked to the extension rod 34 by the fixing component 43, moves downward in conformance with the stepping on the pedal 31 that is shown in FIG. 4, the displacement sensor 1 is subjected to a compression force on the bottom surface 14d from the lower end section 43d of the fixing component 43 that moves as a single unit with the upper cymbal 37. On the other hand, since the tip section 11b of the conical coil spring 11, which lies on the other end of the displacement sensor 1, is in contact with the tip section 352b of the upper hollow shaft 351, which supports the lower cymbal 36, and does not move, the conical coil spring of the displacement sensor 1 is compressed by the compression force that has been applied to the bottom surface 14d of the displacement sensor 1. The electrical resistance of the displacement sensor 1 changes due to this compression. The value of the electrical resistance is transmitted to the control section of the electronic high hat cymbal (not shown in the drawing) as the amount of displacement of the upper cymbal 37 of the electronic high hat cymbal 3.

As has been explained above, the displacement of the upper cymbal in conformance with the stepping operation of the pedal 31 of the high hat cymbal 3 that is shown in FIG. 4 can be detected using the displacement sensor 1 of the present invention.

US 7,459,626 B2

**9**

Incidentally, in those cases where the displacement sensor **1** is mounted on the electronic high hat cymbal **3**, since it is possible to attach the electronic high hat cymbal **3** and the displacement sensor **1** to an ordinary acoustic high hat stand without the addition of any other special components, in those cases where the user already possesses an acoustic high hat, an acoustic high hat stand can be used. Then, it is possible to plan for a reduction of the mounting expense.

Next, an explanation will be given regarding a second preferred embodiment of the present invention.

FIG. **6** is an oblique view drawing that shows a second preferred embodiment of the displacement sensor of the present invention.

FIG. **6**(*a*) is an exterior oblique view drawing seen from diagonally above the displacement sensor **5** and FIG. **6**(*b*) is a disassembled oblique view drawing of the displacement sensor **5**. The displacement sensor **5** that is shown in FIG. **6** here is furnished with the same conical coil spring and fixing frame as the conical coil spring **11** and fixing frame **14** with which the displacement sensor **1** that is shown in FIG. 1 is furnished but is furnished with components between the conical coil spring and fixing frame that are different from the components that are furnished between the conical coil spring **11** and the fixing frame **14** of the displacement sensor **1** that is shown in FIG. **1**. The displacement sensor **5**, except for the areas in which the components with which the sensor is furnished differ from those of the displacement sensor **1** that is shown in FIG. **1**, has a structure that is the same as that of the displacement sensor **1** that is shown in FIG. **1**. Therefore, for the components that are the same as the components of the displacement sensor **1** that is shown in FIG. **1**, (the conical coil spring **11** and the fixing frame **14**), the same keys are assigned and shown in FIG. **6**, and an explanation of these components and that duplicates a structure that is equivalent to that of the displacement sensor **1** that is shown in FIG. **1** has been omitted.

The displacement sensor **5** that is shown in FIG. **6** is furnished with the base film **511** and the substrate **512** between the conical coil spring **11** and the fixing frame **14**. These two components comprise the sensor sheet **51**.

The base film **511** and the substrate **512** respectively have the protuberant sections **511***a*_1 and **512***c* and, when the base film **511** and the substrate **512** are accommodated in the fixing frame **14**, the protuberant sections **511***a*_1 and **512***c* are in a mutually superposed state set into the concave portion **14***e* of the fixing frame **14**. Because of this, the base film **511** and the substrate **512** and the relative positional relationships between the two are maintained.

The pressing film **511***b* is furnished with the two bridge sections **511***b*_1 and **511***b*_2 along the center line of the circular plastic sheet **511***a*. The pressing film **511***b*, which is affixed to the circular plastic sheet **511***a*, forms the thick convex portion of the pressing film **511***b* on the conical coil spring **11** side surface of the base film **511**. When the conical coil spring **11** is compressed, a portion of the conical coil spring **11** pushes and impacts particularly strongly against the two bridge sections **511***b*_1 and **511***b*_2 and, as a result, the area below the portion of these two bridge sections **511***b*_1 and **511***b*_2 of the base film **511** that is pressed and impacted by the conical coil spring **11** is pressed strongly on the substrate **512**.

The conductive pattern **511***c* is printed with a conductive ink such as carbon and the like on the substrate **512** side surface of the plastic sheet **511***a* and is a ring shaped pattern that surrounds the attachment hole **1***a* of the displacement sensor **5**.

**10**

The resistive pattern **511***d* is a pattern in which a resistive material such as carbon and the like is printed superposed on the conductive pattern **511***c* described above on the substrate **512** side surface of the plastic sheet **511***a*. The resistive pattern **511***d* is furnished with the branch shaped patterns **511***d*_1 and **511***d*_2 that faces the outer edge of the plastic sheet **511***a* from the ring shaped pattern that is superposed on the conductive pattern **511***c* under the two bridge sections **511***b*_1 and **511***b*_2 of the pressing film **511***b*. When the conical coil spring **11** is compressed, a portion of each of the two branch shaped patterns **511***d*_1 and **511***d*_2 is pressed onto the substrate **512** through the above mentioned two bridge sections **511***b*_1 and **511***b*_2.

The spacer film **511***e* is affixed on the resistive pattern **511***d* on the substrate **512** side surface of the plastic sheet **511***a*. The two openings **511***e*_1 and **511***e*_2 are disposed in two locations in positions that correspond to the two branch shaped patterns **511***d*_1 and **511***d*_2 of the resistive pattern **511***d* described above. When the conical coil spring is compressed, the two branch shaped patterns **511***d*_1 and **511***d*_2 are pressed onto the substrate **512** through the openings **511***e*_1 and **511***e*_2 in the two corresponding locations. However, it should be noted that, in a state in which the conical coil spring **11** is not compressed, the two branch shaped patterns **511***d*_1 and **511***d*_2 described above are separated from the substrate only by the thickness of the spacer film **511***e*.

The substrate **512** is configured with a circular base material on which a metal pattern is disposed on both sides. On the spacer film **511***e* side obverse surface, the two metal patterns **512***a* and **512***b*, which are mutually independent, are disposed in positions that correspond respectively to the two branch shaped patterns **511***d*_1 and **511***d*_2 of the resistive pattern **511***d*. On the other hand, on the reverse surface, the two terminal patterns **512***d* and **512***e*, which extend to the protuberant section **512***c* of the substrate **512** and form electrical terminals on the protuberant section **512***c*, are disposed respectively below the two branch shaped patterns **511***d*_1 and **511***d*_2 described above. In addition, the two branch shaped patterns **511***d*_1 and **511***d*_2 described above are respectively conducted through by through holes not shown in the drawing to the corresponding terminal patterns **512***d* and **512***e*. When the conical coil spring **11** is compressed, a portion of each of the two branch shaped patterns **511***d*_1 and **511***d*_2 described above comes into contact respectively with the corresponding metal pattern **512***a* and **512***b*.

In the same manner as the displacement sensor of the first preferred embodiment discussed previously, the displacement sensor **5** of the second preferred embodiment also is used, for example, in order to detect the displacement of a pedal and the like. In this case, when the conical coil spring **11** is compressed by stepping on the pedal, as was discussed above, a portion of the resistive pattern **511***d* of the base film **511** comes into contact with the metal patterns **512***a* and **512***b* on the obverse surface of the substrate **512**. At this time, when the current is conducted through the metal patterns **512***a* and **512***b* and flows between the terminal patterns **512***d* and **512***e* on the reverse surface of the substrate **512**, the current flows passing through the resistive pattern **511***d* described above, the ring shaped pattern on the resistive pattern **511***d*, and the conductive pattern **511***c* described above that is printed on the plastic sheet **511***a* on which the patterns are superposed. Accordingly, the resistive pattern **511***d* and the conductive pattern **511***c* through which the current passes become an electrical resistance between the terminal patterns **512***d* and **512***e*.

US 7,459,626 B2

11

FIGS. **7**(*a*) and **7**(*b*) are schematic drawings that show the state in which a portion of the resistive pattern of the base film has come into contact with the metal pattern on the obverse surface of the substrate.

In FIG. **7**(*a*), the condition is shown in which, in a case in which the displacement sensor **5** is utilized to detect the displacement of, for example, a pedal and the like, the conical coil spring **11** is compressed by the pedal being stepped on, the base film **511** is pushed and impacted on by a portion of the conical coil spring **11** and, in addition, a portion of the base film **511** is pushed and impacted on by the obverse side of the substrate **511** through the openings **511***e*_1 and **511***e*_2 of the spacer film **511***e*. By this means, as was discussed above, a portion of the resistive pattern **511***d* comes into contact with the metal patterns **512***a* and **512***b* on the obverse surface of the substrate **512**.

In FIG. **7**(*b*), the two metal patterns **512***a* and **512***b* on the obverse surface of the substrate **512** and the resistive pattern **511***d*, which is in contact with these metal patterns **512***a* and **512***b*, are shown. As discussed above, when the base film **511** is pushed and impacted on by the substrate **512**, a portion of each of the branch shaped patterns **511***d*_1 and **511***d*_2 of the resistive pattern **511***d* come into contact, respectively, with the corresponding metal patterns **512***a* and **512***b*. In addition, the portions of the resistive pattern **511***d* that are in between these two locations (excluding **511***d*_5), the contact portions **511***d*_3 and **512***d*_4, which are indicated by the diagonal lines in FIG. **7**(*b*), and the conductive pattern **511***c* become an electrical resistance between the metal patterns **512***a* and **512***b* as well as between the terminal patterns **512***d* and **512***e* that are shown in FIG. **6**.

When the pedal described above is stepped on further and the conical coil spring **11** is further compressed, the portions of the resistive pattern **511***d* that, up to this point, have not been in contact with the metal patterns **512***a* and **512***b* also are pressed on by the metal patterns **512***a* and **512***b*. As a result, the distance La+Lb between the two locations described above, the contacted portions **511***d*_3 and **511***d*_4, is shortened and the value of the electrical resistance described above is reduced.

FIG. **8** is a drawing that shows the change in the distance between the contacted portions of the two locations shown in FIG. **7** that accompanies the increase in the portion of the conical coil spring that is pushed and impacts on the base film.

In FIG. **8**, the condition in which the conical coil spring **11** is weakly pressed with a small compression force P**0** and the base film is slightly pushed and impacted on by the conical coil spring **11** is shown. At this time, the portion that corresponds to the long distance La**0**+Lb**0** between the contacted portions described above of the resistive pattern **511***d* (refer to FIG. **7**) becomes the electrical resistance between the terminal patterns **512***d* and **512***e* that are shown in FIG. **6** and the value of the electrical resistance is large. In addition, when the compression force that is applied to the conical coil spring **11** is increased and becomes the medium level compression force P**1**, the base film is pushed and impacted on to a medium degree by the conical coil spring **11** and the value of the electrical resistance described above becomes a medium level value that is proportional to the medium level distance La**1**+ Lb**1** shown in FIG. **8**. When the compression force that is applied to the conical coil spring **11** is increased and becomes the large compression force P**2**, a larger portion of the base film is pushed and impacted on by the conical coil spring **11** and the value of the electrical resistance described above becomes a small value that is proportional to the short distance La**2**+Lb**2** shown in FIG. **8**.

12

That is to say, when the displacement of a pedal such as that discussed above is detected by means of the utilization of the displacement sensor **5**, in the same manner as in the first preferred embodiment discussed previously, the value of the electrical resistance is transmitted to, for example, the control section of the electronic musical instrument (not shown in the drawing) and the like as the amount that the pedal has been stepped on.

The second preferred embodiment, in the same manner as in the first preferred embodiment discussed previously, is utilized to detect the displacement of the pedal of the pedal system **2** of an electronic musical instrument shown in FIG. **3** or to detect the displacement of the cymbal in the electronic high hat cymbal **3** shown in FIG. **4** and FIG. **5** and the like. However, with regard to these kinds of utilization embodiments for the second preferred embodiment described above, since they are the same as the utilization embodiments of the first preferred embodiment for which explanations were given referring to FIG. **3** through FIG. **5**, the duplicated explanations have been omitted.

In addition, as has been discussed previously, by means of the first preferred embodiment, advantageous results are that durability is increased with the use of a coil spring and that, when the displacement sensor **1** is installed in the electronic high hat cymbal **3** that is shown in FIG. **4**, the installation expenses are reduced. It need scarcely be said that advantageous results that are the same as these advantageous results can also be obtained by means of the displacement sensor **5** of the second preferred embodiment of the present invention.

Incidentally, in the above preferred embodiments, as illustrations of the sensor sheet of the present invention, an example in which a printed carbon substrate **132** and a printed resistor sheet **131** having as conductive ink such as carbon and the like printed uniformly on a strong plastic sheet such as polyester have been combined, and an example in which a substrate **512** having metal patterns disposed on both surfaces and a base film **511** having a resistive pattern **511***d* printed on a plastic sheet have been combined were given. However, the sensor sheet in the embodiments of the present invention is not limited to these examples and, for example, a pressure sensitive printed resistor sheet in which the resistance value changes in accordance with the pressing force and the like may be used.

What is claimed is:

**1**. A sensor device comprising:

a sensor sheet having a surface area and providing electrical resistance having a value, the value of the electrical resistance changing with the surface area of the sensor sheet that is pressed; and

a coil spring having a conical shape with a wider end, the wider end of the coil spring disposed opposite to the sensor sheet such that the coil spring presses an increasing surface area of the sensor sheet as the coil spring is compressed.

**2**. The sensor device as recited in claim **1**, the sensor sheet of the sensor device further comprising:

a sheet material providing electrical conductivity; and

an electrode pattern that is disposed opposite the sheet material and is formed in a radial shape from a center of the pattern toward a peripheral edge of the pattern.

**3**. A sensor device for detecting displacement of a movable object, comprising:

a member providing a detectable electrical characteristic that has a value; and

a spring that, upon displacement of the movable object, is compressed and acts with the member providing the detectable electrical characteristic;

US 7,459,626 B2

13                                                        14

wherein action between the spring and the member provid-
ing the detectable electrical characteristic causes the
value of the electrical characteristic to change.

**4**. The sensor device as recited in claim **3**, wherein the
member providing the detectable electrical characteristic has
the shape of a sheet.

**5**. The sensor device as recited in claim **3**, wherein the value
of the electrical characteristic represents an amount of dis-
placement of the movable object and is input to a controller of
a musical instrument that produces a sound signal dependent,
at least in part, on the value of the electrical characteristic.

**6**. The sensor device as recited in claim **3**, wherein the
spring is a coil spring.

**7**. The sensor device as recited in claim **3**, wherein the
spring is a coil spring that has a conical shape.

**8**. The sensor device as recited in claim **3**, wherein the
spring and the member providing the detectable electrical
characteristic are contained within a frame.

**9**. The sensor device as recited in claim **3**, wherein
the spring and the member providing the detectable elec-
trical characteristic are contained within a cylindrical
frame that has a concave end surface; and
the frame is notched to receive a protuberant section of the
member providing the detectable electrical characteris-
tic.

**10**. The sensor device as recited in claim **3**, wherein an
elastic member is disposed between the spring and the mem-
ber providing the detectable electrical characteristic to con-
vey a force from the spring to the member providing the
detectable electrical characteristic.

**11**. The sensor device as recited in claim **3**, wherein a
member that distributes force of the action between the spring
and the member providing the detectable electrical character-
istic is disposed between the spring and the member provid-
ing the detectable electrical characteristic.

**12**. The sensor device as recited in claim **3**, wherein the
member providing the detectable electrical characteristic
comprises:
a first member having at least one surface that is electrically
conductive;
a second member having a center region, a peripheral
region, and at least two electronically independent
nodes; and
a third member disposed between the first member and the
second member that limits electrical conductance via the
at least one surface of the first member between the at
least two electronically independent nodes of the second
member when the spring is in a first state of compression
and that facilitates electrical conductance via the at least
one surface of the first member between the at least two
electronically independent nodes of the second member
when the spring is in a second state of compression;
wherein the spring is compressed to a greater degree when
the spring is in the second state of compression relative
to when the spring is in the first state of compression.

**13**. The sensor device as recited in claim **12**, wherein in the
first state of compression the spring is uncompressed.

**14**. The sensor device as recited in claim **12**, wherein:
the electrical characteristic is an electrical resistance; and
the electrical resistance changes with displacement of the
movable object, which changes a degree to which the
spring is compressed.

**15**. The sensor device as recited in claim **14**, wherein the
degree to which the spring is compressed changes a degree to
which the at least one surface of the first member provides
electrical conductance between the at least two electronically
independent nodes of the second member.

**16**. The sensor device as recited in claim **12**, wherein one of
the at least two electronically independent nodes of the sec-
ond member comprises a connected series of radial segments
disposed between the center region of the second member and
the peripheral region of the second member.

**17**. The sensor device as recited in claim **3**, wherein:
the spring has an axis, through which the spring is com-
pressed upon the displacement of the movable object;
and
the member providing the detectable electrical character-
istic has a hole that is concentric with the axis of the
spring.

**18**. The sensor device as recited in claim **17**, wherein the
hole in the member providing the detectable electrical char-
acteristic receives a shaft disposed through the axis of the
spring.

**19**. The sensor device as recited in claim **3**, wherein:
the spring is a coil spring composed of a spring material
having a length arranged in multiple loops; and
upon compression of the spring, one or more of the mul-
tiple loops engage the member providing the detectable
electrical characteristic such that the length of the spring
material engaging the member providing the detectable
electrical characteristic changes with an amount of com-
pression of the spring.

**20**. A method of making a displacement detector, compris-
ing:
providing a member having a detectable electrical charac-
teristic that has a value;
disposing a spring opposite to the member having a detect-
able electrical characteristic; and
disposing a movable object relative to the spring to com-
press the spring and cause the spring to act with the
member having the detectable electrical characteristic
upon displacement of the movable object,
wherein action between the spring and the member having
the detectable electrical characteristic causes the value
of the electrical characteristic to change.

**21**. The method as recited in claim **20**, wherein the spring
is a coil spring.

**22**. The method as recited in claim **20**, wherein the spring
is a coil spring in a conical shape.

**23**. The method as recited in claim **20**, wherein providing
the member having the detectable electrical characteristic
comprises:
providing a first member having at least one surface that is
electrically conductive;
providing a second member having a center region, a
peripheral region, and at least two electronically inde-
pendent nodes; and
disposing a third member between the first member and the
second member that limits electrical conductance via the
at least one surface of the first member between the at
least two electronically independent nodes of the second
member when the spring is in a first state of compression
and that facilitates electrical conductance via the at least
one surface of the first member between the at least two
electronically independent nodes of the second member
when the spring is in a second state of compression;
wherein the spring is compressed to a greater degree when
the spring is in the second state of compression relative
to when the spring is in the first state of compression.

**24**. The method as recited in claim **23**, wherein in the first
state of compression the spring is uncompressed.

US 7,459,626 B2

**15**

**25**. The method as recited in claim **23**, wherein:

the electrical characteristic is an electrical resistance; and

the electrical resistance changes with displacement of the movable object, which changes a degree to which the spring is compressed.

**26**. The method as recited in claim **23**, wherein a degree to which the spring is compressed changes a degree to which the at least one electrically conductive surface of the first member provides electrical conductance between the at least two electronically independent nodes of the second member.

**16**

**27**. The method as recited in claim **23**, wherein:

the spring is a coil spring composed of a spring material having a length arranged in multiple loops; and

upon compression of the spring, one or more of the multiple loops engage the member having the detectable electrical characteristic such that the length of the spring material engaging the member providing the detectable electrical characteristic changes with an amount of compression of the spring.

* * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2018 I, electronically filed the

foregoing FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT with the Clerk

of Court by using CM/ECF.  I also certify that the foregoing document is being served this day

on all counsel of record or pro se parties identified below, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Laura Ganoza
Laura Ganoza

## SERVICE LIST

Joseph William Bain
Roberto Rodriguez
**Shutts & Bowen LLP**
City Place Tower
525 Okeechobee Blvd
Suite 1100
West Palm Beach, FL 33401
561-650-8523
Fax: 561 822-5502
Email: jbain@shutts.com
Email: rrodriguez@shutts.com

Craig M. Scott
Christine K. Bush
Rebecca F. Briggs
**Hinckley, Allen & Snyder, LLP**
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
Tel: 401.274.2000
Fax: 401.277.9600
cscott@hinckleyallen.com
cbush@hinckleyallen.com
rbriggs@hinckleyallen.com