UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-22405-CIV-MORENO**

ROLAND CORP.,

Plaintiff,

vs.

INMUSIC BRANDS, INC.,

Defendant.

______________________________________/

**ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION ON CLAIM CONSTRUCTION**

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Claim Construction. The Magistrate Judge filed a Report and Recommendation **(D.E. 252)** on **August 1, 2019**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**.

**ADJUDGED** that Defendant's Objections to Magistrate Judge's Report and Recommendation **(D.E. 254)** are **OVERRULED**.

**ADJUDGED** that Plaintiff's Objections to Magistrate Judge's Report and Recommendation **(D.E. 255)** are **OVERRULED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of January 2022.

______________________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record