UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-22405-CIV-MORENO

ROLAND CORP.,

    Plaintiff,

vs.

INMUSIC BRANDS, INC.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Partial Summary Judgment and Plaintiff's Motion for Partial Summary Judgment. The Magistrate Judge filed a Report and Recommendation (**D.E. 442**) on **February 11, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**.

**ADJUDGED** that Defendant's Objections to Magistrate Judge's Report and Recommendation (**D.E. 447**) are **OVERRULED**.

**ADJUDGED** that Plaintiff's Objections to Magistrate Judge's Report and Recommendation (**D.E. 446**) are **OVERRULED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th of April 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record