UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-22405-CIV-MORENO**

ROLAND CORP.,

    Plaintiff,

vs.

INMUSIC BRANDS, INC.,

    Defendant.

_____/

## JURY VERDICT FORM ON INVALIDITY CLAIMS

Has INMUSIC BRANDS, INC. proven by clear and convincing evidence that any of the following claims is invalid?

1) For the '458 patent (drum patent)

   **Check "Yes" (for InMusic) or "No" (for Roland) for each Claim.**

   | Claim | Yes | No |
   |---|---|---|
   | Claim 1 | | X |
   | Claim 2 | | X |
   | Claim 4 | | X |
   | Claim 6 | | X |
   | Claim 7 | | X |
   | Claim 9 | | X |
   | Claim 17 | | X |

2) For the '535 patent (drum patent)

   **Check "Yes" (for InMusic) or "No" (for Roland) for each Claim.**

   | Claim | Yes | No |
   |---|---|---|
   | Claim 19 | | X |

        Claim 20     Yes_____          No__X__

        Claim 21     Yes_____          No__X__

        Claim 23     Yes_____          No__X__

3) For the '989 patent (cymbal patent)

   **Check "Yes" (for InMusic) or "No" (for Roland) for each Claim.**

        Claim 1      Yes_____          No__X__

        Claim 2      Yes_____          No__X__

        Claim 3      Yes_____          No__X__

4) For the '885 patent (cymbal patent)

   **Check "Yes" (for InMusic) or "No" (for Roland) for each Claim.**

        Claim 28     Yes_____          No__X__

        Claim 29     Yes_____          No__X__

        Claim 30     Yes_____          No__X__

        Claim 31     Yes_____          No__X__

        Claim 32     Yes_____          No__X__

        Claim 33     Yes_____          No__X__

        Claim 34     Yes_____          No__X__

5) For the '626 patent (displacement patent)

   **Check "Yes" (for InMusic) or "No" (for Roland) for each Claim.**

        Claim 3      Yes_____          No__X__

        Claim 4      Yes_____          No__X__

        Claim 5      Yes_____          No__X__

        Claim 6      Yes_____          No__X__

| | | |
|---|---|---|
| Claim 10 | Yes_____ | No __X__ |
| Claim 11 | Yes_____ | No __X__ |
| Claim 17 | Yes_____ | No __X__ |
| Claim 18 | Yes_____ | No __X__ |
| Claim 19 | Yes_____ | No __X__ |
| Claim 20 | Yes_____ | No __X__ |
| Claim 21 | Yes_____ | No __X__ |

We the Jury unanimously so find this __17th__ day of November 2022.

_____
JURY FOREPERSON

3

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-22405-CIV-MORENO

ROLAND CORP.,

    Plaintiff,

vs.

INMUSIC BRANDS, INC.,

    Defendant.

_____/

### JURY VERDICT FORM ON INFRINGEMENT

Has ROLAND CORPORATION proven by a preponderance of the evidence any of its infringement claims?

1) For the '458 patent (drum patent)

    **Check "Yes" (for Roland) or "No" (for InMusic) for each Claim.**

    | Claim | Yes | No |
    |---|---|---|
    | Claim 1 | X | |
    | Claim 2 | X | |
    | Claim 4 | X | |
    | Claim 6 | X | |
    | Claim 7 | X | |
    | Claim 9 | X | |
    | Claim 17 | X | |

2) For the '535 patent (drum patent)

    **Check "Yes" (for Roland) or "No" (for Inmusic) for each Claim.**

    | Claim | Yes | No |
    |---|---|---|
    | Claim 19 | X | |

  Claim 20 Yes __X__  No ____

  Claim 21 Yes __X__  No ____

  Claim 23 Yes __X__  No ____

3) For the '989 patent (cymbal patent)

 **Check "Yes" (for Roland) or "No" (for InMusic) for each Claim.**

  Claim 1 Yes __X__  No ____

  Claim 2 Yes __X__  No ____

  Claim 3 Yes __X__  No ____

4) For the '885 patent (cymbal patent)

 **Check "Yes" (for Roland) or "No" (for InMusic) for each Claim.**

  Claim 28 Yes __X__  No ____

  Claim 29 Yes __X__  No ____

  Claim 30 Yes __X__  No ____

  Claim 31 Yes __X__  No ____

  Claim 32 Yes __X__  No ____

  Claim 33 Yes __X__  No ____

  Claim 34 Yes __X__  No ____

5) If you found that any patent claim was infringed by inMusic, has Roland proven that inMusic willfully infringed any claim of the patent?

    Yes ____  No __X__

We the Jury unanimously so find this __17th__ day of November 2022.

      JURY FOREPERSON