UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-22405-CIV-MORENO

ROLAND CORP.,

    Plaintiff,

vs.

INMUSIC BRANDS, INC.,

    Defendant.

_____/

**<u>JURY VERDICT FORM</u>**

Based on your finding of infringement and validity in deciding what sum of money you find Roland has proven that would fairly and reasonably compensate it for inMusic's infringement, you must answer the following questions:

I.    LOST PROFITS (relates only to drum patents)

    A) Did Roland prove the following factors?

        1) Demand for the patented product.

            Yes __X__        No _____

        2) Absence of acceptable non-infringing substitutes.

            Yes __X__        No _____

        3) Manufacturing and marketing capabilities.

            Yes __X__        No _____

        4) Amount of profit.

            Yes __X__        No _____

B)   Did Roland prove that expert witness, Ms. Heinemann, had sufficient credible information to render her opinions?

Yes __X__         No _____

If you have answered "yes" to all of the questions, please state the amount of lost profits.

$ __2,700,000__

II.   REASONABLE ROYALTIES

$ __1,900,000__

III.  TOTAL (add both amounts)

$ __4,600,000__

So say we all this __18th__ day of November, 2022.



Signed _____
         Foreperson