UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-22405-CIV-MORENO**

ROLAND CORP.,

      Plaintiff,

vs.

INMUSIC BRANDS, INC.,

      Defendant.

_____/

**FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on **November 18, 2022**, judgment is entered in favor of the Plaintiff Roland Corporation and against the Defendant inMusic Brands, Inc. for **$4,600,000.00**. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of November 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record