# EXHIBIT 11

**Haruka Kuroda**

6012 High st.
Clayton, CA  94517 US
408-507-3589
haruka.kuroda@gmail.com

# INVOICE

**BILL TO**

Roland Corporation

**INVOICE #** 1186
**DATE** 11/07/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/28/2022 | Travel | Travel day compensation | 1 | 200.00 | 200.00 |
| 10/28/2022 | Uber | Home to San Francisco airport | 1 | 86.70 | 86.70 |
| 10/28/2022 | Uber | Fort Lauderdale airport to Hyatt | 1 | 49.92 | 49.92 |
| 10/28/2022 | AirFare | Round trip from San Francisco to Fort Lauderdale airport | 1 | 856.20 | 856.20 |
| 10/29/2022 | Interpretaion | Full-day (9:00am-) | 1 | 1,400.00 | 1,400.00 |
| 10/29/2022 | Interpretaion | Overtime 2 hours (17:00-19:00) | 2 | 250.00 | 500.00 |
| 10/30/2022 | Interpretaion | Full-day | 1 | 1,400.00 | 1,400.00 |
| 10/31/2022 | Interpretaion | Full-day | 1 | 1,400.00 | 1,400.00 |
| 11/01/2022 | Interpretaion | Full-day (9:00am-) | 1 | 1,400.00 | 1,400.00 |
| 11/01/2022 | Interpretaion | Overtime 2 hours (17:00-19:00) | 2 | 250.00 | 500.00 |
| 11/02/2022 | Interpretaion | Full-day (8:00am-) | 1 | 1,400.00 | 1,400.00 |
| 11/02/2022 | Interpretaion | Overtime 2 hours (14:00-18:00) | 2 | 250.00 | 500.00 |
| 11/03/2022 | Interpretaion | Full-day (8:00am-) | 1 | 1,400.00 | 1,400.00 |
| 11/04/2022 | Uber | Hyatt to Fort Lauderdale airport | 1 | 37.72 | 37.72 |
| 11/04/2022 | Uber | San Francisco airport to home | 1 | 91.55 | 91.55 |
| 11/04/2022 | Travel | Travel day compensation | 1 | 200.00 | 200.00 |
| 11/04/2022 | M&IE | Meals and incidentals for 8 days | 8 | 50.00 | 400.00 |

BALANCE DUE   $11,822.09

Haruka Kuroda

6012 High st.
Clayton, CA  94517 US
408-507-3589
haruka.kuroda@gmail.com

# INVOICE

**BILL TO**

Roland Corporation

**INVOICE #** 1190
**DATE** 12/21/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/28/2022 | AirFare | Round trip from San Francisco to Miami | 1 | 646.75 | 646.75 |
| 11/04/2022 | Uber | San Francisco airport to home | 1 | 86.99 | 86.99 |
| 11/04/2022 | Travel | Travel day compensation | 1 | 200.00 | 200.00 |
| 11/04/2022 | M&IE | Meals and incidentals for 8 days | 8 | 50.00 | 400.00 |
| 11/12/2022 | Travel | Travel day compensation | 1 | 200.00 | 200.00 |
| 11/12/2022 | Uber | Home to San Francisco airport | 1 | 85.91 | 85.91 |
| 11/12/2022 | Uber | Miami airport to hotel | 1 | 19.97 | 19.97 |
| 11/12/2022 | Uber | Hotel to Fort Lauderdale airport | 1 | 53.93 | 53.93 |
| 11/13/2022 | Interpretaion | 6 days (Nov 13-18) | 6 | 1,400.00 | 8,400.00 |

BALANCE DUE   $10,093.55

# Uber

November 4, 2022

## Thanks for tipping, Haruka

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| Total | **$99.55** |

| | |
|---|---|
| Trip fare | $59.45 |

| | |
|---|---|
| **Subtotal** | **$59.45** |
| Bay Bridge Eastbound | $7.00 |
| Wait Time | $0.65 |
| Marketplace Fee | $10.00 |
| Temporary Fuel Surcharge | $0.55 |
| SFO Airport Surcharge | $5.50 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.30 |
| Tips | $16.00 |

### Payments

| | | |
|---|---|---|
| VISA | Visa ••••9564  11/4/22 1:12 PM | $91.55 |
| VISA | Visa ••••9564  11/12/22 9:26 PM | $8.00 |

[Visit the trip page](#) for more information, including invoices (where available)

---

You rode with Mykhailo

**UberX**   44.58 miles | 1 h 0 min

- **11:50 AM** | Terminal 3 San Francisco International Airport (SFO), San Francisco, CA 94128, US
- **12:51 PM** | 6008 High St, Clayton, CA 94517, USA

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

November 4, 2022

## Thanks for tipping, Haruka

We hope you enjoyed your ride this evening.

| | |
|---|---|
| Total | **$37.72** |

| | |
|---|---|
| Trip fare | $22.44 |

| | |
|---|---|
| **Subtotal** | **$22.44** |
| Booking Fee | $10.00 |
| Wait Time | $0.73 |
| Temporary Fuel Surcharge | $0.55 |
| Tips | $4.00 |

## Payments

**VISA**  Visa ••••9564    $37.72
11/4/22 2:52 PM

Visit the trip page for more information, including invoices (where available)

---

You rode with Jorge

UberX    25.12 miles | 33 min

6:56 AM | 200 SE 2nd Ave, Miami, FL 33131, US

7:30 AM | Terminal 1, Fort Lauderdale–Hollywood International Airport (FLL), Fort Lauderdale, FL 33315, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

October 28, 2022

## Thanks for tipping, Haruka

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| Total | **$86.70** |

| | |
|---|---|
| Trip fare | $54.52 |

| | |
|---|---|
| **Subtotal** | **$54.52** |
| Bay Bridge Westbound | $7.00 |
| Marketplace Fee | $10.00 |
| Wait Time | $0.73 |
| Temporary Fuel Surcharge | $0.55 |
| Uber Airport Surcharge | $5.50 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.30 |
| Tips | $8.00 |

## Payments



Visa ••••9564
10/28/22 12:23 PM                                $86.70

[Visit the trip page](#) for more information, including invoices (where available)

---

You rode with Rafat

UberX    45.31 miles | 1 h 5 min

**10:21 AM** | 6008 High St, Clayton, CA 94517, USA

**11:26 AM** | Gates E1 - E13, F1 - F22, San Francisco International Airport (SFO), San Francisco, CA 94128, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



Wed, Dec 21, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## MG8BCB

---

**Flight 1 of 3 UA2368**  |  **Class: United Economy (U)**

Fri, Oct 28, 2022 — **12:55 PM** — San Francisco, CA, US (SFO)
Fri, Oct 28, 2022 — **04:33 PM** — Denver, CO, US (DEN)

---

**Flight 2 of 3 UA501**  |  **Class: United Economy (U)**

Fri, Oct 28, 2022 — **05:44 PM** — Denver, CO, US (DEN)
Fri, Oct 28, 2022 — **11:44 PM** — Fort Lauderdale, FL, US (FLL)

---

**Flight 3 of 3 UA2114**  |  **Class: United Economy (T)**

Fri, Nov 04, 2022 — **08:20 AM** — Fort Lauderdale, FL, US (FLL)
Fri, Nov 04, 2022 — **11:50 AM** — San Francisco, CA, US (SFO)

---

### Traveler Details

**KURODA/HARUKA**

eTicket number: **0162443846467**  —  Seats: **SFO-DEN 37C**
Frequent Flyer: **UA-XXXXX298 Premier Silver**  —  **DEN-FLL 27F**

FLL-SFO 23D

## Purchase Summary

| | |
|---|---|
| Method of payment: | Visa ending in 1489 |
| Date of purchase: | Thu, Oct 27, 2022 |

| | |
|---|---|
| Airfare: | 760.93 USD |
| U.S. Transportation Tax: | 57.07 USD |
| U.S. Flight Segment Tax: | 13.50 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 13.50 USD |
| Total Per Passenger: | 856.20 USD |
| **Total:** | **856.20 USD** |

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Oct 28, 2022<br>San Francisco, CA, US (SFO) to Fort Lauderdale, FL, US (FLL) | 0.0 USD | 45.0 USD | 70.0lbs(32.0kg) - 62.0in(157.0cm) | 70.0lbs(32.0kg) - 62.0in(157.0cm) |
| Fri, Nov 04, 2022<br>Fort Lauderdale, FL, US (FLL) to San Francisco, CA, US (SFO) | 0.0 USD | 45.0 USD | 70.0lbs(32.0kg) - 62.0in(157.0cm) | 70.0lbs(32.0kg) - 62.0in(157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of the service charge for the first checked bag (within specified size and weight limits).

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or

# Uber

October 29, 2022

## Thanks for tipping, Haruka

We hope you enjoyed your ride this evening.

| Total | **$49.92** |
|---|---|

| Trip fare | $31.37 |
|---|---|

| Subtotal | $31.37 |
|---|---|
| Booking Fee | $10.00 |
| Temporary Fuel Surcharge | $0.55 |
| FLL Airport Surcharge | $3.00 |
| Tips | $5.00 |

## Payments

 Visa ••••9564  
10/29/22 1:04 AM                                  $49.92

Visit the trip page for more information, including invoices (where available)

You rode with Leonardo

UberX   24.70 miles | 33 min



12:14 AM | 320 Terminal Dr, Fort Lauderdale, FL 33315, US

12:48 AM | 400 SE Second Ave, Miami, FL 33131, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.