# EXHIBIT B

EXHIBIT B

```
 1              ** ROUGH DRAFT ** ROUGH DRAFT ** ROUGH DRAFT **

 2                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 3                            MIAMI DIVISION

 4              CASE NUMBER 17-22405-CV-MORENO/LOUIS

 5   ROLAND CORPORATION,

 6            Plaintiff,                     Courtroom 12-2

 7      vs.                                   Miami, Florida

 8   INMUSIC BRANDS, INC.,                   November 14, 2022

 9            Defendant.
     _____
10
                   ROUGH DRAFT OF JURY TRIAL PROCEEDINGS
11                BEFORE THE HONORABLE FEDERICO A. MORENO
                    SENIOR UNITED STATES DISTRICT JUDGE
12   _____

13   APPEARANCES:
     FOR THE PLAINTIFF:        VICTOR S. DE GYARFAS, ESQ.
14                             TIFFANY KIM SUNG, ESQ.
                               JUSTIN B. UHLEMANN, ESQ.
15                             LAURA GANOZA, ESQ.
                               KIMBERLY K. DODD, ESQ.
16
     FOR THE DEFENDANT:        CRAIG M. SCOTT, ESQ.
17                             CHRISTINE K. BUSH, ESQ.
                               REBECCA F. BRIGGS, ESQ.
18                             MARK D. HOCHBERG, ESQ.

19                             JOSEPH BAIN, ESQ.
                               JODI-ANN R. TILLMAN, ESQ.
20

21

22

23
     REPORTED STENOGRAPHICALLY
24   BY:                       GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C
                               gphofficialreporter@gmail.com
25                             305-523-5118
```

1  hollow body.
2  Q.  Did you apply those claim constructions to the asserted
3  claims in forming your opinions in this case?
4  A.  Yes, I did.  I used specifically the Court's construction of
5  those terms in my opinions.
6  Q.  And then let's focus on the sensor claims which are Claim 6,
7  7 and 9 of the 458 Patent and Claim 23 of the 535 Patent.  Can
8  we do that?
9  A.  Sure.
10 Q.  Okay.  And what's before you and the jury are Claim 6 of the
11 458 and Claim 23 of the 535.  What is the sensor as construed by
12 the Court?
13 A.  The sensor is defined by the Court to be the head sensor.
14 Q.  Can you describe for the jury what the head sensor is
15 comprised of?
16 A.  Yes.  The head sensor is comprised of a transducer and a
17 cushioning member that is upwardly tapered.
18 Q.  And is that depicted in the Roland patents in this case or
19 shown?
20 A.  Yes, it's shown in figures in both of those patents.
21 Q.  And both patents share a common what's called specification
22 but it's the narrative that precedes the claims, correct?
23 A.  That's correct.
24 Q.  And they have the same figures?
25 A.  They do.

1  this.  And notice that I don't have the pins in here so that I
2  can show you what the inside looks like.  So I'll do that now.
3         The first observation is that if you touch this, it's
4  actually full solid.  Maybe you can just try that yourself.
5  Just push on that.  It's solid material right there.  And I'll
6  show you what that is.  So here is the ring.  Again, the mesh
7  comes off.  And the reason why it feels solid is that it's full
8  of a large foam back.  And what you also notice in this
9  particular instrument, single zone instrument, it has one post
10 and on top of the post it has an electronic sensor right there.
11 But this is not -- so this is a transducer, but this is not a
12 head sensor or sensor as construed by the Court because it
13 doesn't have the structure as shown in the patent.
14 Q.   Dr. Kytomaa, did you form an opinion to a reasonable degree
15 of certainty in your profession as to whether any of the accused
16 inMusic drum products are generally hollow?
17 A.   I did.
18 Q.   And what is your opinion?
19 A.   They are not.
20 Q.   And can you describe the slide that's before the jury with
21 regard to the generally hollow body?
22 A.   Yes.  This is a summary slide just restating what I just
23 explained.  So you can see Claims 6, 7, 9 and 17 of the 458
24 Patent and the Claim 23 of the 535, and those claims are not
25 infringed because they do not have a generally hollow body.