# EXHIBIT C

EXHIBIT C

```
 1              ** ROUGH DRAFT ** ROUGH DRAFT ** ROUGH DRAFT **

 2                       UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
 3                             MIAMI DIVISION

 4                 CASE NUMBER 17-22405-CV-MORENO/LOUIS

 5   ROLAND CORPORATION,

 6            Plaintiff,                         Courtroom 12-2

 7       vs.                                     Miami, Florida

 8   INMUSIC BRANDS, INC.,                       November 10, 2022

 9            Defendant.
     _____
10
                 ROUGH DRAFT OF JURY TRIAL PROCEEDINGS
11             BEFORE THE HONORABLE FEDERICO A. MORENO
                 SENIOR UNITED STATES DISTRICT JUDGE
12   _____

13   APPEARANCES:
     FOR THE PLAINTIFF:        VICTOR S. DE GYARFAS, ESQ.
14                             TIFFANY KIM SUNG, ESQ.
                               JUSTIN B. UHLEMANN, ESQ.
15                             LAURA GANOZA, ESQ.
                               KIMBERLY K. DODD, ESQ.
16
     FOR THE DEFENDANT:        CRAIG M. SCOTT, ESQ.
17                             CHRISTINE K. BUSH, ESQ.
                               REBECCA F. BRIGGS, ESQ.
18                             MARK D. HOCHBERG, ESQ.

19                             JOSEPH W. BAIN, ESQ.
                               JODI-ANN R. TILLMAN, ESQ.
20

21

22

23
     REPORTED STENOGRAPHICALLY
24   BY:                       GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C
                               gphofficialreporter@gmail.com
25                             305-523-5118
```

1  Q.  And what color is the net-like material?
2  A.  The net-like material is a deep blue.
3  Q.  All right.  Let's move to slide 14.  Now, the next
4  limitation for Claim 19 is that each net member is supported by
5  said frame and similarly for 458, Claim 1, we see each supported
6  by said frame.  Is that limitation present?
7  A.  Yes, the frame keeps the net members, the layers in place.
8  Without the frame, they would just flop around.
9  Q.  And let the record reflect that Dr. Lehrman is motioning
10 with the head.
11      And what were you trying to demonstrate with the head
12 there, Dr. Lehrman?
13 A.  Just showing that without the frame, the fabric, the two
14 layers of mesh would have nothing to hold onto and would be
15 flexible and just flop around by themselves.
16 Q.  In your opinion, does the accused product satisfy this
17 limitation?
18 A.  Yes, it does.
19 Q.  Let's move to slide 15.  What does this drawing show?
20 A.  This shows the net-like material, 220, and the frame, 250,
21 and the net members, 220a and 220b that are held in place by the
22 frame.
23 Q.  And what color is the frame in this?
24 A.  The frame is the color green.
25 Q.  All right.  Let's move this.  So we have checked off all but

Draft Copy