# EXHIBIT E

**EXHIBIT E**

**EXHIBIT 16.1 Supplemental**

InMusic

Residual Reasonable Royalty Calculation - Accused Product Sales For Which Lost Profits Were Not Claimed

August 19, 2010 - June 30, 2021

| ID | Material | Material Description | | Total Quantity[2] | | Units Per Kit/Item | Mesh Total Units[3] | Royalties[4] | Units Per Kit/Item | Cymbal Total Units[5] | Royalties[4] | Units Per Kit/Item | Hi-Hat Total Units[5] | Royalties[4] | Total Royalties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2010- June 2017 | July 2017- June 2021 | | | | | | | | | | |
| 1 | MESHHEADBD8 | 8" Mesh Head Bass Drum Pad | [6] | 63 | 0 | 1 | 63 | $1,260 | 0 | 0 | $0 | 0 | 0 | $0 | $1,260 |
| 2 | MESHHEAD8 | 8" Mesh Head Pad | [6] | 70 | 0 | 1 | 70 | $1,400 | 0 | 0 | $0 | 0 | 0 | $0 | $1,400 |
| 3 | MESHHEAD10 | 10" Mesh Head Pad | [6] | 49 | 0 | 1 | 49 | $980 | 0 | 0 | $0 | 0 | 0 | $0 | $980 |
| 4 | MESHHEAD12 | 12" Mesh Head Pad | [6] | 33 | 0 | 1 | 33 | $660 | 0 | 0 | $0 | 0 | 0 | $0 | $660 |
| 5 | DMPAD12S | DMPad 12" Cymbal | [7] | 423 | 0 | 0 | 0 | $0 | 1 | 423 | $846 | 0 | 0 | $0 | $846 |
| 6 | DMPAD12HH | DMPad 12" Hi-Hat | [7] | 495 | 0 | 0 | 0 | $0 | 1 | 495 | $990 | 0 | 0 | $0 | $990 |
| 7 | DMPAD14R | DMPad 14" 3-Zone Ride | [7] | 383 | 0 | 0 | 0 | $0 | 1 | 383 | $766 | 0 | 0 | $0 | $766 |
| 8 | DMPAD16 | DMPad 16" 3-Zone Ride | [7] | 69 | 0 | 0 | 0 | $0 | 1 | 69 | $138 | 0 | 0 | $0 | $138 |
| 9 | PROXHI-HAT | Pro X Hi-Hat | [8] | 2,323 | 1,096 | 0 | 0 | $0 | 1 | 3,419 | $6,838 | 1 | 3,419 | $0 | $6,838 |
| 10 | COMMANDKITXUS | Command Kit | [9] [10] | 1,258 | 1,336 | 2 | 2,516 | $50,320 | 3 | 7,782 | $15,564 | 0 | 0 | $0 | $65,884 |
| 11 | CRIMSONMESHKITXUS | Crimson Mesh Kit | [9] | 4,291 | (16) | 5 | 21,455 | $429,100 | 3 | 12,825 | $25,650 | 0 | 0 | $0 | $454,750 |
| 12 | DM6KITX110 | DM06 USB Kit | [7] | 34,537 | 682 | 0 | 0 | $0 | 3 | 105,657 | $211,314 | 0 | 0 | $0 | $211,314 |
| 13 | DM7XKITX110 | DM7X Kit | [7] | 2,409 | 0 | 0 | 0 | $0 | 4 | 9,636 | $19,272 | 0 | 0 | $0 | $19,272 |
| 14 | DM7XSESSIONKITX110 | DM7X Session Kit | [7] [11] | 3,150 | 25 | 0 | 0 | $0 | 3 | 9,525 | $19,050 | 0 | 0 | $0 | $19,050 |
| 15 | DM8PROKITX110 | DM8 Pro Kit | [7] | 5,841 | 0 | 0 | 0 | $0 | 3 | 17,523 | $35,046 | 0 | 0 | $0 | $35,046 |
| 16 | DM10STUDIOKITX110 | DM10 Studio Kit | [7] | 15,712 | 4 | 0 | 0 | $0 | 4 | 62,864 | $125,728 | 0 | 0 | $0 | $125,728 |
| 17 | DM10STUDIOUSMSHXUS | DM10 Studio Mesh Kit | [9] | 1,983 | (1) | 6 | 11,898 | $237,960 | 4 | 7,928 | $15,856 | 0 | 0 | $0 | $253,816 |
| 18 | DM10XKITX110 | DM10 X Kit | [7] | 5,208 | 0 | 0 | 0 | $0 | 4 | 20,832 | $41,664 | 0 | 0 | $0 | $41,664 |
| 19 | DM10XUSMESHXUS | DM10 X Mesh Kit | [9] | 493 | 0 | 6 | 2,958 | $59,160 | 4 | 1,972 | $3,944 | 0 | 0 | $0 | $63,104 |
| 20 | FORGEKITXUS | Forge Kit | [7] | 4,856 | 3,540 | 0 | 0 | $0 | 3 | 25,188 | $50,376 | 0 | 0 | $0 | $50,376 |
| 21 | NITROKITXUS | Nitro Kit | [7] | 25,755 | 26,457 | 0 | 0 | $0 | 3 | 156,636 | $313,272 | 0 | 0 | $0 | $313,272 |
| 22 | STRIKEKITXUS | Strike Kit | [12] | 113 | 2,263 | 5 | 565 | $11,300 | 3 | 7,128 | $14,256 | 1 | 2,376 | $0 | $25,556 |
| 23 | STRIKEPROKITXUS | Strike Pro Kit | [12] | 17 | 4,344 | 6 | 102 | $2,040 | 5 | 21,805 | $43,610 | 1 | 4,361 | $0 | $45,650 |
| 24 | CRIMSONIIKITXUS | Crimson II Kit | [9] | 532 | 6,270 | 5 | 2,660 | $53,200 | 4 | 27,208 | $54,416 | 0 | 0 | $0 | $107,616 |
| 25 | DM10MKIISTUDIOXUS | DM10 MKII Studio Kit | [9] | 128 | 1,574 | 5 | 640 | $12,800 | 4 | 6,808 | $13,616 | 0 | 0 | $0 | $26,416 |
| 26 | DM10MKIIPROKITXUS | DM10 MKII Pro Kit | [9] | 20 | 4,338 | 6 | 120 | $2,400 | 4 | 17,432 | $34,864 | 0 | 0 | $0 | $37,264 |
| 27 | DMPAD12CR | DMPad 12" Crash Cymbal | [7] | 473 | 37 | 0 | 0 | $0 | 1 | 510 | $1,020 | 0 | 0 | $0 | $1,020 |
| 28 | | 10" Cymbal with Choke | [7] | - | - | 0 | 0 | $0 | 0 | 0 | $0 | 0 | 0 | $0 | $0 |
| 29 | | 10" Single Zone Cymbal | [7] | - | - | 0 | 0 | $0 | 0 | 0 | $0 | 0 | 0 | $0 | $0 |
| 30 | | DMPad 14" Crash Cymbal | [7] | - | - | 0 | 0 | $0 | 0 | 0 | $0 | 0 | 0 | $0 | $0 |
| | | **Total** | | **110,684** | **51,949** | | **43,129** | **$862,580** | | **524,048** | **$1,048,096** | | **10,156** | **$0** | **$1,910,676** |

**Notes & Sources:**

[1] IMB-016288, IMB-018341, IMB-019020, and IMB-019021. I note for IMB-019021 the sales are restricted to US sales and exclude intercompany sales.
[2] With respect to the Accused Products for which I have calculated lost profits, Roland's lost units are deducted from the 2010 - June 2017 period. *See* Heinemann Supplemental Report, Exhibit 6.1 - 6.3.
[3] Total mesh units are based on quantities sold between 2010 and June 2017.
[4] The royalty rates for the various patents are as follows:
  (i) Mesh Drum Pad Patents: $20.00 royalty per unit.
  (ii) Cymbal Patents: $2.00 royalty per unit.
  (iii) Hi-Hat Patent: I have not determined a royalty rate for the Hi-Hat Patent.
[5] Total cymbal and hi-hat units are based on quantity sold between 2010 and 2018.
[6] Product is accused of infringing the Mesh Drum Pad Patents. *See* Heinemann Report, Exhibit 2.
[7] Product is accused of infringing the Cymbal Patents. *See* Heinemann Report, Exhibit 2.
[8] Product is accused of infringing the Cymbal Patents and the Hi-Hat Patents. *See* Heinemann Report, Exhibit 2.
[9] Product is accused of infringing the Mesh Drum Pad Patents and the Cymbal Patents. *See* Heinemann Report, Exhibit 2.
[10] Includes SKUs "COMMANDKITXUS" and "COMMANDXKITXUS".
[11] Includes SKUs "DM7XSESSIONKITX110" and "DM7XSESSIONKITXUS".
[12] Product is accused of infringing the Mesh Drum Pad Patents, the Cymbal Patents, and the Hi-Hat Patents. *See* Heinemann Report, Exhibit 2.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Analytics WEST