# EXHIBIT F

EXHIBIT F

Case 1:17-cv-22405-FAM   Document 682-7   Entered on FLSD Docket 02/14/2023   Page 2 of 4
Case 1:17-cv-22405-FAM   Document 147-7   Entered on FLSD Docket 10/31/2018   Page 1 of 156

1

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                   CASE NO. 17-cv-22405-FAM



Roland Corporation,

              Plaintiff,                      July 18, 2018

    vs.                                         9:58 a.m.
                                              Miami, Florida
inMusicBrands, Inc.,

              Defendant.                  Pages 1 through 156




                  TRANSCRIPT OF MOTIONS HEARING
          BEFORE THE HONORABLE LAUREN FLEISCHER LOUIS
                 UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

For the Plaintiffs:          Laura Ganoza, Esq.
                             Victor S. de Gyarfas, Esq.


For the Defendants:          Joseph William Bain, Esq.
                             Craig M. Scott, Esq.
                             Rebecca F. Briggs, Esq.




Transcribed By:              Judith M. Wolff, CRR
                             judmwolff@hotmail.com


              TRANSCRIBED FROM DIGITALLY-RECORDED AUDIO
```

Case 1:17-cv-22405-FAM   Document 682-7   Entered on FLSD Docket 02/14/2023   Page 3 of 4
Case 1:17-cv-22405-FAM   Document 147-7   Entered on FLSD Docket 10/31/2018   Page 9 of 156

9

1  was just on to the next exhibit.
2          He spoke about components of accused kits that he
3  worked on.  He spoke about working on the drum module for up
4  to four kits.  He spoke expressly about working on the Pro X
5  Hi-Hat, which is Exhibit AA to Roland's infringement
6  contentions.
7          THE COURT:  Ms. Briggs, let me ask you a question.
8  Why did you instruct this witness not to answer the question
9  whether or not he knew he had been identified as a person with
10 knowledge?
11         MS. BRIGGS:  Your Honor, that was -- I instructed him
12 not to answer that question to the extent it required him to
13 disclose information in his conversations with me.
14         And to the extent the Court has any concerns about
15 that, I can certainly address it.  However, I would highlight
16 that that is not the complaint that Roland has raised in any
17 of its three motions.
18         THE COURT:  It's one of the reasons that I asked for
19 you to be here today.
20         MS. BRIGGS:  Sure.
21         THE COURT:  Because the objections -- I read all the
22 depositions.  I'm not impressed.  I got to tell you right at
23 the top, I'm not looking to issue a written order that goes
24 into how improper these objections were.
25         But I did want you here so that you and I could look

Case 1:17-cv-22405-FAM Document 682-7 Entered on FLSD Docket 02/14/2023 Page 4 of 4
Case 1:17-cv-22405-FAM Document 147 Entered on FLSD Docket 10/01/2018 Page 10 of 156

10

1  each other in the eye and agree that these objections don't
2  happen again.
3           MS. BRIGGS:  I understand.
4           THE COURT:  For example, I would like the benefit of
5  hearing your position on how you thought that was an
6  appropriate objection and preventing this witness from
7  answering that question.
8           You know he followed -- I hear you when I say I only
9  told him to the extent it would call for counsel's
10 instruction.  What part of counsel telling him he's been
11 identified Rule 26 disclosures would include legal advice?
12 How -- even if it came from you, how would that have been
13 privileged information?
14          MS. BRIGGS:  It was part of a -- in my mind, I was
15 thinking about meetings that I had had with him to prepare and
16 discussions that I had had with him.
17          If Roland has an issue with that, we can certainly
18 address it and --
19          THE COURT:  We're not going to get very far in this
20 case if every time a witness is prevented from giving an
21 answer, a party has to bring a motion before the Court.
22          MS. BRIGGS: So, my second response -- and I
23 recognize what the Court is saying and I appreciate it.  And
24 that's -- of course if the Court orders me to be here, I will
25 be here, but I also wanted to be here so that we could have