# EXHIBIT Y

| Date of Time Entry | Invoice Date | Invoice Number | Timekeeper | Hours | Amount reduced |
|---|---|---|---|---|---|
| 11/27/17 | 12/15/17 | 39121187 | EKF | 1.80 | $594.00 |
| 09/09/20 | 10/24/19 | 50105849 | LG | 0.20 | $156.00 |
| 10/26/20 | 11/30/20 | 50126830 | LG | 0.80 | $624.00 |
| 11/16/20 | 12/31/20 | 50143679 | LG | 0.20 | $156.00 |
| 07/29/18 | 08/28/18 | 40086278 | MRHO | 0.70 | $542.50 |
| 12/13/17 | 01/12/18 | 39127409 | PCT | 0.70 | $185.50 |
| 09/19/19 | 09/19/19 | 40282148 | PCT | 3.00 | $885.00 |
| 05/24/17 | 06/30/17 | 39054013 | TRRI | 1.40 | $924.00 |
| 02/14/18 | 03/31/18 | 40020804 | TRRI | 1.80 | $1,575.00 |
| 02/27/18 | 03/31/18 | 40020804 | TRRI | 2.20 | $1,452.00 |
| 04/24/18 | 05/31/18 | 40045300 | TRRI | 1.70 | $1,122.00 |
| 07/02/18 | 07/02/18 | 40086278 | TRRI | 2.60 | $1,716.00 |
| 10/08/20 | 11/30/.20 | 50126830 | TRRI | 0.40 | $264.00 |
| 11/28/22 | 12/21/22 | 50537238 | TRRI | 2.40 | $1,584.00 |
| 08/13/21 | 09/27/21 | 50282946 | TSU | 0.50 | $247.50 |
| 08/15/21 | 09/27/21 | 50282946 | TSU | 0.90 | $445.50 |
| 07/28/17 | 09/06/17 | 39076975 | VSDG | 2.60 | $1,742.00 |
| 08/31/17 | 09/30/17 | 39087408 | VSDG | 1.90 | $1,273.00 |
| 11/14/17 | 12/15/17 | 39121187 | VSDG | 1.70 | $1,139.00 |
| 11/15/17 | 12/15/17 | 39121187 | VSDG | 4.40 | $2,948.00 |
| 11/16/17 | 12/15/17 | 39121187 | VSDG | 0.80 | $536.00 |
| 11/27/17 | 12/15/17 | 39121187 | VSDG | 1.10 | $737.00 |
| 12/05/17 | 01/12/18 | 39127409 | VSDG | 6.10 | $4,087.00 |
| 12/13/17 | 01/12/18 | 39127409 | VSDG | 0.90 | $603.00 |
| 07/09/18 | 07/02/18 | 40086278 | VSDG | 1.60 | $1,072.00 |
| 08/24/18 | 09/28/18 | 40101193 | VSDG | 7.10 | $4,757.00 |
| 07/10/19 | 08/31/19 | 40254536 | VSDG | 2.30 | $1,541.00 |
| 12/11/117 | 01/12/18 | 39127409 | VSDG | 2.60 | $1,742.00 |
| | | | **Totals:** | **54.40** | **$34,650.00** |

Exhibit Y