# EXHIBIT A

# Cases Search

77 Results

**Attorneys:** Ury Fischer

| Case | Case Filing Date ▼ |
|---|---|
| Lexington Luminance LLC v. Lighting & Supplies, Inc.<br>0-22-cv-61314 (SDFL) | Jul. 14, 2022 |
| Voltstar Technologies, Inc. v. CVS Pharmacy, Inc.<br>9-22-cv-80805 (SDFL) | Jun. 01, 2022 |
| Surface Preparation Technologies, LLC v. Waterblasting, LLC d/b/a Waterblasting Technologies<br>2-22-cv-14174 (SDFL) | May. 16, 2022 |
| Voltstar Technologies, Inc. v. CVS Health Solutions LLC<br>9-22-cv-80655 (SDFL) | Apr. 27, 2022 |
| ATLeisure, LLC v. Lowe's Home Centers, LLC<br>6-22-cv-00682 (MDFL) | Apr. 08, 2022 |
| KPR US, LLC et al v. LifeSync Corporation et al<br>0-22-cv-60468 (SDFL) | Mar. 01, 2022 |
| Golden et al v. Deco Power Lift, Inc.<br>8-22-cv-00044 (MDFL) | Jan. 05, 2022 |
| E-Z Dock, Inc. v. SNAP Dock, LLC<br>1-21-cv-02761 (SDIN) | Nov. 02, 2021 |
| E-Z Dock, Inc. v. Snap Dock, LLC<br>2-21-cv-00805 (MDFL) | Oct. 29, 2021 |
| E-Z Dock, Inc. v. Snap Dock, LLC et al<br>2-21-cv-00450 (MDFL) | Jun. 08, 2021 |
| Golden et al v. Neptune Boat Lifts, Inc. et al<br>0-21-cv-60935 (SDFL) | Apr. 30, 2021 |
| Brown v. Florida Power & Light Company et al<br>1-20-cv-22434 (SDFL) | Jun. 12, 2020 |
| Golden et al v. Faro Boat Lifts, Inc.<br>1-20-cv-20889 (SDFL) | Feb. 28, 2020 |
| Sunscreen Mist Holdings, LLC v. Snappyscreen, Inc. et al<br>2-19-cv-00835 (EDNY) | Feb. 12, 2019 |
| Agroindustria Ocoena, SA v. Avocados Plus Incorporated d/b/a Fresh Directions International<br>1-18-cv-23691 (SDFL) | Sep. 10, 2018 |
| Cirius Messaging Inc. d/b/a DeliverySlip v. Protected Trust, LLC<br>8-18-cv-01790 (MDFL) | Jul. 23, 2018 |
| Sunscreen Mist Holdings, LLC v. SnappyScreen, Inc. et al<br>1-18-cv-20971 (SDFL) | Mar. 14, 2018 |
| Standard Textile Co., Inc. v. J&R United Industries, Inc.<br>0-17-cv-61815 (SDFL) | Sep. 18, 2017 |
| Universal Transdata, LLC v. Transcend Information, Inc.<br>1-17-cv-23346 (SDFL) | Sep. 05, 2017 |
| Codec Technologies LLC v. Craig Electronics Inc.<br>2-16-cv-01426 (EDTX) | Dec. 20, 2016 |
| Codec Technologies LLC v. VOXX Electronics Corporation<br>2-16-cv-01430 (EDTX) | Dec. 20, 2016 |
| LogoPaint A/S v. 3D Sport Signs SI et al<br>1-16-cv-20764 (SDFL) | Mar. 02, 2016 |
| Avionica, Inc. v. Teledyne Technologies, Inc.<br>0-16-cv-60127 (SDFL) | Jan. 21, 2016 |
| Motile Optics, LLC v. Craig Electronics, Inc.<br>6-15-cv-01072 (EDTX) | Nov. 27, 2015 |
| Motile Optics, LLC v. VOXX Electronics Corporation<br>6-15-cv-01050 (EDTX) | Nov. 25, 2015 |
| Leading Edge Novelty, Inc. et al v. Bed, Bath & Beyond, Inc. et al<br>9-14-cv-81447 (SDFL) | Nov. 20, 2014 |
| Leading Edge Novelty, Inc. et al v. Dollar General Corporation et al<br>9-14-cv-81450 (SDFL) | Nov. 20, 2014 |
| Capella Photonics, Inc. v. Ciena Corporation<br>3-14-cv-03351 (NDCA) | Jul. 25, 2014 |

| | |
|---|---|
| Capella Photonics, Inc. v. Cisco Systems, Inc.<br>3-14-cv-03348 (NDCA) | Jul. 24, 2014 |
| Capella Photonics, Inc. v. Fujitsu Network Communications, Inc.<br>3-14-cv-03349 (NDCA) | Jul. 24, 2014 |
| Capella Photonics, Inc. v. Tellabs, Inc.<br>3-14-cv-03350 (NDCA) | Jul. 24, 2014 |
| Seoul Semiconductor Co., Ltd. v. Craig Electronics, Inc.<br>1-14-cv-22728 (SDFL) | Jul. 22, 2014 |
| Capella Photonics, Inc. v. Telefonica International Wholesale Services USA, Inc.<br>1-14-cv-22701 (SDFL) | Jul. 21, 2014 |
| Capella Photonics, Inc. v. Columbus Networks USA, Inc.<br>0-14-cv-61629 (SDFL) | Jul. 15, 2014 |
| Advanced Ground Information Systems, Inc. v. Life360, Inc.<br>9-14-cv-80651 (SDFL) | May. 16, 2014 |
| Capella Photonics, Inc. v. Tellabs, Inc.<br>0-14-cv-60350 (SDFL) | Feb. 12, 2014 |
| Capella Photonics, Inc. v. Cisco Systems, Inc.<br>1-14-cv-20529 (SDFL) | Feb. 12, 2014 |
| Capella Photonics, Inc. v. Ciena Corporation et al<br>1-14-cv-20530 (SDFL) | Feb. 12, 2014 |
| Capella Photonics, Inc. v. Fujitsu Network Communications, Inc.<br>1-14-cv-20531 (SDFL) | Feb. 12, 2014 |
| Mitsubishi Electric Corporation et al v. ViewSonic Corporation<br>2-14-cv-00903 (CDCA) | Feb. 06, 2014 |
| Zenith Electronics LLC et al v. ViewSonic Corporation<br>2-14-cv-00845 (CDCA) | Feb. 04, 2014 |
| A.G. Findings & Mfg. Co. v. Valor Communication, Inc.<br>0-13-cv-62155 (SDFL) | Oct. 03, 2013 |
| Intercap Capital Partners, LLC v. BuildingIQ, Inc. et al<br>1-13-cv-23483 (SDFL) | Sep. 26, 2013 |
| Mitsubishi Electric Corporation et al v. Craig Electronics Inc.<br>9-13-cv-80738 (SDFL) | Jul. 31, 2013 |
| Mitsubishi Electric Corporation et al v. ViewSonic Corporation<br>9-13-cv-80743 (SDFL) | Jul. 31, 2013 |
| Zenith Electronics LLC et al v. Craig Electronics, Inc.<br>9-13-cv-80567 (SDFL) | Jun. 04, 2013 |
| Zenith Electronics LLC et al v. ViewSonic Corporation<br>9-13-cv-80570 (SDFL) | Jun. 04, 2013 |
| Global Allies, LLC v. Charter Furniture Corp.<br>5-13-cv-00651 (NDCA) | Feb. 13, 2013 |
| SmartWater, Ltd. v. Applied DNA Sciences, Inc.<br>2-12-cv-05731 (EDNY) | Nov. 27, 2012 |
| Smartwater, Ltd. v. Applied DNA Sciences, Inc.<br>0-12-cv-61660 (SDFL) | Aug. 24, 2012 |
| Unified Messaging Solutions, LLC v. Avalanche, LLC<br>1-12-cv-06635 (NDIL) | Aug. 16, 2012 |
| In Re: Unified Messaging Solutions LLC Patent Litigation<br>1-12-cv-06286 (NDIL) | Aug. 03, 2012 |
| Unified Messaging Solutions, LLC v. Avalanche, LLC<br>1-12-cv-22259 (SDFL) | Jun. 15, 2012 |
| ArrivalStar S.A. et al v. Taca International Airlines S.A.<br>1-12-cv-20259 (SDFL) | Jan. 23, 2012 |
| GeoTag Inc. v. Aromatique Inc., et. al.<br>2-10-cv-00570 (EDTX) | Dec. 17, 2010 |
| Nusser v. Sony Electronics, Inc.<br>0-10-cv-62213 (SDFL) | Nov. 16, 2010 |
| Global Allies LLC v. Charter Furniture, Inc.<br>2-10-cv-02344 (EDCA) | Aug. 30, 2010 |
| GeoTag Inc. v. Frontier Communications Corp., et. al.<br>2-10-cv-00265 (EDTX) | Jul. 23, 2010 |
| Gordon-Darby Systems, Inc. v. Systech International, LLC<br>0-10-cv-60622 (SDFL) | Apr. 22, 2010 |

| Plasticase, Inc. v. Invicta Watch Company of America, Inc. 0-10-cv-60524 (SDFL) | Apr. 06, 2010 |
| --- | --- |
| Reisenthel v. QVC, Inc. 0-09-cv-60901 (SDFL) | Jun. 17, 2009 |
| Ousborne Associates, Inc. v. The CBORD Group, Inc. 1-08-cv-01879 (DMD) | Jul. 18, 2008 |
| Creative Compounds, LLC v. Starmark Laboratories 1-07-cv-22814 (SDFL) | Oct. 26, 2007 |
| Iovate Health Sciences Inc et al v. Bio-Engineered Supplements & Nutrition Inc 9-07-cv-00046 (EDTX) | Mar. 05, 2007 |
| Delaware Valley Floral Group, Inc. v. Shaw Rose Nets, LLC et al 1-07-cv-20199 (SDFL) | Jan. 25, 2007 |
| Continental Farms, LLC v. Shaw Rose Nets, LLC et al 1-07-cv-20202 (SDFL) | Jan. 25, 2007 |
| Espirit-Miami, Inc. v. Shaw Rose Nets, LLC et al 1-07-cv-20203 (SDFL) | Jan. 25, 2007 |
| Continental Flowers, Inc. v. Shaw Rose Nets, LLC et al 1-07-cv-20204 (SDFL) | Jan. 25, 2007 |
| Donovan Industries, Inc. v. Links Medical Products, Inc. 3-06-cv-00516 (MDFL) | Jun. 06, 2006 |
| Molecular Nutrition, LLC et al v. Syntrax Innovations, Inc. et al 1-06-cv-00013 (EDMO) | Jan. 24, 2006 |
| Zodiac Pool Care v. Hayward Industries, et al 0-05-cv-60266 (SDFL) | Feb. 22, 2005 |
| Petit Bebe, LC v. Luv n' Care Ltd, et al 1-03-cv-21483 (SDFL) | May. 29, 2003 |
| Theory3 Inc v. Liteglow Industries, et al 9-02-cv-80995 (SDFL) | Oct. 23, 2002 |
| Hydrakoil Industries v. West Marine Products, et al 9-00-cv-09131 (SDFL) | Dec. 22, 2000 |
| Rugged Footwear v. American Sporting 0-00-cv-07421 (SDFL) | Sep. 26, 2000 |
| Loren Castings, Inc., et al v. Baum, et al 0-00-cv-06860 (SDFL) | Jun. 22, 2000 |
| Phonometrics, Inc. v. Hospitality Franchis, et al 9-97-cv-08125 (SDFL) | Feb. 28, 1997 |