# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-22405-MORENO/LOUIS

ROLAND CORPORATION, a Japanese Corporation,

    Plaintiff,

v.

INMUSIC BRANDS, INC., a Florida Corporation,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Roland Corporation and inMusic Brands, Inc. hereby stipulate that all claims and counterclaims in this case are dismissed with prejudice. Neither party shall receive interest, costs, or attorneys' fees.

Dated:  July 3, 2025	Respectfully submitted,

By: */s/ Laura Ganoza*  
**FOLEY & LARDNER LLP**

LAURA GANOZA, ESQ.
Florida Bar No. 118532
lganoza@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 482-8400
(305) 482-8600 (fax)

VICTOR DE GYARFAS, ESQ. (*pro hac vice*)
vdegyarfas@foley.com
TIFFANY K. SUNG, ESQ. (*pro hac vice*)
tsung@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 972-4500
(213) 486-0065 (fax)
*Attorneys for Roland Corporation*

By: */s/ Joseph W. Bain*_____  
**SHUTTS & BOWEN**

JOSEPH W. BAIN, ESQ.
JBain@shutts.com
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Tel: 561.650.8500
Fax: 561.650.8530

**HINCKLEY, ALLEN & SNYDER LLP**

CRAIG M. SCOTT, ESQ.  (*pro hac vice*)
cscott@hinckleyallen.com
CHRISTINE K. BUSH, ESQ.  (*pro hac vice*)
cbush@hinckleyallen.com
REBECCA F. BRIGGS, ESQ. (*pro hac vice*)
rbriggs@hinckleyallen.com
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
Tel: 401.274.2000
Fax: 401.277.9600

LAUREL M. GILBERT (*pro hac vice*)
lgilbert@hinckleyallen.com
MARK D. HOCHBERG (pro hac vice)
mhochberg@hinckleyallen.com
28 State Street
Boston, MA 02109
Tel: 617. 345.9000
Fax: 617.3459020

*Attorneys for inMusic Brands, Inc.*

4869-3973-8158.1